# MINUTE ORDER

Page 3

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor            Date: 11/7/24     Time: 2:00 p.m.

Defendant: Alfred Davis         J#: 70485-004     Case #: 24-CR-20456-BECERRA
AUSA: Jonathan Bailyn           Attorney: Zeljka Bozanic – PERM
Violation: Wire fraud & Engaging in transactions in criminally derived property
Surr/Arrest Date: 11/07/24     YOB: 1974

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond:
Bond Set at: STP – Pretrial Detention with the rights to revisit    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Deft. advised of rights and charges; Deft. sworn

Atty Bozanic filed a permanent notice of appearance

☑ Gov'ts ore tenus Motion for PTD hearing – Granted
Gov't seeks PTD, serious Risk of flight

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Defendant Arraigned

Brady Order Given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:       Time:        Judge:           Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:25:07, 14:28:38                Time in Court: 8 minutes

s/Eduardo I. Sanchez                    Magistrate Judge