UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cr-20456-JB

**United States of America**,

v.

**ALFRED DAVIS**,

    Defendant.

_____/

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE AND RE-SETTING OF CRIMINAL TRIAL DATE

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion to Continue Trial [ECF No. 9]. The court has considered the Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. For the reasons stated in the Unopposed Motion, incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, 11/26/2024, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. **Defendant's signed Waiver of Speedy Trial shall be filed within one week of this Order.**

    The Court hereby sets this case for a **Criminal Jury Trial** during the two-week period beginning on March 10, 2025. A Calendar Call will be held at **10:00 a.m. on March 4, 2025 in Courtroom 11-4 at the Wilkie D. Ferguson Courthouse**. Defendant is not required to appear for the Calendar Call.

    The parties are directed to the Court's Order Setting Criminal Trial Date, Pretrial Schedule and Instructions, ECF No. [7] for all other trial instructions and pretrial deadlines.

    **DONE AND ORDERED** in Miami, Florida on this 5th day of December, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE