UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20456-JB

**UNITED STATES OF AMERICA**
        **Plaintiff,**
vs.

**ALFRED DAVIS,**
        **Defendant.**
_____/

## WAIVER OF SPEEDY TRIAL

The Defendant, Alfred Davis, pursuant to the Order Granting Unopposed Motion for Continuance and Re-Setting of Criminal Trial Date [EFC No. 11], hereby acknowledges that he has been advised of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. The Defendant hereby waives his right to a speedy trial under the Act and consents to continuing the trial date as requested by his attorney. The Defendant understands the period of the continuance, from the date the Motion was filed, November 26, 2024, to and including the trial date, March 10, 2025, will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
Alfred Davis

## CERTIFICATE OF SERVICE

I HEREBY certify that on December **12**, 2024, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd.
Suite 1
Weston, FL 33326
Telephone: 954.920.9750
Facsimile: 954.400.0335
E-Mail: info@bozaniclaw.com
    /s/Zeljka Bozanic
By:_____
    Zeljka Bozanic
    Florida Bar No. 23707