UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plantiff,

vs.                                                                       CASE NO. 24-CR-20456-JB

ALFRED DAVIS

    Defendant.

_____/

<b><u>SUBSTITUTION OF COUNSEL</u></b>

**COMES NOW,** ALFRED DAVIS, by and through the undersigned counsel, and hereby submits this Substitution of Counsel in the above-captioned matter, and states as follows:

1. Zeljka Bozanic, Esq. of the Bozanic Law, P.A. hereby withdraws as counsel of record for Alfred Davis.
2. Brian Kirlew, Esq. of the Kirlew Law Firm, PLLC, whose contact information is provided below, hereby enters an appearance as counsel of record for Alfred Davis.

| | |
|---|---|
| **The Kirlew Law Firm, PLLC** | **Bozanic Law, P.A.** |
| **SUBSTITUTING COUNSEL** | **WITHDRAWING COUNSEL** |
| 2103 Coral Way | 17100 Royal Palm Blvd. |
| Suite 401 | Suite 1 |
| Miami, FL 33145 | Weston, FL 33326 |
| Email: brian@kirlewlawfirm.com | info@bozaniclaaw.com |
| Tel: 305.521.0484 \| Fax: 305.330.5436 | Tel: 954-920-9750 |
| | |
| By: _/s/ Brian Kirlew_____ | By: _/s/_____ |
| Brian Kirlew, Esq. | Zeljka Bozanic, Esq |
| FL Bar No.: 0067218 | FL Bar No.: 23707 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on or before February 27, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM.ECF to: Jonathan Bailyn, AUSA at Jonathan.bailyn@usdoj.gov .

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**
2103 Coral Way
Suite 401
Miami, FL 33145
Email:  brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218