UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CASE NO. 24-CR-20456-JB

ALFRED DAVIS,

    Defendant.
_____/

## MOTION FOR PRETRIAL RELEASE

COMES NOW, the Defendant Alfred Davis, by and through the undersigned counsel, and unopposed by the government, pursuant to 18 U.S.C §3142, hereby requests this Honorable Court enter an order releasing the Defendant from custody pending trial, and in support thereof states the following:

1. The Defendant was charged via indictment with three counts of wire fraud in violation of 18 U.S.C. §1353 and two counts of engaging in transactions in criminally derived property in violation of 18 U.S.C. §1957. *See* [DE 1].
2. The parties stipulated pretrial detention with a right to visit, which the Court ratified. [DE 6].
3. The Defendant has remained in custody since that initial stipulation.
4. The Defendant now seeks to revisit that prior order of pretrial detention and seeks his release from custody pending trial.
5. The parties have conferred and agreed to a $100,000.00 personal surety bond with two consignors.

## LOCAL RULE 88.9 CERTIFICATION

The undersigned counsel has conferred with the Government in good faith on the subject matter of this motion. The Government has no objections to the reasons stated by the undersigned counsel in this motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 27, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of a Notice of Electronic Filing generated by CM.ECF to: Jonathan Bailyn, AUSA, Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida 33132-2111.

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**

2103 Coral Way
Suite 401
Miami, FL 33145
Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218