# COURT MINUTES

Page 1

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**     Date: 2/28/25     Time: 10:00 a.m.

Defendant: Alfred Davis     J#: 70485-004     Case #: 24-CR-20456-BECERRA

AUSA: Nalina Sombuntham     Attorney: Brian Kirlew

Violation:   Fraud by Wire, Radio, or Television

Proceeding: Motion for Pretrial Release     CJA Appt:

Bond/PTD Held: ○   ○     Recommended Bond: _____ (mother)  (sister)

Bond Set at: $100,000 PSB     Co-signed by: Cynthia Lewis / Kimberly Davis

- ☒ Surrender and/or do not obtain passports/travel docs   *do not obtain new ones*
- ☒ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☒ Maintain or seek full-time employment
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: *not to take out new lines of credit*

Language: English

Disposition:

Brady Order Given 11/7/24; Arraigned 11/7/24

*Motion for release from custody [DE 19] granted. The parties stipulate to $100,000 PSB with 2 cosigners; Cynthia Lewis and Kimberly Davis and special conditions on bond. Defendant released.*

Time from today to _____ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:34:45     Time in Court: 9