UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20456-JB

UNITED STATES OF AMERICA

vs.

ALFRED DAVIS,

    Defendant,
_____/

## GOVERNMENT'S SECOND RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America hereby files this second response to the Standing Discovery Order. This discovery production was provided by USAfx on March 4, 2025. The documents in this production are Bates-labeled USA_ALD-00000001 through USA_ALD-00003289.

The Government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Please contact the undersigned Assistant United States Attorney if any portions of the production are missing.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    Jonathan Bailyn
    Assistant United States Attorney
    Court ID No. A5502602
    500 South Australian Ave., #400
    West Palm Beach, Florida 33401
    Phone: (561) 209-1050
    jonathan.bailyn@usdoj.gov