UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20456-JB

**UNITED STATES OF AMERICA**

vs.

**ALFRED DAVIS,**

    **Defendant,**

_____/

**GOVERNMENT'S FIFTH RESPONSE TO THE STANDING DISCOVERY ORDER
AND JENCKS PRODUCTION**

    Pursuant to the Standing Discovery Order, paragraph 11 of the Court's scheduling order, ECF No. 7, and the Jencks Act, the Government files this fifth response to the Standing Discovery Order. The documents are Bates-labeled USA_ALD-00003571 through USA_ALD-00003614 and USA_ALD-00003615 through USA_ALD-00003682. This production was provided by USAfx on April 23, 2025.

    Please contact the undersigned Assistant United States Attorney if any portions of the production are missing.

                                            Respectfully submitted,

                                            HAYDEN P. O'BYRNE
                                            UNITED STATES ATTORNEY

                          By:    Jonathan Bailyn
                                            Assistant United States Attorney
                                            Court ID No. A5502602
                                            500 South Australian Ave., #400
                                            West Palm Beach, Florida 33401
                                            Phone: (561) 209-1050
                                            jonathan.bailyn@usdoj.gov