**United States District Court**
**Southern District of Florida**

Case Number: 1:24-cr-20456-JB-1

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

✓ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 04/29/2025

Revised: 2/20/2019



UNITED STATES SOUTHERN DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Alfred Davis

　　　Defendant/Counter-Plaintiff.　　　FED CASE No.:24-cr-20456-JB

Vs.

　　　U.S.A

　　　Plaintiff/Counter-Defendant._____/

## MOTION FOR CHANGE OF VENUE OF ALFRED DAVIS'S COMPLAINT FOR INJUNCTION OF CASE# 24-cr-20456-JB REMOVAL FROM DADE SOUTHERN DISTRICT COURT TO PALM BEACH COUNTY FEDERAL COURTHOUSE FLORIDA STAT. CH. 78.01 & 28 U.S.C. 1391 VENUE AND 14 04 (a) f title 28

**COMES NOW,** Defendant, ALFRED DAVIS The Vice President of Boss Group Ministries, and files for Change of Venue of all of fake news which is part of the Conspiracy in the criminal activity committed by Miami Florida's Dade County Circuit, Judge Valerie Manno Shurr, Judge John Schlesinger, Judge Miguel De La O, Judge Samantha Ruiz Cohen, Judge Veronica Diaz, Judge Thomas Rebull, Judge Vivianne Del Rio, Appellate Judges Brownwyn C. Miller, Appellate Judge Kevin Michael Emas, Appellate Judge Edwin Scales, Judge Carlos Lopez, Judge Spencer Eig, Judge Jose Rodriguez, Jaqueline Becerra, DOJ ATTY. Jonathan Bailyn, DOJ ATTY. General Markenzy Lapointe, and Mary Ann Casale Transcriber. Clerk of Court Juan Fernandez-Barquin, *Federal Judge Jose Martinez and Magistrate Eduardo Sanchez,* Echevarria, Codilis & Stawiarski



Atty. Firm, Florida Default Law Group, P.L., Ronald R. Wolfe & Associates, PL Atty. Firm, Law Offices of Marshall C. Watson, P.A., Brock & Scott Atty. Firm, Blank Rome LLP. Atty. Firm, *Federal Prosecutor Jonathan Bailyn, Federal Transcriber Mary Ann Casale, Defense Atty. Zeljka Bozanic, Temporary Atty. Khurrum B. Wahid* and U.S. Bank N.A., and retrieve all documents using Homeland Security and the FBI, relating to this case to prove the Criminal activity. Once Criminal activity is proven then charges be brought against all filees the Culprit and the Perpetrator on our case charges is Deprivation of rights, Organized Fraud property over $50,000, Misprision of Felony and Treason, 18 U.S.C. 3041, now we are at our Motion for Change of Venue because of all the fake news like the media reported fake shooting story created to color us as bad on Easter 2022 and July 4th weekend on July 7th, see: Gods2.com vid. H. and H2, totally because the guy who was supposed to be shot said he wasn't shot but that he hurt his hip off the Jetski and was soaking wet and we all saw there was no blood at all as seen on the video all made up to take our property which is part of the Conspiracy on TV Media that deprives me of a fair trial or grand jury that includes the sheriffs, Dept. dade county's Mayor, and Clerk of the Courts channel 7, Channel 10, CBS, NBC and the Miami Herald who put out Fake News, Exh. 23. so that we can't get a fair trial for the RICO Conspirators, or a fair Writ of Replevin trial and they have

prejudiced us from getting a Surety Bond, or getting a fair Notice of Removal and Writ of Replevin hearing because of Fake News Corrupt Lawyers and Judges who work with the Banks and are paid by the Banks with illegal conflicts of interest. As 131 judges was found guilty of making $ with Banks (Conflict of interest) NY Times

1. Federal Judge Jose E. Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM away from this Foreclosure/Eviction Case #2010-61928-CA01 is the same Judge on Alfred Davis Case a member of Boss Group Ministries Inc. the owners of the Foreclosure property in question, Alfred Davis is charged with having a Paper ID Access Devise that they accuse Alfred Davis of, but this is a Conflict of interest because this Judge Martinez and his Magistrate Eduardo Sanchez both also have money Conflicts of Interest with U.S. Bank, Exh. 4 and 5. Which U.S. Bank is illegally foreclosing on and is owned by Boss Group Ministries Inc. where Alfred Davis is an Officer on as part of the strength of Boss Group Ministries Which is one more of the incentives as to why they would allow U.S. Bank to continue Illegally Foreclosing us in Violation of the automatic stay of 28 USC § 1446 (d) (b) which says the Circuit can only act on the Case after the Federal Judge Remands the Case back to the State Circuit Court yet the Circuit Judge Carlos Lopez and Judge Spencer Eig even after being noticed of the Notice

of Removal Stay and the Bankruptcy Stay Oct. 13th, line 387-392 14th, 15th and 16

lines 894-398 and 388h the day of the Sale on the Docket of this Foreclosure Case

201061928-CAO1, Judge Carlos Lopez who also has a very serious $ 4m illion

Conflict of Interest. Exh. 24. And Judge Spencer Eig with the same $ Conflict, Exh.

25. upheld Judge Carlos Lopez's illegal Violation of 28 USC § 1446 (d) Federal Stay

and allowed the Sale to go through and be upheld.

2. The Clerk of Court Juan Fernandez Barquin who also has the same $ Conflict,

U.S. Bank, Exh. 26. And sped up the Eviction by transferring the Title to US Bank by

Fraud and by Lying, saying we never Objected to the Sale, Exh. 27. line 446. dated

04/24/24 In our Case 2010-61928-CAO1. When the fact is we Objected to the Sale

within the 10 day time period allotted after the Sale to Object according to, Fl.

Stat. 45.031 (5) three times, see lines 404, 406-407 through lines 432 period

allotted to Object to Sales see lines 404, 406 407 through lines 432 period allotted

to Object to Sales, but they allowed the Sale to go through, transfer of Title Writ.

of Possession hearing in US Bank's favor, and 24 hour post to Evict anyway

through the Federal Stay with no Remand.

3. We told and had a Process Server Serve the Eviction Sheriff office Lt. Flavio

Quiroz we had a Federal Stay and he said Notice of Removals and Bankruptcy

Stays don't Stay Foreclosures anymore that stopped four years ago  which is a lie and they put a 24 hour Writ of Possession in Violation of the Stay and Eviction Manager Jennifer also refused to be served Notice of Removal Stay, Writ of Plevin Complaint and Color of Law Complaint (C.O.L.) that completely gives the proof of the Organized Fraud with the Police Report Case #PD240614188594 also filed in Dade Clerk Docket Case #2010-61928-CAO1 Doc. Line 491 dated 06/17/2024, Reported to the State Atty. Office to Investigator J. Sanchez #54 dated 6/17/24, Exh. 30. Filed in Federal Court with the Case #23-CV-22640-JEM dated 06/17/24 Doc line #60, Exh. 30. Inspector General's Office SA. M. Diaz case #TBD, Exh. 31. and Code of Compliance Dept. see Exh. 29. pages 1-36. And filed with the County Clerk, Exh. 33.   In VIOLATION of 18 USC 1501 Which is a 1st degree Misdemeanor to refuse service as a County agency so they all knew that there was a Stay since, 10/13/23. So they used fake News about our house with staged fake shootings, gods2.com vid. H.  to take our house for Banks and big Developers which is also a Conflict of interest and has sentenced Alfred Davis to 8 months in jail even though Maurice Symonette stood up and said he was the one who had the ID not Alfred Davis making Alfred Davis innocent from what they claim was a Crime and the Judge would not listen. All done to stop the American Gala Awards see: Americangala.com the AGA an event with 100 black stars helping homeless VETs

with TRUMP coming to get an Honorary Doctorate Degree from a Haitian College to draw people to Donate to the Homeless VETs. An event that we've been doing since 1997 and we do Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh. 1. and the City of Opa Locka Florida, Exh, 2, also have done yacht Fundraisers for Republican Politicians on my 4 story 80 ft. yacht. Exh. 3. So We must remove this Case now to Tampa because Broward and Dade County Federal fed courts keep transferring our case back to Dade County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh, 4 pgs.1-3 and Exh. 5 pgs. 1-3. who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398 10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale and Federal Judge Martinez did not Void the Sale in Violation of his Stay and this Prosecutor Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who would not lie for them and who pointed out his RACISM by saying Alfred a Black Man can't live in a (white) people's apt. building and at the Sentencing Prosecutor Jonathan Bailyn conspired with

Alfred Davis Atty. Zeljka Bozanic three times during the Case they would not allow Maurice Symonette to testify for Alfred Davis knowing that Symonette was going to talk about his good character in helping the poor feeding the poor, doing big events like the AGA Event to house the homeless Vets and help Wounded Warriors see Americangala.com among so many other great things and she knew that Symonette was going to take the blame for the paper ID that Alfred Davis was charged with kept Maurice outside during the hearing brought up Alfred's criminal record in violation of rule 404 and still didn't allow Maurice Symonette to testify about his good character and before the Jury found him guilty his Attorney Zeljka told Alfred and Symonette that they were going to allow me to testify but let the case end anyway without my testimony and the Jury found Alfred Davis guilty unbelievably because even Jesus was accused of all kinds of wickedness he uttered not a mumbling word and no man stood and said he was a good man so he was found guilty and put to Death like most black men like Alfred Davis and we were very upset! And the prosecutor Jonathan Bailyn asked the Judge to Remand him to jail immediately but without my testimony but the Judge Jose Martinez shocked us saying he's not doing that because you guys did not prove your case you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses in that Identified Alfred Davis so I'm going to do a Directed Verdict

myself July11th and I'm going to let you stay out on Bond until July 11th and he said "don't let me down Mr. Davis" and a week or so before July 11th Maurice Symonette and Micahlel Nichloson went to the Clerk of the Court and saw Alfred Davis's Docket and saw something shocking the Transcript by Transcriber Mary Ann Casale excluded the Statement that Judge Martinez said which was I'm not doing that because you guys did not prove your case, you brought no evidence in that proved Alfred Davis did anything and you brought no Witnesses In that Identified Alfred Davis, So Maurice Symonette brought Alfred Davis to the Federal Clerks office a day or so before the July 11th Sentencing hearing and saw it to we ordered the whole Transcript the Clerk printed it up and Alfred Davis was about to pay for it the Clerk saw that we noticed that we saw the horrible discrepancy and then said oh no we can't allofw you to get that transcript and took it from us in Violation of, 5 CFR § 1201.53 Record of Proceeding (a) (b) (c) but we have about 20 eye and ear witnesses that what Judge Jose E. Martinez said was true we heard Judge Jose E. Martinez say those words which we also saw and heard, see Affidavits, Exh. 27. 1-8, but on July 11th 2024 the Judge out of nowhere said he agreed with the Jury exactly the Opposite of what he said which explains why the transcriber changed the Transcript to match his change and though promised by Alfred Davis's Atty. Zeljka that because she didn't turn in our Character letters

from his Family and Me (Maurice Symonette) that we would be able to get us to testify on his Character of Alfred Davis and she knew I was going to say Alfred was innocent because I did it but they didn't allow us to testify and Judge Martinez went against his first statement and put Alfred in Jail for 8 months for what he Judge Martinez Called a Petty Crime (that I Maurice knows should not be in Federal Court) and Judge Martinez said if he's so bad why didn't you charge him with those Crimes. And now because Atty. Zeljka didn't turn in his Families Character letters this tricky team with this Racist PROSECUTOR was able to put in his response to the request for Bond while waiting for his Appeal was able to say that Alfred doesn't have close family Ties because no Family wrote him a Character letter or testified for his Character at the Hearing in the Docket 07/17/2024 Doc entry 74 last paragraph of page one case #24-CR-20051-JEM. What a trick to perfect their trick Case because his Atty. Held back the Character letters and she didn't let us Testify so that the Prosecutor can say no family ties to stop his Bond to stop the Americangala.com event for the VETS and take our property, what a perfect team to doom Alfred Davis with the help of his Atty. And this Racist Prosecutor Bailyn Nut called our nonprofit organization HOODLUMS=(Niggers). Coupled with all this Fake charges done to take our Property by making us  Wow we who feed the people and their kids every Sunday

and after the event we pick up the trash making our neighborhood very clean for almost 30 years with old people, young people, kids Latin, Black and White we help people with Community Service, we feed people, do voter Registration Drives and help with the Get out to Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People I have temple sermons 4 times a day played on different on Radio Stations daily, we got a Proclamation from the city of Miami from doing these events, Exh. 6. and two Proclamations from the City of Opa-Locka, Exh, 7 and 8; Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister of the Bahamas thereby making Maurice Symonette a Prince, Exh. 9. who's Grand Father is on the Bahamian $50 bill. Exh, 10. Whose father Al. Symonette was one of Miami's First five Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black TaxiCab Service in Miami Called Checkers where I was trained by my Dad, Whose Motto is Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 11; Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island, Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the

President of Boss Group Ministries and has a Doctorate Degree in Ministries, Exh,

12, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity,

Exh. 13, and Exh. 14, runs Boss Magazine, Exh, 15, Blacks For Trump Magazine.

Exh, 16, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For

Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks

for Israel because Yahweh Ben Yahweh In 1988 when Synagogues were being

defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those

Temples, Exh.17, and the Jewish Priest came and thanked Yahweh Ben Yahwen

Exh. 18. We are the Freedom Fighters with Yahweh Ben Yahweh we cleaned up

the Black neighborhood we cleaned up liberty city, overtown and North beaches

on A1A, Exh. 19, 1-4. and Exh. 20, we made the area safe to walk in, Exh. 21, 1-3.

Yahweh hotels we guarded the old ladies across the street from the temple and if

anybody snatched their purse we would run them down and beat them up And

take the lady's purse back and call the police on the guy and arrest him we

guarded the Jewish temples when they were being defaced and others with

SwazStickers, Exh. 30. and all of the priest came and thanked us we stopped drug

dealing around the Complexes we owned we had our own Grocery store we gave

away food we gave away clothing we gave people rides to their jobs we kept

people informed with literature had millions of readers of our literature

nationwide owned Business we hired People for jobs even Federal Broward Chief

Judge Norma Roettger in the Yahweh Case said the reason why he gave Yahweh

Ben Yahweh such little time is because. He said he had to be commended for his

good works and he had done a lot of good works, Exh. 31, yet this Bully Assed

Racist Prosecutor Bailyn calls us HOODLUMS what a RACIST name calling

IGNORANT NUT bailyn is who feels like he has to Destroy us with what

Judge Jose Martinez calls Penny Anie charges to show us helpless

black who's the boss and we are not allowed to make money, Live nice

or drive nice Cars WOW!!! And our organization called Boss Group Ministries

we Ministered several different radio stations four times a day to the people to

unite Latin, Black and White. We have our own newspaper ads in the newspaper

to inform people we were known noted by New times newspaper as the best

radio station in south Florida, Exh. 32. We feed the hungry in our Neighborhood

there's 6 transit houses with a bunch of homeless people in them and they come

to our Party on Sundays and we feed them and for free! And we do stand downs

with the homeless veterans foundation and the guy who's over veterans affairs for

the city of Miami and we helped house the homeless VETS we help raise money

for the homeless VETS get their criminal record clear and expunged so that they

can be productive citizens in America, Exh. 33. We bring stars to perform for the VETS. We do an event called the American Gala Awards yearly where we bring stars in to perform for free so that the VETS can get money donated to them by people texted donation to the Homeless veterans foundation, See Americangala.com. and we let all the money go to the VETS. We feed people at our house on Sunday So we bring Latin black and white together, we've been doing this since 1996. We protected the tea party Marchers when they said they were going to throw rocks at them but we marched In front and nobody would throw a rock and we talked to the Rebel Rousers and told them don't throw rocks so we stopped them from throwing eggs at the NFL experience at the Superbowl in Houston Texas after we set in on Antifa's meeting as spies to find out that they were going to go in and beat up people at the NFL experience and shut down NFL experience and disrupt the whole Super Bowl that's on video where you can actually see that on but we four stopped them and we stopped from trashing trump's hotel where they said they're going to go in and arrest and hang Trump we stopped all 4000 Antifas from coming In with just 6 of us because they're afraid of Michael and Alfred Davi was there at all of these events helping to do this. When THE TEA PARTY would have flag waving day on Oakland park and US.1 several times some Arabs said they were going to beat up the Tea Partiers but we

always confronted them and we made them back down and we protected them we did the same thing for Glen beck we had a big Meeting in Washington DC. We stopped them from attacking Glen Beck and all the Antifa and all these groups we stopped occupy Wall St. from doing disruptive stuff in the city of Miami we traveled to different states to help stop riots we honor the Police and teach our people to say thank you for your service and we done parades for the Police officers called back the Blue and they've honored us for it and we were honored by the military from Colonel Colmenares for helping to house the homeless vets we helped do voters registration in our back yard. We stopped them from cheating in the vote we had Occupy Wall Street on stage with the Tea Party and we made a truce with them and we had no fights and the police were astonished at our American Gala Award at Bayfront Park, See: Americangala.com Vid. 3. that we have done and people have been coming out to our FREE little parties for years including football stars and everybody and they love the atmosphere because we have kids old people Latin, Black, White, Chinese, all nations of people at the party with no Problems and this bum Prosecutor Bailyn had the Nerve to call us HOODLUMS and say that we're not really a charity after all the charitable things we've done he is a Bastard from Hell. We're in the process of suing channel 7 and other media outlets. We stopped hundreds of millions of

dollars in property damage from riots from occupy wall street Black lives matter

and Antifa that attempted to destroy several cities in America we stopped the

HOODLUMS yet this 10 of Bailyn calls us Hoodlums. I gave you all the Cure to the

Corona Virus Gods2.com video #7. And yet Prosecutor Johnathan Bailyn called us

HOODLUMS  just to taint Boss Group Ministries name and taint Alfred Davis a

member of Boss Group Ministries so that they could feel free to take our property

even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought

no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT

Transcriber of Mary Ann Casale we saw she took that out because it would make

Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South

and Jim Crow which says Niggers are not allowed to own Property.

Section 1404(a) Title 28 provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might Have been brought." Any party, including plaintiff, may move for a transfer under 28 U.S.C. SS1404(a). I-T-E-Circuit Breaker Co. v. Reg v. 349 F.2d 403 (8. Cir 1965) American Standard, Inc v. Bendix Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). A party may move for transfer, even if it has waived any objection to venue. Montgomery Ward & Co. v. Anderson Motor Service Inc., 339 F. Supp. 713, 718 m.3 (W.D. Mo 1971). The Court may also transfer an action sua Sponte. Lead Industries transfer an action sua sponte; Lead Industries Association, Inc. v. Occupational Safety and Health Administration; 610 F.2d 70, 79 n.17 (2d Cir. 1979); Mobil Corp v. S.E.C., 550 F. Supp. 67, 69 (S.D.N.Y. 1982). While 28 U.S.C. SS1404(a) contains no time limit for the filing of a motion, the motion may be denied if the passage of the time or any delay causes undue prejudice or is considered dilatory. See American gen Standard, Inc.

due to States Court Lack of jurisdiction and Civil Rights Violations, Criminal Acts in

Conspiracy with the Governor and Miami-Dade County Clerk of Court who was illegally

appointed by the governor Pursuant to Florida Constitution Articled VIII Section 1, Article V Section 16, Article III Section 11 (A)(1). By the Governor Ron DeSantis illegally appointing the Clerk of Court to Miami-Dade County.

I have been psychological tortured and terrorized by the Clerk of Court and his staff. The Governor had jurisdiction to prevent the Clerk's action but fail his duties to We the People, pursuant to Article IV Section 1 (a) & (b) and 42 U.S.C. 1983 AND 42 U.S.C. 1986. The Mayor Daniella Levine Cava had power to Order the Clerk of Court and her Sheriff's and their staff to stop their criminal acts towards us as victims by acting to Evict victims in State Court while in a Notice of Removal Stay among other obvious reasons, they retaliated further and committed first degree felonies. See Florida Statutes Section 914.23. Chief Judge and the General Counsel were notified and they to fail to perform their duties to prevent the Clerk of Court from Retaliating against victims. Bureau of Compliance for the Miami-Dade County Police were notified with the case number secured against all conspirators in their political positions as each has taken an oath of office and failed to report violating 18 U.S.C. 4 Misprision of Felony, and 18 U.S.C. 2382 Misprision and Treason. Each had a duty under 18 U.S.C. 3041 MAYOR, CHIEF JUDGE, GOVERNOR, CLERK OF COURT and all others listed in the aforementioned codes have committed criminal offenses towards us as victims. Due to the severity of the criminal activity and the political parties involved, it is the Plaintiff's positions that they have not and will not receive fair hearings, trials, warrants for charges filed and grand jury indictments because of their party affiliations and constituents within this jurisdiction. Plaintiff's contends their rights to not be denied change of venue in accordance with Florida Constitution Article III Section 11 (a) (1) & (6). By changing venue, it will not be of any inconvenience to the witnesses due to there being no witnesses. Only victims and perpetrators of crimes. A transfer to **Palm Beach County Court** is true and proper because this is a foreclosure Case with a Federal Fannie

Mae and HUD Note and Mortgage as listed on the bottom of both the Mortgage and Note of this Case, Exh. 18. pgs. 1-16. and 19. A. and B. And this Case has proof that this Case has FARA violations because U.S. Bank is owned by the Chinese Investment Corporation owned by the Chinese Communist Party (CCP), whose address is in China, this Case has proof that Lawyers are Forging Judge's Signatures on Orders, this Case as proven is going on now, Exh. 20. We have proof that all the Judge's in this Case have Financial Conflicts of Interest, Exh. 21.

*Even the Magistrate in Dade Federal Court who we did not Consent to Exh. 22, who recommended that it's legal to Violate 28 USC § 1446 (d) which Stays all State Court Actions until the Case is Remanded back to State Court, Exh. 23. We even have recordings of Eviction lieutenant QURESO saying that the Notice of Removal Stay rules was stopped 4 years ago so they're EVICTING US TODAY. and 28 USC §1446 (b) which says you can have two Notice of Removals that must be Remanded before the State can act at all, and they are Violating all 28 USC § 1446. And we have proof that Federal Judge Jose Martinez's Signature on the CASE #23-cv-22848-JEM was remanded with a forged Judge's Signature also we never filed that Case CASE #23-cv-22848-JEM that was U.S. BANK's filing as explained in our objection to the Magistrate's Recommendation on document #57 on our true and only Notice of Removal and on a new Order with Judge J. Martinez's forged Signature on the when you see the handwriting is totally different from Judge Martinez's signature as seen on Doc. #7. at 5:38 this morning July 3rd. but labled July 2nd to counter our change of Venue Motion to Broward Federal Court to hide the Crimes against Black People in Dade County Florida.*

In this Circuit Court Case these Conflicts has caused three Judges to Recuse, Exh. 3. U.S. Bank Violated TILA, GAAP RULES. FDCPA RULES and other Federal Rules listed in the Notice of Removal Complaint and cannot be foreclosed in State Court. And

can't be fought in Dade County Federal Court because among all the other reasons the Clerk of Court's Assistant Jennifer is the Daughter of X Mayor of Hialeah Julio Martinez Cousin and friend of our Federal Judge Jose Martinez. Jennifer on a phone call between her and her good father and my Friend and witnesses that she does everything for the Clerk; thereby admitting that When the Clerk signed the lying Certificate of Title over to U.S. BANK saying that we never Objected to the Sale on Docket number 446 dated 04/24/24. I objected to the sale line 404, 10/23/2023, line 406 10/26/2023 and line 407, 10/26/2023, we not only Objected three times we even had an Objection Hearing. All this done to Evict illegally quicker. And now when we motioned to move the Venue to Broward Federal Court because of their biased cheating to win that Broward Federal Clerk sent us back to Dade County Federal Wolves as if it was a Complaint and not a Motion for Change of Venue, Exh. 25. and without a Judge's ORDER even though she knew it was a Motion to Change Venue filed in Broward Federal COURT under Federal Case #24-CV-22532-RAR. RAR is a Dade County Federal Judge who we were trying to change Venue from as shown on the Fort Lauderdale Court 405.00 Receit Document 4 dated 07/03/2024 in Case #24-CV-22532-RAR because the laws that is applicable and controlling in this case are regulated and enforced in Federal Court and the state court will be compelled in a fair Federal Court with another forum writ of mandamus to comply with their own laws, constitutions, and rules. It would have been in the interest of justice to change the Venue of our Notice of Removal and now our Writ of Replevin to not even Broward but to Tampa Federal Court because Dade and now Broward are poisoned to be Biased against us by the PRESS and the Judge's Money Conflict of Interest but they're struggling to keep us under their Jurisdiction so they can steal our property and punish us wrongfully By the Case being forwarded to Tampa Federal Court's Jurisdiction, it will not take up or waste the Courts time. All laws that apply to this case is prima facie and will acquire an effective and sufficient result. All pleadings will be succinct and accomplish their

desired results effectively and expeditiously. By respectfully moving this case to the Tampa Federal Court the state court will be in compliance with our inalienable rights, laws of the United States and state of Florida, Constitutions of both federal and state, and their oaths of office this is why we have this Complaint to the 11th Circuit Federal Chief Judge to investigate and hold them accountable who are violating the Law like all the Judges who work together with the Banks to steal property under Color of Law

### CONSTRUTIVE CONSPIRACY IN VIOLATION OF 923. 18 U.S.C. SS 371

To see these Exhibits See Gods2 com

**HERE'S HOW THESE JUDGES PLAYED TAG-TEAM AND CONSTRUCTIVE CONSPIRED WITH EACH OTHER TO TAKE OUR HOMES BECAUSE US BANK PAID THEM JUDGES AND OFFICIAL'S CONFLICTS OF INTEREST IN VIOLATION OF FEDERAL RULE OF CIVIL PROC RULE 60, FLORIDA RULE 2.160 (A) (D) (H) (1) (4), FL. CODE JUD. CONDUCT CANON 3E(1) FL. STAT. 112.312 (8) ALL OF THESE JUDGES AND OFFICIALS CONSPIERED TOGETHER FROM TOP TO BOTTOM TO STEAL OUR HOME AND EACH ONE OF THEM HAD A HORRIFIC CONFLICT OF INTEREST! CHECK OUT THE JUDGES BELOW AND THE AMOUNTS OF MONEY THEY MADE FROM US BANK**

AS TO U.S. BANK, THE SEC, ATTORNEYS TITLE INSURANCE FUND, COUNTY CLERK OF THE COURTS, DADE COUNTY RECORDS DEPARTMENT, DADE COUNTY POLICE COMMISSIONER VALERIE MANNO SCHURR, VERONICA DIAZ, VIVIANNE DEL RIO, JOHN SCHLESINGER, SAMANTHA RUIZ;

1. **SARAH I. ZABEL 4/7/09**-------------------------------------------------made **9 Million** from US BANK, Exh. 56.

2. **VALERIE MANNO SCHURR 1/21/22**----------------made **almost 12 Million** from US BANK, Exh. 57. E-W

3. JOHN SCHLESINGER 12/19/2017 -- --- - - - -made almost 29 Million from US BANK, Exh. 58. A-N.

4. SAMANTHA RUIZ COHEN 5/12/2021 - -------- --------made over 2 Million from US BANK, Exh. 59.D-T

5. MIGUEL DE LA O 1/9/2019 ---- - --- - -made almost 1Million from US BANK, Exh. 60.A-Q

6. VERONICA DIAZ 6/2/2020--------- ---- ---- - -----made almost ½ Million from US BANK, Exh. 61.A-Z

7. VIVIANNE DEL RIO 5/4/2022-------------------------made almost 2 Million from US BANK, Exh. 62.0-119


### CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN


5. CLERK HARVEY RUVIN-------------------------------------------made $315,000 from US BANK, Exh. 63.

6. CLERK JUAN FERNANDEZ-BARQUIN---------------------------made $635,000 from US BANK, Exh. 64.


### APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.


1. BROWNWYN C. MILLER-------------------------------------------made $95,000 from US BANK, Exh. 65.

2. KEVIN MICHAEL EMAS----------------------------------------made $225,310 from US BANK, Exh. 66.

3. EDWIN SCALES-------------------------------------------made $22,543 from US BANK, Exh.67.


### DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK

4. FEDERAL JUDGE RODOLFO RUIZ——————————made $250,000 from US BANK, Exh. 68.

5. FEDERAL JUDGE JOSE MARTINEZ——————————made $250,000 from US BANK, Exh. 69.D-T

6. BANKRUPTCY JUDGE LAUREL ISICOFF——————made $15,000 from US BANK, Exh. 70.D-H

7. FEDERAL MAGISTRATE EDUARDO SANCHEZ———————made $250,000 from US BANK, Exh. 71.D-Z

## RULINGS/ORDERS ON OUR HOUSE 15020 S. R. DR. MIAMI 33167 WITH THE HELP OF

## THE MEDIA WE MUST CHANGE VENUE

All these Judges have made Millions of dollars with U.S. Bank while **RULING** against us and

taking Black People and White European's homes illegally for gifts of Money Exo. 23:8, Deut.

16:19. Which says Judges can't take gifts because it blinds the eyes of Judgement!! Here are

these Judges examples

**STARTING WITH OUR JUDGE VALERIE MANNO SCHURR WHO MADE 11 MILLION WITH US

BANK** AND **JUDGE JOHN SCHLESINGER WHO MADE 28 MILLION WITH US BANK NA** They must

be Arrested and Recuse themselves and void all of his Orders for an open, obvious Conflict of

Interest. Doing business with US Bank. U.S. Bank these are serious conflicts of interest all done

knowing that U.S. BANK N.A. was Dismissed with Prejudice April 7, 2009, Exh. 34, Exh. 35. and

Affidavits, Exh. 36; under Case# 2007-12407-CA01 which is the same Case as the 2010 that

we're currently talking about Case #2010-61928-CA01 according to U.S. Bank's Memorandum

of Law, Exh. 36. Which means that all orders and hearings were done Jurisdiction operating

Organized Fraud and these Judges all know that the Allonge had no Authorized signature

because it was signed by an Assistant Secretary in Violation of Fl. Stat. 692.101(3)(4) which says

no Secretary can sign an Allonge (Assignment) and Fl. Stat. 692.01 says that only a President,

Vice President or an Executive Officer can sign an Allonge which is an Assignment to the

Promissory Note. The Allonge had no had no printed name under the Signature as required by

FL. Stat. 695.26, The Allonge had no Loan Number, no Date and with no Acknowledgment of as

required by Fannie Mae Rule BS-3-04 and the 4th DCA Sosa v US Bank of which this is a Fannie

Mae Loan as indicated at the bottom of Mortgage and Promissory Note which makes this a

Federal Case from Federal H.U.D. And that Assignment was from the wrong Bank called

Homecomings Bank Exh. 38. Our bank was Axiom Bank, Exh. 39. According to the Assignment

they filed to prove Standing acknowledging from U.S. BANK NA Lawyers that AXIOM BANK is

our Bank but it also proved that Axiom did not Assign the Mortgage because that Axiom

Assignment to U.S. BANK NA, Exh. 39. does not have two witnesses, no Notary Stamp, no

printed name under the Signature, no Preparer, no Notary Commission Number and this

Assignment was done 02/14/2012, Exh. 39. two days after Mclean V. JP Morgan ruling

02/08/2012 which says you can't foreclose before you Own the Note so it's all illegal.

All of this fake news is part of the Conspiracy on TV that deprives me of a grand jury that

includes the sheriffs, Dept. the Governor, channel 7, Channel 10, CBS and the Miami Herald

put out Fake News so that we can't get a fair trial for the RICO Conspirators, a fair Writ of

Replevin to prejudice our getting a Surety Bond, or getting a fair Notice of Removal hearing

because judge Martinez is our Notice of Removal Judge for this Case 23-CV-22640-JEM and the

same Judge on Alfred Davis Case for having a paper license that they accused him of which is a

Conflict of interest and using this fake News about our house with staged fake shootings,

gods2.com vid. H.  to take our house for Banks and big Developers which is also a Conflict of

interest and has sentenced Alfred Davis to 8 months in Jail even though a PERSON stood up

and said he was the one who had the fake paper License not Alfred Davis  making Alfred Davis

innocent from what they claim was a Crime and the Judge would not listen. All done to stop

the American Gala Awards see: Americangala.com the AGA an event with 100 black stars

helping homeless VETs with TRUMP. An event that we've been doing since 1997 and we do

Stand downs for the VETs to raise money for the Homeless VETs done with the city of Miami

Homeless Veterans Foundation, with Lt. Colonel Colmenares and Mayor Thomas Regalado Exh.

. 42. and the City of Opa Locka Florida, Exh, 44. also have done yacht Fundraisers for Republican

Politicians on my 4 story 80 ft. yacht. Exh, 45. So We must remove this Case now to Tampa

because Broward and Dade County Federal fed courts keep transferring our case back to Dade

County Federal Judge Jose Martinez, and Martinez who along with his Magistrate Eduardo

Sanchez also have Financial conflicts of interest, with U.S. Bank Banks, Exh, 46 and Exh, 47.

who has allowed U.S. Bank to violate 28 USC § 1446 (d) allowing the Circuit Court to Foreclose

over the Stay before the Case was Remanded See 2010-61928-CA01 Doc 387-389 and 394-398

10/13/2023-10/15/23 -10/16/23 Notice of Removal was Filed yet they did not stop the Sale

and Federal Judge Martinez did not Void the Sale in Violation of his Stay and this Prosecutor

Johnathan Bailyn is retaliating against Alfred Davis a witness in Violation of 18 USC § 1513 who

would not lie for them and who pointed out his RACISM for saying Alfred a Black Man can't live

in a white people's apt. building and at the Sentencing hearing this Racist Nut called our

nonprofit  organization and who feeds the people and their kids every Sunday for almost 30

years with old people, young people, kids Latin, Black and White we help people with

Community Service, we feed people, do voter Registration Drives and help with the Get out to

Vote Strategies with Symonettes Fraternity Alpha Phi Omega a Service Fraternity for the People

I have temple sermons 4 times a day on Radio got a Proclamation from the city of Miami from

doing these events, Exh. 31. and two Proclamations from the City of Opa-Locka, Exh, 26 and

27, Maurice Symonette's Grand Father Sir Roland Symonette was the first Black Prime Minister

of the Bahamas thereby making Maurice Symonette a Prince, Exh, 18.  who's Grand Father is

on the Bahamian $50 bill. Exh, 19. Whose father Al. Symonette was one of Miami's First five

Black Millionaires who owned the Sir John Hotel, the Night Beat Night Club and the First Black

Taxi Cab Service in Miami Called Checkers, where I was trained by my Dad, Whose Motto is

Latin Black and White Must unite and telling the Police "Thank You for your Service", Exh. 49,

Maurice Symonette was one of the First Black Men to live in a Mansion on Palm Island,

Maurice Symonette has absolutely no Criminal Record. Maurice Symonette is known for teaching Black Men to not smoke, drink or take drugs like he has never done and how to make money without being a Criminal Maurice Symonette, Gods2.com on page 2. vid 36-39. And is the President of Boss Group Ministries and has a Doctorate Degree in Ministries Exh, 50, an Honorary Doctorate Degree for letters and a Doctorate Degree in Humanity, Exh. 51, and Exh. 52, runs Boss Magazine. Exh. 53, Blacks For Trump Magazine. Exh, 524, Also is the Founder of Blacks For Trump and Blacks For Israel, Latino's For Trump and Womens For Trump, Blacks for Truckers Haitians For Trump and Blacks for Israel because Yahweh Ben Yahweh in 1988 when Synagogues were being defaced with Nazi Swastickers Yahweh Ben Yahweh ordered us to guard those Temples, Exh. 55, Prosecutor Johnathan Bailyn called us HOODLUMS just to taint Boss Group Ministries name and taint Alfred Davis a member of Boss Group Ministries so that they could feel free to take our property even Judge Martinez said you THE DOJ you haven't Proved your Case, you brought no evidence, and no witness pointed out Alfred Davis but now the TRANSCRIPT Transcriber of Mary Ann Casale we saw she took that out because it would make Judge Martinez Look like a RACIST. The enforcers of the Black Code of the South and Jim Crow which says Niggers are not allowed to own Property. __Florida Rules of Civil 0Procedure 1.908 which entails equity for justice if fraud can be proven to have taken place in the court. In accordance with the definition referenced from American Dictionary of the English Language Noah Webster 1828, and it defines **Fraud as: Deceit; deception; trick; artifices by which the**

right or interest of another is injured; a stratagem intended to obtain some undue advantage; an attempt to gain or the obtaining of an advantage over another by imposition or immoral means, particularly deception in contracts, or bargain and sale, either by stating falsehoods or suppressing truth.

## ULTIMATE FACTS WITH CONCLUSION OF LAW

Section 1404(a) of Title 28 provides that: "for the convenience of parties and witnesses, in the interest of justice, a district may transfer any civil action to any other district where it might have been brought."

Any party, including plaintiff, may move for a transfer under 28 U.S.C. § 1404(a). I-T-E- Circuit Breaker Co. v. Regan, 348 F.2d 403 (8th Cir. 1965); American Standard, Inc. v. Bendix Corp., 487 F. Supp. 254, 260 (W.D. Mo. 1980). A party may move for transfer, even if it has waived any objection to venue. Montgomery Ward & Co. v. Anderson Motor Service, Inc., 339 F. Supp. 713, 718 n.3 (W.D. Mo. 1971). The court may also transfer an action sua sponte. Lead Industries Association, Inc v. Occupational Safety and Health Administration, 610 F.2d 70, 79 n.17 (2d Cir. 1979); Mobil Corp. v. S.E.C., 550 F. Supp. 67, 69 (S.D.N.Y. 1982). While 28 U.S.C. § 1404(a) contains no time limit for the filing of a motion, the motion may be denied if the passage of time or any delay causes undue prejudice or is considered dilatory. See American Standard, Inc., 487 F. Supp. at 261, and cases cited. "The moving party has the burden of proof and must make a convincing showing of the right to transfer." Id

The power of the court to transfer is limited to those districts or divisions where the case "might have been brought." 28 U.S.C. § 1404(a). American Standard, 487 F. Supp. at 261, and authorities cited. Thus, a transfer would be denied where some defendants would not be subject to jurisdiction or where the venue would be improper in the transferee forum as to any defendant. See Hoffman v. Blaski, 363 U.S. 335, 344 (1960); In re Fine Paper Antitrust Litigation, 685 F.2d 810, 819 (3d Cir. 1982) cert. denied, 459 U.S. 1156 (1983); Security State Bank v. Baty, 439 F.2d 910 912 (10th Cir. 1971); Lamont v. Haig, 590 F.2d 1124, 1131 n.45 (D.C. Cir. 1978).

One of, if not the most important factors to be considered, is that of convenience of the witnesses. In this regard, the inquiry is directed not at the numbers, but rather at the nature and quality of the witnesses' testimony and the question of whether they can be compelled to testify. See Hotel Constructors, Inc. v. Seagrave Corp., 543 F. Supp. 1048, 1051 (N.D. Ill. 1982); Schmidt v. Leader Dogs for the Blind, Inc., 544 F. Supp. 42, 48 (E.D. Pa. 1982); Capitol Cabinet Corp. v. Interior Dynamics, Ltd., 541 F. Supp 588, 591 (S.D.N.Y. 1982).

Another of the very important factors is the "interest of justice" -- a factor susceptible to a wide variety of definitions. For example, a court might properly consider the degree "of uncertainty in transferor state law." See Van Dusen v. Barrack, 376 U.S. 612 (1964). Other examples of matters considered under rubric of "interest of justice" are efficient use of judicial resources and avoidance of unnecessary waste and expense, Continental Grain Co. v. The FBL-585, 364 U.S. 19, 26-27 (1960); Smithkline Corp. v. Sterling Drug, Inc., 406 F. Supp. 52, 55 (D.C. Del. 1975); avoidance of inconsistent adjudications and "possibility of prejudice to the plaintiffs flowing from that transfer," Amoco Production Co. v. U.S. Dept. of Energy, 469 F. Supp. 236, 244 (D.C. Del. 1979); "familiarity of the court with the state law to be applied and the desirability of having localized controversies decided at home." Mutual of Omaha Ins. Co. v. Dolby,

531 F. Supp. 511, 514 (E.D. Pa. 1982), and cases cited; and permitting the transferee judge to interpret his outstanding protective order and familiarity of transferor judge with relevant documents. Mobil Corporation, 550 F. Supp. at 71. "The factor of the convenience of parties and witnesses must also be measured in terms of the interest of justice." See American Standard, 487 F. Supp. at 764. The level of congestion of the respective courts, dockets and the speed with which the dispute can be resolved are also proper matters to be considered. See Securities and Exchange Commission v. Savoy Industries, Inc., 587 F.2d 1149, 1156 (D.C. Cir. 1978), cert. denied, 440 U.S. 913 (1979).

An ORDER MUST BE rendered to have jurisdiction over this case and subject matter forwarded to the Federal courts.

## Oath

I DECLARE UNDER PENALTY OF PERJURY, that all the facts stated herein are true and correct to the best of my knowledge and ability. And that the facts stated herein were made of my own accord, Executed this 1st day of July 2024.

ALFRED DAVIS
627 Southridge Rd.
Delray Beach, Fl 33444

PRESIDENT OF BOSS GROUP MINISTRIES
MAURICE SYMONETTE
15020 S. RIVER DR
MIAMI FL. 33167

CC:file/MM/MS

Proof of service

Homeland Security Investigation

11226 NW 20th Street

Miami, Fl. 33172

Certified Receipt:

Federal Bureau of Investigation

2030 SW 145th Avenue

Miramar, Fl. 33027

Certified Receipt:

US Attorney General Merrick B. Garland,

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington, DC 20530-0001

openjustice@doj.ca.

Certified Receipt:

Fraud Enforcement and Recovery Act

Florida Attorney General Ashley Moody,

Office of the Attorney General

State of Florida

PL-01 The Capitol

Tallahassee, FL 32399-1050

citizenservices@myfl████████egal.com

Certified Receipt:

State Wide Prosecutor Nicolas B. Cox

3507 E Frontage Rd. Ste 325

Tampa, Florida 33607-1795

Certified Mail Receipt:

Miami-Dade County Office of the Inspector General

601 NW 1st Court 22nd Floor

Miami, Florida 33136

Certified Receipt:

Office of Miami Dade County State Attorney:

Katherine Fernandez Rundle

1350 NW 12th Ave

Miami, Fl 33136-2102

Certified Receipt:

Chief Justice John Roberts

1 First Street North East

Washington D.C. 20543

Certified Receipt:

Antonio Guterres United Nation

C/O 405 East Forty Second Street

New York, New York 10017

Certified Receipt:

Governor Ron DeSantis

400 S. Monroe Street

Tallahassee, Florida 32399

Certified Receipt:

President Joe Biden

1600 Pennsylvania Avenue NW

Washington D.C. 20500

Certified Receipt:

Donald J. Trump

The Mar-a-Lago Club

1100 South Ocean Blvd,

Palm Beach, Florida 33480

Electronically Served:

Altanese Phenelus, yvaldes@miamidade.gov

Carlos Calle, mrstreetsproductions@gmail.com

Carlos Calle, mrstreetsproductions@gmail.com

Carlos Calle, mrstreetsproductions@gmail.com

Elizabeth Sardinas, esardinas@bakerdonelson.com

Elizabeth Sardinas, nleone@bakerdonelson.com

Elizabeth Sardinas, fllservice@bakerdonelson.com

Eve A Cann, ecann@bakerdonelson.com

Eve A Cann, lbettencourt@bakerdonelson.com

Eve A Cann, nleone@bakerdonelson.com

Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com

Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com

Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us

Harve Humpsy, Courts@Journalist.com

JOHN WESTLEY, TheWomb@USA.com

Jennifer L Warren, jwarren@northmiamifl.gov

Jennifer L Warren, cityattorney@northmiamifl.gov

Jessica Faith Watts, jwatts@quinnlegal.com

Jessica Faith Watts, eservice@quinnlegal.com

Jessica Faith Watts, kmiller@quinnlegal.com

Jessica Jo Fagen, lawfirmFL@rauschsturm.com

Case No: 2010-061928-CA-01 Page 2 of 3

Jessica Jo Fagen, jfagen@rauschsturm.com

Jessica Jo Fagen, abcfleservice@abclegal.com

Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com

Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com

Jimmy Keenan Edwards, CourtXpress@firmsolutions.us

John Westley Mr., WombTV@gmail.com

Jonathan S Wilinsky, FLeFileTeam@brockandscott.com

Jonathan S Wilinsky, CourtXpress@firmsolutions.us

Jonathan S Wilinsky, FLCourtDocs@brockandscott.com

Julie York, FLCourtDocs@brockandscott.com

Julie York, ECCM-FL@provana.com

Justin James Kelley, FLeFileTeam@brockandscott.com

Justin James Kelley, FLCourtDocs@brockandscott.com

Justin James Kelley, CourtXpress@firmsolutions.us

Kara Leah Fredrickson, FLeFileTeam@brockandscott.com

Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com

Kara Leah Fredrickson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLeFileTeam@brockandscott.com

Laura Ashley Jackson, CourtXpress@firmsolutions.us

Laura Ashley Jackson, FLCourtDocs@brockandscott.com

Matthew Marks, FLeFileTeam@brockandscott.com

Matthew Marks, FLCourtDocs@brockandscott.com

Matthew Marks, ECCM-FL@provana.com

Michael R Esposito, Michael.Esposito@BlankRome.com

Michael R Esposito, BRFLeservice@blankrome.com

Michael R Esposito, sol.cruz@blankrome.com

Nashid Sabir, nashidlaw@gmail.com

Nashid Sabir, brian@bluoceanlaw.com

Nashid Sabir, nashidlaw@gmail.com

Shaib Y Rios, FLeFileTeam@brockandscott.com

Shaib Y Rios, FLCourtDocs@brockandscott.com

Shaib Y Rios, ECCM-FL@provana.com

Spencer D. Leach, sleach@bakerdonelson.com

Spencer D. Leach, vscarboro@bakerdonelson.com

Spencer D. Leach, fllservice@bakerdonelson.com

William Henry Stafford III, william.stafford@myfloridalegal.com

William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com

William Henry Stafford III, aleisha.robinson@myfloridalegal.com

Willnae Lacroix, FLeFileTeam@brockandscott.com

Willnae Lacroix, FLCourtDocs@brockandscott.com

Willnae Lacroix, courtxpress@FirmSolutions.us

maurice symonette, bigboss1043@yahoo.com

3.

UNITED STATES COURT
SOUTHERN DISTRICT OF FLORIDA

See gods2.com #14
For Exhibits

UNITED STATES OF AMERICA,
 Plaintiff,

CASE# ~~24-20051-CR-MARTINEZ~~
24-cr-20456-JB

v.

ALFRED DAVIS

# REASONS FOR INJUNCTION

Comes now ALFRED DAVIS (here to forecalled or written AD) ask this court to Dismiss this Illegal Case Immediately on the grounds of

1. Government says AD submitted Fraudulent tax returns to U.S. Bank from 2021

   A. That's not true, the Tax Returns that I submitted to my CPA's Company was called Evolve exh.19 was finally excepted by the IRS in 2021 and submitted to U.S Bank those were the Correct Tax Return, Exh.19 and the Tax Return that they said was a non-existent company was not signed or Submitted to U.S. Bank by AD, Exh.19.
   B. So The Government Errors in that the Tax Returns was not Fraudulent and the Tax Company Evolve Financial Services Inc. did Exist that I AD Submitted to U.S. Bank, Exh.19.

   And now U.S. Bank who is trying to steal Boss Group Ministries property in a fake Foreclosure Case is claiming that I sent a non-existent Tax Return Company called Capella Accounting and Tax Service a company that AD has never known or did business with them when I Didn't I obviously sent Evolve to them Ref. Exh.20 U.S. Bank v. Mack Wells and Maurice Symonette, that is owned by Boss Group Ministries with AD as Vice President and Treasurer, Case# 24-cv-22540 that's owned by Boss Group Ministries Inc. (Quit Claim deed from 15020 property), Exh.20 with AD as Vice President. Exh.21 now suddenly they claim U S. Bank got an Email from AD with a Capella Company Tax Returns when AD gave to U.S. Bank an Evolve Tax Return saying that the Tax Returns were Fraudulent.
   Answer I did not Submit those tax Returns and they are not signed by me or anybody The government created this document like they created a false document claiming that AD 's Mother with a False document Fraudulently signed by his Mother and its not even his Mother's signature, See Lease Exh.22 and See Mothers Signature exh.23 on the drivers License Exh.24

And See the signed Sworn Oath of Mother saying she never signed that lease Exh.25 and that is not her signature and she never owned that property all created by the Government as an Exhibit in Case# 24-20051-CR-MARTINEZ They Forged AD's Mother's Signature Illegally We also know that the Government will falsify and create fake documents for Example they changed the transcript and obstructed justice to find AD guilty they gave a fake lease from AD's mother to make it look like she's the owner of the property by forging her name onto the lease. Exh.26 We know that U.S. Bank is in this indictment because U.S. Bank created documents on AD and Maurice Symonette on our Foreclosure case by U.S. Bank they created a fake Allonge Exh27, Mortgage Assignment Also while admitting that they have no Notary and no 2 Witnesses exh.28, and a fake Case#23-cv-22848 Exh.29 for the 2007-12407-Ca01 and 2010-61928-Ca01 case numbers. So U.S. Bank is accusing AD of Creating Documents of What they are guilty of using and paying. U.S Bank created a fake document concerning his tax Returns even though he sent U.S. Bank his real tax Returns that's filed with the IRS legally and AD never took a loan from U.S. Bank. Amorant Bank is AD's personal Account and he had a right to put a Heloc loan money into his personal Account. Figure first of all is a private lender and the Federal Government cannot do prosecution on behalf of private lenders The United States Government cannot Prosecute for a Private Bank that is not FHA or FDIC U.S. BANK 18 U.S.C. SS 1344. AD tried to give the money back first and the reason he was trying to give the money back is because he didn't want to pay the high interest rates then he told them he only wanted to take $50,000 from that account, Lower LLC. He gave lower Bank their money back and figure he tried to give it back AD gave all of the money back to them and they're attempt to say that he knew he had other loans but all of his Applications were all done around the same time because he was loan shopping for the cheapest interest rates.

Figure They knew that AD had another loan they sent the money without his knowledge . AD only wanted to use $50,000 and they wanted him to use the whole loan. Also we're doing an motion Injunction with the president because their in violation of the Trump's Executive Order against using the Government To prosecute Political enemies for example they came to AD's office to show him a book Blacks For Trump and Proud boys Michael the Black man and some of the Brothers that were there in D.C. on January 6th but AD wouldn't talk to them he was charged with a fake drivers license and now Mortgage Fraud we also know that this is a political prosecution because they would not allow us to wear our Blacks For Trump T-Shirts the FBI guy and the U.S. Marshall said that it was because we're insurrectionist and the FBI called Micahiel Nichloson who

was with me Jan. 6th in Washington and asked Micahiel to let speak to Maurice Symonette A.K.A Michael The Black Man Founder of Blacks For Trump. They let me know they were investigating the Jan.6th investigation and wanted to know if the Brothers went inside the Capitol we are whistleblowers against that FBI Agent weinstein that the Prosecutor Jonathan Bailyn and Markenzy Lapointe and Trump is trying to fire every FBI Agent that had anything to do with the Jan. 6th Insurrection Case and Pam Bondi has fired several Prosecutors who worked on Jan.6th Insurrection Case like Jonathan Bailyn and Atty. General Markenzy Lapointe. Strangely Jonathan Bailyn out of all of these other Prosecutors he's the only one that does no have Financial Disclosure Papers because they took it off to hide it.