UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

FILED BY MC D.C.
MAY 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO: 24-CR-20456-JB

V.

ALFRED DAVIS
Defendants,

## MOTION AND ~~AFFIDAVIT~~ Sworn Oath FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Defendant Alfred Davis hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Nov.7th,2024 Judge Jaqueline Becerra review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached-U.S. BANK Special Situation <u>Property Funds  Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Jaqueline Becerra Financial Interests & Property Disclosures).

*<u>Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !</u>*

Judge Jaqueline Becerra must Recuse herself for an open obvious Conflict of Interest because she's doing business with Bank of America and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but to make her and them money Illegally. Here's proof.

Becerra must Recuse herself because the Docket on the third line on Alfred Davis's Drivers License Case says that she was a Magistrate Judge on this Case that she sealed the Case Exh.R. Comes now Alfred Davis acting Pro-Se here states Judge Jaqueline Becerra, says that Bank Of America on her form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank because she's doing business with US BANK and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof that, Judge Jaqueline Becerra is doing business with Bank of America as seen in his FORM 6 page 4 lines 2 in the amount of $100,000 EXh.A Which is US Bancorp Exh. B pg.1 and pg.2 because both banks have Shares with Ally Financial according to Fintel's stock chart. She also has a Conflict of Interest with American Express which is U.S. Bank in the amount of $50,000 on line 10,. Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to her in this Pool, So she must recuse herself and vacate his Order, Exhibit, G. So Judge Jaqueline Becerra you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

## FACTUAL BACKGROUND

1. On <u>Nov.7th,2024</u>, Defendant Judge Jaqueline Becerra issued a final Judgment order <u>Exh. A</u> against Defendant Alfred Davis for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where DEUTSCHE BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, <u>Exhibit. I. A judge cannot change another Judge's ORDER!</u> And also on <u>March 26th, 2019</u>, Judge Jaqueline Becerra issued a Judgment order acting as a quasi-defense attorney for DEUTSCHE BANK his personal investment Partner to make money together. Plaintiff JAMES BUCKMAN has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants DEUTSCHE BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Jaqueline Becerra Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief fiom .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

**3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party**

A Judge is expected to Recuse herself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify herself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

> Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Jaqueline Becerra was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Jaqueline Becerra has creditor loan history and business with U.S. BANK that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Judge Jaqueline Becerra has significant exposed investor financial interests in the subject matter in controversy and with Defendants DEUTSCHE BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from DEUTSCHE BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.

## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>Nov.7th, 2024</u> Final <u>judgment Order Exhibit.J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Jaqueline Becerra from this and any future related DEUTSCHE BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

APPEAL,BNDDUTY,CLOSED,EIS

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:24-cr-20051-JEM-1

| | |
|---|---|
| Case title: USA v. Davis | Date Filed: 02/13/2024 |
| Magistrate judge case number: 1:24-mj-02132-JB | Date Terminated: 07/11/2024 |

Assigned to: Judge Jose E. Martinez

Appeals court case number: 24-12274-H USCA

## Defendant (1)

**Alfred Lenoris Davis**
*YOB: 1974; English*
*TERMINATED: 07/11/2024*
also known as
Rod Lesperance
*TERMINATED: 07/11/2024*

represented by **Alfred Lenoris Davis**
70485-004
627 Southridge Road
Delray Beach, FL 33444
PRO SE

**Zeljka Bozanic**
Bozanic Law, P.A.
17100 Royal Palm Blvd.
Ste #1
Weston, FL 33326
954-920-9750
Fax: 954-400-0335
Email: info@bozaniclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Khurrum B. Wahid**
Wahid Vizcaino LLP
2103 Coral Way, Suite 304
Miami, FL 33145
305-444-4303
Email: khurrum@wvmlawfirm.com
*TERMINATED: 01/26/2024*
*ATTORNEY TO BE NOTICED*
Designation: Temporary

| **Pending Counts** | **Disposition** |
|---|---|
| PRODUCES/TRAFFICS IN CNTRFEIT DEVICE (1) | IMPRISONMENT: 8 Months. SUPERVISED RELEASE: Three Years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1029A.F Use of a Counterfeit Access Device | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jonathan Bailyn** <br> US Attorney's Office <br> Miami, FL <br> Email: jonathan.bailyn@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Katie L. Sadlo** <br> DOJ-USAO <br> United States Attorney's Office <br> 500 South Australian Avenue, Suite 400 <br> West Palm Beach, FL 33401 <br> 561-209-1043 <br> Email: katie.sadlo@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Mitchell Evan Hyman** <br> DOJ-USAO <br> Asset Forfeiture <br> 99 N.E. 4th Street <br> Miami, FL 33132 <br> 305-961-9283 <br> Email: Mitchell.Hyman@usdoj.gov <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2024 | 1 | COMPLAINT as to Alfred Lenoris Davis (1). (br) [1:24-mj-02132-JB] (Entered: 01/22/2024) |
| 01/19/2024 | 2 | MOTION to Seal Case by USA as to Alfred Lenoris Davis. (br) [1:24-mj-02132-JB] (Entered: 01/22/2024) |

| | | |
|---|---|---|
| 01/19/2024 | 3 | ORDER granting 2 Motion to Seal as to Alfred Lenoris Davis (1). Signed by Magistrate Judge Jacqueline Becerra on 1/19/2024. *See attached document for full details.* (br) [1:24-mj-02132-JB] (Entered: 01/22/2024) |
| 01/24/2024 | 5 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Khurrum B. Wahid appearing for Alfred Lenoris Davis (br) [1:24-mj-02132-JB] (Entered: 01/25/2024) |
| 01/24/2024 | 6 | Minute Order for proceedings held before Magistrate Judge Melissa Damian: Initial Appearance as to Alfred Lenoris Davis held on 1/24/2024. Bond recommendation/set: Alfred Lenoris Davis (1) STIP $50K PSB. Date of Location Custody (Arrest or Surrender): 1/23/24.. Arraignment set for 2/14/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge. Preliminary Examination set for 2/14/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge. Report Re: Counsel Hearing set for 2/14/2024 10:00 AM in Miami Division before MIA Duty Magistrate Judge. Attorney added: Khurrum B. Wahid for Alfred Lenoris Davis (Digital 13:43:58/13:54:38)<br><br>It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Melissa Damian on 1/24/2024. (dgj) Modified on 2/12/2024 (dgj). [1:24-mj-02132-JB] (Entered: 01/25/2024) |
| 01/24/2024 | 7 | $50K PSB Bond Entered as to Alfred Lenoris Davis Approved by Magistrate Judge Melissa Damian. *Please see bond image for conditions of release.* (dgj) (Additional attachment(s) added on 1/25/2024: # 1 Restricted Bond with 7th Page) (dgj). (Main Document 7 replaced on 2/2/2024) (jbs). (Attachment 1 replaced on 2/2/2024) (jbs). [1:24-mj-02132-JB] (Entered: 01/25/2024) |
| 01/24/2024 | 8 | Order to Unseal as to Alfred Lenoris Davis. Signed by Magistrate Judge Melissa Damian on 1/24/2024. (jbs) [1:24-mj-02132-JB] (Entered: 01/26/2024) |
| 01/26/2024 | 9 | NOTICE OF ATTORNEY APPEARANCE: Zeljka Bozanic appearing for Alfred Lenoris Davis . Attorney Zeljka Bozanic added to party Alfred Lenoris Davis(pty:dft). (Bozanic, Zeljka) [1:24-mj-02132-JB] (Entered: 01/26/2024) |
| 01/26/2024 | | Attorney update in case as to Alfred Lenoris Davis. Attorney Khurrum B. Wahid terminated. (mdc) [1:24-mj-02132-JB] (Entered: 02/12/2024) |
| 02/01/2024 | 10 | RENOTICE OF HEARING **TIME CHANGE ONLY** as to Alfred Lenoris Davis. Report Re: Counsel Hearing, Preliminary Examination/Arraignment **RESET** for 2/14/2024 at 01:30 PM in the Miami Division before MIA Duty Magistrate Judge. (mdc) [1:24-mj-02132-JB] (Entered: 02/01/2024) |
| 02/12/2024 | | Terminate Report Re: Counsel Hearing as to Alfred Lenoris Davis. Attorney Neljka Bozanic has filed a PERMANENT Notice of Appearance on 1/26/24 9 . (mdc) [1:24-mj-02132-JB] (Entered: 02/12/2024) |
| 02/13/2024 | 11 | INDICTMENT as to Alfred Lenoris Davis (1) count(s) 1; FORFEITURE ALLEGATIONS. (tmn) (Additional attachment(s) added on 2/13/2024: # 1 Restricted Unredacted Indictment) (tmn). (Entered: 02/13/2024) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1029A.F Use of a Counterfeit Access Device | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jonathan Bailyn** |
| | | US Attorney's Office |
| | | Miami, FL |
| | | Email: jonathan.bailyn@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Katie L. Sadlo** |
| | | DOJ-USAO |
| | | United States Attorney's Office |
| | | 500 South Australian Avenue, Suite 400 |
| | | West Palm Beach, FL 33401 |
| | | 561-209-1043 |
| | | Email: katie.sadlo@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Mitchell Evan Hyman** |
| | | DOJ-USAO |
| | | Asset Forfeiture |
| | | 99 N.E. 4th Street |
| | | Miami, FL 33132 |
| | | 305-961-9283 |
| | | Email: Mitchell.Hyman@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2024 | 1 | COMPLAINT as to Alfred Lenoris Davis (1). (br) [1:24-mj-02132-JB] (Entered: 01/22/2024) |
| 01/19/2024 | 2 | MOTION to Seal Case by USA as to Alfred Lenoris Davis. (br) [1:24-mj-02132-JB] (Entered: 01/22/2024) |

SwoRN OATH

_____
Alfred Davis

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20th day of Aug.,2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record.