UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

MAY 1 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

Plaintiff

CASE NO: 24-CR-20456-JB

V.

ALFRED DAVIS
Defendants,

# <u>CORRECTED</u>



## <u>MOTION AND SWORN OATH FOR RELIEF OF ORDERS AND DEMAND FOR JUDGE BECERRA TO DISQUALIFY HERSELF AND VACATE ALL HER ORDERS CONCERNING THIS CASE AND MEMORANDUM OF LAW</u>

### <u>*WE DEMAND THAT BECAUSE YOU HAVE A $150,000 CRIMINAL CONFLICT OF INTEREST WITH U.S. BANK AS WRITTEN ON YOUR AFFIDAVIT FINANCIAL DISCLOSURE STATEMENTS*</u>.

And as is written that Judges SHALL disqualify themselves from a case where they have a Money Conflict of Interest, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C 454 which prohibits Judges from engaging in the Practice of law and you JUDGE BECERRA in Court never sighted your Jurisdiction in violation of Article 3 of the Constitution Federal Rule of Criminal Procedure 18 and now won't allow the release of the Transcript in violation of Supreme Court Order, Griffin V. Illinois. And now you Judge is hereby on notice that you the Judge in this Case are hereby Disqualified from this Case and if you don't it is a Violation of your Oath of Office 5 U.S.C. 3331 and Misprision of Felony 18 U.S.C. 4. For Conflict of Interest committed against the U.S. the penalty is Treason 18 U.S.C. SS2381.Also you have knowledge and biasedness ii this Case because you were the Judge on AD's other Case pertaining to this Case Case #24-CR-20051-JEM-1 In Violation of, 26 USC

*Bailyn is saying Blacks canT gEt*
*L @ ANS*

**United States District Court**
**Southern District of Florida**

Case Number: 24-20456-CV JB

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

_X_ Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

___ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 5 | 14 | 25

# ADVERTORIAL

## JOE BIDEN SAYS "NIGGER"

JOE BIDEN'S D O J SAYS A BLACK MAN CANNOT LIVE IN White People's LUXURY APARTMENTS. Swim in their pool & enjoy their amenities. CROOKED FBI AGENT ADAM J. WEISENSTEIN created a Fake Paper I.D. of a Black Man to Illegally Charge him with using a fake I.D. to gain access to that apartment, but we are Witnesses that an I.D. was never Required by the Apartment Complex that his Mother Leased like other White People's kids & Family were not Required to have an I.D. & Alfred Davis I.D. was never Required to have access, because the apartment was Rented by his Mother who had the background check & the Rent was paid always on time to the owner of the apartment & not to the Managers of the Building & there was no I.D. Required yet THE FBI AGENT ADAM J. WEISENSTEIN arrested him for a paper I.D. & Like TRUMP on the Latisha James NY Case who had no victims harmed. Alfred Davis had no Victims. & no reason to do this! But with absolutely no Proof or Evidence that Alfred Davis did it at all he's indicted & only because he's BLACKS FOR TRUMP

CHECK THE TRANSCRIPT ON GODS2.COM



**JOE BIDEN SAYS "NIGGER" ABOUT BLACK'S GODS2.COM VID.#**

**PROSECUTOR**

**BIDEN'S DOJ JONATHAN BAYLN SAYS BLACKS DON'T DESERVE TO LIVE IN LUXERY WHITE PEOPLE'S APARTMENTS**

## BIDEN'S PROSECUTOR BAILYN SAY'S NO BLACKS ALLOWED

RACIST PROSECUTOR did not allow BLACKS FOR TRUMP...

This is what the Deep State did to Martin Luther King, JFK. Malcom X. all of the Republican Presidents after Franklin Delono Roosevelt. Maurice Symonette. ALFRED DAVIS & YAHWEH BEN YAHWEH see Gods2.com Vid#H. Vid#1G-18. & when Trump gets in they will pay for Trespass & for Treason which is the Death Penalty F!. law 786.28 Waiver of Soverign IMMUNITY and Treason is the Death Penalty. Michael says: I am ELAM & will not at all Aquit the Wicked with the power of Trump Nahum 1:3.

### INNOCENT WHITES (JAPHETH) WRONGLY ACCUSED REV '12:10-12

RUDY JULIANI — WRONGFULLY

PETER NAVARRO

ROGER STONE — FALSELY ACCUSED

### INNOCENT BLACKS (SHEM) WRONGLY IMPRISONED

ALFRED DAVIS

JASON BEMBRY

THERE'S NO DIFFERENCE BETWEEN THE BLACK HEBREW AND THE WHITE GENTILE ROM 10:12

## WHAT IS A HUMAN RACIST?

ALFRED DAVIS

## BLACKS FOR TRUMP & MICHAEL IS WITH HAITIANS FOR TRUMP & THE BISHOP



## BLACKS FOR TRUMP & MICHAEL IS WITH HAITIANS FOR TRUMP & THE BISHOP

SS 455 (B) (1) An you even wrote an Order to Seal that Case with no JURISDICTION, no Grand Jury Warrant, no Grand Jury Indictment and no Grand Jury Minutes in Violation of F. R. C. P. Rule (6) and (7)

AND YOU JUDGE BECERRA, U.S. ATTORNEY GENERAL MARKENZY LAPOINTE AND U.S. ATTORNEY JONATHAN BAILYN ARE ACTING IN VIOLATION OF PRESIDENT TRUMP'S EXECUTIVE ORDER SECTION 301 OF TITLE 3 OF UNITED STATES CODE. ENDING WEAPONIZATION OF THE FEDERAL GOVERNMENT (EXH. ZZZZ). WHERE AS, THE GOVERNMENT AGENTS AND OR OFFICERS HAVE WEAPONIZED THE LAW AND USED IT TO CAUSE HARM AND DETRIMENT TO WE THE PEOPLE **LIKE BLACKS FOR TRUMP!.** FBI Agent Adam Weinstein called and said to Micahiel Nichloson he was Adam Weinstein from the FBI. And I am investigating the Jan.6th Insurrection incident and then they ask to speak to Michael AKA Maurice Symonette. FBI Agent Weinstein said to Maurice Symonette that he was investigating the Jan.6th Case for Insurrection and asked me did me and the Brothers go into the U.S. Capital Exh. (AA) and Exh. (BB), Then FBI Agent Adam Weinstein went to Alfred Davis's office and showed a book of pictures and asked Alfred Davis did he know who these people were in the pictures of this book. which had pictures of the Blacks For Trump brothers with Maurices Symonette, and the Proud Boy's Enrique Tarrio and other proud boys, (Exh. CC). But Alfred Davis wouldn't talk to them and said speak to his Lawyer. Then FBI Agent Weinstein Arrested him on a state charge of counterfeit access Machine as AD found out later and when the Brothers and sisters went to Court for Alfred Davis but they would not let us wear our Blacks For Trump T-shirts, even though other Judges said we could wear it in the Court room. But in this CASE they asked the Judge Jose E.Martinez and they said it was because we were Jan 6th Insurrectionist, Then on 05/06/2024, I was forced to trial for Counterfeit Access Device, and found guilty but coconspirator *Judge Martinez exclaimed in court that he*

*Disagreed with the Jury, The Judge said I'm doing my own Directed Verdict on July,11th 2024, and leaving Alfred Davis out on Bond and didn't remand AD to Jail as requested by Prosecutor Jonathan Bailyn. because the Prosecutor did not PROVE their Case, brought no evidence (The Counterfeit Device Machine) and no Witness pointed out Alfred Davis for anything!* All in violation of Rule 37 of the Florida rules of Civil Procedure (failure to Cooperate in Discovery). But right before the Sentencing hearing of July 9th Me (Maurice Symonette) and Micahiel Nichloson  saw the Transcript at the Gov. Clerks office and then the next day July 10th me (Maurice Symonette) and AD went to the Federal Clerk's office to ORDER the Transcript but we saw that they changed the Transcript by taking out Judge Martinez's StATEMENT, ***Judge Martinez exclaimed in court that "I Disagreed with the Jury, The Judge said I'm doing my own Directed Verdict on July,11th 2024, and leaving Alfred Davis out on Bond and didn't remand AD to Jail as requested by Prosecutor Jonathan Bailyn. because the Prosecutor did not PROVE their Case, brought no evidence (The Counterfeit Device Machine) and no Witness pointed out Alfred Davis for anything"! Affidavits of Court Room attedents who witnesse and heard Judge Martinez say this, Exh. II. And changed To on page 64 lines, 1-3 Judge Jose Martinez changed ILLEGALLY on the Transcript to say "I'm not sure. I think there's enough issue in this case that I think I'll let him out until, at the very least, until. Sentencing", Exh. HH. page 64 lines, 1-3.***

1. ***TRUMPS EXECUTIVE ORDER SECTION 301 OF TITLE 3 UNITED STATES CODE***

*And now FBI Agent Adam Weinstein is hiding from Trump because Trump Ordered all FBI Agents who worked on the Insurrection Case Fired and so now Maurice Symonette is a Whistleblower on him. Because Trump ordered all FBI Agents that had anything to do with the jan.6th Insurrection Case be Fired. (Exh.DD). And yet FBI Agent Adam Weinstein is still working on this case he stemmed from the Jan.6th Insurrection Case in Violation of Trumps Executive Order which is Treason.*

Florida Constitution article1 Section 20. Transcript is supposed to be available the next day but it is still not on the docket to view Griffith v. Illinois. Alfred Davis NOW (AD) fired his Lawyer, then his fired Lawyer came back in COURT without AD's Permission to help coerce AD into pleading Guilty, even though he hired another Attorney Nashid Sabir The case was unsealed on 01/24/24and on 02/24/24 the unsealed indictment was put on the Record. Pursuant to 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d). No Justice, Judge or Magistrate d-(e) FCRP rule 60 relief of Judgement of your Order and to vacate YOUR Order and must Federal rules of Civil Procedure rule 17 section 53 of the first Judiciary act of 1979 common law of lawyer Article 3 U.S. Constitution sec.2 clause 1 it is mandatory by federal law that you Recuse yourself from this Case because you have a criminal Conflict of Interest. Because all the Judges must disqualify themselves in the following circumstances where they have a Federal agent that works for the government that takes money has a Conflict of interest in a Case. In that law it says you are connected and an affiliated bank, Bank of America is US Bank See Exh.(B) You are in violation of Federal Code 18 U.S.C 912 you are in a Conspiracy with Jonathan Bailyn and Markenzy Lapointe and all these other judges who have Conflicts of interest. Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Defendant Alfred Davis hereby files this Motion for Relief & DISQUALIFY and Supporting Memorandum regarding the Nov.7th, 2024 Judge Jacqueline Becerra review of the record and Final Judgement Order, Exh.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exh. B) Attached-U.S. BANK Special Situation Property

<u>Funds  Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Jaqueline Becerra Financial Interests & Property Disclosures).

***<u>Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !</u>*** 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d).

Judge Jaqueline Becerra must Disqualify herself for an open obvious Conflict of Interest because she's doing business with Bank of America and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but to make her and them money Illegally. Which is why she is Coercing and Threatening AD to take a PLEA for no reason and putting AD in Jail for 60 years.

Here's proof. Becerra must Disqualify herself because the Docket on the third line on Alfred Davis's Drivers License Case says that she was the Magistrate Judge on this Case that she sealed the Case# 24-cr-20051-JEM Exh. R. 28 U.S.C. SS 455 (b)(1) See docket line 3 where Judge Becerra was the acting Magistrate on the Case and signed an Order to Seal the Case. And A Judge Shall also disqualify himself in the following Circumstances: Where he has a Personal Bias or Prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; 28 U.S.C. SS 455 (b)(1) Alfred Davis is acting Pro-Se because AD FIRED BRIAN KIRLEW as his ATTY. Because AD knows that Brian is betraying him for thar 30 Pieces of JUDAS SILVER, (EXH.ZZ). And Brian Kirlew knew he was fired because he text AD a TEXT saying that he understood that he was fired and that his assistance

was no longer needed and even said Ad has a Constitutional right to the Lawyer of his choice or to

represent yourself so there is no hard feelings here,  (EE) WHO ACTUALLY SHOWED UP TO COURT UN

INVITED TO TALK AD into taking the Plea with the threat of the Judge having A 50 PEOPLE TO CHOOSE

FROM JURY outside the Courtroom ready to try the Case that day and BRIAN CAME UNINVITED BY

AD and told AD that his new ATTY. Was weak and can't practice in Federal COURT and JUDGE Becerra

said that AD MUST KEEP HIS FIRED ATTY. BRIAN and the PROSECUTOR told AD's Atty. Our organization

was going to harm him  (ATTY. NASHID SABIR)  while the Prosecutor was wearing a big Bullet Proof

Vest and told AD'S Atty. Nashid  that AD could not have any Witnesses to forc AD take a Pllea. THIS

IS COERSIAN IN UTTMOST ABSOLUTLEY WICKED JUDGE BECERRA WOULD NOT GIVE AD A

CONTINUANCE TO PREPARE LIKE SHE DID IN OTHER WHITE PEOPLE'S CASES LIKE HER TRIAL CASE  VS

THE UNITED STATES THIS IS TOTAL SICK DISCRIMINATION (EXH.ZZZ), ESPECIALLY WHEN SHE READ

THE MOTION TO DISMISS BY ATTY. NASHID SABIR THAT SHOWS THAT  THE SUPPREME COURT SAYS

IT'S ILLEGAL TO SAY THERE IS NO MORTGAGE ON PROPERTY AS LONG AS YOU SAID IT BEFORE IT WAS

RECORDED ON BOTH PRIVATE BANKS FIGGURE BANK AND LOWER LLC, FL. STAT. SS695.01 AND THE

SUPPREME SAYS THAT MISLEADING A BANK IS NOT ILLEGAL TO MISLEAD BANKS, 18 USC SS 1014 AND

US SUPPREME COURT THOMPSON V UNITED STATES AND THE JUDGE KNOWS THAT THE GOV.

CANNOT PROSECUTE FOR PRIVATE LENDERS THEY MUST DO THEIR OWN DUE DILLIGENCE AND

THAT'S CIVIL. 18 USC SS 1344 AND THE JUDGE KNOWS THAT THE PROSECUTOR HAS NO PROBABABLE

CAUSE TO SEARCH AD'S EMAIL  ESPECIALLY US BANK'S BECAUSE THERE WAS NO COMPLAINT FROM

US BANK BECAUSE THEY NEVER LOANED AD ANY MONEY AND THE PROSECUTOR HAS NO GRAND

JURY WARRANT TO HAVE AD'S EMAIL SEARCHED AND THEY HAVE NO GRAND JURY SIGNED

INDICTMENT  AND NOT HAVING THE GRAND JURY WARRANT OR THE GRAND JURY INDICTMENT OR

GRAND JURY MINUTES WHICH VOIDS THE WHOLE CASE, FED. RULES OF CIVIL PROCEDURE RULE 6

AND 7. IT CANNOT JUST BE SIGNED BY THE ATTY. GEN MARKENZY LAPOINTE WHO HAS 2 MILL. IN

MORTGAGES WITH US BANK AND 615,000 DOLLARS IN CASH FROM US BANK, EXH. Y AND BAILYN

OUT OF 380 PROSECUTORS AND PUBLIC DEFENDERS IN FLORIDA JONATHAN BAILYN FROM 2020 TO

NOW IS THE ONLY US ATTORNEY THAT DOESN'T HAVE THE FINANCIAL AFFIDAVIT REQUIRED BY THE

FED. GOV. SO THEY MUST BOTH DISQUALIFY OFF THE CASE NOW ALL MUST BE CHARGED WITH

MISPRISSION OF FELLONY AND A VIOLATION OF THEIR OATH WHICH IS TREASON. ALSO NEITHER

LAPOINTE NOR BAILYN ARE SIGNED AS A FOREIGN AGENT WITH F. A. R. A. ESPECIALLY BECAUSE US

BANK FOREIGNLY OWNED BY CHINA, EXH. Z.. SO JUDGE BECERRA LIKE THEM HAS A SERIOUS

CONFLICT OF INTEREST. Here in her Affidavit she states I Judge Jaqueline Becerra, that Bank Of

America on her Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank

because she's doing business with US BANK and helping them to make money so that she can make

money by foreclosing and taking our property while acting as the Judge to take the property not on

his Merits but for to make him and them money Illegally.  Here's proof that , Judge Jaqueline Becerra

is doing business with Bank of America as seen in her FINANCIAL AFFIDAVIT  page 4 lines 2  in the

amount of $100,000 EXh. A. Which is US Bancorp Exh. B pg.1 and pg.2 because both banks have

Shares with Ally Financial according to Fintel's stock chart. She also has a Conflict of Interest with

American Express which is U.S. Bank in the amount of $50,000 on line 10,. Which is all a major Conflict

of Interest. Because she  has ruled in favor of, EXH. plea That is a Conflict of Interest against AD and

there's more. I have found that our case was directed to her in this Pool, So she must disqualify and

recuse herself and vacate his Orders, Exh.  G.  So Judge Jaqueline Becerra you must DISQUALIFY YOUR

SELF and VACATE YOUR ORDER against AD, EXH. I. Maurice Symonette has a hon. Doctorate Degree

as a Minster to AD, Exh.S, and as a next friend,  FED. RULES OF CIVIL PROCEDURE 17 and 17(c) and

BECAUSE THE ILLEGAL Prosecutors are investigating and going after ME MAURICE SYMONETTE so as

an interested   party does file this motion to DISQUALIFY JUDGE BECERRA, 28 U.S.C. SS 455

(b)(1)(3)(4)(iii)(c)(d)-(4)(d).

## FACTUAL BACKGROUND

1. On <u>MAY 5TH 2025</u>  Judge Jaqueline Becerra issued an illegally coerced final PLEA against Defendant Alfred Davis for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 24-CR-20456–JB-11 where US BANK also on <u>May 5thth, 2025</u>, Judge Jaqueline Becerra issued a Judgment order acting as a quasi-defense attorney for US BANK YOUR personal investment Partner to make money together. Plaintiff ALFRED DAVIS has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent Prosecution claims made by the Defendants US BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Jaqueline Becerra Recusal based on exposed financial conflicts of interests <u>Fla. Stat.112.312 (8)(9).</u>

*Rule 2.160 (H) and FRCP Rule 60, relief fiom ..Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an*

*Opposing party*

A Judge is expected to Recuse herself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify herself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4)   He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)   "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendant, due to cited improper financial conflicts of interest, Judge Jaqueline Becerra Is incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case. Judge Jaqueline Becerra has creditor loan history and business with U.S. BANK that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final PLEA   Order.</u> Judge Jaqueline Becerra has significant exposed investor financial interests in the subject matter in controversy and with Defendants US BANK that will be substantially negatively affected by the outcome of that proceedings

when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey! Example of Judges who already recused themselves BECAUSE OF US BANK MONEY CONFLICT OF INTEREST. 131 FEDERAL JUDGES FOUND GUILTY OF MONEY CONFLICT OF INTEREST GOGGLE NY TIMES

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.


2. **JUDGES WITH A CONFLICT OF INTEREST FROM DEUTSCHE BANK WITH US BANK AGAINST ALFRED DAVIS FOR US BANK FOR THESE EXHIBITS SEE GODS2.COM #1B SEE EXHIBITS FROM SARA ZABEL TO SANCHEZ**

1. SARAH I. ZABEL 4/7/09-------------------------------------------------made 9 Million from US BANK

2. VALERIE MANNO SCHURR 1/21/22--------------------made almost 12 Million from US BANK

3. JOHN SCHLESINGER 12/19/2017------------------------made almost 29 Million from US BANK

4. SAMANTHA RUIZ COHEN 5/12/2021------------------------made over 2 Million from US BANK

5. MIGUEL DE LA O 1/9/2019----------------------------------made almost 1Million from US BANK

6. VERONICA DIAZ 6/2/2020----------------------------------made almost ½ Million from US BANK

7. VIVIANNE DEL RIO 5/4/2022------------------------------made almost 2 Million from US BANK


**CLERK OF THE COURTS HARVEY RUVIN AND JUAN FERNANDEZ-BARQUIN**


5. CLERK HARVEY RUVIN-----------------------------------------------made $315,000 from US BANK

6. CLERK JUAN FERNANDEZ-BARQUIN----------------------------made $635,000 from US BANK


**APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK N. A.**

1. BROWNWYN C. MILLER----------------------------------------------made $95,000 from US BANK

2. KEVIN MICHAEL EMAS---------------------------------------------made $225,310 from US BANK

3. EDWIN SCALES----------------------------------------------------made $22,543 from US BANK


**DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST WITH U.S. BANK**


4. FEDERAL JUDGE RODOLFO RUIZ-------------------------------------made $250,000 from US BANK

5. FEDERAL JUDGE JOSE MARTINEZ------------------------------------made $250,000 from US BANK

6. BANKRUPTCY JUDGE LAUREL ISICOFF—----------------------------made $15,000 from US BANK

7. FEDERAL MAGISTRATE EDUARDO SANCHEZ---------------------made $250,000 from US BANK

REQUIRED RELIEF


Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A)(H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from ALL ORDERS based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Jaqueline Becerra from this and any future related US BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action and allow the filing of the Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed by Atty. NASHID SABIR

**WE HAVE SEVEN JUDGES WHO RECUSED THEMSELVES OFF OF THIS CASE FOR BIT MONEY CONFLICTS See Exhs. U-ZZZ**

131 Federal Judges have been found Guilty of Conflict of Interest and the most one made was $100,000.00 here in this one case we have seven Judges who Recused themselves from makin millions of dollars from U.S. Bank one Judge made 28 million named John Schlesinger, Judge Valerie Manno Schurr made 11 million, Magistrate Judge Sanchez made $250,000, Judge Martinez made $250,000 from U.S. Bank and you Judge Becerra you said you made $150,000 fearlessly and you have knowledge of this case in violation of 28 USC ss455 (b)(1) and you're a Democrat going against Blacks For Trump to destroy them without a cause inviolation of President Trumps Exectuive Order Your have a Horriying Conflict of Intertest and you are disqualified from this Case

CC; President Trump

CC: Kash Patel

CC :Bongino

CC Pam Bondi

CERTIFICATE OF SERVICE

I  HEREBY CERTIFY that on 12th day of May.,2025 a true and correct copy of the foregoing was provided via this Court's filing system to the attorneys of record.

SWORN OATH AS A NEXT FRIEND, ALFRED DAVIS MINISTER AND BECAUSE I

HAVE AN INTEREST IN THIS CASE THE PROSECUTOR MENTIONED THAT MY

COMPANY IN THIS CASE IS UNDER INVESTIGATION.

MAURICE SYMONETTE

15020 S. RIVER DR.

MIAMI FL. 33167

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 6 | Becerra, Jacqueline | 02/15/2024 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 1. Individual Assets (H) | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | L | T | | | | |
| 3. Account #1 (H) | | | | | | | | |
| 4. Brighthouse 6 Year Shield 15 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | |
| 5. Brighthouse 6 Year Shield 25 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | |
| 6. Account #2 (H) | | | | | | | | |
| 7. American Funds - The Income Fund of America 529A (CIMAX) | A | Dividend | J | T | | | | |
| 8. American Funds - The Income Fund of America 529F2 (FAIFX) | C | Dividend | L | T | | | | |
| 9. Account #3 (H) | | | | | | | | |
| 10. American Funds - The Income Fund of America-A (AMECX) | B | Dividend | K | T | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

BANK 24 of 20 ABP JE , 1/9/1, Part 9 (0/1 fry) Financial
(shown on Fintel chart)

Exh A
Pg.2

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Alloc (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Freestone Grove Partners LP | | | 371,562 | | 16,330 | | |
| 2025-02-14 | 13F | Vermillion & White Wealth Management Group, LLC | | | 507 | 0.60 | 22 | 10.00 | |
| 2025-02-14 | 13F | Riverview Capital Advisers, LLC | | | 7,598 | 0.00 | 334 | 10.63 | |
| 2025-02-14 | 13F | PineBridge Investments, L.P. | | | 3,291,138 | 32.08 | 144,646 | 46.30 | |
| 2025-02-13 | 13F | Redwood Park Advisors LLC | | | 2,634 | | 116 | | |
| 2025-02-13 | 13F | Guggenheim Capital Llc | | | 218,423 | -53.24 | 9,600 | -48.21 | |
| 2025-02-13 | 13F | Greenwood Gearhart Inc | | | 11,031 | | 485 | | |
| 2025-02-13 | 13F | Blue Investment Partners LLC | | | 200,479 | 0.00 | 8,811 | 10.76 | |
| 2025-02-13 | 13F | Ontario Teachers Pension Plan Board | | | 8,632,780 | 71,357.50 | 379,411 | 79,108.77 | |
| 2025-02-13 | 13F | Cerity Partners LLC | | | 2,766,900 | -5.73 | 119,053 | 2.22 | |
| 2025-02-13 | 13F | Martingale Asset Management L P | | | 219,676 | 47.03 | 9,655 | 62.85 | |
| 2025-02-13 | 13F | Gratus Wealth Advisors, LLC | | | 42,587 | -25.26 | 1,872 | -17.83 | |
| 2025-02-13 | 13F | Sierra Summit Advisors Llc | | | 28,411 | 16.12 | 1,249 | 28.66 | |
| 2025-02-13 | 13F | Azimuth Capital Investment Management LLC | | | 156,927 | -5.57 | 6,897 | 4.58 | |
| 2025-02-13 | 13F | Chiron Capital Management, Llc | | | 11,028 | -4.55 | 485 | 5.68 | |
| 2025-02-13 | 13F | Rosenblum Silverman Sutton S F Inc /ca | | | 51,743 | -1.43 | 2,274 | 9.22 | |
| 2025-02-13 | 13F | SageView Advisory Group, LLC | | | 69,983 | 48.91 | 3,076 | 64.97 | |
| 2025-02-13 | 13F | Rathbone Brothers plc | | | 1,247,344 | -7.52 | 54,821 | 2.43 | |
| 2025-02-13 | 13F | Lsv Asset Management | | | 3,636,836 | -0.19 | 160 | 10.42 | |
| 2025-02-13 | 13F | Stifel Financial Corp | | | 4,400,593 | -1.13 | 193,407 | 9.51 | |
| 2025-02-13 | 13F | Capital Research Global Investors | | | 7,590,335 | 1,600.23 | 333,595 | 1,783.23 | |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | | | 6,885 | -1.43 | 303 | 9.03 | |
| 2025-02-13 | 13F | Arvest Bank Trust Division | | | 457,426 | -2.25 | 20,104 | 8.27 | |
| 2025-02-13 | 13F | RMB Capital Management, LLC | | | 30,923 | -9.61 | 1,359 | 0.15 | |
| 2025-02-13 | 13F | Norinchukin Bank, The | | | 300,762 | 8.19 | 13,218 | 19.84 | |
| 2025-02-13 | 13F | Mach-1 Financial Group, Inc. | | | 6,331 | -16.49 | 278 | -7.33 | |
| 2025-02-13 | 13F | MSH Capital Advisors LLC | | | 14,368 | -2.27 | 631 | 8.23 | |
| 2025-02-13 | 13F | Capital International Inc /ca/ | | | 589,574 | 31.69 | 25,912 | 45.86 | |
| 2025-02-13 | 13F | O'ROURKE & COMPANY, Inc | | | 11,728 | -5.43 | 515 | 4.67 | |
| 2025-02-13 | 13F | Gamco Investors, Inc. Et Al | | | 600,072 | -4.13 | 26,373 | 6.19 | |
| 2025-02-13 | 13F | Panagora Asset Management Inc | | | 4,446,193 | 20.27 | 195,410 | 33.22 | |
| 2025-02-13 | 13F | Perennial Investment Advisors, LLC | | | 23,887 | 2.59 | 1,050 | 13.65 | |
| 2025-02-13 | 13F | Taurus Asset Management, Llc | | | 519,334 | -0.67 | 22,825 | 10.01 | |
| 2025-02-13 | 13F | Ally Financial Inc. | | | 46,000 | | 2,022 | | |

U (1) ↑↑↑↑↑ NAP 41 U Ci 1 X 3 an ru 2
(Shown on fintel chart)

**Exh.B**
**pg.2**

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Alloc (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Burling Wealth Partners, Llc | | 🔒 | 4,433 | | 212 | | 🔒 |
| 2025-02-14 | 13F | Itau Unibanco Holding S.A. | | 🔒 | 2,500 | | 121 | | 🔒 |
| 2025-02-14 | 13F | Gen-Wealth Partners Inc | | 🔒 | 2,050 | -12.51 | 98 | -14.04 | 🔒 |
| 2025-02-14 | 13F | Profund Advisors Llc | | 🔒 | 28,788 | -4.41 | 1,377 | -0.07 | 🔒 |
| 2025-02-14 | 13F | Colonial Trust Co / SC | | 🔒 | 3,042 | 49.85 | 145 | 57.61 | 🔒 |
| 2025-02-14 | 13F | Hillman Capital Management, Inc. | | 🔒 | 118,317 | -27.31 | 5,659 | -23.97 | 🔒 |
| 2025-02-14 | 13F | EP Wealth Advisors, Inc. | | 🔒 | 100,020 | 0.90 | 4,784 | 5.52 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Call | 🔒 | 184,200 | -41.52 | 8,810 | -38.84 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | | 🔒 | 1,157,770 | -33.48 | 55,376 | -30.42 | 🔒 |
| 2025-02-14 | 13F | First Long Island Investors, LLC | | 🔒 | 339,451 | 0.18 | 16,236 | 4.78 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Put | 🔒 | 222,300 | 30.76 | 10,633 | 36.76 | 🔒 |
| 2025-02-14 | 13F | New England Asset Management Inc | | 🔒 | 165,015 | -12.41 | 7,893 | -8.39 | 🔒 |
| 2025-02-14 | 13F | Janus Henderson Group Plc | | 🔒 | 828,111 | -2.08 | 39,626 | 2.47 | 🔒 |
| 2025-02-14 | 13F | Ancora Advisors, LLC | | 🔒 | 41,774 | -29.40 | 1,998 | -26.14 | 🔒 |
| 2025-02-14 | 13F | Capstone Investment Advisors, Llc | Call | 🔒 | 61,700 | 13.42 | 2,951 | 18.66 | 🔒 |
| 2025-02-14 | 13F | Voya Financial Advisors, Inc. | | 🔒 | 6,985 | -16.50 | 337 | -11.32 | 🔒 |
| 2025-02-14 | 13F | Davis Asset Management, L.P. | | 🔒 | 600,000 | -25.00 | 28,698 | -21.56 | 🔒 |
| 2025-02-14 | 13F | Visionary Wealth Advisors | | 🔒 | 16,637 | -14.70 | 796 | -10.77 | 🔒 |
| 2025-02-14 | 13F | Accredited Wealth Management, LLC. | | 🔒 | 1,445 | | 70 | | 🔒 |
| 2025-02-13 | 13F | Capula Management Ltd | | 🔒 | 0 | -100.00 | 0 | -100.00 | 🔒 |
| 2025-02-13 | 13F | BOS Asset Management, LLC | | 🔒 | 90,543 | -0.59 | 4,331 | 3.96 | 🔒 |
| 2025-02-13 | 13F | Edgar Lomax Co/va Bl Asset | | 🔒 | 235,136 | -1.89 | 11,247 | 2.62 | 🔒 |
| 2025-02-13 | 13F | Management Fondsmaeglerselskab A/S | | 🔒 | 77,424 | 50.50 | 4 | 50.00 | 🔒 |
| 2025-02-13 | 13F | Icon Advisers Inc/co | | 🔒 | 300 | | 14 | | 🔒 |
| 2025-02-13 | 13F | Anchor Investment Management, LLC. | | 🔒 | 3,200 | 0.00 | 153 | 4.79 | 🔒 |
| 2025-02-13 | 13F | Barclays Plc | | 🔒 | 4,877,408 | -32.33 | 233 | -29.18 | 🔒 |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | | 🔒 | 7,916 | -4.81 | 379 | -0.53 | 🔒 |
| 2025-02-13 | 13F | Bank Of Hawaii | | 🔒 | 22,931 | -0.05 | 1,097 | 4.48 | 🔒 |
| 2025-02-13 | 13F | Ally Financial Inc. | | 🔒 | (81,000) | 0.00 | 3,874 | 4.59 | 🔒 |
| 2025-02-13 | 13F | Marshall Wace, Llp | | 🔒 | 5,789,565 | 414.15 | 276,915 | 437.76 | 🔒 |

**Exh.C pg.1**

G   american Express and U.S. Bank have ⓧ  🎤  📷  🔍          ⚙️  ⠿   Sign in

All   News   Images   Short videos   Videos   Forums   Shopping   ⋮ More            Tools

✦ AI Overview                                                    Learn more   ⋮

Yes, American Express and U.S. Bank both hold stocks and bonds as part of
their investment portfolios. U.S. Bancorp (the parent company of U.S. Bank)
has a market cap of $58.91B, while American Express (AXP) is a separate
company, as well as American Express Bank and American Express Centurion
Bank, which are subsidiaries. 🔗

USB Stock Price | U.S. Bancorp Stock Quote (U.S.: NYSE ...

Show more ⌄

American Express
https://www.americanexpress.com › en-us › credit-intel

## Comparing 4 Different Types of Mutual Funds

Jul 5, 2024 — Mutual funds allow investors to pool their money **together** to buy a collection of **stocks**,
**bonds**, or other financial securities. Investment ...

At-A-Glance     What Are Mutual Funds?     Bond Funds Are Fixed Income...

## People also ask ⋮

What banks are owned by American Express?                          ⌄

Does Amex have bonds?                                             ⌄

Is American Express a good high yield savings account?            ⌄



*Exh. S*



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-23015-CV-WILLIAMS**



Exh. U Pg. 1

MACK WELLS, *et al.*,

     Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

     Defendants.

_____/

## ORDER RECUSING JUDGE AND REASSIGNING CASE

    The undersigned District Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>23rd</u> day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge <u>Sheri Chappell</u>.

    All documents for filing in this case shall carry the following case number and designation: <u>24-23015-CV-Chappell</u>.

    By Order of Court this <u>23</u> day of <u>September</u> 2024.

ANGELA E. NOBLE
Court Administrator/Clerk of Court

By:    *Valerie Kemp*
      Deputy Clerk

Exh. U Pg. 2
~~Exh. ~~ Pg. 2

In accordance with the **Local Rules for the Southern District of Florida**, providing for

the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United

States District Judge **Kathleen M. Williams** _____.

Copies of this Order shall be served on all pending parties of record electronically *via*

CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing.

All documents for filing in this case shall carry the following case number and designation:

**24-cv-23015-Williams/Goodman**

BY ORDER of the Court this ____15th____ day of August, 2024.

ANGELA E. NOBLE
Clerk of Court

By:

*Valerie Kemp*
_____

copies provided to:
counsel of record
Clerk of Court

Filing # 203113881 E-Filed 07/23/2024 10:38:38 AM



Exh - U pg. 1

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2024-012330-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MACK WELLS et al**

Plaintiff(s)

vs.

**US BANK NA et al**

Defendant(s)

_____/

<u>**ORDER OF RECUSAL**</u>

     **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this <u>23rd day of July, 2024</u>.

2024-012330-CA-01 07-23-2024 10:30 A
2024-012330-CA-01 07-23-2024 10:30 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed



Exh. V pg. 2

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
maurice symonette, BigBOSS1043@yahoo.com

**Physically Served:**

Exh. W

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-cv-23015-DPG

MACK WELLS, *et al.*,

       Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

       Defendants.

_____/

### ORDER OF RECUSAL

    PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is

assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of August, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE



Exh : X

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

GENERAL JURISDICTION

US Bank (na)

Plaintiff,

CASE NO.: 10-61928 CA 01

vs.

Williams, Leroy

Defendant(s),

FILED FOR RECORD

2023 JUN -6  PM 3:20

---

Transfer Order on Recusal

This matter came before the undersigned Administrative Judge upon the recusal of
Division 05. The case has been blind-filed by the Clerk of Court to Division 11 and all further
proceedings shall be heard before that judge.

For further information, please visit the following website https://www.jud11.flcourts.org
click on Judicial Directory, then the new division judge Carlos Lopez

DONE and ORDERED in Chambers at Miami, Miami-Dade County, Florida, on
this _____ day of _____ 202_.

ORIGINAL
JENNIFER D BAILEY                    Jennifer D. Bailey
                                     Administrative Judge,
                                     Circuit Civil Division

Copies furnished to:

Counsel of record

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

## Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)



Exh. 7 Pg. 1

# $2,000,615 Criminal Conflict of Interest with U.S. BANK

## Filer's Information

**LaPointe, Markenzy**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:

- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).

/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by

/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

Exh. Y pg.2

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|-------------|-----|-------|-------------|---------------|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | No | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) **◄— from U.S. Bank** |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|-------------------|-------------|------------------|------|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee. If I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

*Exh. 7 Pg3*

*Exhibit Pg. 3*

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

U.S. Bancorp

usbancorp

WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report

Filing # 172928996 E-Filed 05/11/2023 11:02:02 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA



Exh. Y Pg 1

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

## ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

    **THIS CAUSE,** came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

Exh - YYPg.2

~~Exh. Opg. 8~~

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfileservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com





Exh. YY/Pg. 3

Julie Anthousis, FLCourtDocs@brockandscott.com
Julie Anthousis, CourtXpress@firmsolutions.us
Justin James Kelley, FLeFileTeam@brockandscott.com
Justin James Kelley, FLCourtDocs@brockandscott.com
Justin James Kelley, CourtXpress@firmsolutions.us
Kara Leah Fredrickson, FLeFileTeam@brockandscott.com
Kara Leah Fredrickson, FL.CourtDocs@brockandscott.com
Kara Leah Fredrickson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLeFileTeam@brockandscott.com
Laura Ashley Jackson, CourtXpress@firmsolutions.us
Laura Ashley Jackson, FLCourtDocs@brockandscott.com
Matthew Marks, FLeFileTeam@brockandscott.com
Matthew Marks, FLCourtDocs@brockandscott.com
Matthew Marks, ECCM-FL@provana.com
Michael R Esposito, Michael.Esposito@BlankRome.com
Michael R Esposito, BRFLeservice@blankrome.com
Michael R Esposito, sol.cruz@blankrome.com
Nashid Sabir, nashidlaw@gmail.com
Nicole R Topper Esq, ntopper@blankrome.com
Shaib Y Rios, FLeFileTeam@brockandscott.com
Shaib Y Rios, FLCourtDocs@brockandscott.com
Shaib Y Rios, ECCM-FL@provana.com
Stephen Christopher Wilson, scwilson862007@yahoo.com
Stephen Christopher Wilson, Stephen@bpinjury.com
Stephen Christopher Wilson, Natasha@bpinjury.com
William Henry Stafford III, william.stafford@myfloridalegal.com
William Henry Stafford III, complexlitigation.eservice@myfloridalegal.com
William Henry Stafford III, alisha.robinson@myfloridalegal.com
Willnae Lacroix, FLeFileTeam@brockandscott.com
Willnae Lacroix, FLCourtDocs@brockandscott.com
Willnae Lacroix, courtxpress@FirmSolutions.us
maurice symonette, BigBOSS@Clerk.com
maurice symonette, BIGBOSS1043@yahoo.com
maurice symonette, boss1@clerk.com

**Physically Served:**

313.448 unready bigboss1043@yahoo.com - Yahoo Mail                    https://mail.yahoo.com/d/search/name=Alfred%2520Davis&emailAd.

Compose                    **Messages**    Photos    Documents                    13    *Exh-22*



Inbox                                □    Ad      ↶    ↷    →    Archive    Move    Delete    ⊘              Alfred Davis
Unread
Starred                    **Yesterday**
Drafts
                                    Smar...   Ad  **Florida Important Update For Vehicles Driven**
Sent                                Alfred D...  Termination     Inbox              May 12
Archive
Spam                       **Last week**
Trash
                                    Alfred D...  Fwd: Meeting     Inbox              May 4
...tesc                    2024

Views         Show         Termination                              bigboss10... Inbox

Folders       Hide                   Alfred Davis                          Mon, May 12 at 6:36 AM
New Folder                           From:
   AGA                               davisalfred2025@gmail.com
   All CHURCHES                      Bcc: bigboss1043@yahoo.com
   Allen West
   ANYSTREET
   Array                    --------- Forwarded message ---------
                            From: **Alfred Davis**
   BANK RATE                Date: Thursday, May 1, 2025
   Boss Group Ministries    Subject: Meeting
                            To: Kateryn Garcia
   BOSS QUOTE TITLES
   C-Span CLASSROOM
                            Good afternoon
   Conservative trends
                            I am sending this email to notify you that I am terminated the legal services
   Drafts                   that Knew law firm and Brian Krew was providing for me Alfred Davis on
   Ebay + Paypal            this day 5/1/2025. Thank you for your assistance with everything.
   FREEDOM JAMBO...
                            On Monday, April 28, 2025, Kateryn Garcia
   FREEDOMWORKS             wrote:
   GLENN BECK                  Hi Alfred,
   Hotel Travel
                               I tried calling you, it's 12:30PM.
   INVESTMENT
   June
   MAX PC
   Member The Blockman
   Notes
   Oil - GAS
   PC WORLD
   Promotions
   RADIO WORLD
   republicans
   republican
   republicans
   Ships-Planes-Boat...
   STUB HUB
   Synced Messages  ⊘
   TEA PARTY FT LAU...
   TRICIA RAYMOND            On Mon, Apr 28, 2025 at 8:16 AM Alfred Davis
                                         wrote:

2 of 3                                                                                    5-15-25 6:14 PM

**Exhibit B**

# Docket of case #22-cr-20017-JEM-2
# USA v. WENDY MORALES FUENTES

Exh. AA

# SWORN OATH AND AFFIDAVIT

I MAURICE SYMONETTE heard and Saw Micahiel Nicholson get a call by Cell phone from FBI Agent Adam weinstein and he said this is Adam Weinstein from the FBI and I am Investigating the Jan 6th Insurrection incident and then FBI Agent Adam Weinstein asked to speak with me and he told me that he was investigating the Jan.6[th] insurrection incident then they asked me did Me and the Blacks for Trump Brother's go inside the U.S. Capitol and I said no, but I did do a Speech on stage outside the Capitol. Then they said there's nothing we can do all we wanted to know is if you went into the Capitol, you said no so there's nothing we can do about that Michael.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 5th day of 2025.

# SWORN OATH AND AFFIDAVIT


*Exh. BB*

I MICAHIEL NICHLOSON Was Called by Cell phone by FBI Agent Adam weinstein

and he said he was Adam weinstein from the FBI and I am Investigating the Jan 6th

Insurrection incident and then they ask to speak to Michael AKA Maurice

Symonette the FBI Agent Weinstein told him that he was investigating the Jan.6th

insurrection incident then they asked Maurice Symonette did he and the Brothers

go inside the U.S. Capitol and Maurice said no, but I did a Speech on stage outside

the Capitol. Then they said there's nothing we can do all we wanted to know is if

you went into the Capitol, you said no so there nothing can do about that Michael.


*Micahiel Nichloson*

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167


# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in
accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this
5th day of 2025.

Exh. W

## SWORN OATH

I <u>ALFRED DAVIS</u> was in the office and the FBI came in and FBI Agent Adam Weinstein was there and he told me he was investigating insurrectionist in the Jan 6th case and they showed me a book showing us our pictures and the proud boys and Enrique. Then they arrested me and they ended up charging me with a phony Penny-ante 8 ½ by 11 paper Drivers license charge.

ALFRED DAVIS
627 SOUTHRIDGE RD
DELRAY BEACH, FL. 33444

*Exh. DD pg. 1*

# The New York Times

Subscribe for $1/week

**Trump Administration**    **LIVE** Updates  8m ago    The First 100 Days

# *Trump Says He'll Fire F.B.I. Agents Amid Fight Over Those Who Investigated Jan. 6*

A court ordered the administration to keep secret a list of F.B.I. officials who had pursued Jan. 6 rioters. Then Trump said he would "surgically" fire some agents.

▶   **Listen to this article · 6:51 min**   <u>Learn more</u>

Exh. DD pg 2

President Trump declared on Friday that he would soon "surgically" fire unidentified F.B.I. agents he claimed were corrupt, intensifying concerns about the possibility of a purge of federal law enforcement officials in the face of a court fight over agents and employees who had helped investigate the Jan. 6, 2021, Capitol riot.

Hours earlier, a judge ordered his administration to keep confidential a list it had created of thousands of F.B.I. agents and employees who had worked on inquiries related to the Jan. 6 attack.

The administration told the F.B.I. to compile that list last week. Mr. Trump, asked at a news conference on Friday whether he would fire all agents on it, said



Exh. DD pg. 3

be terminated.

"I'll fire some of them because some of them were corrupt," he said. "I have no doubt about that. I got to know a lot about that business, that world. I got to know a lot about that world. And we had some corrupt agents, and those people are gone, or they will be gone and it will be done quickly and very surgically."

ADVERTISEMENT



The dispute over the administration's plans grew out of a demand by Emil Bove, the acting deputy attorney general, that the bureau compile and turn over a comprehensive list of the law enforcement officials who had played any role in investigating Jan. 6.

The investigation became the largest in the Justice Department's history, leading to nearly 1,600 people being charged or convicted of crimes in connection with the riot and involving the work of thousands of F.B.I. employees.

Two groups of anonymous F.B.I. agents and employees <u>filed lawsuits</u> earlier this week to block any release of the identities.

of a temporary restraining order on Friday barring the entire government from making the list public.



Exh. DD
Pg. 5

Mr. Bove, a former criminal defense lawyer for President Trump, has been helping oversee the Trump administration effort to remake federal law enforcement.

ADVERTISEMENT

Exh. EE

previous text. Are you available to come in today at 2:00 P.M.?

Today 8:58 AM

Alfred, this is Brian Kirlew. I reviewed your email to Kateryn discharging our firm from further representation in this matter. You have a constitutional right to a lawyer of your choice, or to represent yourself for that matter. There are no hard feelings. We have nothing but love and appreciation for you, Elaine, and the entire family.

With that said, however, you cannot just fire us via email. Another lawyer needs to enter an appearance, and we must be substituted. Similar to what we did with Zeljka. If you have hired someone, which I believe you have because another lawyer called our office late afternoon yesterday, that lawyer needs to enter an apperance on your behalf.

If you intend to represent yourself, Judge Becerra will need to conduct

Exh. HH pg 1

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
                     CASE NO. 24-cr-20051-JEM
3

4     UNITED STATES OF AMERICA,          Miami, Florida

5                    Plaintiff,          May 15, 2024

6          vs.                           10:43 a.m. - 2:17 p.m.

7     ALFRED LENORIS DAVIS,              Volume 2

8                    Defendant.          Pages 1 to 66

9

10                     TRANSCRIPT OF JURY TRIAL
              BEFORE THE HONORABLE JOSE E. MARTINEZ
11               UNITED STATES DISTRICT JUDGE

12    APPEARANCES:

13    FOR THE GOVERNMENT:        JONATHAN BAILYN, ESQ.
                                 UNITED STATES ATTORNEY'S OFFICE
14                               99 NE 4th Street
                                 Miami, Florida 33132
15
                                 KATIE L. SADLO, ESQ.
16                               UNITED STATES ATTORNEY'S OFFICE
                                 500 South Australian Avenue
17                               Suite 400
                                 West Palm Beach, Florida  33401
18
      FOR THE DEFENDANT:         ZELJKA BOZANIC, ESQ.
19                               BOZANIC LAW, P.A.
                                 17100 Royal Palm Blvd.
20                               Suite 1
                                 Weston, Florida 33326
21
                                 HUMBERTO DOMINGUEZ, ESQ.
22                               LAW OFFICE OF HUMBERTO R. DOMINGUEZ
                                 150 West Flagler Street
23                               Suite 2900
                                 Miami, Florida 33130
24

25
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

*Exh. JHH pg. 2*
*64*

```
 1              THE COURT:  I'm not sure.  I think there's
 2    enough issue in this case that I think I'll let him out
 3    until, at the very least, until sentencing.
 4              So I will permit you to remain on bond under
 5    the same terms and conditions that you have been up to
 6    this time.  But, Mr. Davis, don't let me down because I'm
 7    trusting you.  We will talk again.
 8              Do we have a date for sentencing?
 9              COURTROOM DEPUTY:  Yes, Judge.  The sentencing
10    date is Thursday, July 11th at 11:00 a.m.
11              THE COURT:  All right.  At this point, I'll
12    refer you to the U.S. Probation Office for the
13    preparation of a sentencing memorandum.  And cooperate
14    with them.  They'll tell you where to be.  Failure to
15    show up is a separate crime and a very serious one,
16    sometimes more serious than the underlying crime.  So you
17    must show up at the various times that you're told to.
18              Talk to the probation office people.  Help them
19    prepare your presentence investigation.  And we'll see
20    you back here on Thursday, July 11th --
21              At what time?
22              COURTROOM DEPUTY:  11:00 a.m.
23              THE COURT:  -- 11:00 a.m. here in this courtroom,
24    all right?
25              We will in recess on this matter.  I'll get you
```

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

Exh. II Pg. 1

**AFFIDAVIT**

I, AAKB TRE, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEE TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEE SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESS POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

AAKB TRE

Florida Driver License
T300-061-88-142-0

7/23/2024

AFFIDAVIT

Exh II Pg. 2
~~Exh B pg2~~

I, CURTIS MCNEAL AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTOR JONATHAN BARY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS.

Curtis Mc Neal

Florida ID
M254-101-58-385-0

7/23/2024

Exh. II pg. 3

AFFIDAVIT

__Ricky Welch__ AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTOR JOHN/JONAH BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY. YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESS POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

Ricky Welch

Florida CDL
W420-738-68-205-0

7/23/2024

AFFIDAVIT

Exh. II pg. 4

I, MICHAEL NICHLOSON, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL. AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY ; YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11 ᵗʰ AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

MICHAEL NICHLOSON

Florida Driver Licenic
N242-544-89-041-0

7/23/2024

## AFFIDAVIT

Exh. II pg 5
~~Exhibit pg5~~

I, James Buckman, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTOR JONNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY , YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE, I AM DOING A DIRECTED VERDICT JULY 11th AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

James Buckman

JAmes Buckman

Florida Driver License
B255-140-57-290-0



7/23/2024

Exh. II pg.6

**AFFIDAVIT**

I, William EY, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR.DAVIS.

Will E Harvey

Florida CDL
H610-890-58-298-0

7/23/2024

Exh. J J pg 2

## SWORN OATH

I MICAHIEL NICHLOSON Viewed the Transcript with MAURICE SYMONETTE for Alfred Davis's paper Drivers License Case#24-cr-20051-JEM-1. And everything written there was what was originally said in court.

*Micahiel Nichloson*

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167

Exh. JJ pg. 2

## SWORN OATH

I <u>MAURICE SYMONETTE</u> Viewed the Transcript with MICAHIEL NICHLOSON for Alfred Davis's paper Drivers License Case#24-cr-20051-JEM-1. And everything written there was what was originally said in court.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

5:46    LTE 82

< **August 17** **Edit** 
5:26 PM

**What banks are owned by the Chinese?** ⌄

**How much of U.S. Bank is owned by China?** ⌃

**70 percent**

Wednesday's decision allows Industrial & Commercial Bank of China, which is **70 percent** owned by the Chinese government, to take an 80 percent stake in a Hong Kong-based bank with 13 branches in the U.S. The Fed also allowed two other Chinese banks to open branches in New York and Chicago. May 13, 2012

 https://thehill.com › international
Lawmakers stay largely silent over Chinese takeover of US bank ...

**MORE RESULTS**

**Is Wells Fargo a Chinese company?** ⌄

   

Exh. 2

*Exh. ZZZZ*

# Ending The Weaponization Of The Federal Government

*The White House*

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

Section 1.  Purpose.  The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions.  These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives.  Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights.

The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process.  It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services.  The Department of Justice even jailed an individual for posting a political meme.  And while the Department of Justice has ruthlessly prosecuted more than 1,500 individuals associated with January 6, and simultaneously dropped nearly all cases against BLM rioters.

Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

Sec. 2.  Policy.  It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

Sec. 3.  Ending the Weaponization of the Federal Government.  (a)  The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice,

the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b)  The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.  The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c)  In furtherance of these policies, departments and agencies are directed to comply with applicable document-retention policies and legal obligations.  Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

Sec. 4.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

    January 20, 2025.