UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,
vs.                                            CASE NO. 24-CR-20456-JB

ALFRED DAVIS,

    Defendant.
_____/

## **MOTION TO WITHDRAW AS COUNSEL OF RECORD**

**COMES NOW** the Kirlew Law Firm, PLLC, and Brian Kirlew, Esq. ("Attorneys"), move for leave to withdraw as counsel of record for ALFRED DAVIS ("Defendant"). As grounds therefore, Attorney(s) states:

1. The undersigned was retained to represent the Defendant in the above-mentioned case on February 26, 2025.
2. Before the Defendant pleading guilty, the Attorney/Client relationship was intact, and there were no issues with communication and how to proceed with the Defendant's representation.
3. On the eve of the Defendant's trial, he hired a new attorney to represent him.
4. On the morning the Defendant's trial was to commence, the Court conducted an inquiry and advised the Defendant and the newly retained lawyer that the Court would not be continuing the trial and that the undersigned counsel would not be discharged.
5. Since the Defendant's change of plea on May 5, 2025, the undersigned counsel has had no contact with the Defendant.
6. The undersigned counsel has made repeated attempts to contact the Defendant and provide legal representation in preparation for the Defendant's sentencing.
7. To no avail, the Defendant is not responding to the undersigned counsel's request

to schedule his PSI interview and speak with the undersigned counsel.

8. Moreover, Defendant has recently filed motions and other documents pro se, which evidence a clear intent to proceed without the assistance of counsel.

9. The absence of communication, combined with Defendant's Pro Se filings, has made it impossible for undersigned counsel to provide effective representation in this matter.

10. The Defendant's most recent filing, signed by the Defendant and a non-lawyer Maurice Symonette, along with his prior Pro Se filings, indicates an intent by the Defendant to proceed with this case in a manner that the undersigned counsel cannot ethically advance.

11. The undersigned counsel respectfully requests that the Court grant the foregoing Motion and permit withdrawal as counsel of record for the Defendant, and permit the Defendant to proceed Pro Se.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of a Notice of Electronic Filing generated by CM.ECF to: Jonathan Bailyn, AUSA, 500 South Australian Avenue, Suite 400, West Palm Beach, FL 33401, and to Alfred Davis at davisalfred2025@gmail.com

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**

2103 Coral Way
Suite 401
Miami, FL 33145
Email:  brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218