## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cr-20456-JB

**UNITED STATES OF AMERICA**,

     Plaintiff,

vs.

**ALFRED DAVIS**,

     Defendant.

_____/

### <u>ORDER OF RECUSAL</u>

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge**  __RUDOLFO A. RUIZ__                                                               .

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

__24-CR-20456-RUIZ__

**BY ORDER** of the Court this  __11th__  day of July, 2025.

ANGELA E. NOBLE
Clerk of Court

By:

_**m.nicado**_

copies provided to:
counsel of record
Clerk of Court