FILED BY _MCO_ D.C.

JUL 3 1 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
    Plaintiff, )
    )
    )
v. )
    )
    )
ALFRED LENORIS DAVIS, )
    Defendant. )

Hon. RODOLFO  RODRIGUEZ RR

Case No. 1:24-cr-20456-JB-1

MOTION TO DISMISS ALL COUNTS

## AMENDED MOTION TO WITHDRAW PLEA AND STOP COERCED FAKE MOCKED HEARING PLEA SENTENCING

We want the Case stayed until we get the video that we Ordered Exh.A 8 that

proves that he said he disagreed with the Jury and that he's doing his own directive

verdict July 11, 2024 and that Alfred Davis was never pointed out as the one who

showed them the DL. Zeljka used Alfred Davis's signature without his Consent to

file several Documents without his permission Exh. A9. Clearly seen when you

prepare those signatures to his real signature shown in Exh.A10. U.S. Atty. Hayden

O'byrne is has a Conflict of Interest with U.S. Bank in the amount of $10,000 Exh.

A11 with Bank of America and has a biased Conflict of Interest because he was on

Alfred Davis's PPP Case in West Palm beach and now he's on Alfred Davis's Wire

fraud Case Exh. A12 and A13 in Miami both and both of those cases are U.S. Bank

cases. Judge Becerra Recused herself because she had a $150,000 Conflict of

Interest 28 usc 455 and because she was the judge on the first ID Case 24-cr-20051-JEM which stems from the insurrection case Exh. A6. She must Revert her Orders back to the original Order.  This charge goes against President Trump's Direct Executive Order 14147  Section 301 Title 3 U.S. Code Section 1 lines 1-3 and line 8-10 (Exh.A) the Gov. started on this investigation on Blacks for Trump for protesting the Jan.6[th] insurrection Elections but like they arresting and jailing a person for posting a political meme. And investigating Trump for Insurrection but never charging him with insurrection e.g., President Trump was arrested like Alfred Davis for insurrection but only charged him with a fake Drivers license a State charge but never charged him with Insurrection. But Trump' Order says the Federal Government cannot be weaponized. To go after people for the Jan. 6th Insurrection Or against people who have different political beliefs Which is what they did in the first Case #24-CR-20051-JEM that lead to this Case #24-CR-20456-RAR as spoken by Prosecutor Jonathan Bailyn, Exh. A2. and in the Transcript pg.13 lines 8-11. And the FBI AGENT called Micahiel Nichloson to talk Maurice Symonette who told us that he was investigating the Jan. 6th Insurrection, Exh. A3. and then went to Alfred Davis's office and said he was investigating the Insurrection case and  showed him a book of pictures with Maurice Symonette's Picture and the brothers and the Proud Boys in it but Al wouldn't talk to them and wanted his Atty. so they arrested

him but he was only federally charged with a State charge of a fake ID. And by continuously calling us Insurrectionist and hoodlums in and out of Court while not allowing us to wear our BLACKS FOR TRUMP T-shirts in Court in the first Case which all starting with the outlawed Insurrection Case for these cases going back four years as stated In Violation Trump's Order Exh. A4. A fake lease was created by U.S. Bank with a Fake signature of Alfred Davis's mother Exh.A5 as the owner of the Condominium all of which is a lie and Alfred Davis's Lawyer Zeljka Bozanic knew it but did not use it in Court, the lawyer also knew that a witness was testifying saying that they did it  not Alfred Davis but she would not allow him to testify, she also didn't allow his family to testify Alfred Davis fired her but without AL'S Permission she VOLUNTERRED for Al to stay in jail until this new case and when she got upset she got him a new Lawyer Brian Kirlew Exh.A7. Who got him out on Bond  but the fired Atty still filed an appeal against Al's will and the Appeals kicked out his Pro. Se Appeal brief and used hers that she deliberately lost by leaving out the fact that they changed the Transcript. by leaving out the Judges statement saying I disagree with the Jury I'm not remanding him to Jail because you guys didn't prove your case, you brought no evidence and no Witnesses said that Alfred gave them the ID Exh. B. And they left out the wherein a Witness stood up and said he did it not Alfred Davis. So Alfred Davis lost the Appeal. Alfred Davis is acting Pro-Se because

he FIRED BRIAN KIRLEW as his attorney. Because Alfred Davis knows that KIRLEW is betraying him for the "30 Pieces of JUDAS SILVER", **_EXH.C._** And Brian Kirlew knew he was fired because he received a text message on his phone from Alfred Davis terminating his representation and replied to that TEXT saying that he understood that he was fired and that his assistance was no longer needed. He even said Alfred Davis has a Constitutional right to the Lawyer of his choice or to represent yourself so there is no hard feelings here, **_Exh. (D)_** WHO ACTUALLY SHOWED UP TO COURT UNINVITED TO TALK Alfred Davis into taking the Plea with the threat of the Judge having 50 PEOPLE TO CHOOSE FROM JURY outside the Courtroom ready to try the Case that day. BRIAN KIRLEW CAME UNINVITED and told Alfred Davis that his new attorney NASHID SABIR was weak as an attorney and can't practice in Federal COURT and JUDGE Becerra said that Alfred Davis MUST KEEP HIS FIRED ATTY. BRIAN KIRLEW and the PROSECUTOR told Alfred Davis's new attorney that "Our organization was going to harm him" (statement directed at ATTY. NASHID SABIR) while the Prosecutor was wearing a big Bullet Proof Vest and told Alfred Davis' Atty. Nashid Sabir that Alfred Davis could not have any Witnesses to force Alfred Davis to take a Plea. Alfred Davis's fired Attorney Zeljka Bozanic didn't bring up the fact that they're accusing Alfred Davis of using a Counter access Device to Stay in a Condo that was being rented out by his mother, wherein he never needed to get a background

check but the Attorney's lied and said that he did a background check and needed to show identification to access the Condominium and its amenities such as Fitness room, Swimming pool and tennis court. She was the one that got Brian Kirlew be Alfred Davis's lawyer after she got fired. He went and got Alfred Davis out of jail on bond using Magistrate Judge Eduardo Sanchez as the Judge who has a $250,000 Conflict of interest with U.S. Bank (Exh.E pgs.1-4). All that time Alfred Davis thought he was an appointed Lawyer. But he was just there to get him a Plea deal and Alfred Davis fired him. And he claimed he was being paid by Alfred Davis's girlfriend. But we didn't agree with that Period. We're just glad he got him out of jail. He was only there to get Alfred Davis a Plea deal. And we didn't care who paid him or not, he suddenly appeared.  Zeljka Bozanic also would not let Maurice Symonette Testify for Alfred Davis because she knew that this would help him greatly and show all the good things that Alfred Davis has done and been apart of for many decades. Such as feeding the community every week at our Boss Group Ministry Jet ski Party,  and Hosting the American Gala awards charity event that raises money for Homeless Vets to house them. Zeljka Bozanic, and Fired Attorney Brian Kirlew were in Co-hoots with U.S. Attorney general Markenzy Lapointe and Assistant U.S. Attorney Jonathan Bailyn to Coerce Alfred Davis into taking a Plea Deal. United states senator Atty. Adam Schiff was not charged with Mortgage fraud. He out right lied to the

court as was Leticia James. And has not been indicted. But Alfred Davis was charged with Mortgage fraud and indicted. Even the Supreme Court said if you do an application that wasn't on your record you can't call it fraud. You can't charge Alfred Davis With Mortgage fraud with banks who are private lenders wherein Latisha James lied and said she lived in a place where she didn't live but wasn't charged but Alfred Davis was charged.

### **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

Respectfully Filed,

Doctorate, Minister Maurice Symonette
Article 3 section 2 Clause 1
Next Friend (F.R.C.P 17 (c) )
15020 S. River Drive
Miami Fl. 33167
786-859-9421

Alfred L. Davis
pro se litigant
627 SouthRidge Rd.
Delray Beach, FL. 33444

**Exh.A pg.1**

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

Section 1.  Purpose.  The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions.  These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives.  Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights.

The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process.  It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services.  The Department of Justice even jailed an individual for posting a political meme.  And while the

Department of Justice has ruthlessly prosecuted more than 1,500 individuals associated with January 6, and simultaneously dropped nearly all cases against BLM rioters. Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

Sec. 2.  Policy.  It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

Sec. 3.  Ending the Weaponization of the Federal Government.  (a)  The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b)  The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.  The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c)  In furtherance of these policies, departments and agencies are directed to comply with applicable document-retention policies and legal obligations.  Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

Sec. 4.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:

(i)   the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

   January 20, 2025.

1

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                   CASE NO. 24-cr-20051-JEM
 3

 4     UNITED STATES OF AMERICA,        Miami, Florida

 5              Plaintiff,              July 11, 2024

 6        vs.                          10:43 a.m. - 2:17 p.m.

 7     ALFRED LENORIS DAVIS,
                                        Pages 1 to 29
 8              Defendant.

 9
                  TRANSCRIPT OF SENTENCING HEARING
10       BEFORE THE HONORABLE JOSE E. MARTINEZ
                 UNITED STATES DISTRICT JUDGE
11

12     APPEARANCES:

13     FOR THE GOVERNMENT:     JONATHAN BAILYN, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
14                             99 NE 4th Street
                               Miami, Florida 33132
15
                               KATIE L. SADLO, ESQ.
16                             UNITED STATES ATTORNEY'S OFFICE
                               500 South Australian Avenue
17                             Suite 400
                               West Palm Beach, Florida  33401
18
       FOR THE DEFENDANT:      ZELJKA BOZANIC, ESQ.
19                             BOZANIC LAW, P.A.
                               17100 Royal Palm Blvd.
20                             Suite 1
                               Weston, Florida 33326
21
                               HUMBERTO DOMINGUEZ, ESQ.
22                             LAW OFFICE OF HUMBERTO R. DOMINGUEZ
                               150 West Flagler Street
23                             Suite 2900
                               Miami, Florida 33130
24

25
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

Case 2:24-cr-20061-RJM Document 80 Entered on FLSD Docket 09/16/2024 Page 13 of 29
Case 2:24-cr-20061-RJM Document 89 Entered on FLSD Docket 07/04/2025 Page 11 of 45

DX# A2 pg. 2

13

```
1              MR. BAILYN:  Your Honor, I --
2              THE COURT:  I mean, you charge him with
3   something where the guidelines are a maximum of eight
4   months.
5              MR. BAILYN:  Your Honor, I understand.
6              THE COURT:  If he's as bad as you say he is, he
7   should be in jail for a long time.
8              MR. BAILYN:  Your Honor, I have open
9   investigations into this defendant.  I am working those
10  cases.  We were looking for the defendant, could not find
11  him because we wanted to talk to him about these things,
12             THE COURT:  He's right there.
13             MR. BAILYN:  Your Honor, now he's there.
14             THE COURT:  He's here.
15             MR. BAILYN:  The reason we charged him, your
16  Honor, was because when we were looking for him he was
17  impossible to find because he was living under a fake
18  alias, which is why this is a significant crime because
19  it impedes law enforcement's ability to track down people
20  when we're trying to investigate them.
21             THE COURT:  All right.  But you take so long to
22  do things that -- I have cases where a person is charged
23  with a crime from six, eight, ten years ago, and they
24  even know they're under investigation, and nothing
25  happens for I don't know how long.  That doesn't make any
```

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

1
C E R T I F I C A T E

2

3          I certify that the foregoing pages represent a

4    true and correct transcript of the above-styled

5    proceedings as reported on the date, time, and location

6    listed.

7

8          I further certify that I am neither counsel

9    for, related to, nor employed by any of the parties to

10   the action in which this hearing was reported, and

11   further that I am not financially nor otherwise

12   interested in the outcome of the above-entitled matter.

13

14
     DATE: 9/10/24    /s/Mary Ann Casale, RDR, FPR-C, CLR, CSR-IL
15                    Official Court Reporter
                      United States District Court
16                    Southern District of Florida
                      400 North Miami Avenue
17                    Miami, Florida 33128
                      MaryAnn_Casale@flsd.uscourts.gov
18

19

20

21

22

23

24

25

STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

**EXH.A3 pg.1**

# SWORN OATH AND AFFIDAVIT

I MAURICE SYMONETTE heard and Saw Micahiel Nicholson get a call by Cell phone from FBI Agent Adam weinstein and he said this is Adam Weinstein from the FBI and I am Investigating the Jan 6th Insurrection incident and then FBI Agent Adam Weinstein asked to speak with me and he told me that he was investigating the Jan.6th insurrection incident then they asked me did Me and the Blacks for Trump Brother's go inside the U.S. Capitol and I said no, but I did do a Speech on stage outside the Capitol. Then they said there's nothing we can do all we wanted to know is if you went into the Capitol, you said no so there's nothing we can do about that Michael.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 5th day of 2025.

**EXH.A3 pg.2**

# SWORN OATH AND AFFIDAVIT

I MICAHIEL NICHLOSON Was Called by Cell phone by FBI Agent Adam weinstein

and he said he was Adam weinstein from the FBI and I am Investigating the Jan 6th

Insurrection incident and then they ask to speak to Michael AKA Maurice

Symonette the FBI Agent Weinstein told him that he was investigating the Jan.6[th]

insurrection incident then they asked Maurice Symonette did he and the Brothers

go inside the U.S. Capitol and Maurice said no, but I did a Speech on stage outside

the Capitol. Then they said there's nothing we can do all we wanted to know is if

you went into the Capitol, you said no so there nothing can do about that Michael.

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167

# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in
accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this
5th day of 2025.

*Exh. A4 pg 1*

## AFFIDAVIT

I CURTIS MCNEAL am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## Sworn Oath

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

CURTIS MCNEAL
15020 S. RIVER DR.
MIAMI FL. 33167

*Exh. A4 pg-2*

# AFFIDAVIT

I MICAHIEL NICHLOSON am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

# Sworn Oath

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

MICAHIEL NICHLOSON
15020 S. RIVER DR.
MIAMI FL. 33167



## **AFFIDAVIT**

I JAMES BUCKMAN am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## **Sworn Oath**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

JAMES BUCKMAN
15020 S. RIVER DR.
MIAMI FL. 33167

*Exh. A4 pg 4*

## AFFIDAVIT

I RICKY WELCH am a witness that I and the Brothers were told we could not wear our Blacks For Trump T-shirts before we entered the court room during Alfred Davis's hearing. Because we were under investigation Because they said we were insurrectionist.

## Sworn Oath

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

*Ricky V. Welch*

RICKY WELCH
15020 S. RIVER DR.
MIAMI FL. 33167

**Exh.A5**



## APPLICATION TO LEASE
(Unit Owner and Lessee signatures are required)

Owner Name: **Cynthia Louis**                Unit No: **ph6**        Date: **12/28/2022**

Lessee Name(s): **Chrsitine L Tran**

Lessee Cell: **+19549992078   N/A**            Lessee Email address: **rbaglobal1@gmail.com**
                                                                   **N/A**

I/We agree to provide to the prospective lessee a copy of The Harbour Rules and Regulations prior to the occupancy of the unit by the lessee. The Rules and Regulations of the Association will bind Me/Us.

THE ASSOCIATION AND ITS AGENT, IN THE EVENT IT CONSENTS TO A LEASE, IS HEREBY AUTHORIZED TO ACT AS OUR AGENT WITH FULL POWER AND AUTHORITY TO TAKE SUCH ACTION AS MAY BE REQUIRED AS NECESSARY TO COMPEL COMPLIANCE BY OUR LESSEE(S) AND/OR THEIR GUESTS, WITH THE PROVISIONS OF THE DECLARATION OF CONDOMINIUM, COVENANTS, RESTRICTION AND EASEMENTS OF THE HARBOUR RULES & REGULATIONS, IN THE INSTANCE OF VIOLATION OF ANY OF THE ABOVE BY THE LESSEE(S) AND/OR THEIR GUESTS, UNDER APPROPRIATE CIRCUMSTANCE, TO TERMINATE THE LEASEHOLD. THE LESSOR AGREES TO REIMBURSE THE ASSOCIATION FOR ANY ATTORNEY'S FEES AND COSTS INCURRED AS LESSOR'S AGENT IN SUCH ENFORCEMENT OR LEASE TERMINATION.

In order for you to facilitate consideration of my/our Application to Lease. I/We have caused the proposed lessee to complete the attached Application. I/We am/are aware that any falsification or misrepresentation of the facts in the attached application will result in automatic rejection of the application to lease. I/We agree that you may have further inquiries concerning this application, particularly of the references given below.

All leases are subordinate to any lien filed by the Association, whether prior or subsequent to such lease.

Payments of interest claims against the deposit, refunds and disputes regarding the disposition of the deposit shall be handled in the same fashion as provided in Part II of Chapter 53, Florida Statues.

I/We have attached hereto a copy of the Lease Agreement, which accurately sets forth the terms of the offer that I/We wish to accept.

I/We agree that the lessee shall not move into the property unless Association approval has been obtained and the Association has registered the lessee.

**Owner's Listing Agent Information:**

Company Name: _____        Agent Name: **Brianna Reid**

Cell: **17862140845** _____ Email address: **brianna.reidrealty@gmail.com**

Owner Signature: _*Cynthia Louis*_

Lessee Signature: **Chrsitine L Tran**        Lessee Signature: _____

*Exh. A6*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cr-20456-JB

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ALFRED DAVIS,

      Defendant.

_____/

### ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Case 1:24-cr-20456-RAR   Document 75   Entered on FLSD Docket 07/11/2025   Page 2 of 2

Exh. A6 pg 2

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge   RUDOLFO A. RUIZ                                    .**

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation:

**24-CR-20456-RUIZ**

**BY ORDER** of the Court this ___**11th**___ day of July, 2025.

ANGELA E. NOBLE
Clerk of Court

By:

*m.nicado*

copies provided to:
counsel of record
Clerk of Court



**U.S. Department of Justice**

United States Marshals Service

Office of General Counsel

*CG-3, 15th Floor*
*Washington, DC 20530-0001*

Exh.A8 pg.1

June 24, 2025

Mr. Maurice Symonette
15020 S River Dr.
Miami, FL 33167
Email: bigboss1043@yahoo.com

**Re: Freedom of Information Act Request No. 2025-USMS-001443**
**Subject: Wilke D. Furguson Courthouse and Courtroom Security Footage**

Dear Mr. Symonette:

The United States Marshals Service (USMS) is responding to your Freedom of Information Act (FOIA) request received on June 09, 2025 for records pertaining to the following:

> *"I'm ordering video of Alfred Davis's May 15th, 2024 Court hearing and his hearing on July 10th, 2024 at wilke D. Furguson Federal Court house. I want the video of the Clerk of Court. (Date Range for Record Search: From 05/15/2024 To 07/10/2024)."*

Pursuant to your request, the USMS conducted a search for records responsive to your request and located no responsive records within the following offices/divisions:

Southern District of Florida

Please note, the mission of the U.S. Marshals Service is to enforce federal laws and provide support to virtually all elements of the federal justice system by providing for the security of federal court facilities and the safety of judges and other court personnel. USMS is required to retain footage for a period of 30 day.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV (2010)). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the USMS determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may

submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

You may also contact Charlotte Luckstone or our FOIA Public Liaison at (703) 740-3943 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

/s/ JG for
Charlotte Luckstone
Assistant Deputy General Counsel
FOIA/PA Officer
Office of General Counsel

*Exh A7 pg.1*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plantiff,

vs.                              CASE NO. 24-CR-20456-JB

ALFRED DAVIS

      Defendant.

_____/

### SUBSTITUTION OF COUNSEL

    **COMES NOW,** ALFRED DAVIS, by and through the undersigned counsel, and hereby submits this Substitution of Counsel in the above-captioned matter, and states as follows:

1. Zeljka Bozanic, Esq. of the Bozanic Law, P.A. hereby withdraws as counsel of record for Alfred Davis.
2. Brian Kirlew, Esq. of the Kirlew Law Firm, PLLC, whose contact information is provided below, hereby enters an appearance as counsel of record for Alfred Davis.

| | |
|---|---|
| **The Kirlew Law Firm, PLLC** | **Bozanic Law, P.A.** |
| **SUBSTITUTING COUNSEL** | **WITHDRAWING COUNSEL** |
| 2103 Coral Way | 17100 Royal Palm Blvd. |
| Suite 401 | Suite 1 |
| Miami, FL 33145 | Weston, FL 33326 |
| Email: brian@kirlewlawfirm.com | info@bozaniclaaw.com |
| Tel: 305.521.0484 | Fax: 305.330.5436 | Tel: 954-920-9750 |

By:_____           By:_____

Brian Kirlew, Esq.                          Zeljka Bozanic, Esq

FL Bar No.: 0067218                      FL Bar No.: 23707

*Exh. A7 pg. 2*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on or before February 27, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM.ECF to: Jonathan Bailyn, AUSA at Jonathan.bailyn@usdoj.gov .

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**
2103 Coral Way
Suite 401
Miami, FL 33145
Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By: _____

Brian Kirlew, Esq.
FL Bar No.: 0067218

*Exh. A9 pg. 1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20456-JB

**UNITED STATES OF AMERICA**
              **Plaintiff,**

**vs.**

**ALFRED DAVIS,**
              **Defendant.**
_____/

## WAIVER OF SPEEDY TRIAL

The Defendant, Alfred Davis, pursuant to the Order Granting Unopposed Motion for Continuance and Re-Setting of Criminal Trial Date [EFC No. 15], hereby acknowledges that he has been advised of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. The Defendant hereby waives his right to a speedy trial under the Act and consents to continuing the trial date as requested by his attorney. The Defendant understands the period of the continuance, from the date the Motion was filed, February 21, 2025, to and including the trial date, April 7, 2025, will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
                                              Alfred Davis

## CERTIFICATE OF SERVICE

I HEREBY certify that on February 21, 2025, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**
2103 Coral Way | Suite 401
Miami, FL 33145

*Exh. A9 pg 2*

Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*Exh. A9 pg.3*

CASE NO.: 24-cr-20456-JB

UNITED STATES OF AMERICA
　　　　　　Plaintiff,
vs.

ALFRED DAVIS,
　　　　　　Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

The Defendant, Alfred Davis, pursuant to the Order Granting Unopposed Motion for Continuance and Re-Setting of Criminal Trial Date [EFC No. 11], hereby acknowledges that he has been advised of his rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. The Defendant hereby waives his right to a speedy trial under the Act and consents to continuing the trial date as requested by his attorney. The Defendant understands the period of the continuance, from the date the Motion was filed, November 26, 2024, to and including the trial date, March 10, 2025, will be excluded from computations of time for the purposes of the Speedy Trial Act.

_____
　　　　　　　　　　　　　　　　Alfred Davis

## CERTIFICATE OF SERVICE

I HEREBY certify that on December **12**, 2024, undersigned counsel electronically filed foregoing document with the Clerk of Courts using CM/ECF which will send notification of such filing to all counsel of record.

Respectfully submitted,

BOZANIC LAW, P.A.
17100 Royal Palm Blvd.
Suite 1
Weston, FL 33326
Telephone:　954.920.9750
Facsimile:　954.400.0335
E-Mail: info@bozaniclaw.com
　　　*/s/Zeljka Bozanic*
By:_____
　　　Zeljka Bozanic
　　　Florida Bar No. 23707

Exh. 1410

### Sworn Oath

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of June 2024.

Respectfully Filed,

Doctorate, Minister Maurice Symonette
Article 3 section 2 Clause 1
Next Friend (F.R.C.P 17 (c) )
15020 S. River Drive
Miami Fl. 33167
786-859-9421

Alfred L. Davis
pro se litigant
627 SouthRidge Rd.
Delray Beach, FL. 33444

*Exh. A11 pg.1*

`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

ALFRED DAVIS AND  MAURICE SYMONETTE

Plaintiff

CASE NO: **24-cr-20456-rar**

V.

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, ET. AL

Defendants,


<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND
REVERT BY VACATING HIS ORDER AND MEMORANDUM OF LAW</u>

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Alfred Davis hereby files this Motion for Relief & Recusal and Supporting  Memorandum regarding  the 0/13/2023  review  of  the record and Final Judgement Order, Exh. 119 based on the following  facts,  new  information, just terms, judicial misconduct, fraudulent grounds  and  discovered conflict  of  personal investment interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibit 0 # )</u> Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*<u>Federal rule 28 USC SS455  (b)(1)(3)(4)(iii)(c)(d)-(4)(d) Says A Judge may Vacate her orders for Conflict of Interest  Canon  3E(1)  A  Judge  shall  disqualify  himself  where  impartiality  might  reasonably  be questioned grounds to disqualify  is party fears Judge is Biased. Judge can't have a conflict of Interest!</u>*

**Attorney Hayden Patrick O'byrne** must Recuse himself for an open obvious Conflict of Interest because he's

doing  business  with  US  Bank  and  helping  them  to  make  money  so  that  he  can  make  money  by foreclosing  and taking

(stealing) our property while acting as the Judge on the case on our property, not on case's Merits   for to make

him and them money illegally. Here's proof: **In his 2023 <u>Form 6 Affidavit Oath</u> from Tallahassee called <u>FULL</u>**

*Exh. A11 pg. 2*

**AND PUBLIC DISCLOSURE OF FINANCIAL** Says: **he got $10,000 Exh 1.** Doing business with bank of

America which which is U.S. Bancorp, Exh.2. **And** U.S. Bancorp is U.S. Bank Exh. 3. Also on **his**

2023 **Form 6 Affidavit Oath** from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL** Which means

U.S. Bank is Atty. Hayden P. O'byrne according to Form 6 signed by his Affidavit of Financial interest whole way of

wealth making money and partners with him in almost all assets he owns other than his Judge's Salary is U.S. BANK. This

is why he has ruled in favor of U.S. BANK to give a date to sale our house 10/16/2023, Exh. 4.  WHICH IS ALL U.S. BANK.

Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that

our case was directed to other Judges in this cess Pool all with the same Conflict of interest like Judge Valerie Manno

Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with

Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000

from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. 5. And then suddenly inserted herself into our

case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. 6. So as to avoid the Law

which says another Judge cannot change another Judges order in the same Circuit Court so he made the same Order so

he could change her own  Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar

money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.7.

And then received a $2.4 million money asset from Wells Fargo/Wachovia. According to her form 6 Financial Affidavit

to circumvent Judge Zabel's Dismissal with Prejudice! Exh.8. And then these wicked Lawyers Foreclose without notice

to us and we went through a 10 year fight see the Docket for the 2010 case which had no notice, no Assignments, no

Note and no Mortgage Correctly to U.S. Bank form Axiom Bank see Exh.9. Then Maurice Symonette did a Quite Title

suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by

taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making payments. This is

Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments

she Recused herself especially after we paid for Newspaper, Ads and Radio TV Commercials Exh.10. Telling on her and

knowing that we have turned her over to the FBI and Attorney General Markenzy Lapointe do as judge Valerie

Manno Schurr and Judge Vivianne Del Rio did because he has the same Conflict of Interest. So he must Recuse and

Vacate His Orders against us, Exh.11. Exhibit, 12.

# FACTS

1. On Dec. 19, 2017, Defendant Judge Valerie Schurr Is s u e d a final Judgment Order <u>Exh. A a n d then</u> Attorney General Markenzy Lapointe against Plaintiff and Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the <u>05/04/2022 of</u> Attorney General Markenzy Lapointe review of the record and Final Judgement for Foreclosure Sale Date Order, Exh. 1. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court <u>(Exhibits # 2)</u> Attached- U.S. BANK Special Situation <u>Property Funds Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- U.S. BANK Florida Subsidiaries, Judge Anuraag Hari Singhal & Property Disclosures). This Motion for Relief by vacating order Judgment Florida Rule 2.l 60 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Samantha Ruiz Cohen was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Attorney General Markenzy Lapointe has creditor loan history and business with Plaintiff U.S. BANK MERS and JP Morgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Attorney General Markenzy Lapointe has significant exposed investor financial interests in the subject matter in

controversy and with Plaintiff U.S. BANK that will be substantially negatively affected by the outcome of



2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

## Liabilities

LIABILITIES (Major debts valued over $10,000):
(If you have nothing to report, write "none" or "n/a")

| Name of Creditor | Address of Creditor |
|---|---|
| U.S. Bank | 800 Nicollet Mall Minneapolis, MN 55402 |
| Loan Depo | 80 M St SE, Washington, DC 20003 |

## Interests in Specified Businesses

INTERESTS IN SPECIFIED BUSINESSES (Ownership or positions in certain types of businesses)
(If you have nothing to report, write "none" or "n/a")

| Business Entity # 1 |
|---|
| N/A |

## Training

Based on the office or position you hold, the certification of training required under Section 112.3142, F.S., is not applicable to you for this form year.

*Exh. A12 pg.1*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CR-20456-JB

UNITED STATES OF AMERICA

v.

ALFRED L. DAVIS,

      Defendant.

_____/

### UNITED STATES' NOTICE OF PROPOSED EXHIBIT AND WITNESS LIST

     The United States of America hereby files this Notice of Proposed Witness and Exhibit

Lists. The attached documents reflect the government's current proposed witness list and exhibit

list for trial.

                         Respectfully submitted,

                         HAYDEN O'BYRNE
                         UNITED STATES ATTORNEY

        BY:   <u>Jonathan Bailyn</u>
              Jonathan R. Bailyn, AUSA
              Court ID No. A5502602
              500 South Australian Avenue, Suite 400
              West Palm Beach, FL 33401
              Phone: (561) 209-1050
              jonathan.bailyn@usdoj.gov

*Exh. A12 pg. 2*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CR-20456-JB

**UNITED STATES OF AMERICA**

**v.**

**ALFRED L. DAVIS,**

      **Defendant.**

_____/

### <u>UNITED STATES' WITNESS LIST</u>

1.  Alfred C. Davis

2.  Casey Perry, Summit

3.  Darin Defreece, Figure

4.  Kevin Nicksic, US Bank

5.  Krystal Wright

6.  SA Adam J. Weisenstine, FBI

7.  Salvatore Hazel, IRS

8.  Tranee Yvette Bonton-McDonald

9.  Wonal Jean, USAO

*Exh. A 13 pg. 1*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-CR-20456-BECERRA

UNITED STATES OF AMERICA,

vs.

ALFRED DAVIS,

          Defendant.

_____/

### NOTICE OF APPEARANCE

    The undersigned Assistant United States Attorney, Katie Sadlo, hereby appears as counsel

for the United States of America in this cause.

                       Respectfully submitted,

                       HAYDEN P. O'BYRNE
                       UNITED STATES ATTORNEY

        By:    *s/ Katie Sadlo*
                       KATIE SADLO
                       Assistant United States Attorney
                       Florida Bar No. 1026417
                       500 S. Australian Avenue, Suite 400
                       West Palm Beach, FL 33401
                       Telephone: (561) 209-1043
                       Fax: (561) 805-9846
                       Email: Katie.Sadlo@usdoj.gov

Exh. A13 pg. 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, the undersigned electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

By:     *s/ Katie Sadlo*
        KATIE SADLO
        Assistant United States Attorney

Exh. B pg. 1

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2                MIAMI DIVISION
           CASE NO. 24-cr-20051-JEM
3

4   UNITED STATES OF AMERICA,        Miami, Florida

5                Plaintiff,          May 15, 2024

6       vs.                          10:43 a.m. - 2:17 p.m.

7   ALFRED LENORIS DAVIS,            Volume 2

8                Defendant.          Pages 1 to 66

9

10               TRANSCRIPT OF JURY TRIAL
       BEFORE THE HONORABLE JOSE E. MARTINEZ
11            UNITED STATES DISTRICT JUDGE

12  APPEARANCES:

13   FOR THE GOVERNMENT:    JONATHAN BAILYN, ESQ.
                            UNITED STATES ATTORNEY'S OFFICE
14                          99 NE 4th Street
                            Miami, Florida 33132
15
                            KATIE L. SADLO, ESQ.
16                          UNITED STATES ATTORNEY'S OFFICE
                            500 South Australian Avenue
17                          Suite 400
                            West Palm Beach, Florida  33401
18
     FOR THE DEFENDANT:     ZELJKA BOZANIC, ESQ.
19                          BOZANIC LAW, P.A.
                            17100 Royal Palm Blvd.
20                          Suite 1
                            Weston, Florida 33326
21
                            HUMBERTO DOMINGUEZ, ESQ.
22                          LAW OFFICE OF HUMBERTO R. DOMINGUEZ
                            150 West Flagler Street
23                          Suite 2900
                            Miami, Florida 33130
24

25

        STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT

Exh. B pg.2

 1        THE COURT:  I'm not sure.  I think there's

 2  enough issue in this case that I think I'll let him out

 3  until, at the very least, until sentencing.

 4        So I will permit you to remain on bond under

 5  the same terms and conditions that you have been up to

 6  this time.  But, Mr. Davis, don't let me down because I'm

 7  trusting you.  We will talk again.

 8        Do we have a date for sentencing?

 9        COURTROOM DEPUTY:  Yes, Judge.  The sentencing

10  date is Thursday, July 11th at 11:00 a.m.

11        THE COURT:  All right.  At this point, I'll

12  refer you to the U.S. Probation Office for the

13  preparation of a sentencing memorandum.  And cooperate

14  with them.  They'll tell you where to be.  Failure to

15  show up is a separate crime and a very serious one,

16  sometimes more serious than the underlying crime.  So you

17  must show up at the various times that you're told to.

18        Talk to the probation office people.  Help them

19  prepare your presentence investigation.  And we'll see

20  you back here on Thursday, July 11th --

21        At what time?

22        COURTROOM DEPUTY:  11:00 a.m.

23        THE COURT:  -- 11:00 a.m. here in this courtroom,

24  all right?

25        We will in recess on this matter.  I'll get you

**STENOGRAPHICALLY REPORTED COMPUTER-AIDED TRANSCRIPT**

*Exh. C*



**yahoo**/**mail**          Search your mail

← Back

**Alfred Davis**
Bcc: me · Mon, May 12 at 6:39 AM ∨

Inbox

Starred

Sent

Drafts

Folders

Storage

---------- Forwarded message ----------
From: **Alfred Davis** <davisalfred02@gmail.com>
Date: Thursday, May 1, 2025
Subject: Meeting
To: Kateryn Garcia <kgarcia@kirlewlawfirm.com>

Good afternoon,

I am sending this email to notify you that I am terminated the legal services that
Kirlew law firm and Brian Kirlew was providing for me Alfred Davis on this day
5/1/2025. Thank you for your assistance with everything.

On Monday, April 28, 2025, Katéryn Garcia <kgarcia@kirlewlawfirm.com> wrote:
   Hi Alfred,

   I tried calling you, it's 12:30PM.


   *Kateryn Garcia*

   *Office Manager/Paralegal*

previous text. Are you available to come in today at 2:00 P.M.?

Exh.D

Today 8:58 AM

Alfred, this is Brian Kirlew. I reviewed your email to Kateryn discharging our firm from further representation in this matter. You have a constitutional right to a lawyer of your choice, or to represent yourself for that matter. There are no hard feelings. We have nothing but love and appreciation for you, Elaine, and the entire family.

With that said, however, you cannot just fire us via email. Another lawyer needs to enter an appearance, and we must be substituted. Similar to what we did with Zeljka. If you have hired someone, which I believe you have because another lawyer called our office late afternoon yesterday, that lawyer needs to enter an apperance on your behalf.

If you intend to represent yourself, Judge Becerra will need to conduct

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,

CASE: 23-CV-33640-JEM

V.

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.

**Exhibit E pg.1**

MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND
MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June, 17 2023 Eduardo L Sanchez review of the record and Final Judgement Order, Exhibit J, based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd FL Rule 2.160 (D) (1) FL Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

**Exhibit E pg.2**

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H** Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sew Pool all with the same Conflict of Interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S. Banks lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $1.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl Rule 2,160 (H)~(I) and did not answer their Motion to Recuse Exh U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her Form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007~12407~CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same 6 Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $325,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has

Exh. E pg. 3

# FINANCIAL DISCLOSURE REPORT
Page 6 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Eduardo I. | 05/15/2023 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|
| 35. XCEL ENERGY INC. | A | Dividend | J | T | | | | | |
| 36. BANK OF AMERICA CORP. | A | Dividend | J | T | | | | | |
| 37. DUKE ENERGY CORP. NEW (DUK) | A | Dividend | J | T | | | | | |
| 38. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 39. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 40. COHERENT INC. | | None | | | Redeemed | 07/05/22 | J | | |
| 41. COHERENT CORP. | | None | J | T | | | | | |
| 42. MICROSOFT CORP. | A | Dividend | K | T | | | | | |
| 43. PLUG POWER INC. | | None | J | T | Buy (add'l) | 08/10/22 | J | | |
| 44. | | | | | Sold (part) | 12/19/22 | J | | |
| 45. Coinbase Global, Inc. CL A (COIN) | | None | J | T | Sold (part) | 12/19/22 | J | | |
| 46. Amazon.com, Inc. (AMZN) | | None | J | T | | | | | |
| 47. Dow, Inc. (DOW) | A | Dividend | J | T | | | | | |
| 48. BHP Group Limited ADR (BHP) | A | Dividend | J | T | Buy | 08/26/22 | J | | |
| 49. MASS MUTUAL FINANCIAL GROUP, whole life insurance policies | B | Dividend | L | T | | | | | |
| 50. Wells Fargo Bank Cash Accounts | A | Interest | M | T | | | | | |
| 51. Dade County Federal Credit Union Cash Accounts | A | Int./Div. | N | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |



**WIKIPEDIA**
The Free Encyclopedia

# U.S. Bancorp

<u>Exhibit E pg.4</u>

U.S. Bancorp (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,

### U.S. Bancorp



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| Trade name | U.S. Bank |
|---|---|
| Company type | Public |
| Traded as | NYSE: USB (https://w ww.nyse.com/quote/X NYS:USB) |
| | S&P 100 component |
| | S&P 500 component |