UNITED STATES DISTRICT COURT

OF THE 11TH DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES, )
Petitioner, )
V. )
ALFRED DAVIS )
Respondent(S) )

Case No.: 24-CR-20456-JB

FILED BY________D.C.
AUG 05 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**NOTICE FOR PROSECUTOR JONATHAN BAILY TO PRODUCE A GRAND JURY INDICTMENT, GRAND JURY WARRANT, A LEGAL SEARCH WARRANT, PROOF OF CITIZENSHIP, FINANCIAL DISCLOSURE STATEMENTS**

Comes now Alfred Davis with this Notice For Prosecutor Jonathan Bailyn to Produce the documents stated above. A Grand Jury Indictment, Grand Jury warrant, a legal search warrant, financial disclosure statements and proof of citizenship, this is a Requirement according to Executive Order 11935 which outlines that only U.S. Citizens and Nationals may be appointed to competitive service Federal jobs. All allegations and accusations against Alfred Davis are void because they don't have a Grand Jury Indictment or Grand Jury Warrant required by rule (6) and (7) of the Federal Rules of Procedure. All of their allegations and accusations are in violation of

Trumps Executive Order Title 3 Section 301, United States Code which Prohibits Weaponizing the law. AND BAILYN, OUT OF 380 PROSECUTORS AND PUBLIC DEFENDERS IN FLORIDA, FROM 2020 TO DATE IS THE ONLY US ATTORNEY THAT DOESN'T HAVE THE FINANCIAL AFFIDAVIT Exh.A REQUIRED BY THE FED. GOV. ON FILE, SO THEY MUST BOTH DISQUALIFY OFF THE CASE NOW ALL MUST BE CHARGED WITH MISPRISSION OF FELONY AND A VIOLATION OF THEIR OATH WHICH IS TREASON. (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) and we have asked for a Foreign Registration License.

**Oath and Affirmation**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 23RD day of July 2025.

DOCTORATE MINISTER ARTICLE 3 SECTION CLAUSE 1
NEXT FRIEND, MAURICE SYMONETTE
15020 S. RIVER DR
MIAMI FL. 33167
NEXT FRIEND

ALFRED LENORIS DAVIS
PRO SE PETITIONER
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444

Exh. A pg. 1

1 of 380

# FORM 1 STATEMENT OF FINANCIAL INTERESTS 2022

Please print or type your name, mailing address, agency name and position below

FOR OFFICE USE ONLY

LAST NAME - FIRST NAME - MIDDLE NAME: CABAN [illegible]

MAILING ADDRESS: [illegible]

CITY: [illegible] ZIP: [illegible] COUNTY: [illegible]

NAME OF AGENCY: [illegible]

NAME OF OFFICE OR POSITION HELD OR SOUGHT: [illegible]

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

****** THIS SECTION MUST BE COMPLETED ******

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one)

☑ COMPARATIVE (PERCENTAGE) THRESHOLDS OR ☐ DOLLAR VALUE THRESHOLDS

**PART A – PRIMARY SOURCES OF INCOME** (Major sources of income to the reporting person - See instructions)
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] |
| | | |
| | | |

**PART B – SECONDARY SOURCES OF INCOME**
(Major customers, clients, and other sources of income to businesses owned by the reporting person - See instructions)
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**PART C – REAL PROPERTY** (Land, buildings owned by the reporting person - See instructions)
(If you have nothing to report, write "none" or "n/a")

[illegible]

**You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.**

**FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.**

**INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.**

CE FORM 1 - Effective January 1, 2023
Incorporated by reference in Rule 34-8.202(1), F.A.C.

(Continued on reverse side)

PAGE 1

**PART D – INTANGIBLE PERSONAL PROPERTY** (Stocks, bonds, certificates of deposit, etc. - See instructions)
(If you have nothing to report, write "none" or "n/a")

| TYPE OF INTANGIBLE | BUSINESS ENTITY TO WHICH THE PROPERTY RELATES |
|---|---|

Exh. A pg. 2

Automatic Zoom 1 of 105

# FORM 1 STATEMENT OF FINANCIAL INTERESTS 2022

FOR OFFICE USE ONLY

281638
Stephan Jacknowitz
General Employees' & Police Officers' Retirement Board
600 S. Ocean Blvd
Manalapan, FL 33462

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION **MUST** BE COMPLETED ****

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING **(must check one)**

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS OR ☑ DOLLAR VALUE THRESHOLDS

**PART A – PRIMARY SOURCES OF INCOME** [illegible]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Town of [illegible] | [illegible] S. Ocean Blvd [illegible], FL [illegible] | Town of [illegible] |
| None | None | None |
| | | |
| | | |

**PART B – SECONDARY SOURCES OF INCOME**
[illegible]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | None | None | None |
| | | | |
| | | | |

**PART C – REAL PROPERTY** [illegible]

You are not limited to the space on the



Exh. A pg. 3

# FORM 1 — STATEMENT OF FINANCIAL INTERESTS — 2022

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY

LAST NAME – FIRST NAME – MIDDLE NAME
Abbate, Kevin, Victor

MAILING ADDRESS
122 Barefoot Cove

CITY: Hypoluxo ZIP: 33462 COUNTY: Palm Beach

NAME OF AGENCY
Martin County Board of County Commissioners

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Parks and Recreation Director

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

****** THIS SECTION MUST BE COMPLETED ******

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING **(must check one)**:

☐ **COMPARATIVE (PERCENTAGE) THRESHOLDS** OR ☑ **DOLLAR VALUE THRESHOLDS**

**PART A – PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person – See instructions]
If you have nothing to report, write "none" or "n/a"

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Extreme Sports Production, Inc. | 122 Barefoot Cove, Hypoluxo, FL 33462 | Event Production |
| | | |
| | | |

**PART B – SECONDARY SOURCES OF INCOME**
[Major customers, clients, and other sources of income to businesses owned by the reporting person – See instructions]
If you have nothing to report, write "none" or "n/a"

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |
| | | | |

**PART C – REAL PROPERTY** [Land, buildings owned by the reporting person – See instructions]
If you have nothing to report, write "none" or "n/a"

None

**You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.**

**FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.**

**INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.**

Exh. A Pg. 4

40% 1 of 371

**FORM 1** **STATEMENT OF FINANCIAL INTERESTS** **2022** ✓

FOR OFFICE USE ONLY

[illegible]
Keith W. Babb Jr
Pahokee
Mayor
[illegible] Bacom Point Rd
Pahokee FL [illegible]

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

****** THIS SECTION MUST BE COMPLETED ******

**DISCLOSURE PERIOD**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING **(must check one)**

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS OR ☑ DOLLAR VALUE THRESHOLDS

**PART A -- PRIMARY SOURCES OF INCOME** [illegible]
If you have nothing to report, write "none" or "n/a"

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|
| Social Security Admin. | P.O. Box 9000 Tallahassee, Fl 32315 | Retirement Income |
| City of Pahokee | 207 Begonia Dr. Pahokee, Fl 33476 | Municipal Services |

**PART B -- SECONDARY SOURCES OF INCOME**
[illegible]
If you have nothing to report, write "none" or "n/a"

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

**PART C -- REAL PROPERTY** [illegible]
If you have nothing to report, write "none" or "n/a"

None

You are not limited to the space on the lines on this form. Attach additional sheets, if necessary.

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.