UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MACK WELLS AND
MAURICE SYMONETTE

Plaintiff

```
FILED BY_____D.C.
    AUG 0 5 2025
   ANGELA E. NOBLE
   CLERK U.S. DIST. CT.
   S. D. OF FLA. - MIAMI
```

CASE NO: 24-cR-20456-RAR

v.

DEUTSCHE BANK N.A. TRUST CO.
Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the March 26th, 2019 Judge Rodolfo A. Ruiz review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)   Attached-DEUTSCHE BANK Special Situation <u>Property Funds  Account Page 42, IFRS 2018 Tables 9-13,</u> SEC Filings- DEUTSCHE BANK Florida Subsidiaries, Judge Rodolfo A. Ruiz Financial Interests & Property Disclosures).

<u>**Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !**</u>

Judge Rodolfo A. Ruiz must Recuse himself for an open obvious Conflict of Interest because he's doing business with DEUTSCHE BANK and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

Comes now ALFRED DAVIS acting Pro-Se here states Judge Rodolfo A. Ruiz, says that Bank Of America on his form 6 Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank because he's doing business with US BANK and helping them to make money so that he can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally.  Here's proof that, Judge Rodolfo A. Ruiz is doing business with Bank of America as seen in his FORM 6 page 4 lines 1-2 The listed Checking and Savings Accounts are Partnered with BANK OF AMERICA, From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form 6, EXH.A, WHICH IS US BANK EXH. B AND $250,000 EXH.B Which is a major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of Interest against us and there's more. I have found that our case was directed to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, G. So Judge Rodolfo A. Ruiz you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. I.

## FACTUAL BACKGROUND

1. On March 26th, 2019, Defendant Judge Rodolfo A. Ruiz issued a final Judgment order Exh. A against Plaintiff JAMES BUCKMAN for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where DEUTSCHE BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on March 26th, 2019, Judge Rodolfo A. Ruiz issued a Judgment order acting as a quasi-defense attorney for DEUTSCHE BANK his personal investment Partner to make money together. Plaintiff JAMES BUCKMAN has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants DEUTSCHE BANK, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Rodolfo A. Ruiz Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief from .Judgment Or Order. and to vacate Order .*

*Their is to be no conflict of interest with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(1) mistake, inadvertence, surprise, or excusable neglect;*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*3. Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

A Judge is expected to Recuse himself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

> Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and *Section 455(b) he shall also disqualify himself in the following circumstancess.*

*(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4) "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct,

and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint filing As previously displayed by his Dismissal Order, due to cited improper financial conflicts of interest, Judge Rodolfo A. Ruiz was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case.

Judge Rodolfo A. Ruiz has creditor loan history and business with Defendant DEUTSCHE BANK MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by her .sua sponte review and <u>Final Judgment Order.</u> Judge Rodolfo A. Ruiz has significant exposed investor financial interests in the subject matter in controversy and with Defendants DEUTSCHE BANK that will be substantially negatively affected by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from DEUTSCHE BANK

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.


## REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the <u>March 26th, 2019</u> Final <u>judgment Order Exhibit. J.</u> based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Rodolfo A. Ruiz from this and any future related DEUTSCHE BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

_[signature]_
ALFRED DAVIS
627 SOUTHRIDGE RD,
DELRAY BEACH, FL. 33444
Pro Se.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 20th day of Aug.,2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

_[signature]_
MAURICE SYMONETTE
15020 S.RIVER DR.
MIAMI, FL. 33167

| FINANCIAL DISCLOSURE REPORT<br>Page 4 of 6 | Name of Person Reporting<br>Ruiz II, Rodolfo A. | Date of Report<br>05/11/2023 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | |
| 1. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. Bank of America Savings Account | A | Interest | M | T | | | | | |
| 3. Goldman Sachs Bank Deposit (BDA) | A | Interest | J | T | | | | | |
| 4. Vanguard Short-Term Bond ETF (BSV) | A | Dividend | K | T | Buy | 08/15/22 | K | | |
| 5. Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy | 08/15/22 | K | | |
| 6. GS Dynamic Municipal Income Fund Class P (GAJPX) | A | Dividend | K | T | Sold (part) | 08/15/22 | L | | |
| 7. GS High Yield Municipal Fund Class P (GGLPX) | A | Dividend | K | T | | | | | |
| 8. IShares Russell 1000 Value ETF (IWD) | B | Dividend | K | T | | | | | |
| 9. IShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | | | | | |
| 10. IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 11. Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | Buy | 08/15/22 | J | | |
| 12. IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 13. IShares Trust-IShares Currency Hedged MSCI EAFE ETF BATS (HEFA) | A | Dividend | J | T | | | | | |
| 14. GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | | | Sold | 11/10/22 | J | | |
| 15. Vanguard Total Bond Market ETF (BND) | A | Dividend | K | T | Buy (add'l) | 11/10/22 | J | | |
| 16. Vanguard Short-Term Bond ETF (BSV) | A | Dividend | K | T | Buy (add'l) | 11/10/22 | J | | |
| 17. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

Exh.B

Sign Up For Email Alerts  RSS Feeds

# Bank of America to Participate in the Deutsche Bank Global Financial Services Conference on May 29

Tuesday, May 22, 2018 9:00 am EDT

**CATEGORIES** Corporate and Financial News



Bank of America Head of Global Commercial Banking Alastair Borthwick will participate in the Deutsche Bank Global Financial Services Conference on Tuesday, May 29 at 9:30 a.m. Eastern Time. A live audio webcast will be accessible through the Bank of America Investor Relations website at http://investor.bankofamerica.com. A replay will also be available.

We use cookies on this site to enhance your user experience By clicking any link on this page you are giving your consent for us to set cookies. More info

OK, I agree

No, thanks

**Exh.C**

◂ Casetext · brief · deutsche-bank-nat...

## Deutsche Bank National Trust Company, as Trustee For Morgan Stanley Capital I Inc ...

Deutsche Bank National Trust Company, as Trustee For Morgan Stanley Capital I Inc. Trust 2006-He2 Mortgage Pass-Through Certificates, ...

Missing: ~~BLACKStone Group POOLING SERVICING AGREEMENT RAST A8 (CSFB)~~.

◯ US Courts (.gov) · ca5 · pub · PDF

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Dec 29, 2014 · Deutsche Bank National Trust Company. ... ("Section 50"), challenging the adequacy of a loan that they obtained in 2006.

16 pages · 155 KB


SEC Report · Document

## Litman Gregory Funds Trust 2019 Portfolio of Investments NPORT-EX - SEC Report

Form NPORT-EX filed by Litman Gregory Funds Trust with the security and exchange ... Blackstone Group L.P. (The) ... State Street Bank and Trust Company ... National Bank Holdings Corp.

**Exh. D1**

> 10:22
>
> mitchellmessenger.com
>
> Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

**Exh. D2**

> 10:29
>
> globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell Ali DeGolia – Davis Polk & Wardwell Alan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-20456-JB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALFRED DAVIS,

    Defendant.
_____/

## ORDER OF RECUSAL

The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

**DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE