# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA



FILED BY ___NA___ D.C.

AUG 1 9 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES OF AMERICA

Plaintiff

v.

ALFRED DAVIS.
Defendant

CASE NO: 24-cr-20456-RAR

**VERIFIED NOTICE OF AFFIDAVIT AND VERIFIED AFFIDAVIT IN SUPPORT OF VERIFIED MOTION AND DEMAND FOR IMMEDIATE DISQUALIFICATION OF JUDGE RODOLFO RUIZ UNDER 28 USC SS 144, 455 ON NEWLY DICOVERED EVIDENCE AND VACATION OF ALL ORDERS BECAUSE THEY HAD NO JURISDICTION AND MEMORANDUM OF LAW**

*Judge Ruiz has 4 million conflict of interest Page 4*

Pursuant to Federal Rules of Criminal Procedure 28 USC 144 and 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files this Motion for Relief & Recusal *Disqualify* and Supporting Memorandum regarding the _July 31ˢᵗ 2025_ Judge Rodolfo A. Ruiz review of the record and Final Judgement Order, Exhibit. J. based on the following facts, first as was done in the indictment in the Drivers Licencse Case # 24-cr-20051-JEM The indictment on the Record line 1 has in it a verified Affidavit from the FBI Agent or some Officer of which is absolutely Mandatory according to Federal Rule Criminal Procedure 41 (d) (1) in Order give the Judge Jurisdiction or a signed Indictment new information, just terms, judicial misconduct, fraudulent grounds and Judge Becerra Recused herself because she like you Judge Rodolfo she has a Horrific Conflict of Interest in the amount of $150,000, Exh. Z9. and much much more with US Bank, she had like you Judge RUIZ must Disqualify/Recuse according to 28 USC SS 144 and 28 U.S.C. SS 455 (C) and 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d). Also you are biased because of we are Blacks For Trump and you are Ruling against Trump on Alligator Alcatraz, and you Recused, Exh. Z12. From our Writ of Replevin Case #24-CV-23015 that's against Florida US

Attorney Markenzy Lapointe, US Assistant Attorney General Jonathan Bailyn, Alfred Davis's Atty. Brian Kirlew who also is Disqualified because he has Conflicts of Interest with U.S. BANK through North Western Mutual is Bank of America. Exh. Z13. and Bank of America is U.S. BANK, Exh. B1. and B2. And US Bank who you Judge Rodolfo Ruiz you got a $Conflict with that Case and this new Case #24-cr-20456-RAR. Exh.Z1 (Motion to recuse). There were 3 Federal Judges who Recused themselves on that Case, Judge Darrin P. Gayles, Rodolfo Ruiz and Kathleen Williams because of, 28 USC SS 455 (C), 28 USC SS 144 and 28 USC SS 455 (B) (1). Florida U.S. Atty. Hayden Patrick O'byrne Recused himself off of the case because he has a Terrible Conflict of Interest with U.S. Bank  because of personal investment interests on Financial Disclosures of Judges and officers of this Court Exh. B.

Canon 3E (1) A. Judge shall Disqualify himself where impartiality might reasonably be questioned. 28 U.S.C SS 144, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C. SS 455 (C). A Court acts without lawful Jurisdiction whether threw lack of subject matter personal glory or constitutional violations its Orders are void In Abnitio and carries no legal force. If Judge Rodolfo continues to issue Rulings after losing Jurisdiction it is not merely mistaken he is Illegally acting under COLOR OF LAW and is subject to direct Civil liability under SS 1983 backed by Black letter Case law and Statutory authority, this Dismantles the myth of absolute Judicial Immunity and affirms a FUNDAMENTAL TRUTH IN LAW: Jurisdiction is everything. When it's gone, so is the Courts Power to Act. It is Mandatory that Judges Stand Down Immediately under 28 USC SS 144 and 455 once a Verified Motion Affidavit is filed this Constitutes Immediate and Mandatory and Strips the Judge of all. Any continued action by this Judge is Ultra Vires (acting beyond one's legal power or authority) and Void Ab Initio. Once this Motion and Verified Affidavit is filed Jurisdiction is Terminated by Operation of Law. What's more critical is that now that this is filed it is not Optional it is Mandatory, Automatic and Jurisdiction Stricken and this Judge shall proceed no further. The judge has zero Discretion to Weigh Evidence, Debate Facts or Rule on their own BIAS the standard here is objective not what a Judge feels but what a reasonable observer would conclude this applies to personal

Bias or Prejudice in that this judge was listed to be a Judge on a case concerning US Bank, Fl General

Attorney Markenzy Lapointe, Asssistant US Attorney Jonathan Bailyn who charged me in this

Indictment 24-cr-20456-RAR on pg. 4. count 4. and 5. Alfred Davis the purchaser of Cashier's Checks,

written from Amerant Bank, payable to Boss Group Ministries in the amount of $35,000 in an account

ending in 0406  Alfred Davis, in the approximate amount of $35,000 and $50,000, to Alfred Davis all

to Amerant Bank to show why they should Forfeit property owned by Boss Group Ministries whose

Vice President is Alfred Davis and Boss Group Ministries Inc. is the owner of the house 15020 S. River

Dr. Miami Fl. 33167 which you Judge Rodolfo Ruiz referred to at the hearing on July 31, 2025 in

Alfred Davis's hearing where you showed your personal bias against Maurice Symonette President of

Boss Group Ministries and me Alfred Davis the Vice president of Boss Group Ministries. You Recused

yourself because you had a Financial Conflict of Interest with US Bank that we did the Writ of Replevin

on a Fraudulent Foreclosure US Bank Case for Ownership 24-012330-CA01 and charged Florida US

Attorney Markenzy Lapointe, US Bank with a 2 million in Mortgages and $615,000 in CASH

Financial Conflict of Interest from U.S. BANK, Exh. I.

Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased  and in Fl. Statue 112.312 (8)

Judge can't have a conflict of Interest

And I have other NEWLY DICOVERED EVIDENCE shown to me by the Judge Rodolfo Ruiz himself
in the Court hearing when he said that he has been in Cases with Mr. Symonette before while
Defaming, Insulting and Embarrassing Mr. Symonette  (THAT SYMONETTE IS SUING HIM FOR)
saying he was a Judge on a Case #24-CV-23015-SC before concerning Assistant Attorney Jonathan
Bailyn, Judge Martinez and Federal Transcriber Mary Ann Casale concerning my Writ of Replevin
Case and Federal Notice of Removal Case Judge Sheri Chappell, Case # 24-cv-23015-SC. Which is
all about U.S. Bank Illegally trying to take our Property wherein ***State Judges Valerie Manno
Schurr, State Judge Barbara Areces, State Judge Vivianne Del Rio, Judge Thomas William,
Federal Judge Kathleen Williams, Federal Judge Darrin P. Gayles, Federal Judge Bruce
Reinhart, Federal Judge Jaqueline Becerra and you Judge Redolfo Ruiz*** all for having a U.S.
Bank Conflicts of Interest concerning 28 U.S.C. SS 455. ***see Exh. Z2, Z3, Z4, Z5, Z6, Z7, Z8, Z9
and Z10***. all Recused themselves because of Conflicts of Interest in U.S. Bank.  Concerning this

Criminal Case and the Civil Case and now Judge Rodolfo Ruiz you have Recused yourself for Conflicts of Interest with U.S. Bank as stated on your last Recusal saying 28 U.S.C. 455 which includes Financial and biased Conflicts, Exh. Z10. So nothing has changed and the first bank named is U.S. BANK in this Non Verified Affidavit/unsigned Indictment in case #24-cr-20456-RAR so you stay Disqualified and Recused. So ALL YOUR ORDERS against Alfred Davis, Exh. I. As shown from lines 92 to line 113 on the Docket Record Must be Vacated and are Void in Ab Initio. Judge Rodolfo A. Ruiz must Recuse himself for an open obvious Conflict of Interest because he's doing business with BANK OF AMERICA the Partner to US Bank the first Bank in the Indictment of this Case #24-cr-20456-RAR and is helping them to make money so that he can make money by putting Alfred Davis in Jail and then US Bank foreclosing and taking (stealing) our property of which Alfred Davis is the Vice President of Boss Group Minitries Inc. the company that's being FORECLOSED ON BY US BANK for which you recused yourself off because you had a financial Conflict of interest with US Bank, Case #24-cv-23015-SC. You had this Replevin from foreclosure Case first but you recused yourself. Exh. Z10. and now you're on this US Bank Case with the same Recusal situation but now you are acting as the Judge on this case on our same on Alfred Davis, not on the Case's Merits just to Jail Alfred Davis to take the property to make you and US Bank money Illegally. And here's proof this is the cruel act on the helpless. first it was with Judge Becerra who has the exact Financial Conflict of Interest with U.S. Bank as you she made $150,000 and now you made $250,000 and much more with U.S. Bank she ruled On an Alfred Davis Case #24-cr-20051-JEM on their first and second line of the Complaint and you ruled on an Alfred Davis Case #24-cv-23015-SC but now you don't want to Recuse yourself from another US Bank Case WOW how unscrupulous and angry mean! And you know the Law is when Judge Becerra's reconsideration and Recused herself all her Orders are void in abnitio because she didn't have Jurisdiction and she Coerced a unsigned Plea Colloque which Alfred Davis rejected two days later on number of this Case which was just an allegedly agreement but not signed so the 3 day federal Rule kicks in which says you have 3 days to recind an agreement. In accordance with the Federal Trade Commission (FTC) Cooling off time Rule. And Alfred Davis did Rescind the fake Plea, see Docket line 58.

Comes now ALFRED DAVIS acting Pro-Se here states that Judge Rodolfo A. Ruiz, says that Bank of America on his 2023 Financial Disclosure Report, Exh. A.

Pg. 5 lines 1. The listed Checking and Savings Accounts with Bank of America which is U.S. Bank Exh. A. Pg. 5. Line 2. BANK OF AMERICA WHICH HE HAS A BANK ACCOUNT OF $251,000 Exh. A, AND BANK OF AMERICA IS US BANK  BECAUSE THEY ARE BOTH BUSINESS PARTNERS WITH ALLY FINANCIAL Exh. B1. and Exh. B2.

And now the newly discovered Conflicts of Interest shows Horrible Sick Conflicts of Interest Proof, A Conflict of interest you got RICH with U.S. BANK and their BANKSTER PARTNERS IT'S A DAMNED SHAME:

Pg.5. line 3. Goldman Sachs, which is Black Rock Exh. C. and Black Rock is U.S. Bank, Exh. D. Judge Ruiz got $16,000.

Pg. 5 line 4, Vanguard Short Term Bond ETF (BSV) which is Well Fargo, Exh. E. Wells Fargo is US. Bank, Exh. G. He got $16.000.

Pg. 5. Line 5. Vanguard Total Bond Market ETF (BND) is Wells Fargo, Exh. E. and Wells Fargo is U.S. Bank Exh. G. He got $155,000.

Pg. 5. line 11 Vanguard S & P 500 ETF (VOO) Which is Wells Fargo, Exh. E. and Wells Fargo is U.S. Bank, Exh. G. He got $16,000

Pg. 5. line 6, GS Dynamic Municipal Income Fund Class P (GAJPX), is Black Rock Exh. C. And Black Rock is US Bank Exh D., he $52,500.

Pg. 5 line 8. Ishares Russell 1000 ETF (IWD) is Black Rock, Exh. F., He has 102,000,

Pg. 5 line 9. Ishares Russell 1000 value ETF (IWF) which is Black Rock Exh. F. He has $101,000,

Pg, 5 line 12. Ishares MSCI EAFE ETC (EFA) Which is Black Rock Exh. F. He has $16,000

Pg. 5 line 10. Ishares  Russell 2000 Growth ATF (IWM) Ishare is  Black Rock, Exh. F. and Black Rock is U.S. Bank, Exh. D. He got $16,000.

Pg. 5. line 13. Ishares Trust 1Shares Currency Hedge MSCI EAFE ETF BATS (HEFA) which is Black Rock

Exh. F. He has $16,000.

Pg. 5. Line 14. SPDR S&P 500 ETF Trust (SPY)  Which is Morgan Stanley Exh, H and Morgan Stanley is US BANK Exh, H2. He has $16,000.

This equals $911,500.

Also here states that Judge Rodolfo A. Ruiz, says that Bank of America on his 2022 Financial Disclosure Report

Pg. 4 lines 1. The listed Checking and Savings Accounts with Bank of America which is U.S. Bank Exh. A2. Pg. 4. Line 2. BANK OF AMERICA WHICH HE HAS A BANK ACCOUNT OF $251,000 Exh. A, AND BANK OF AMERICA IS US BANK BECAUSE THEY ARE BOTH BUSINESS PARTNERS WITH ALLY FINANCIAL Exh. B1 and Exh. B2,

And now the newly discovered Conflicts of Interest shows Horrible Sick Conflicts of Interest Proof, A Conflict of interest you got RICH with U.S. BANK and their BANKSTER PARTNERS IT'S A DAMNED SHAME:

Pg.4. line 3. Goldman Sachs, which is Black Rock Exh. D. and Black Rock is U.S. Bank, Exh. D. Judge Ruiz got $16,000.

Pg. 4 line 4, Vanguard Short Term Bond ETF (BSV) which is Well Fargo, Exh. E. Wells Fargo is US. Bank, Exh. G. He got $101,000.

Pg. 4. Line 5. Vanguard Total Bond Market ETF (BND) is Wells Fargo, Exh. E. and Wells Fargo is U.S. Bank Exh. G. He got $101,000.

Pg. 4. line 11 Vanguard S & P 500 ETF (VOO) Which is Wells Fargo, Exh. E. and Wells Fargo is U.S. Bank, Exh. G. He got $16,000.

Pg. 4. line 6, GS Dynamic Municipal Income Fund Class P (GAJPX), is Black Rock Exh. C. And Black Rock is US Bank Exh D., he $151,000.

Pg. 4. Line 7. High GS Yield Municipal Income Fund Class P (GGLPX), is Black Rock Exh. C. And Black Rock

Is US Bank Exh D., $51,000.

Pg. 4 line 8. Ishares Russell 1000 value ETF (IWD) is Black Rock, Exh. F., He has $52,000.

Pg. 4 line 9. Ishares Russell 1000 Growth ETF (IWF) which is Black Rock Exh. F. He has $51,000.

Pg, 4 line 12. Ishares MSCI EAFE ETC (EFA) Which is Black Rock Exh. F. He has $16,000.

Pg. 4 line 10. Ishares  Russell 2000 ETF (IWM) Ishare is  Black Rock, Exh. F. and Black Rock is U.S. Bank, Exh. D. He got $16,000.

Pg. 4. line 13. Ishares Trust 1Shares Currency Hedge MSCI EAFE ETF BATS (HEFA) which is Black Rock

Exh. F. He has $16,000.

Pg. 4. Line 14. GS Tacticle Tilt Overlay Fund Class P (GSLPX) is Black Rock Exh. H.
And Black Rock

Is US Bank Exh D., $16,000.

Pg. 4. Line 15. Vanguard Total Bond Market ETF (BND) Which is Wells Fargo , Exh.
E. Wells Fargo is US. Bank, Exh. G. He got $66,000.

Pg. 4 line 16, Vanguard Short Term Bond ETF (BSV) which is Well Fargo, Exh. E.
Wells Fargo is US. Bank, Exh. G. He got $66,000.

Pg. 4. Line 17. SPDR S&P 500 ETF Trust (SPY) Which is Morgan Stanley Exh, G. He
has $16,000.  This 2022 Ruiz got $1,052,500.

and on the Financial Statement it has the alphabet letter T besides it, Which means that it
could be other Bank Accounts, Mortgages or Stocks and Bonds So all together you Judge
RODOLFO RUIZ got close to $4 million dollars from U.S. BANK and it's Bankster Partners
according to your four Federal Finacial Statements from 2019 until 2024 now. Exh. A1, A2,
A3 and A4. How can you Prosecute someone for Fraud while committing Fraud in violation
of 28 U.S.C. 455, 144, (C) So I demand to see what those other Benefits are with the T. letter.
But without the T. letter on your Financial Statement we know you made at least almost $4
million and that you are a Millionaire according to your Financial Disclosure Report from
2020 til 2024 on all your Reports you  made approximately the same amount with U.S. Bank
which is approximately $4million, Exh. D. E. F. and G. even though a Florida Federal Judges
Salary is $64,595.00 a year this is Horrible because Common law and the Bible says Judges
can't take gifts Deuteronomy 16:18-19 because it will Pervert your Judgements and twist the
words of the innocent like Alfred Davis, Exodus 23:8 which is where the Constitution and
Common Law comes from. U.S. Bank is a Chinese owned Bank 74% Owned by the CIC which
is the

*CHINESE INVESTMENT CORPORATION whose Business Partners are Vanguard, Black Rock and*
*Morgan Stanley who are all owners of US BANK*

under the 1938 F. A. R. A. Act. Of which Assistant Attorney  Jonathan Bailyn is in violation of
because

when we asked for his Foreign Registration License in our injunction complaint he has
Defaulted and did not answer Case #25-cv-80521-WPD. And though asked in this case he

Illegally will not answer. Judge Rodolfo Ruiz's Rodolfo is a Millionaire whose whole Financial life is mostly based on US Bank and its Bankster Partners In violation of 28 U.S.C SS 455 (C) and 28 U.S.C SS 455 (b) (1).

## FACTUAL BACKGROUND

1. On July 31ˢᵗ 2025, Judge Rodolfo A. Ruiz issued a Judgment Order see Docket #92 against Defendant Alfred Davis ORDER! And also on July 31ˢᵗ 2025, Judge Rodolfo A. Ruiz issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Plaintiff has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent Criminal and foreclosure cases made by Judges, Prosecutors for U.S. BANK, Clerks and Court officers in this action. Exh, O.

## MEMORANDUM OF LAW

The Defendants maintains timely Constitutional due process civil rights for FEDERAL Rule 28 U.S.C. 455 SS (b) (1) and 28 U.S.C. 455 (c) and 28 U.S.C. 144 says that you are Disqualified and Recused and if you Refuse to Disqualify/Recuse yourself my Remedy is a Writ of Mandamus to force you to keep the Law as is Written and Subject you to a Writ of Mandamus Procedings SS 1983 Liability and Criminal Referrals for Fraud Obstruction and the Deprivation of Rights under the Color of Law which is devastatingly clear that you as Judge shall Proceed no further on this Case 24-CR-20456-RAR. Supreme Court Berger v. the United States , 255 U.S. 22 (1921) and this is to happen immediately and if needed I will escalate with a U.S. Petition towards the Supreme Court 2.160 (H) and Federal Rule 60 Relief to close this Case/Dismissal with Prejudice in our Defendants favor with requirement of Rodolfo A. Ruiz Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief fiom .Judgment Or Order. and to vacate Order .*

> *There is to be no conflict of interest  with the Judge and the Plaintiff against DEFENDANTS. LIKE*

*(2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);*

*Fraud whether previously called intrinsic or extrinsic, misrepresentation or misconduct by an Opposing party*

A Judge is expected to Recuse himself according to Fla. Code Jud. Conduct, Canon 3E(1), Fla. Rule 2.160 (A) (H), Fla. Statute 112.312 (8) and pursuant to 28 U.S, C. § 455 Under § 455(a), Recusal is mandatory in "any proceeding in which Judge's impartiality might reasonably be questioned." Under Fla. Code Jud. Conduct, Canon 3E(1) and § 455(b), a judge is expected to disqualify himself whenever any of the five statutorily prescribed criteria can be shown to exist in fact; even if no motion or affidavit seeking such relief has been filed, and regardless of whether a reasonable person would question the judge's impartiality.

*(4)  He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceedings*

*(d)(4)  "financial interest" means ownership of a legal or equitable interest, however small*

## CONCLUSION

This Motion for Relief by vacating order Judgment Florida Rule 2.160 (H) and Recusal is based on new facts, related to a whistle blower's information, willful blindness, fraud, misconduct, and discovered evidence unknown at the time of the original Complaint filing Plaintiff could not reasonably know the financial dealings with Defendants of a yet to be assigned judge before the original Complaint financial conflicts of interest, Judge Rodolfo A. Ruiz was incapable of impartially and without animus against Pro-Se Plaintiff or to exercise unbiased judicial duties required for due process justice in this case. Judge Rodolfo A. Ruiz has creditor loan history and business with U.S. BANK that caused preferential Quid Pro *Quo* treatment by him .sua sponte review and Judgment Orders. Judge Rodolfo A. Ruiz has significantly exposed investor financial interests in the subject matter in controversy and with U.S. BANK will be substantially negatively affected by the outcome of these proceedings when we promotes in paid for adds how

people can't win when the Judge your Atty. is on the side of the Banksters to put you in Jail and just Steal property and Criminally Charge you to make money off their Prey!

1. **JUDGES WITH A CONFLICT OF INTEREST WITH U.S. BANK AGAINST ALFRED DAVIS FOR US BANK FOR THESE EXHIBITS SEE GODS2.COM #1B**
   **SEE EXHIBITS FROM SARA ZABEL TO SANCHEZ**

   1. SARAH I. ZABEL 4/7/09---------------------------------made 9 Million

      from US BANK Exh. P

   2. VALERIE MANNO SCHURR 1/21/22------made almost 12 Million

      from US BANK, Exh. Q

   3. JOHN SCHLESINGER 12/19/2017---------made almost 29 Million

      from US BANK, Exh. R

   4. SAMANTHA RUIZ COHEN 5/12/2021---------made over 2 Million

      from US BANK, Exh. S

   5. MIGUEL DE LA O 1/9/2019--------------------made almost 1Million

      from US BANK, Exh.T

   6. VERONICA DIAZ 6/2/2020------------------made almost ½ Million

      from US BANK, Exh. U

   7. VIVIANNE DEL RIO 5/4/2022---------------made almost 2 Million

      from US BANK, Exh. V

   8. CARLOS LOPEZ 6/17/2023-----------------made almost 7 million

      from US BANK, Exh. W

9. JOSE M. RODRIGUEZ 01/29/2023----------made almost 2million

from US BANK, Exh. X

### DADE FEDERAL DISTRICT JUDGES WITH A $ CONFLICT OF INTEREST

### WITH U.S. BANK

10. JOSE E. MARTINEZ----------------------------------made $250,000

WITH US BANK, Exh. X1

11. EDUARDO SANCHEZ------------------------------made $250,000 WITH

US BANK, Exh.  X 2

### CLERK OF THE COURTS HARVEY RUVIN AND JUAN

### FERNANDEZ-BARQUIN

5. CLERK HARVEY RUVIN-----------------made $315,000 from US BANK

6. CLERK JUAN FERNANDEZ-BARQUIN----------------made $635,000

from US BANK Exh.Y

### APPELLATE JUDGES WITH A $ CONFLICT OF INTEREST WITH

### U.S. BANK N. A.

1. BROWNWYN  C.  MILLER---------------------------------------made  $95,000

   from US BANK, Exh. Z

2. KEVIN MICHAEL EMAS-----------------------------------------made $225,310

   from US BANK,

3. EDWIN SCALES--------------------------------made $22,543 from US BANK,

   BANKRUPTCY JUDGE LAURE ISICOFF----made $15,000 from US BANK

## **AFFIDAVIT**

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 18th day of August 2025.

ALFRED LENORIS DAVIS
PRO SE PETITIONE
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444



TAVVARA PRIOLEAU
Notary Public
State of Florida
Comm# HH630615
Expires 1/26/2029

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 7 | Ruiz II, Rodolfo A. | 07/27/2024 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) |
| 1. | Bank of America Checking Account | A | Interest | K | T | | | | |
| 2. | Bank of America Savings Account | A | Interest | M | T | | | | |
| 3. | Goldman Sachs Bank Deposit (BDA) | A | Interest | J | T | | | | |
| 4. | Vanguard Short-Term Bond ETF (BSV) | A | Dividend | | | Sold | 08/09/23 | K | |
| 5. | Vanguard Total Bond Market ETF (BND) | C | Dividend | L | T | Buy (add'l) | 08/09/23 | K | |
| 6. | GS Dynamic Municipal Income Fund Class P (GAJPX) | B | Dividend | K | T | Buy (add'l) | 08/09/23 | J | |
| 7. | GS High Yield Municipal Fund Class P (GGLPX) | B | Dividend | K | T | | | | |
| 8. | IShares Russell 1000 Value ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 08/09/23 | J | |
| 9. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | | | | |
| 10. | IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | |
| 11. | Vanguard S&P 500 ETF (VOO) | A | Dividend | J | T | | | | |
| 12. | IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | |
| 13. | IShares Trust-IShares Currency Hedged MSCI EAFE ETF BATS (HEFA) | A | Dividend | J | T | | | | |
| 14. | SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 7 | Ruiz II, Rodolfo A. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. | Bank of America Savings Account | A | Interest | L | T | | | | | |
| 3. | Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 4. | GS Dynamic Municipal Income Fund Class P (GAJPX) | C | Int./Div. | M | T | | | | | |
| 5. | GS High Yield Municipal Fund Class P (GGLPX) | A | Int./Div. | K | T | | | | | |
| 6. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | | | | | |
| 7. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 8. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | K | T | | | | | |
| 9. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | Buy (add'l) | 06/19/20 | J | | |
| 10. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | J | T | Buy (add'l) | 12/22/20 | J | | |
| 11. | IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 12. | GS MSL & Energy Fund Class P (GAMPX) | A | Dividend | | | Sold | 06/19/20 | J | C | |
| 13. | SPDR DJ Wilshire Global Real Estate ETF Exchange Traded Fund (RWO) | A | Dividend | | | Sold | 06/19/20 | J | C | |
| 14. | IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 15. | IShares Trust-IShares Currency Hedged MSCI EAFE ETF (HEFA) | A | Dividend | J | T | | | | | |
| 16. | Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | J | T | | | | | |
| 17. | GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 7 | Ruiz II, Rodolfo A. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 19. | | | | | | | | | | |
| 20. | | | | | | | | | | |
| 21. | | | | | | | | | | |
| 22. | | | | | | | | | | |
| 23. | | | | | | | | | | |
| 24. | | | | | | | | | | |
| 25. | | | | | | | | | | |
| 26. | | | | | | | | | | |
| 27. | | | | | | | | | | |
| 28. | | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 7 | Ruiz II, Rodolfo A. | 05/13/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Bank of America Checking Account | A | Interest | K | T | | | | | |
| 2. | Bank of America Savings Account | A | Interest | M | T | | | | | |
| 3. | Goldman Sachs Bank USA Deposit (BDA) | A | Interest | J | T | | | | | |
| 4. | GS Dynamic Municipal Income Fund Class P (GAJPX) | C | Dividend | M | T | Sold (part) | 12/09/21 | J | D | |
| 5. | GS High Yield Municipal Fund Class P (GGLPX) | A | Dividend | K | T | | | | | |
| 6. | IShares Russell 1000 Value ETF (IWD) | A | Dividend | L | T | Buy (add'l) | 12/09/21 | J | | |
| 7. | IShares Russell 1000 Growth ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 12/09/21 | J | | |
| 8. | IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | | | | | |
| 9. | SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 10. | IShares Trust-IShares Currency Hedged (HEFA) | A | Dividend | J | T | | | | | |
| 11. | IShares MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 12. | GS Tactical Tilt Overlay Fund Class P (GSLPX) | A | Dividend | J | T | | | | | |
| 13. | Vanguard FTSE Emerging Mkts ETF (VWO) | A | Dividend | | | Sold | 12/09/21 | J | C | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

*Exh. B p.1*

# `UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT OF FLORIDA

## ALFRED DAVIS AND  MAURICE SYMONETTE

Plaintiff

CASE NO: 2025-cr-80076-AMC

**V.**

U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3, ET. AL

## Defendants,

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Alfred Davis hereby files this Motion for Relief & Recusal and Supporting  Memorandum regarding  the 0/13/2023  review of  the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and  discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Federal rule 28 USC SS455  (b)(1)(3)(4)(iii)(c)(d)-(4)(d) Says A Judge may Vacate her orders for Conflict of Interest Canon  3E(1)  A  Judge  shall  disqualify  himself  where  impartiality  might  reasonably  be questioned grounds to disqualify  is party fears Judge is Biased. Judge can't have a conflict of Interest!***

**Attorney Hayden Patrick O'byrne** must Recuse himself for an open obvious Conflict of Interest because he's

doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking

(stealing) our property while acting as the Judge on the case on our property, not on case's Merits  for to make

him and them money Illegally. Here's proof: **In his 2023 Form 6 Affidavit Oath from Tallahassee called FULL**

Exh. B p.?

**AND PUBLIC DISCLOSURE OF FINANCIAL** Says: **he got $40,000 Exh 1.** Doing business with bank of America which which is U.S. Bancorp, Exh.2. **And** U.S. Bancorp is U.S. Bank Exh. 3. Also on **his 2023 Form 6 Affidavit Oath** from Tallahassee called **FULL AND PUBLIC DISCLOSURE OF FINANCIAL** Which means U.S. Bank is Atty. Hayden P. O'byrne according to Form 6 signed by his Affidavit of Financial interest whole way of wealth making money and partners with him in almost all assets he owns other than his Judge's Salary is U.S. BANK. This is why he has ruled in favor of U.S. BANK to give a date to sale our house 10/16/2023, Exh. 4. WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cess Pool all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. 5. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. 6. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so he made the same Order so he could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.7. And then received a $2.4 million money asset from Wells Fargo/Wachovia. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.8. And then these wicked Lawyers Foreclose without notice to us and we went through a 10 year fight see the Docket for the 2010 case which had no notice, no Assignments, no Note and no Mortgage Correctly to U.S. Bank form Axiom Bank see Exh.9. Then Maurice Symonette did a Quite Title suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for Newspaper, Ads and Radio TV Commercials Exh.10. Telling on her and knowing that we have turned her over to the FBI and Attorney General Markenzy Lapointe do as judge Valerie Manno Schurr and Judge Vivianne Del Rio did because he has the same Conflict of Interest. So he must Recuse and



## 2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

### General Information

Name:      Mr Hayden Patrick O'Byrne

**CONFIDENTIAL**

**PID   268872**

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Judicial Nominating Commission-11th Circuit | 11th Judicial Circuit | Member |

### Disclosure Period

THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2023.

### Primary Sources of Income

PRIMARY SOURCE OF INCOME (Over $2,500) (Major sources of income to the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Name of Source of Income | Source's Address | Description of the Source's Principal Business Activity |
|---|---|---|
| United States Department of Justice - USAO SDFLA | 99 NE 4th Street | Criminal Prosecution |



## 2023 Form 1 - Statement of Financial Interests

Filed with COE: 07/21/2024

### Secondary Sources of Income

SECONDARY SOURCES OF INCOME (Major customers, clients, and other sources of income to businesses owned by the reporting person) (If you have nothing to report, write "none" or "n/a")

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

### Real Property

REAL PROPERTY (Land, buildings owned by the reporting person)
(If you have nothing to report, write "none" or "n/a")

| Location/Description |
|---|
| N/A |

### Intangible Personal Property

INTANGIBLE PERSONAL PROPERTY (Stocks, bonds, certificates of deposit, etc. over $10,000)
(If you have nothing to report, write "none" or "n/a")

| Type of Intangible | Business Entity to Which the Property Relates |
|---|---|
| Bank Accounts | UBS |
| Bank Accounts | U Credit Union |
| Thrift Savings Plan | United States Department of Justice |
| Retirement Accounts | Morgan Stanley |
| Retirement Acconts | Fidelity Investments |

*EXH B P4*

## 2023 Form 1 - Statement of Financial Interests

**Filed with COE: 07/21/2024**

### Liabilities

LIABILITIES (Major debts valued over $10,000):
(If you have nothing to report, write "none" or "n/a")

| Name of Creditor | Address of Creditor |
|---|---|
| U.S. Bank | 800 Nicollet Mall Minneapolis, MN 55402 |
| Loan Depo | 80 M St SE, Washington, DC 20003 |

### Interests in Specified Businesses

INTERESTS IN SPECIFIED BUSINESSES (Ownership or positions in certain types of businesses)
(If you have nothing to report, write "none" or "n/a")

| Business Entity # 1 |
|---|
| N/A |

### Training

Based on the office or position you hold, the certification of training required under Section 112.3142, F.S., is not applicable to you for this form year.

*EXH B p5*

**2023 Form 1 - Statement of Financial Interests**

Filed with COE: 07/21/2024

**Signature of Filer**

### *Hayden Patrick O'Byrne*

Digitally signed: **07/21/2024**

Filed with COE: **07/21/2024**

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Allo (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Freestone Grove Partners LP | 🔗 | 🔒 | 371,562 | | 16,330 | | 🔒 |
| 2025-02-14 | 13F | Vermillion & White Wealth Management Group, LLC | 🔗 | 🔒 | 507 | 0.60 | 22 | 10.00 | 🔒 |
| 2025-02-14 | 13F | Riverview Capital Advisers, LLC | 🔗 | 🔒 | 7,598 | 0.00 | 334 | 10.63 | 🔒 |
| 2025-02-14 | 13F | PineBridge Investments, L.P. | 🔗 | 🔒 | 3,291,138 | 32.08 | 144,646 | 46.30 | 🔒 |
| 2025-02-13 | 13F | Redwood Park Advisors LLC | 🔗 | 🔒 | 2,634 | | 116 | | 🔒 |
| 2025-02-13 | 13F | Guggenheim Capital Llc | 🔗 | 🔒 | 218,423 | -53.24 | 9,600 | -48.21 | 🔒 |
| 2025-02-13 | 13F | Greenwood Gearhart Inc | 🔗 | 🔒 | 11,031 | | 485 | | 🔒 |
| 2025-02-13 | 13F | Blue Investment Partners LLC | 🔗 | 🔒 | 200,479 | 0.00 | 8,811 | 10.76 | 🔒 |
| 2025-02-13 | 13F | Ontario Teachers Pension Plan Board | 🔗 | 🔒 | 8,632,780 | 71,357.50 | 379,411 | 79,108.77 | 🔒 |
| 2025-02-13 | 13F | Cerity Partners LLC | 🔗 | 🔒 | 2,766,900 | -5.73 | 119,053 | 2.22 | 🔒 |
| 2025-02-13 | 13F | Martingale Asset Management L P | 🔗 | 🔒 | 219,676 | 47.03 | 9,655 | 62.85 | 🔒 |
| 2025-02-13 | 13F | Gratus Wealth Advisors, LLC | 🔗 | 🔒 | 42,587 | -25.26 | 1,872 | -17.83 | 🔒 |
| 2025-02-13 | 13F | Sierra Summit Advisors Llc | 🔗 | 🔒 | 28,411 | 16.12 | 1,249 | 28.66 | 🔒 |
| 2025-02-13 | 13F | Azimuth Capital Investment Management LLC | 🔗 | 🔒 | 156,927 | -5.57 | 6,897 | 4.58 | 🔒 |
| 2025-02-13 | 13F | Chiron Capital Management, Llc | 🔗 | 🔒 | 11,028 | -4.55 | 485 | 5.68 | 🔒 |
| 2025-02-13 | 13F | Rosenblum Silverman Sutton S F Inc /ca | 🔗 | 🔒 | 51,743 | -1.43 | 2,274 | 9.22 | 🔒 |
| 2025-02-13 | 13F | SageView Advisory Group, LLC | 🔗 | 🔒 | 69,983 | 48.91 | 3,076 | 64.97 | 🔒 |
| 2025-02-13 | 13F | Rathbone Brothers plc | 🔗 | 🔒 | 1,247,344 | -7.52 | 54,821 | 2.43 | 🔒 |
| 2025-02-13 | 13F | Lsv Asset Management | 🔗 | 🔒 | 3,636,836 | -0.19 | 160 | 10.42 | 🔒 |
| 2025-02-13 | 13F | Stifel Financial Corp | 🔗 | 🔒 | 4,400,593 | -1.13 | 193,407 | 9.51 | 🔒 |
| 2025-02-13 | 13F | Capital Research Global Investors | 🔗 | 🔒 | 7,590,335 | 1,600.23 | 333,595 | 1,783.23 | 🔒 |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | 🔗 | 🔒 | 6,885 | -1.43 | 303 | 9.03 | 🔒 |
| 2025-02-13 | 13F | Arvest Bank Trust Division | 🔗 | 🔒 | 457,426 | -2.25 | 20,104 | 8.27 | 🔒 |
| 2025-02-13 | 13F | RMB Capital Management, LLC | 🔗 | 🔒 | 30,923 | -9.61 | 1,359 | 0.15 | 🔒 |
| 2025-02-13 | 13F | Norinchukin Bank, The | 🔗 | 🔒 | 300,762 | 8.19 | 13,218 | 19.84 | 🔒 |
| 2025-02-13 | 13F | Mach-1 Financial Group, Inc. | 🔗 | 🔒 | 6,331 | -16.49 | 278 | -7.33 | 🔒 |
| 2025-02-13 | 13F | MSH Capital Advisors LLC | 🔗 | 🔒 | 14,368 | -2.27 | 631 | 8.23 | 🔒 |
| 2025-02-13 | 13F | Capital International Inc /ca/ | 🔗 | 🔒 | 589,574 | 31.69 | 25,912 | 45.86 | 🔒 |
| 2025-02-13 | 13F | O'ROURKE & COMPANY, Inc | 🔗 | 🔒 | 11,728 | -5.43 | 515 | 4.67 | 🔒 |
| 2025-02-13 | 13F | Gamco Investors, Inc. Et Al | 🔗 | 🔒 | 600,072 | -4.13 | 26,373 | 6.19 | 🔒 |
| 2025-02-13 | 13F | Panagora Asset Management Inc | 🔗 | 🔒 | 4,446,193 | 20.27 | 195,410 | 33.22 | 🔒 |
| 2025-02-13 | 13F | Perennial Investment Advisors, LLC | 🔗 | 🔒 | 23,887 | 2.59 | 1,050 | 13.65 | 🔒 |
| 2025-02-13 | 13F | Taurus Asset Management, Llc | 🔗 | 🔒 | 519,334 | -0.67 | 22,825 | 10.01 | 🔒 |
| 2025-02-13 | 13F | Ally Financial Inc. | 🔗 | 🔒 | 46,000 | | 2,022 | | 🔒 |

Exh.B2

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Allo (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Burling Wealth Partners, Llc | | 🔒 | 4,433 | | 212 | | 🔒 |
| 2025-02-14 | 13F | Itau Unibanco Holding S.A. | | 🔒 | 2,500 | | 121 | | 🔒 |
| 2025-02-14 | 13F | Gen-Wealth Partners Inc | | 🔒 | 2,050 | -12.51 | 98 | -14.04 | 🔒 |
| 2025-02-14 | 13F | Profund Advisors Llc | | 🔒 | 28,788 | -4.41 | 1,377 | -0.07 | 🔒 |
| 2025-02-14 | 13F | Colonial Trust Co / SC | | 🔒 | 3,042 | 49.85 | 145 | 57.61 | 🔒 |
| 2025-02-14 | 13F | Hillman Capital Management, Inc. | | 🔒 | 118,317 | -27.31 | 5,659 | -23.97 | 🔒 |
| 2025-02-14 | 13F | EP Wealth Advisors, Inc. | | 🔒 | 100,020 | 0.90 | 4,784 | 5.52 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Call | 🔒 | 184,200 | -41.52 | 8,810 | -38.84 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | | 🔒 | 1,157,770 | -33.48 | 55,376 | 30.42 | 🔒 |
| 2025-02-14 | 13F | First Long Island Investors, LLC | | 🔒 | 339,451 | 0.18 | 16,236 | 4.78 | 🔒 |
| 2025-02-14 | 13F | Millennium Management Llc | Put | 🔒 | 222,300 | 30.76 | 10,633 | 36.76 | 🔒 |
| 2025-02-14 | 13F | New England Asset Management Inc | | 🔒 | 165,015 | -12.41 | 7,893 | -8.39 | 🔒 |
| 2025-02-14 | 13F | Janus Henderson Group Plc | | 🔒 | 828,111 | -2.08 | 39,626 | 2.47 | 🔒 |
| 2025-02-14 | 13F | Ancora Advisors, LLC | | 🔒 | 41,774 | -29.40 | 1,998 | -26.14 | 🔒 |
| 2025-02-14 | 13F | Capstone Investment Advisors, Llc | Call | 🔒 | 61,700 | 13.42 | 2,951 | 18.66 | 🔒 |
| 2025-02-14 | 13F | Voya Financial Advisors, Inc. | | 🔒 | 6,985 | -16.50 | 337 | -11.32 | 🔒 |
| 2025-02-14 | 13F | Davis Asset Management, L.P. | | 🔒 | 600,000 | -25.00 | 28,698 | 21.56 | 🔒 |
| 2025-02-14 | 13F | Visionary Wealth Advisors | | 🔒 | 16,637 | -14.70 | 796 | -10.77 | 🔒 |
| 2025-02-14 | 13F | Accredited Wealth Management, LLC | | 🔒 | 1,445 | | 70 | | 🔒 |
| 2025-02-13 | 13F | Capula Management Ltd | | 🔒 | 0 | -100.00 | 0 | -100.00 | 🔒 |
| 2025-02-13 | 13F | BOS Asset Management, LLC | | 🔒 | 90,543 | -0.59 | 4,331 | 3.96 | 🔒 |
| 2025-02-13 | 13F | Edgar Lomax Co/va | | 🔒 | 235,136 | -1.89 | 11,247 | 2.62 | 🔒 |
| 2025-02-13 | 13F | BJ Asset Management Fondsmaeglerselskab A/S | | 🔒 | 77,424 | 50.50 | 4 | 50.00 | 🔒 |
| 2025-02-13 | 13F | Icon Advisers Inc/co | | 🔒 | 300 | | 14 | | 🔒 |
| 2025-02-13 | 13F | Anchor Investment Management, LLC | | 🔒 | 3,200 | 0.00 | 153 | 4.79 | 🔒 |
| 2025-02-13 | 13F | Barclays Plc | | 🔒 | 4,877,408 | -32.33 | 233 | -29.18 | 🔒 |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | | 🔒 | 7,916 | -4.81 | 379 | -0.53 | 🔒 |
| 2025-02-13 | 13F | Bank Of Hawaii | | 🔒 | 22,931 | -0.05 | 1,097 | 4.48 | 🔒 |
| 2025-02-13 | 13F | Ally Financial Inc. | | 🔒 | (81,000) | 0.00 | 3,874 | 4.59 | 🔒 |
| 2025-02-13 | 13F | Marshall Wace, Llp | | 🔒 | 5,789,565 | 414.15 | 276,915 | 437.76 | 🔒 |

Goldman Sachs BlackRock Exh C

# 730.72 0.00 (0.00%)

Aug 15, 2025, 4:00:00 PM EDT

CLOSING PRICE

# 730.92 0.20 (0.00%)

Aug 15, 2025, 3:59:57 PM EDT

EXTENDED HOURS

Security   GS / The Goldman Sachs Group, Inc.

Institution   BLACKROCK FUNDS - iShares Total U.S. Stock Market Index Fund Investor A

Latest Disclosed Ownership   20,578 shares

Latest Disclosed Value   $ 11,267,483

# BLACKROCK FUNDS - iShares Total U.S. Stock Market Index Fund Investor A reports 0.66% increase in ownership of

*Exh. D*

According to filings with the Securities and Exchange Commission (SEC), BlackRock holds stakes in a number of US banks, including:

- **U.S. Bancorp (USB):** BlackRock holds 100.48 million shares, representing 6.6% of the company.

- **Bank of America Corporation (BAC):** BlackRock owns 494.52 million shares, representing 6.2% of the company. It's the third largest shareholder of Bank of America, after Vanguard and Berkshire Hathaway.

- **Wells Fargo & Company (WFC):** BlackRock holds approximately 150.2 million shares, accounting for 4.6% of Wells Fargo's ownership, making it the third largest institutional shareholder after Vanguard and Fidelity.

| | | | |
|---|---|---|---|
| IBM / International Business Machines Corporation |  | 🔒 | 95 |
| CSCO / Cisco Systems, Inc. | | 🔒 | 393 |
| PM / Philip Morris International Inc. | | 🔒 | 142 |
| KO / The Coca-Cola Company | | 🔒 | 367 |
| CRM / Salesforce, Inc. | | 🔒 | 88 |
| WFC / Wells Fargo & Company | | 🔒 | 302 |
| GE / General Electric Company | | 🔒 | 91 |
| ABT / Abbott Laboratories | | 🔒 | 172 |
| CVX / Chevron Corporation | | 🔒 | 155 |

iShare RUSSELL 1000 BLACK ROCK  Exh. F

AI Mode   **All**   News   Videos   Images   Short v

 **AI Overview**    +3   ⋮

While US Bank provides a range of services to Exchange Traded Funds (ETFs), it is **not** the manager of the iShares Russell 1000 Value ETF (IWD). 🔗

- **Manager:** The iShares Russell 1000 Value ETF (IWD) is managed by **BlackRock Fund Advisors**.

- **Custodian & Administrator:** While some iShares ETFs use Citibank as their administrator, custodian, and transfer agent, according to Reuters, BlackRock (the parent company of iShares) has diversified its custody arrangements across several institutions, including Citibank, JPMorgan, BNY Mellon and State Street. 🔗

Exh. G

# U.S. Bancorp

US · NYSE · US9029733048

**46.31** 0.20 (0.43%)

Aug 19, 2025, 10:07:41 AM EDT

| | |
|---|---|
| Security | USB / U.S. Bancorp |
| Institution | Wells Fargo & Company/mn |
| Latest Disclosed Ownership | 5,874,081 shares |
| Latest Disclosed Value | $ 265,802,159 |

## Wells Fargo & Company/mn ownership in USB / U.S. Bancorp

On August 14, 2025 - Wells Fargo & Company/mn filed a 13F-HR form disclosing ownership of 5,874,081 shares of U.S. Bancorp (US:USB) valued at $265,802,165 USD as of June 30, 2025. The



el® | Search Fintel... | 🔍 | LOGIN | PLANS | NEWS | MARKETS | STOCKS | FOREX | COMMO

Security

SPDR S&P 500 ETF is

Morgan Stanley

AAPL / Apple Inc.

AMZN / Amazon.com, Inc.

META / Meta Platforms, Inc.

AVGO / Broadcom Inc.

GOOGL / Alphabet Inc.

BRK.B / Berkshire Hathaway Inc.

TSLA / Tesla, Inc.

GOOG / Alphabet Inc.

AGG / iShares Trust - iShares Core U.S. Aggregate Bond ETF

JPM / JPMorgan Chase & Co.

VCLT / Vanguard Scottsdale Funds - Vanguard Long-Term Corporate Bond ETF

USHY / iShares Trust - iShares Broad USD High Yield Corporate Bond ETF

LLY / Eli Lilly and Company

V / Visa Inc.

IEFA / iShares Trust - iShares Core MSCI EAFE ETF

NFLX / Netflix, Inc.

XOM / Exxon Mobil Corporation

MA / Mastercard Incorporated

COST / Costco Wholesale Corporation

WMT / Walmart Inc.

We value your privacy

We and our 1516 partners use cookies and other tracking technologies to improve your experience on our website. We may store a browsing data, for personalised advertising and content, advertising and content measurement, audience research and services da scanning.

Please note that your choices will apply only to this website. Once





10:22

🔒 mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

12



10:29                        ..ıl LTE

globallegalchronicle.com

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk &
Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

# **Exh.I pg.1**

## Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

### Filer's Information

LaPointe, Markenzy  **$2,000,615 Criminal Conflict of Interest with U.S. BANK**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).
/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by
/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

**Exh.I pg.2**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6  (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) ◄— from U.S. Bank |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

# Exh.I pg.3

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|-------------|-----|-------|-------------|---------------|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---------------|------|--------|---------------|------|------|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report





**U.S. Bancorp**

WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION
IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.

LaPointe, Markenzy - Page 8

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

**Exh.I pg.1**

## Executive Branch Personnel

## Public Financial Disclosure Report (OGE Form 278e)

### Filer's Information

LaPointe, Markenzy    **$2,000,615 Criminal Conflict of Interest with U.S. BANK**

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).
/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by
/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

**Exh.I  pg.2**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6  (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | No | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | N/A | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less than $201) ←—from U.S. Bank |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

**Exh.I pg.3**

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report



U.S. Bancorp





**WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.**

LaPointe, Markenzy - Page 8

# OME TO THE AMERICAN GALA AWARDS FOR THE VETS DEC 9TH AND 10TH

## SEE AMERICANGALA.COM



**LACKS FOR TRUMP & MICHAEL IS WITH**
**AITIANS FOR TRUMP & THE BISHOP**
n event where 100 Black Stars ith latin & White Stars will erform free to raise money free r The Homeless Vets.& other Veterans. Organizations

**BLACKS FOR TRUMP & MICHAEL IS WITH**
**HAITIANS FOR TRUMP & THE BISHOP**
SO MICHAEL HAS GOTTEN WITH THE HAITIAN BISHOP TO GIVE TRUMP A HONORARY DOCTORATE DEGREE FROM A HAITIAN COLLEGE WITH SOME OF THE STARS IN FLORIDA DEC 9TH AND 10TH THIS IS TRUMP'S LETTER OF NOMINATION TO RECEIVE HIS HONORARIUM FOR HELPING HAITIANS --->

IN MIAMI DADE, DORAL & HIALEAH THANK YOU MAYOR BOVO









**JUDGE JAQUELINE BECERRA**
**0,000 CONFLICT OF INTEREST WITH US.BANK**

**JUDGE RODLFO A. RUIZ**
**$250,000 CONFLICT OF INTEREST WITH US.BANK**

ASS.U.S. GEN. ATTY. XJMAZINAO BAILYN WE CAN'T PROVE HIS US CITIZENSHIP, EXECUTIVE ORDER 11935 HE DOESN'T HAVE THE REQUIRED FARA REGISTRATION LICENCE 1938 FARA ACT AND DOESN'T HAVE FINANCIAL DISCLOSURE STATEMENTS Ethics and Government Act 5 U.S.C. §208

**ATTY. GEN. FOR FLORIDA MARKENZY LAPOINTE $2MILLION & $615,000 CASH UNBELIEVABLE CONFLICT OF INTEREST WITH US.BANK**

## OME ONE ELSE STOOD UP AND SAID THAT THEY DID IT ND JUDGE MARTINEZ SAID PROSECUTORS DIDN'T PROVE THEIR ASE BUT ALL OF THIS WAS CHANGED IN THE TRANSCRIPT

### DGE RODOLFO HAS A $250,000 & MARKENZY LAPOINTE HAS A $2MILL. MORTGAGE &615,000 CASH CONFLICT OF INTEREST SEE GODS2.COM

he Transcript was changed on Alfred Davis's Fake Drivers License Case# 24-cr-24-CR-20051-JEM. & this was roven by seven witnesses affidavits including mayor Martinez of Hialeah that Judge Jose Martinez said that e disagrees with the Jury & that he was not going to put Alfred Davis in Jail because Prosecutors didn't rove their case, no witnesses identified Alfred & they brought no Evidence & that he's doing his own lirective verdict on July 11th, 2024. But July 10th we fully expected the Case to be throne out but when hecked transcript this was changed on the Transcript. To just the Judge saying "I have a problem with this ase". & gave Alfred shockingly almost 4 years federal custody after the Judge got $250,000 twice which=$500,000 from US Bank the same US Bank that Alfred was suing for Bank fraud in Judge Martinez's Court, Case# 23-cv-22640-JEM. In Violation of 28 USC 455 (B) (1) & (C) & now Prosecutors brings a Bank raud Case on Alfred for US Bank with US Atty. MARKENZIE LAPOINTE whose financial statement says he nade 2 MILLION IN MORTGAGES & AN UNFORGETTABLE $615,000 CASH ALL FROM US BANK, In Violation of 28 USC 455 (C) put under Judge Jaqueline Becerra who made $150,000. from US Bank & the 1st judge on the fake drivers license Case in Violation of 28 USC 455 (B) (1) & (C). & the judge found out Alfred was not Pleaing Alfred's lawyer the Judge threatened & Coerced Alfred into Pleaing by saying he can't use his new chosen Atty., violating the 6th Amendment can't have any witnesses, can't use any evidence threatening our Atty. & already had a Jury ready for Trial & said when you're found Guilty you are going to Jail for 60 years today forcing him to take the Plea that day. They knew they were wrong but happy then 2 days later Alfred rejected the Plea with no response until Alfred filed a Writ of Mandamus & Prohibition to the Appellate Court then suddenly she follows the law that says, $ Conflicts she must Recuse off the Case & she does, which also Voids her Plea ORDER But now the new Judge RODOLFO RUIZ who also has a $250,000 $Conflict we have no hope they are all being paid by BIG BANKSTERS US BANK this Case must be Dismissed now because the Supreme court says that if you did a mortgage application before it got on the record you can't be charged with fraud but they just want him to take a Plea without even signing a Plea agreement Coloque

so that he can just go to jail for 60 years for no reason we are In the time of Jacob's trouble like never before, Isa. 30:7. (& Prosecutor Jonathan Bailyn who has no Grand Jury Warrant, No legal Search Warrant, no Grand Jury Minutes, no Financial Statements, required 6) & (7) of the Federal Rules of Procedure. no proof of U.S. citizenship, this is a Requirement according to Executive Order 11935 which outlines that only U.S. Citizens & Nationals may be appointed to Prosecute federal cases. All allegations & accusations against Alfred Davis are void because they don't have a Grand Jury Indictment or Grand Jury Warrant, & no FARA License Registration. & BAILYN, OUT OF 380 PROSECUTORS & PUBLIC DEFENDERS IN FLORIDA, FROM 2020 TO DATE IS THE ONLY US ATTORNEY THAT DOESN'T HAVE THE FINANCIAL AFFIDAVIT Exh.J. REQUIRED BY THE FED. GOV. ON FILE, (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) Jonathan Bailyn MUST show his Fara Registration License because US Bank is a Foreign Bank owned by the CIC Chinese Investment Corporation Vanguard and BlackRock business partners with China and Morgan Stanley all together own 74% of US Bank whose address is in Beijing China and in accordance with the US 1938 FARA ACT Jonathan Bailyn must have a Foreign Registration License to act on behalf of US Bank which is the First Bank Mentioned in the indictment. All of their allegations and accusations are in violation of Trumps Executive Order Title 3 Section 301, United States Code which Prohibits The Government from Weaponizing the law. They Coerced Alfred Davis into taking a Plea deal and said that Alfred Davis couldn't have his own lawyer, and couldn't have any witnesses testify for him and passed the case to a new judge, Rodlofo Ruiz who has a Conflict of Interest with U.S. Bank in the amount of $250,000. Even though if Judge Becerra Reconsiders and Recuses herself which she did her Orders are no longer valid. SO THEY MUST BOTH DISQUALIFY OFF THE CASE NOW ALL MUST BE CHARGED WITH MISPRISSION OF FELONY AND A VIOLATION OF THEIR OATH WHICH IS TREASON.

GOOGLE NY TIMES SAYS 131 JUDGES JUST GOT FOUND GUILTY OF CONFLICT OF INTEREST THE MOST ONE OF THESE JUDGES MADE WAS $100,000 THESE JUDGES MADE OVER $250,000 AND ARE OPERATING FOR US BANK UNLAWFULLY SHOWNG THAT WE HAVE NO HOPE FOR WINNING. THE LAW SPECIFICALLY SAYS JUDGES AND PROSECUTOR'S CANT MAKE MONEY FOR THE SAME BANK THAT THEIR PROSECUTING A PERSON FOR. OF COURSE THEY'RE GOING TO FIND YOU GUILTY FOR THEIR BUSINESS PARTNERS THE BANK.

SEE GODS2.COM #00000000 & 2A FOR PROOF LISTEN TO 88.7 BOSS RADIO/DABLAZE FM BY MICHAEL CALL ME AT:786-859-9421 LATIN, BLACK & WHITE MUST UNITE!

Filing # 203113881 E-Filed 07/23/2024 10:38:38 AM      *Exh. ZZ pg .)*

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: 2024-012330-CA-01
SECTION: CA25
JUDGE: Valerie R. Manno Schurr

**MACK WELLS et al**

Plaintiff(s)

vs.

**US BANK NA et al**

Defendant(s)

_____/

### ORDER OF RECUSAL

    **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED**

1. That the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 23rd day of July, 2024.

2024-012330-CA-01 07-23-2024 10:30 AM
Hon. Valerie R. Manno Schurr

**CIRCUIT COURT JUDGE**
Electronically Signed

Case No: 2024-012330-CA-01                                                    Page 1 of 2

Exh. 23

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

JP MORGAN CHASE BANK,　　　　　**CIRCUIT CIVIL DIVISION**

　　　　　　Plaintiff,　　　　　　**CASE NO.　07-12402 CA [23]**

vs.

KURT MARIN, et al

　　　　　　Defendants.

_____/



FILED

FEB -9 2016

CLERK CIRCUIT & COUNTY C...

### <u>ORDER OF RECUSAL</u>

　　　　THIS CAUSE came on to be heard on the Court's own Motion for Recusal, and in order to avoid the appearance of impropriety, it is hereby:

　　　　ORDERED AND ADJUDGED that the undersigned Circuit Court Judge hereby recuses herself from further consideration of this case.

　　　　IT IS FURTHER ORDERED AND ADJUDGED that this cause shall be reassigned to another section of this Court in accordance with established procedure.

　　　　DONE AND ORDERED in Miami-Dade County, Florida this 3ᵈ day of February, 2016.

　　　　　　　　　　　　　　　　　**BARBARA ARECES**
　　　　　　　　　　　　　　　　　Circuit Court Judge

Copies furnished to:

All persons/parties/counsel on the attached list.

FILING TO SECTION_____ 06
PER ORDER OF ADM. JUDGE
THIS DATE_____ FEB 1 2 2016
　　　　　　　　　　　D.C.

Filing # 172928996 E-Filed 05/11/2023 11:02:02 AM

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
## CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA05
JUDGE: Vivianne Del Rio

**U S Bank (na)**

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____/

### ORDER OF RECUSAL

Docket Index Number: _____
Or
Efiling Number: _____ Date Filed: **05/11/2023**
Full Name of Motion: **Order of Recusal**

    **THIS CAUSE**, came before the Court sua sponte, and the Court being fully advised in the premises, it is hereby:

### ORDERED AND ADJUDGED

1. That the undersigned Circuit Court Judge hereby recuses himself/herself from further consideration of this case.

2. This case shall be reassigned to another section of the Circuit Civil Division in accordance with established procedures.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 11th day of May, 2023.

2010-061928-CA-01 05-11-2023 10:49 AM
Hon. Vivianne Del Rio

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Altanese Phenelus, yvaldes@miamidade.gov
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Carlos Calle, mrstreetsproductions@gmail.com
Giuseppe Salvatore Cataudella, FLeFileTeam@brockandscott.com
Giuseppe Salvatore Cataudella, FL.CourtDocs@brockandscott.com
Giuseppe Salvatore Cataudella, CourtXpress@firmsolutions.us
Harve Humpsy, Courts@Journalist.com
JOHN WESTLEY, TheWomb@USA.com
Jennifer L Warren, jwarren@northmiamifl.gov
Jennifer L Warren, cityattorney@northmiamifl.gov
Jessica Faith Watts, jwatts@quinnlegal.com
Jessica Faith Watts, eservice@quinnlegal.com
Jessica Faith Watts, abliss@quinnlegal.com
Jessica Jo Fagen, lawfirmFL@rauschsturm.com
Jessica Jo Fagen, jfagen@rauschsturm.com
Jessica Jo Fagen, abcfleservice@abclegal.com
Jimmy Keenan Edwards, FLeFileTeam@brockandscott.com
Jimmy Keenan Edwards, FLCourtDocs@brockandscott.com
Jimmy Keenan Edwards, CourtXpress@firmsolutions.us
John Westley Mr., WombTV@gmail.com
Jonathan S Wilinsky, FLeFileTeam@brockandscott.com
Jonathan S Wilinsky, CourtXpress@firmsolutions.us
Jonathan S Wilinsky, FLCourtDocs@brockandscott.com
Jossie Zuniga, jzuniga@jud11.flcourts.org
Julie Anthousis, FLeFileTeam@brockandscott.com

Exh. Z5 pg.1

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO   2019-030415-CA-01
SECTION. CA 20

JAMES BUCKMAN
    Plaintiff(s).
vs.
LANCASTER MORTGAGE CO
    Defendant(s).



## ORDER OF RECUSAL

THIS CAUSE, came before the Court sua sponte, and the Court being fully advised in

the premises  it is hereby:

ORDERED AND ADJUDGED

1.  That the undersigned Circuit Court Judge hereby recuses himself from further
    consideration of this case

2.  This case shall be reassigned to another section of the Circuit Civil Division in
    accordance with established procedures

DONE AND ORDERED  in chambers  at Miami Dade County  Florida  this 17th day of

October  2019.

William Thomas
CIRCUIT COURT JUDGE

Mailing Service List
JAMES BUCKMAN, 1977 NE 119TH  RD  MIAMI  FL 33161
MAURICE SYMONETTE  4711 L J PARKWAY, UNIT 4208, SUGARLAND  TX 77479
LANCASTER MORTGAGE  CO
ONE WEST BANK
EMC MORTGAGE BANKERS LLC
MORTGAGE ELECTRONIC REGISTRATION SYSTEM
DEUTSCHE BANK NATL TR CO
MERS
SERVICING AGREEMENT SERIES RAST 2006 A B
RESIDENTIAL ASSET SECURITIZATION TR 2006 A8 +

*Exh. Z6*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 24-23015-CV-WILLIAMS

MACK WELLS, *et al.*,

    Plaintiffs,

v.

U.S. BANK N.A., *et al.*,

    Defendants.

_____/

## ORDER RECUSING JUDGE AND REASSIGNING CASE

    The undersigned District Judge, to whom the above-styled case has been assigned, recuses herself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

    **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>23rd</u> day of August, 2024.

                           KATHLEEN M. WILLIAMS
                           UNITED STATES DISTRICT JUDGE

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** <u>Sheri Chappell</u>.

    All documents for filing in this case shall carry the following case number and designation: <u>24-23015-CV-Chappell</u>.

    By Order of Court this <u>23</u> day of <u>September</u>, 2024.

                           ANGELA E. NOBLE
                           Court Administrator/Clerk of Court

By:     *Valerie Kemp*
               Deputy Clerk

*Exh. Z, 7*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 24-cv-23015-DPG

**MACK WELLS,** *et al.,*

      **Plaintiffs,**

v.

**U.S. BANK N.A.,** *et al.,*

      **Defendants.**

_____/

### ORDER OF RECUSAL

PURSUANT to 28 U.S.C. § 455, the undersigned Judge to whom the above-styled cause is

assigned hereby recuses himself and refers the case to the Clerk of the Court for reassignment.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of August, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Exh. Z 8 pg. 1*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-80521-REINHART

ALFRED DAVIS,

      Plaintiff,

v.

MARKENZY LAPOINTE, et al.,

      Defendants.

_____/

## NOTICE OF RECUSAL

The undersigned Magistrate Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers the case to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455.

Signed in Chambers at West Palm Beach, Florida, on April 29, 2025.

                                                    BRUCE E. REINHART
                                                    United States Magistrate Judge

In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to Magistrate Judge ____William Matthewman_____.

*Exh. Z8 pg.2*

Copies of this Notice shall be served on all pending parties of record by United States
Mail. All documents for filing this case shall carry the following case number and
designation:   9:25-cv-80521-WM                        .

By order of the Court this ___30th___ day of _April_____ 2025.

                                        ANGELA NOBLE
                                        Clerk of Court

                                        *John M. Ditullio*
                                        _____
                                        By: Deputy Clerk

2



Exh. Z9 pg. 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-cr-20456-JB

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ALFRED DAVIS,**

    Defendant.

_____/

### ORDER OF RECUSAL

    The undersigned judge, to whom the above styled cause was assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system.

    **DONE AND ORDERED** in Miami, Florida, this 10th day of July, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

Exh. Z 9 pg. 2

In accordance with the **Local Rules for the Southern District of Florida**, providing for

the random and equal allotment of cases, this cause is hereby reassigned to the calendar of

**United States District Judge   RUDOLFO A. RUIZ                                    .**

Copies of this Order shall be served on all pending parties of record electronically *via*

CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing.

All documents for filing in this case shall carry the following case number and designation:

**24-CR-20456-RUIZ**

    **BY ORDER** of the Court this __11th__ day of July, 2025.


                   ANGELA E. NOBLE
                   Clerk of Court

                   By:

                       *m.nicado*

copies provided to:
counsel of record
Clerk of Court

2

Exh. Z10 pg 1 

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-CV-23015-RAR

**MACK WELLS**, *et al.*,

     Plaintiffs,

v.

**U.S. BANK N.A.**, *et al.*,

     Defendants.

_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom this case was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment in accordance with 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2024.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

$Exh. Z10_{Pg.2}$

In accordance with the **Local Rules for the Southern District of Florida**, providing for

the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United**

**States District Judge** ___Kathleen M. Williams_____.

Copies of this Order shall be served on all pending parties of record electronically *via*

CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing.

All documents for filing in this case shall carry the following case number and designation:

____24-cv-23015-Williams/Goodman_____

**BY ORDER** of the Court this ___15th___ day of August, 2024.

ANGELA E. NOBLE
Clerk of Court

By:

Valerie Kemp
_____

copies provided to:
counsel of record
Clerk of Court

Exh. 211

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                CASE NO. 24-CR-20456-JB

 3
      UNITED STATES OF AMERICA,          Miami, Florida
 4
                                         April 15, 2025
 5         vs.
                                         10:05 a.m. - 10:18 a.m.
 6
      ALFRED DAVIS,                       Volume 1 of 1
 7
                    Defendant.            Pages 1 to 11
 8    ─────────────────────────────────────────────────

 9                 TRANSCRIPT OF CALENDAR CALL
           BEFORE THE HONORABLE JACQUELINE BECERRA
10              UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12
      FOR THE GOVERNMENT:         JONATHAN BAILYN
13                                ASSISTANT UNITED STATES ATTORNEY
                                  99 Northeast 4th Street
14                                Miami, Florida 33132

15    FOR THE DEFENDANT:          BRIAN ANDREW KIRLEW
                                  The Kirlew Law Firm PLLC
16                                2103 Coral Way
                                  Suite 401
17                                Miami, Florida 33145

18

19

20
      STENOGRAPHICALLY REPORTED BY:
21
      VERNITA ALLEN-WILLIAMS, RPR, RMR, FCRR
22    Official Court Reporter to:
      The Honorable Jacqueline Becerra
23    United States District Court
      Southern District of Florida
24    400 North Miami Avenue
      Miami, Florida 33128
25    Vernita_Allen-Williams@flsd.uscourts.gov
```

1                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

2                   CASE NO. 24-CR-20456-JB

3

4 UNITED STATES OF AMERICA,        Miami, Florida

                               May 5, 2025

5     vs.

                               9:20 a.m. - 11:05 a.m.

6

7 ALFRED DAVIS,                 Volume 1 of 1

8          Defendant.         Pages 1 to 60

9               TRANSCRIPT OF CHANGE OF PLEA

10       BEFORE THE HONORABLE JACQUELINE BECERRA
            UNITED STATES DISTRICT JUDGE

11 APPEARANCES:

12

13 FOR THE GOVERNMENT:       JONATHAN BAILYN
                      ASSISTANT UNITED STATES ATTORNEY

14                      99 Northeast 4th Street
                     Miami, Florida 33132

15 FOR THE DEFENDANT:        BRIAN ANDREW KIRLEW
                     The Kirlew Law Firm PLLC

16                      2103 Coral Way
                     Suite 401

17                      Miami, Florida 33145

18

19 ALSO PRESENT:  Nashid Sabir

20

21 STENOGRAPHICALLY REPORTED BY:

22 VERNITA ALLEN-WILLIAMS, RPR, RMR, FCRR
      Official Court Reporter to:

23       The Honorable Jacqueline Becerra
      United States District Court

24       Southern District of Florida
      400 North Miami Avenue

25       Miami, Florida 33128
      Vernita_Allen-Williams@flsd.uscourts.gov

# CORPORATION



Exh. Z13

# Bank of America Corporation

US · NYSE · US0605051046

## 47.92 0.98 (2.09%)

Aug 18, 2025, 4:00:00 PM EDT

CLOSING PRICE

## 47.93 0.01 (0.00%)

Aug 18, 2025, 3:59:57 PM EDT

EXTENDED HOURS

| | |
|---|---|
| Security | BAC / Bank of America Corporation |
| Institution | NORTHWESTERN MUTUAL SERIES FUND INC - Domestic Equity Portfolio |
| Latest Disclosed Ownership | 720,000 shares |
| Latest Disclosed Value | $ 30,045,600 |

Exh. 214



The office building of Morgan Stanley in Beijing Photo: VCG

US-based Morgan Stanley has set up a wholly owned
futures company in Beijing, expanding its structure
in China as the country further opens its financial
sector to global players, domestic financial
information provider Aiqicha revealed.

With registered capital of 1 billion yuan ($138.9
million), the new company opened for business on
Thursday, another milestone in the opening-up and
internationalization of the nation's financial sector, a
Chinese expert said on Monday.

The China Securities Regulatory Commission
(CSRC) on May 26 approved the establishment of
the company, noting that it will support eligible
overseas institutions to invest in futures business

new, it may undermine the sustainability of

Exh. Z15

Reddit · r/Bogleheads
100+ comments · 2 months ago

## Vanguard files for new ex-China emerging markets ETF - REUTER...

This is likely geared toward institutional investors, large companies, governments etc who may have constraints on Chinese investing.

Inquirer.com
https://www.inquirer.com

## Vanguard is not pulling out of China, Ant Group partnership

Mar 23, 2023 — Chinese business news service Caixin said Vanguard's partnership with Ant Group was over, and Western financial media...

**More search results** ⌄

Exh. 216

res, BlackRock has a significant presence
and does business in China.

Here's a summary of their involvement:

- **First global asset manager with wholly-owned mutual fund business:** In 2021, BlackRock was the first global asset manager to receive approval to establish a wholly-owned onshore mutual fund business in China.

- **Wealth management joint venture:** BlackRock also has a wealth management joint venture with China Construction Bank Corp.

- **Investment advisory services:** BlackRock provides onshore investment advisory services in China.

- **Diverse investment portfolio:** BlackRock manages various funds, including the iShares China Large-Cap ETF, iShares MSCI China ETF, BlackRock China Fund, and the BlackRock China A Opportunities Fund, all of which invest in Chinese equities.

Filing # 161312379 E-Filed 11/16/2022 07:00:53 AM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.

U. S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

FILED FOR RECORD
2020 FEB 13 PM 3: 32

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge John Schlesinger review of the record and Final Judgement Order, Exhibit. J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court *(Exhibits # B)* Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Schlesinger Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(I) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Schlesinger must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof. US BANK is US BANCORP, Exhibit,A. And US BANCORP is Morgan Stanley, Exhibit B1 and B2, and Morgan Stanley is Morgan Stanley Brokerage, Exhibit H. Judge John Schlesinger is doing business with US Bank (Morgan

**Exh. R PG.2**

Stanley) as seen in his FORM 6 page, 3.line,6. From Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Exhibit, C. Which is a major Conflict of Interest. Judge John Schlesinger is worth 5.8 Million (Investigated) with Zero debt. Schlesinger has done business with MERS Exhibit, N. as seen on the public record Exhibit, F. Who is the Entity that is the entity who assigned our Mortgage to US BANK, Exhibit, G. Judge Schlesinger has ruled in favor of US Bank And That is a major Conflict of Interest as I said Judge Schlesinger is also doing business with Morgan Stanley, Exhibit, L and B. Who is the same as JP MORGAN Exhibit, D. Who is doing business and is apart of Chase Manhattan Bank, Exhibit.M. that Judge Schlesinger was doing business with and got his properties from, Exhibit.L. Judge Schlesinger is doing business with all of the entities that he's Judging on against us and there's more. I have found that our case was directed to him in this Pool who all do business with US Bank MERS and others.

## FACTUAL BACKGROUND

1. On Dec. 19, 2017, Defendant Judge John Schlesinger issued a final Judgment order Exhibit.A against Plaintiff Mack Wells for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER!

2. And also on Dec.19, 2017, Judge John Schlesinger issued the final order Judgement order acting as a quasi-defense attorney for US Bank his personal investment Partner to make money together.

3. Plaintiff Mack Wells has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. Bank, Clerks and Court officers in this action. Exhibit, O.

## MEMORANDUM OF LAW

The Defedants maintains timely Constitutional due process civil rights for Florida Rule 2.160 (H) and Federal Rule 60 Relief to close this case with the original Dismissal with Prejudice in our Defendants favor with requirement of Judge Schlesinger's Recusal based on exposed financial conflicts of interests Fla. Stat.112.312 (8)(9).

*Rule 2.160 (H) and FRCP Rule 60, relief fiom .Judgment Or Order. and to vacate Order .*

**Exh. R PG.3**

MERS and JPMorgan that caused preferential Quid Pro *Quo* treatment by his *sua sponte* review and Final Judgment Order. Judge Schlesinger has significant exposed investor financial interests in the subject matter in controversy and with Defendants U S. Bank N.A. that will be substantially negatively affected  by the outcome of that proceedings when the Plaintiff "ultimately prevails and promotes in paid for adds in the media. Because people can't win when the Judge is on the side of the Banksters to steal property and money off their Prey!

Example of Judges who already recused themselves from US Bank

1. JUDGE DARRIN P. GAYLES Exhibit, P.
2. THOMAS WILLIAMS Exhibit, Q.


### REQUIRED RELIEF


Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the Dec.19, 2017 Final judgment Order [Exhibit.J. based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Schlesinger from this and any future related U.S. Bank N.A.banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

MACK WELLS
15020 S. RIVER DR.
MIAMI, FLA. 33167


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

MACK WELLS
15020 SOUTH RIVER DR.
MIAMI, FLA. 332167

### AFFIDAVIT

I MACK WELLS SWEAR THAT THIS IS A MOTION AND
AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS
AND MEMORANDUM OF LAW AND I AM A WITINESS THESE
EXHIBITS A, B1, B2, C, D, F, G, H, J, K, L, M, N, O, P, Q, ARE ALL
TRUE COPYS OF EXHIBITS   AND YOUR MOTION FOR
RECUSAL OF JUDGE JOHN SCHLESINGER

SIGNED, *Mack Wells*

MACK WELLS

15020 S. RIVER DR.

MIAMI, FL. 33167

I, Rhonda R Starling Hall notarized this
letter on behalf of MACK Wells Jr who sign
before me on this 13th day of Feburary 2020
Which produced Florida Driver License EXP
6/25/2020.





**Exh. R
PG.5**

Log In

## About U.S. Bank

U.S. Bancorp (NYSE: USB) is the parent company of U.S. Bank, one of the largest commercial banks in the United States, and its subsidiaries U.S. Bank Wealth Management and U.S. Bancorp Investments, Inc.. The company operates more than 3,000 banking offices and nearly 5,000 ATMs, and provides a comprehensive line of banking, brokerage, insurance, investment, mortgage, trust and payment-services products to consumers, businesses and institutions.

---

**Investment products and services are:**

**Not a Deposit • Not FDIC Insured • May Lose Value • Not Bank Guaranteed • Not Insured by any Federal Government Agency**

For U.S. Bank:

🏦 Equal Housing Lender. Credit products are offered by U.S. Bank National Association and subject to normal credit approval. Deposit products offered by U.S. Bank National Association. Member FDIC. Learn More

U.S. Bank is not responsible for and does not guarantee the products, services or performance of U.S Bancorp Investments.

For U.S. Bancorp Investments:

Investment products and services are available through U.S. Bancorp Investments, the marketing name for U.S. Bancorp Investments, Inc., member FINRA and SIPC, an investment adviser and a brokerage subsidiary of U.S. Bancorp and affiliate of U.S. Bank.

---

Back

Disclosure Information

**Exh. R PG.6**

10:22

■ mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

12

Exh. R
PG.7

10:29

globallegalchronicle.com

principal amount of 3,200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underwriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Exh. R
PG.8

*Exhibit C.*
*200123*

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|

## OF FINANCIAL INTERESTS

Please print or type your name, mailing
address, agency name, and position below:

**FOR OFFICE USE ONLY:**

LAST NAME -- FIRST NAME -- MIDDLE NAME:

**SCHLESINGER      JOHN      CHARLES**

MAILING ADDRESS:

**73 WEST FLAGLER STREET**

**ROOM 1202**

| CITY : | ZIP : | COUNTY : |
|---|---|---|
| **MIAMI** | **FL** | **33130** |

NAME OF AGENCY :

**STATE OF FLORIDA -- 11TH CIRCUIT**

NAME OF OFFICE OR POSITION HELD OR SOUGHT :

**CIRCUIT JUDGE**

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

**FLORIDA
COMMISSION ON ETHICS**

**JUL 03 2017**

**RECEIVED**

**PROCESSED**

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date.  [Note:  Net worth is not cal-
culated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___June 20,_____ , 20 _17_ was $ _28,834,751.25_____ .

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the
following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and
furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **250,000.00** _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| 1228 Alfonso Avenue, Coral Gables, FL | $3,700,000.00 |
| 1991 Ben Miller Road, Deep Gap, FL | 800,000.00 |
| 323 Tollgate Shores Drive, Islamorada, FL | 2,000,000.00 |
| CONTINUED ON PAGE TWO | |

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE -0- | -0- |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| NONE | -0- |
| | |
| | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**Exh. R
PG.9**

## PART B Continued
## ASSETS

| DISCRIPTION OF ASSET | AMOUNT OF ASSET |
|---|---|
| TOTAL FROM PREVIOUS PAGE | $6,500,000.00 |
| Quail Heights, Part Owner in Apartment Buildings 240-260 Hackensack, NJ | 2,000,000.00 |
| Trent Boyett, LLC, Part Owner in Apartment Building 350 Prospect Avenue, Hackensack, NJ | 300,000.00 |
| Fore Hearts, Part Owner in three commercial Properties; 2650 Rt. 516 Old Bridge, NJ; 735 E. Hazelwood Avenue, Rahway, NJ; 220 Rt 17, Hasbrouck Heights, NJ | 800,000.00 |
| Santander LLC | 750,000.00 |
| First Citizens Bank | 624,000.00 |
| Morgan Stanley Brokerage Account | $5,236,472.00 |
| State of Florida Deferred Compensation | 286,148.68 |
| Federal Thrift Savings Account | 523,843.91 |
| Evensky and Katz Brokerage Account | 11,019,286.66 |
| ████ Ferrari 360 | 100,000.00 |
| 2014 Prosche 911 Turbo Cariolet | 120,000.00 |
| 2013 Mercedes Benz GL550 | 45,000.00 |
| 2011 Honda Odyssey Van | 7,500.00 |
| 2000 Honda Odyssey Van | 2,500.00 |
| 2008 Boston Whaler | 20,000.00 |
| 2015 Boston Whaler | 120,000.00 |
| 2015 Audi S3 | 40,000.00 |
| 2017 Mercedes 350 SL | 90,000.00 |
| TOTAL ASSETS: | $28,834,751.25 |

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION


U.S. BANK, NATIONAL  ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

    Plaintiff

                                 CASE NO: 2010-61928-CA01

v.

MACK WELLS


Defendants,


## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW


Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June. 25' 2010 Samantha Ruiz Cohen Fine review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B)  Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).


*__Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*__


Judge Samantha Ruiz Cohen must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on line 3, $162,130.00, 4. $32,695.84, 5. $896,316.65. And on the Form 6 of 2022 Line 4. $137,506.36, 5. $153,455.04, 6. $54,410.00, 7. $6,208.70, 12. $874,506.74 13, with Wells Fargo with these Assets with WELLS FARGO BANK and Wachovia owns WELLS FARGO which is U.S. BANK, Exh. D2. And on the Form 6 for 2021 for Voya Retirement on line 2. $221,156.57. And Voya Retirement in 2022 line 8. $251,663.08. and Voya Retirement is US Bank, Exh. E.2. And 2021 Form 6 on line 6. BMW Financial is $10,152.00, and 2022 on line 13 is $4,512.00 and BMW Financial is US Bank, Exh. E.3. All adding up to $2,804,727.01: Judge Samantha Ruiz Cohen is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Confict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court  so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received  a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Samantha Ruiz Cohen must do because she has the same conflict

**Exh. S PG.3**

*Mack Wells*

MACK WELLS
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb.,   2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, <u>Exhibit. I. A judge cannot change another Judge's ORDER!</u> And also on <u>June. 25 2010</u>, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MACK WELLS has now subsequently provided the United States Department of Justice (DOJ) on <u>specific newly discovered whistle blower information</u> and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb.,   2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

X *Fannie S Mitchell*

May 3, 2022

FANNIE MITCHELL
Notary Public - State of Florida
Commission # GG 360128
My Comm. Expires Jul 29, 2023
Bonded through National Notary Assn.

**Exh. S PG.4**

Exhibit E1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. [ ] It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, [ ] and has approximately 72,400 employees. [ ] The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia. [ ]

U.S. Bancorp

**usbancorp**

Trade name        U.S. Bank



**Exh. S PG.5**   *Exh. E.2*

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

## In this article:

**C**
+1.04% ☆

**RCL**
+0.84% ☆

**GSCHX**
-0.43% ☆

**TMO**
-1.34%

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, *as U.S. Bank  Exh. D.2  # 3* Constellation Brands Inc during the 3-months ended 2021Q3, according to the most recent

**Exh. S PG.6**   $Exh. E.3$

**Business**

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With
Enhanced Digital Experiences, Greater Value to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the United States, has entered into a co-brand agreement with BMW Financial Services NA, LLC to issue credit cards that will deliver enhanced digital experiences

**Exh. S PG.7**

🔍     US Bank owns bmw financial service   ✕

**All**    News     Maps     Images     Videos     Shopping

 http://www.ctvalley.org › bmw-fina...                      ⋮

# BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

Boothe Memorial Park ...                                      ❯
Sun, May 15

## People also ask                                            ⋮

Who is BMW finance owned by?                                  ⌄

Which bank is BMW Financial Services?                         ⌄

# Exh. S PG.8

## 2021 Form 6 - Full and Public Disclosure of Financial Interests

Filed with COE: 04/11/2022

### General Information

Name:      Hon Samantha Ruiz Cohen

Address:   Lawson E. Thomas Court Center 175 NW 1ST AVE (Room 2815), MIAMI, FL 33128-1898

County:    Miami-Dade

#### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Judicial Circuit (11Th) | Elected Constitutional Officer | Circuit Court Judge |

#### CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Circuit Judge | Eleventh Judicial Circuit of Florida | Circuit Court Judge, Eleventh Judicial Circuit of Florida, Group 45 |

### Net Worth

My Net Worth as of  April 6, 2022 was $ 4,524,610.45.

**Exh. S PG.9**

## 2021 Form 6 - Full and Public Disclosure of Financial Interests

✓ Filed with COE: 04/11/2022

### Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 210,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| Home-Primary Residence | $ 1,850,000.00 |
| House at 2955 south Miami avenue, Miami FL 33129 | $ 930,000.00 |
| House at 16256 sw 97th street Miami FL 33196 | $ 375,000.00 |
| wells Fargo savings | $ 137,506.36 |
| wells Fargo savings #2 | $ 153,455.04 |
| wells fargo checking | $ 54,410.00 |
| wells fargo checking (Payret Property Management) | $ 6,208.70 |
| Voya retirement | $ 251,663.08 |
| Invesco Retirement (In name of spouse) | $ 744,636.20 |
| Luks retirement (In name of spouse) | $ 160,551.81 |
| Alliance Bernstien (in name of spouse) | $ 532,198.00 |

### Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Wells Fargo Mortgage | po box 660278 Dallas, Tx 75266 | ·$ 874,506.74 |
| BMW Financial Services | po box 3608 Dublin, OH 43016-0306 | $ 4,512.00 |

JOINT AND SEVERAL LIABILITEIS NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

**Exh. S PG.10**

*Exh. D*

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

********AUTO**ALL FOR AADC 331 T3  P1 98 337
HON SAMANTHA RUIZ COHEN
CIRCUIT COURT JUDGE
Judicial Circuit (11th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE STE 1001
73 W FLAGLER ST
MIAMI FL 33130-1724

**FLORIDA COMMISSION ON ETHICS**

**JUN 25 2021**

**RECEIVED**

*RECEIVED*

ID CODE

ID NO.     47078

CONF CODE

Cohen, Samantha Ruiz

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A – NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date.  [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of <u>March 31,</u>  , 20 <u>21</u> was $ <u>2,693,148.72</u> .

## PART B – ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000  This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ **195,000.00**

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Primary Residence | $ 1,600,000.00 |
| Voya Retirement – | $ 221,156.57 |
| Wells Fargo Savings – | $ 162,130.03 |
| Wells Fargo Checking – | $ 32,695.84 |
| Invesco (In name of Spouse) – | $ 33,633.19 |
| 403K Santaella 401 (In name of Spouse) | $ 28,620.49 |
| Allianz Bernstein (In name of Spouse) | $ 526,747.00 |

## PART C – LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Wells Fargo Mortgage  P.O. Box 660278  Dallas, TX 75266 – | $ 896,316.65 |
| BMW Financial Services P.O. Box 3608 Dublin, Ohio 43016-0306 | 10,152.00 |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Not Applicable | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

Exh.T PG.1

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
CIVIL ACTION

US BANK N.A.

PLAINTIFFS                                          CASE# 10-61928

Vs.

MACK WELLS

DEFENDANT

_Emergency-ExParte_

## MOTION FOR JUDGE DE-LA-O TO RECUSE HIMSELF FROM
## CASE #10-61928 AND TO VACATE FORECLOSURE
## ORDER FOR CASE #10-61928 FOR HIS CONFLICT OF INTEREST

Comes now MACK WELLS acting Pro-Se here states Judge Miguel M. De La O, says
that CITI BANK on his form 6 Full and Public Disclosure Of Financial Interests is a
Bank doing Business with CITI BANK because he's doing business with US Bank and
helping them to make money so that he can make money by foreclosing and taking
our property while acting as the Judge to take the property not on his Merits but for
to make him and them money Illegally. Here's proof, Judge Miguel M. De La O is dong
business with CITI BANK as seen in his FORM 6 page 4 line 11, From Tallahassee
called FULL AND PUBLIC DISCLOSURE OF FINANCIAL form, EXH. A, CITI BANK is
CITY GROUP EXH. B, and CITI GROUP is MORGAN STANLEY EXH. C, and MORGAN
STANLEY is US BANCORP, EXH. D, and US BANCORP is US BANK EXH. E. Which is a
major Conflict of Interest. Who he has ruled in favor of, EXH. F. That is a Conflict of
Interest against us and there's more, EXH. J. I have found that our case was directed
to him in this Pool, So he must recuse himself and vacate his Order, Exhibit, ← So De
La O you must Recuse YOUR SELF and VACATE YOUR ORDER against us, EXH. E.

*Mack Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI FL. 33167

Exh.T PG.2

2:03     ..il LTE 🔋     EXH. A



## Done   de la O, Miguel Manuel16.PDF   Ⓐ



**PART D – INCOME**

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary business sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law required these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments.
(If you check this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME (See instructions on page 9):**

| NAME OF SOURCE OF INCOME, EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $146,080.00 |
| Commercial Holdings LLC | | $28,000.00 |

**SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 9)**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

**PART E – INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 9)**

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**PART F – TRAINING**

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.

**OATH**

STATE OF FLORIDA   Miami-Dade
COUNTY OF

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

Sworn to (or affirmed) and subscribed before me this __29th__ day of __June__, 20_17_ by __Miguel M. de la O__

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

Kate Han
Notary Public - State of Florida
Commission # FF 205573
My Comm. Expires Feb 28, 2019
Bonded through National Notary Assn.

(Signature of Notary Public)

__Kate Han__ (Print, Type or Stamp Commissioned Name of Notary Public)

Personally Known ___X___ OR Produced Identification _____
Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to this form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____     _____
Signature               Date

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

CE FORM 6 - Effective January 1, 2017           PAGE 2
Incorporated by reference in Rule 34.8.202, F.A.C.

---

**PART B – ASSETS**



| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Commercial Stock Holdings, LLC | $37,500.00 |
| Novo Mater LLC | $35,000.00 |
| Promissory Note from Pedro Romero | $35,000.00 |
| Promissory Note from Commercial Stock Holdings | $7,000.00 |
| Pepino LLC | $10,000.00 |
| TransAmerica Life Insurance Policy Cash Value | $9,821.73 |
| AmeriTrade (401K rollover) | $107,247.55 |
| Fidelity Balanced Mutual Fund | $31,151.01 |
| MBNA America Investment | $5,082.63 |
| Citibank Checking Account | $20,476.86 |
| Discover Savings Accounts | $135,417.71 |
| 2007 Toyota Camry Hybrid | $4,195.00 |
| 2013 Hyundai Sonata Hybrid | $11,267.90 |

⬆

2:02     .ull LTE ▬

EXH. A

# Done   de la O, Miguel Manuel16.PDF   Ⓐ



| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2016 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME
de la O    Miguel    Manuel

FLORIDA
COMMISSION ON ETHICS

MAILING ADDRESS
1381 NW 12th Street

JUL 05 2017

Room 424

RECEIVED

CITY    ZIP    COUNTY
Miami    33125    Miami-Dade

PROCESSED

NAME OF AGENCY :

NAME OF OFFICE OR POSITION HELD OR SOUGHT :
Circuit Judge -- 11th Judicial Circuit

CONFIDENTIAL

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2016 or a more current date. (Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3)

My net worth as of December 31,    , 20 16    was $ 3,287,906.82

### PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 100,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000: DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Home Residence | $2,000,000.00 |
| Commercial Holdings LLC | $600,000.00 |
| AmeriTrade (Simple IRA) | $222,846.24 |
| AmeriTrade (trading account) | $7,919.09 |

### PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4): NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Citibank Home Equity Credit Line ($300,000.00 secured by residence) | -0- |
| Hyundai Motor Finance | $5000 |
| N/A | |
| N/A | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE: NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| N/A | |
| N/A | |
| N/A | |

CE FORM 6 - Effective January 1, 2017
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

---

### PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2016 federal income tax return, including all W2's, schedules, and attachments. Please report any social security or pension numbers before attaching your returns, as the law requires these documents be printed to the Commission's website.

☐ I elect to file a copy of my 2016 federal income tax return and all W2's, schedules, and attachments.
(If you attach this box and attach a copy of your 2016 tax return, you need not complete the remainder of Part D.)

PRIMARY SOURCES OF INCOME (See instructions on page 4):

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | | $146,080.00 |
| Commercial Holdings LLC | | $29,000.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |
| N/A | | | |

### PART E — INTERESTS IN SPECIFIED BUSINESSES (Instructions on page 6)

| NAME OF | | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|---|
| | N/A | | | |



Exh.T PG.4

EXH. A

# CONFIDENTIAL

246171 FLORIDA COMMISSION ON ETHICS

PROCESSED   MAY 0 4 2018

RECEIVED

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts, reimbursements or direct payments of expenses, and waivers of fees or charges accepted during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(1), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

73 W. Flagler St, Room 1407, Miami, FL 33130

Name: Miguel M. de la O   Work Address: _____

Work Telephone: 305-349-7078   Judicial Office Held: Circuit Judge

1.   Please identify all reportable gifts you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 5-8-2017 | FAWL Installation | Cole Scott & Kissane | $130 |
| 7-25-2017 | Judicial Luncheon | CABA | $105 |
| 10-21-2017 | DCBA Gala | Cole Scott & Kissane | $125 |
| 12-9-2017 | Installation Gala | ABOTA | $300 |

☐ Check here if continued on separate sheet

2.   Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(1) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived) | SOURCE |
|---|---|---|
| 4/3-7/2017 | Nat. Computer Forensics Seminar, Hoover, AL, U.S. Government | |
| 5/22-24/2017 | AJS Conference, Naples, Fl. $534.20 | State of Florida |
| 6/23/2017 | UEAC Mtg., Boca Raton, $57.38 | State of Florida |
| 7/21-24/2017 | Circuit Judges Conf., Orlando $1019.19 | State of Florida |

☐ Check here if continued on separate sheet

OATH
State of Florida
County of Miami-Dade

I, Miguel M. de la O, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

(Signature of Reporting Official)

Sara Kate Mas
(Signature of Officer Authorized to Administer Oaths)

SARA KATE MAS
Notary Public - State of Florida
Commission # FF 202550
My Comm. Expires Feb 25, 2018
Bonded through National Notary Assn.

My Commission expires _____
Sworn to and subscribed before me this

30   day of   April   , 20 18

2/18 (As prescribed in Canon 6)

**Exh.T PG.5**



9:16     .ıll LTE

*Exh.B*

o   e

**City Bank is City Global**

**Citibank** Retail **banking** encompasses **Citi's global** branch network, branded **Citibank**. **Citibank** has more than 4,600 branches in the **world** and holds more than $300 billion in deposits.

https://en.m.wikipedia.org › wiki › Citigr...

https://en.m.wikipedia.org › wiki › Citiba...

Citibank (stylized as citibank) is the consumer division of financial services multinational Citigroup. Citibank was founded in 1812 as the City Bank of New York, and later .... Many of Citi's present international offices are older; offices in London, ...

https://en.m.wikipedia.org › wiki › Citigr...





≡    WIKIPEDIA    🔍

# Morgan Stanley Wealth Management

文A                                    ✏️

**Morgan Stanley Wealth Management** is an American corporation specializing in . It is the wealth & asset management division of . On January 13, 2009, Morgan Stanley and Citigroup announced that Citigroup would sell 51% of Smith Barney to Morgan Stanley, creating Morgan Stanley Smith Barney, which was formerly a division of Citi Global Wealth Management. The combined brokerage house has 17,649 financial advisors and manages $2 trillion in client assets. Clients range from individual investors to small- and mid-sized businesses, as well as large corporations, non-profit organizations

Exh. C

10:22                                    .ıl LTE

🔒 mitchellmessenger.com

Chase & Co. raised their price objective
on shares of U.S. Bancorp from $55.50 to
$58.00 and gave the company a "neutral"
rating in a research note on Monday,
November 4th. Citigroup lowered shares
of U.S. Bancorp from a "neutral" rating to
a "sell" rating and decreased their price
target for the stock from $54.00 to
$49.00 in a research report on Tuesday,
October 8th. Morgan Stanley restated a
"sell" rating and issued a $62.00 price
target (up previously from $61.00) on
shares of U.S. Bancorp in a research
report on Monday, November 18th.
Credit Suisse Group restated a "hold"
rating and issued a $55.00 price target on
shares of U.S. Bancorp in a research
report on Thursday, September 12th.
Finally, UBS Group lifted their price
target on shares of U.S. Bancorp from
$56.00 to $58.00 and gave the stock a
"neutral" rating in a research report on
Monday, October 21st. Four investment
analysts have rated the stock with a sell



*Exh. e*

o e

## Citi Global is Morgan Stanley

https://www.citigroup.com › citi › news

New York – Morgan Stanley (NYSE: MS) and Citi (NYSE: C) today announced they have reached a definitive agreement to combine Morgan Stanley's Global Wealth Management Group and Citi's Smith Barney, Quilter in the UK, and Smith Barney Australia into a new joint venture to be called Morgan Stanley Smith Barney.

https://www.morganstanley.com › morga...

Since forming Citi Holdings, we have reduced its assets by over $600 billion, and we will continue to do so in an economically rational manner." Morgan Stanley is a leading global financial services firm providing a wide range of



10:29                                    .ıl LTE ░░

globallegalchronicle.com

*Exh.D*

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering.

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

Exh.T PG.10

6:40                    LTE

Q 🔒 US Bank is US Bancorp

https://www.usbank.com › about-us-bank

Get the latest news and investor information, and
learn more about us U.S. Bank and our parent
company U.S. Bancorp.

Ex h.E

https://www.usbank.com

Bank smarter with U.S. Bank and browse personal
and consumer banking services including checking
and savings ...

https://ir.usbank.com › investor-relations

Shareholder contact information. Computershare is
the transfer agent for U.S. Bancorp and maintains
all shareholder ...

https://www.usbank.com › mobile-web

U.S. Bancorp (NYSE: USB) is the parent company
of U.S. Bank, one of the largest commercial banks
in the United States, and its subsidiaries, U.S. Bank
Wealth Management and U.S. Bancorp



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2010-061928 CA 01

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR RASC 2005AHL3,

     Plaintiff,

v.

JAMES LITTLEJOHN; LEROY WILLIAMS,
*et al,*

     Defendants,
_____/

### ORDER ON DEFENDANTS' MOTION FOR EMERGENCY HEARING
### TO VACATE SALE AND DEFENDANTS' MOTION TO VACATE SALE

**THIS CAUSE** having come before the Court upon Defendants' Motion for Emergency

Hearing to Vacate Sale and Defendants' Motion to Vacate Sale and the Court being otherwise

duly advised as to the relief requested, both sides having appeared and given argument, it is

hereupon:

**ORDERED AND ADJUDGED** that:

1.  Defendants' Motion for Emergency Hearing is hereby **DENIED.**

2.  Defendants' Motion to Vacate Sale is hereby **DENIED.**

3. Defendants' Motion to stay sale is hereby Denied

4. The sale is reset for March 19, 2018

DONE and ORDERED in Miami, Miami-Dade County, Florida, this 17th day of January,
2018.

                          CIRCUIT COURT JUDGE

                          Miguel M. de la O
                          CIRCUIT COURT JUDGE

*Copies furnished to the Parties on the attached service list*

1

140383.04428/106084225v.1

**Exh.U PG.1**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MACK WELLS

Plaintiff

Case No. 2010-61928-CA01

v.

U.S. BANK N.A. AS TRUSTEE FOR
RASC 2005AHL3

Defendants,

## CORRECTED JUDGE VERONICA DIAZ MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff Mack wells hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Dec. 19 2017 Judge Veronica Diaz review of the record and Final Judgment Order, Exhibit. J based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached-U.S. Bank N.A. Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings-US Bank Florida Subsidiaries, Judge Veronica Diaz Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1, Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Veronica Diaz must Recuse herself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof.

Judge Veronica Diaz says that WELLS FARGO BANK on her form 6 full and public disclosure of Financial interests is a Bank she's doing business with, because she's doing business with U.S. Bank and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property and not on the Merits of the case but for to make her and them to make money illegally. Here's proof: In her Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6, Exh.A. Says lines 1-5:

Judge Veronica Diaz is doing Business with Wells Fargo as an Asset of $174,312.00 And WELLS FARGO BANK is US BANK, Exh. E1. and E2.

1. Her ICMA 401K as an Asset of $180,296.00. And her ICMA 401K is Wells Fargo, Exh.R2, R3, R4, S1,S2 and S3.

2. Her $10,500.00 Audi car and her $4,800.00 Audi Financial Asset is either Audi Fargo or Wachovia, which is why I am Subpoenaing her record Exh.Y1, Y2. and Y3. Wachovia is Audi, Exh.T4 and Wachovia is Wells Fargo Exh. T1, T2, T3 and Wells Fargo is US Bank, Exh.E1. and E2.

3. Her Navient Student loan is Wells Fargo and Wells Fargo is US Bank, Exh.E1 and E2. Navient is also JP Morgan, Exh.Z1 and JP Morgan is Morgan Stanley, Exh.D1. and D2. and Morgan Stanley is US Bank, Exh.U1. and U2.


US. Bank is the same Bank that she's passing Orders on against us that's foreclosing, which is a major conflict of interest against us., Exh.B2, B3. and B4. And there's more, I also have found that our case was directed to you and four other Judges like Judge Schlesinger Exh.BB1. Judge De, La, O Exh.BB2 and Judge Rebull shown in their Public Disclosure of Financial Records Form 6 who all had the same Conflict of Interest in this pool of Judges as Judge Veronica Diaz so you must:

DISQUALIFY, RECUSE YOURSELF AND VACATE YOUR ORDERS ON OUR PROPERTY 15020 S. RIVER DR. MIAMI FL. 33167 IN CASE # 10-61928 Exb. B1, B2, B3. and B4.


### FACTUAL BACKGROUND

I. On 11/19/19 Defendant Judge Veronica Diaz issued an order Exh.A. against Plaintiff Mack Wells to sale the house on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. Bank could never produce the promissory

Example of Judges who already recused themselves from U.S. Bank

1. JUDGE DARRIN P. GAYLES Exhibit. P
2. THOMAS WILLIAMS Exhibit. Q

### REQUIRED RELIEF

Pursuant to Fla. Code Jud. Conduct. Canon 3(c)(x), Fla. Rule 2.160 (A). (h). Fla. Statute 112.312 (8) and Federal Rules of Civil Procedure Rule 60, Plaintiff requires Relief from the Dec.19, 2017 Final judgment Order [Exhibit.] based upon the stated facts, just terms, cited misconduct, Rule 60 grounds and newly discovered banking real estate fraud by court officers.

Said Reopening Relief would require the vacating of his order and Recusal of Judge Veronica Diaz from this and any future related U.S. Bank N.A banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk Issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons stated herein filed

*Mack L. Well*

MACK WELLS
15020 S. RIVER DR.
Miami, Fla. 33167

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

*Mack L Well*

MACK WELLS
15020 S RIVER DR
MIAMI FL 33167

## AFFIDAVIT

I MACK WELLS SWEAR THAT THIS IS A MOTION AND
AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS
AND MEMORANDUM OF LAW AND I AM   A WITNESS THESE
EXHIBITS A, AA,   A1,A2,A3, B, B1, B2, B3, B4, C, D, D1,D2, E,
E1,E2, O, P, P1, P2, Q, Q1 Q2R2, R3, R4, S1,S2,S3, Y1, Y2, Y3,J,
T1,T2,T3,T4, Z1, U1, U2,U3, K, CC1, BB1,BB2, V1, Z, Z2,ARE ALL
TRUE COPYS OF EXHIBITS   AND MOTION FOR RECUSAL OF
JUDGE VERONICA DIAZ

SIGNED. *Mack L Wells*

MACK WELLS
15020 S. RIVER DR.
MIAMI, FL. 33167

I Rhonda R Starling Hall notarized this letter
on behalf of Mack Lewis this 2nd day of
February 2020 which produced Florida Drivor
License exp 6/26/2020 and signed before me

**Exh.U PG.5**

| FORM 6 | FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS | 2018 |
|---|---|---|

FOR OFFICE USE ONLY

FLORIDA
COMMISSION ON ETHICS

PROCESSED

RECEIVED

ID Code

ID No.  268440

Conf. Code

Dist. Vero-ica

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2018 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of **Dec. 31** 20 **18** was $ **405, 853**

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**

The aggregate value of my household goods and personal effects (described above) is $ **15,000**

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET | VALUE OF ASSET |
|---|---|
| Wells Fargo | 174,912 |
| ICMA 401K | 180,296 |
| Aa | 10,500 |

### PART C — LIABILITIES

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Navient (Student Loan) | 29,455.00 |
| Audi Financial | 4,800.00 |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE - NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |

PAGE 1

**Exh.U PG.6**

PART D - INCOME

PRIMARY SOURCES OF INCOME

| NAME BY SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida | 200 E. Gains St, Tallahassee, FL 32399 | 160,688 |

SECONDARY SOURCES OF INCOME

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |

PART E - INTERESTS IN SPECIFIED BUSINESSES

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | N/A | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD IN THE ENTITY | | | |
| OWN MORE THAN 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

PART F - TRAINING

☐ I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING

**OATH**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to and subscribed before me this 18th day of June 2019 by Veronica Diaz

Signature of Notary

Anam Ontarea
Print Type of Notary Commissioned Name of Notary Public

ARIA M. GONZALEZ
MY COMMISSION # FF 027143
EXPIRES November 06, 2019

Personally known ___ OR Produced Identification ___
Type of Identification Produced ___

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE ☐

**Exh.U PG.7**

Ex1.A4

### OATH

State of Florida

County of Miami - Dade

I, Veronica A. Dion, the public official filing this disclosure statement, being first duly sworn, do depose on oath and say that the facts set forth in the above statement are true, correct, and complete to the best of my knowledge and belief.

_____
(Signature of Reporting Official)

_____
(Signature of Officer Authorized to Administer Oaths)

My Commission expires   11/18/20___

Sworn to and subscribed before me this

_18_ day of _JUNE_ 20_19_

ANA M. GONZALEZ
MY COMMISSION # FF ...
EXPIRES November 18, 2019
...

Page 2 of 2

Exh. U PG. 8

Exh B I

10:22  🔒 mitchellmessenger.com

Chase & Co. raised their price objective on shares of U.S. Bancorp from $55.50 to $58.00 and gave the company a "neutral" rating in a research note on Monday, November 4th. Citigroup lowered shares of U.S. Bancorp from a "neutral" rating to a "sell" rating and decreased their price target for the stock from $54.00 to $49.00 in a research report on Tuesday, October 8th. Morgan Stanley restated a "sell" rating and issued a $62.00 price target (up previously from $61.00) on shares of U.S. Bancorp in a research report on Monday, November 18th. Credit Suisse Group restated a "hold" rating and issued a $55.00 price target on shares of U.S. Bancorp in a research report on Thursday, September 12th. Finally, UBS Group lifted their price target on shares of U.S. Bancorp from $56.00 to $58.00 and gave the stock a "neutral" rating in a research report on Monday, October 21st. Four investment analysts have rated the stock with a sell

Filing # 102719168 E-Filed 02/04/2020 01:31:17 PM

**Exh.U PG.9**

Exhibit [B-2]

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2010-061928-CA-01
SECTION: CA08
JUDGE: Veronica Diaz

U S Bank (na)

Plaintiff(s)

vs.

**Williams, Leroy**

Defendant(s)

_____

### ORDER DENYING MOTION FOR JUDICIAL DISQUALIFICATION FILED ON
### 01/08/2020

This matter came before the undersigned Judge upon Defendant's, Mark Wells, and Non-Party's, Maurice Symonette, January 8, 2020 Motion for Judge Schlevinger to have a Hearing to Recuse and Vacate his Order ("Motion") Pursuant to Fla. R. Jud. Admin. 2.330, the Motion is **DENIED** as legally insufficient.

**DONE and ORDERED** in Chambers at Miami-Dade County, Florida on this 4th day of February, 2020.

2010-061928-CA-01 07-04-2020 1:27 PM
Hon. Veronica Diaz

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on THIS MATTER

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Copies Furnished To:**

Case No. 2010-061928-CA-01

Page 1 of 2

# Exh.U PG.10



Filing # 102861463 E-Filed 02/06/2020 12:16:09 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2016-000000-CA-01
SECTION: CA03
JUDGE: [illegible]

U. S. Bank Na.
Plaintiff(s)

vs

William Love
Defendant(s)

### ORDER GRANTING MOTION TO RESET FORECLOSURE SALE

**THIS CAUSE** having come before the Court on the Plaintiff's Motion to Reset Foreclosure Sale, and the Court having heard argument of the parties, having reviewed the file and, being otherwise duly advised, it is

#### ORDERED AND ADJUDGED

The Plaintiff's Motion to Reset Foreclosure Sale is hereby **GRANTED**.

The clerk is directed to reset the foreclosure sale for April 6, 2020, by electronic sale at www.miamidade.realforeclose.com

[illegible footer]                                            Page 1 of 1

DONE and ORDERED in Chambers at Miami-Dade County, Florida on this 4th day of
February, 2022.

_(illegible signature)_

_(illegible)_

**UNITED STATES DISTRICT JUDGE**
Electronically Signed

_(illegible box text)_

**Copies Furnished To:**

_(illegible list of names and email addresses — approximately 20 entries, illegible)_

**Exh.U PG.11**

*ExHibit [B4]*

IN THE CIRCUIT COURT OF THE ELEVENTH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO 2014-CA-6,929

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR BANC TRUSTSHIP

    Plaintiff,

v.

LEROY WILLIAMS, et al.

    Defendants

### ORDER ON DEFENDANT'S AMENDED MOTION TO DISMISS
### FORECLOSURE COMPLAINT

THIS CAUSE having come before the Court upon Defendant's Motion to Dismiss Foreclosure Complaint, the Court having heard oral argument on said Motion and the Court being otherwise duly advised in the premises, it is hereupon

ORDERED AND ADJUDGED that Defendant's Motion to Dismiss Foreclosure Complaint is hereby GRANTED/DENIED.

Denied.

_____

_____

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida, on November 11, 2019

                  _____
                  Circuit Court Judge
                  **VERONICA A. DIAZ**

Daniel Hurks - FBN 69104

Mack Walls - Defendant

Exh.U PG.12



Exhibit D 1

6:45

## What's the relationship between JP Morgan and Morgan ...

https://www.quora.com/Whats-the-relationship-...

Apr 12, 2015 · Morgan Stanley was formed by JP Morgan's family due to a regulation that required Corp and Investment banks to be separated. JP Morgan still owns part of Morgan Stanley, though they are not major share holders. Bonus answer ...

Citigroup vs JP Morgan, whos bigger and bett...
Jun 14, 2019

Are JP Morgan and Chase the same?
May 28, 2019

Are the roots of Morgan Stanley and JPMorga...
Jul 06, 2015

Are JP Morgan, Morgan Stanley and Chase Bank ...

## Morgan Stanley
www.morganstanley.com

Explore Morgan Stanley's Sustainable Investing Summit, which gathered industry leaders to share ideas and insights about innovations in sustainable finance. Institute for Sustainable Investing Entrepreneurs and the Race for Plastic Waste ...



Exh. D2



Case 1:24-cr-20456-RAR Document 114 Entered on FLSD Docket 08/19/2025 Page 103 of motion
Filing # 161312379 E-Filed 11/16/2022 07:00:53 AM        all the way up until she Recused herself.
160

**Exh.V PG.1**

# IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

## MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, AND RECONSIDER HER ORDER AND REVERT BY VACATING HER ORDER AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Vivianne Del Rio 05/04/2022 review of the record and Final Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibit 0 # ) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

***Florida Rule 2.160 (H) Says A Judge may Vacate her orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !***

Judge Vivianne Del Rio must Recuse herself for an open obvious Conflict of Interest because she's doing

business with US Bank and helping them to make money so that she can make money by foreclosing and

## Exh.V PG.2

taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make her and them money Illegally. Here's proof: In her Form 6 Affidavit Oath from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:

2. form 6 for 2019 on line  2., Exh. 0. She got $750,215.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line  3 she got, $15,403.00 and on line 4 she got $5,691. doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

And on her 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2, Exh. 0. Line 2. She got $943,141.00 with FRS which is Financed by the SBA. Exh. 1. which is U.S. Bank, Exh. 2.

3. Exh. (0). On line 3 she got, $15,403.00 and on line 4 she got $5,691. doing business with AIG which is J.P. Morgan, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

4. Exh. (0). And on line 4 she has $44,000 with E-Trade Which is Morgan Stanley Exh.3, and Morgan Stanley is J.P. Morgan, Exh. 87 and Exh. 118, 118A, 118B, 118C and 118D Page 1 and Page 2. which is U.S. Bancorp, (Exh.4, 19). And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.

CONFIDENTIAL                    **Exh.V PG.2**

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|

**OF FINANCIAL INTERESTS**

Please print or type your name, mailing address, agency name, and position below:

**FOR OFFICE USE ONLY**

LAST NAME — FIRST NAME — MIDDLE NAME
del Rio , Vivianne

MAILING ADDRESS

CITY                ZIP        COUNTY

NAME OF AGENCY    11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESSED

FLORIDA
COMMISSION ETHICS

JUL 0 6 2021

RECEIVED

47187

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of _December 31_, 20 20 was $ _1,667,544_

---

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes jewelry; collections of stamps, guns, and numismatic items, art objects household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased

The aggregate value of my household goods and personal effects (described above) is $ _____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Residence : | 1,075,000 |
| FRS Retirement Account | 943,141 |
| AIG Deferred compensation Account | 15,403 |
| E*Trade Individual Brokerage Account | 44,000 |

---

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |
| | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C        (Continued on reverse side)        PAGE 1

**11:16**          **Exh. V PG.3**

 



frs retirement is the SBA          ✕

All    News    Shopping    Images    Videos    Maps    B

The Florida Retirement System (FRS) Pension Plan, also known as the Defined Benefit Plan, is one of the largest public retirement plans in the U.S. and **comprises roughly three-quarters of total assets under State Board of Administration (SBA) management**.

🌐 https://www.sbafla.com › fsb › FRS...          ⋮

FRS Pension Plan - Florida State Board of Administration

❓About featured snippets     🚩 Feedback

## People also ask          ⋮

What type of retirement plan is FRS?          ⌄

Who owns Florida Retirement System?          ⌄

Is FRS the same as 401k?          ⌄

What does FRS stand for in Social Security?          ⌄

*Feedback*

AA  🔒  Q frs retirement is tl  

         

11:10          .ıl  5G ı    **Exh.V PG.4**

Key benefits: Loan amounts up to $5 million.
**Additional $2 million direct funding by U.S.
Bank (SBA 7 (a) Pari Passu loan)** Terms up to
25 years.

 https://www.usbank.com › sba-loans    ⋮

Small Business Administration (SBA) Loans -
US Bank

❓About featured snippets   🚩 Feedback

## People also ask    ⋮

Where does SBA get its funding?    ⌄

What bank does the SBA use?    ⌄

Who is responsible for SBA loans?    ⌄

Does the SBA work with banks?    ⌄

*Feedback*

 https://www.usbank.com › financialiq    ⋮

## How to get a small business loan | U.S. Bank

To be considered for an SBA loan, you need to apply for a
conventional loan under SBA guidelines with one of the
organization's banking partners. The SBA ...

 https://www.usbank.com › business- ..    ⋮

## Business Loans - US Bank

Whether you need a quick loan, term loan, SBA express loan or

🔒 Q the sba is financed by us bank

9:46  ··· 92% Exh.V PG.5

morganstanley.com/w 

 **Morgan** Stanley



WEALTH MANAGEMENT | SERVICE

# E*TRADE is now E*TRADE from Morgan Stanley

Together, we deliver an even more comprehensive suite of investing, trading, digital cash management and investment advisory services to a wider range of clients.

SHARE THIS



## Lots of choices, however you want to invest

E*TRADE offers a variety of solutions for all

       +

10:29

globallegalchronicle.com

**Exh.V PG.6**

EXH 4

principal amount of 3.200% senior notes due 2029.

In addition, Equinix completed a concurrent tender offer for any and all of its outstanding 5.375% senior notes due 2022, 5.375% senior notes due 2023, and 5.750% senior notes due 2025, which were paid for with the proceeds from the senior notes offering.

Goldman Sachs & Co. LLC, BofA Securities, Inc., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Barclays Capital Inc., Morgan Stanley & Co. LLC, MUFG Securities Americas Inc., RBC Capital Markets, LLC, SMBC Nikko Securities America, Inc., TD Securities (USA) LLC, Deutsche Bank Securities Inc., ING Financial Markets LLC, BNP Paribas Securities Corp., HSBC Securities (USA) Inc., Mizuho Securities USA LLC, Wells Fargo Securities, LLC, PNC Capital Markets LLC, Scotia Capital (USA) Inc., and U.S. Bancorp Investments, Inc. are all the underxriters involved in the offering

Equinix, an American multinational company headquartered in Redwood City, California, connects more than 9,800 companies directly to their customers and partners inside the world's most interconnected data centers. Today, businesses leverage the Equinix interconnection platform in 52 strategic markets across the Americas, Asia-Pacific, Europe, the Middle East and Africa.

The Davis Polk corporate team included partners Alan F. Denenberg (Picture) and Emily Roberts and associates Ali DeGolia and Caitlin Moyles Cunnane. Partner Rachel D. Kleinberg provided tax advice and associate J. Taylor Arabian provided 1940 Act advice.

**Involved fees earner:** Taylor Arabian – Davis Polk & Wardwell; Ali DeGolia – Davis Polk & Wardwell; Alan

# Exh.W PG.1

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

## MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S.BANK,NATION
AL ASSOCIATION,
AS TRUSTEE FOR
RASC 2005 AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

**EMERGENCY MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS ANDMEMORANDUM OF LAW FOR CLERK OF COURT, ADMINISTRATIVE JUDGE BAILEY. AND TO REVERT BACK TO ITS ORIGINAL ORDER AND TO STOP ALL FUTURE ORDERS OF Judge Carlos Lopez AND OR MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO ENJOIN (STOP) A FORECLOSURE SALE**

BE IT KNOWN THAT 131 FEDERAL JUDGES FOUND GUILTY OF MONEY CONFLICTS OF INTEREST, SEE: NEW YORK TIMES ARTICLE BY ***ADAM LIPTAC***. FIFTEEN FEDERAL JUDGES WERE IMPEACHED EIGHT WERE CONVICTED AND THREE HAVE RESIGNED BEFORE THE OUTCOME AT TRIAL AND THIS CASE IS NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT NOW WHICH STAYS (STOPS) ALL COUNTY COURT ACTIONS  FEDERAL 28 U.S. CODE SS 1331 AND ARTICLE 111 OF THE US CONSTITUTION

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil

Procedure Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief &

Recusal and Supporting Memorandum regarding this new case that has been reopened

review of the record and Final Judgement Order, Exhibit.J. based on the following facts,

new information, just terms, judicial misconduct, fraudulent grounds and discovered

## Exh.W PG.2

conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, **Judge Carlos Lopez** Financial Interests & Property Disclosures and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 4. of page 3. that he got two million seventy seven nine hundred and forty nine dollars ($2,077,949.00) CASH with Iberia Bank, Exh. D pg.3. Which is First Horizon Bank, Exh.D pg.4 which is BlackRock which is US Bank Exh.D pg.5 and First Horizon Bank is Suntrust Bank Exh. D Pg.4, which is US. Bancorp/ US. Bank, Exh. D pg.4. and Exh.D On line 9 of his Form 6. Exh. D. Lopez got $650,000.00 from Regions Bank who's doing business with Wells Fargo Exh. Z9. Which is US Bank Exh.H2 Also Regions Bank can be traced to US. Bank because Regions is JP Morgan, Exh. Z10. And JP Morgan is BlackRock, Exh. Z11. And BlackRock is US. Bancorp/ US. Bank, Exh. Z12. And Judge Carlos Lopez shower his Racist Biasedness against us BLACKS by allowing a hearing to go on while the Defendant was very Sick an Incapacitated and couldn't hear or talk he wanted a day or two to get a Lawyer to represent him now because he normally goes PRO SE. but this is so horribly Racist that to steal our property he gave a sale date very quickly as if we were wasting the time when a Docket from 2007 until now shows that they were the ones wasting time, Z13 and Z14 of**

## Exh.W PG.3

## Affidavit

I MACK WELLS SWEAR THAT THIS IS A MOTION AND AFFIDAVIT

FOR RELIEF, RECUSAL, VACATIONS OF ORDERS AND MEMORANDUM

OF LAW AND I AM A WITINESS THESE EXHIBITIS A THROUGH Z6, ALL

ARE TRUE COPIES OF EXHIBITS AND YOUR MOTION FOR RECUSAL OF

JUDGE CARLOS LOPEZ.

SIGNED _Mack L. Wells_

MACK WELLS

15020 S. RIVER DR.

MIAMI, FLA. 33167

_Judytte Joseph_ ___ NOTARIZED THIS LETTER ON BEHALF OF MACK WELLS JR.

WHO SIGN BEFORE ME ON THIS 17TH DAY OF JULY, 2023 WHICH PRODUCED FLORIDA

DRIVER LICENSE TO SHOW IDENTIFICATION WHICH EXPIRES 6/25/2028.

JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

**Exh. W PG.4**                                                                EXH.3 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2021 |
|---|---|---|
| Please print or type your name, mailing address, agency name, and position below: | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY: |

LAST NAME — FIRST NAME — MIDDLE NAME:
Lopez Carlos

MAILING ADDRESS:
73 West Flagler Street

Suite 1110

CITY: Miami          ZIP: 33130          COUNTY: Miami Dade

NAME OF AGENCY:
Eleventh Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge, 11th Circuit

CHECK IF THIS IS A FILING BY A CANDIDATE  ☐

**FOR OFFICE USE ONLY:**

PROCESSED

FLORIDA
COMMISSION ON ETHICS

JUN 2 7 2022

RECEIVED

276771

---

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2021 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of Jauary 31_____, 20 2022 was $ 9,309,065_____.

---

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 300,000_____

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| SEE ATTACHED SPECIFIC DESCRIPTION | |
| | |
| | |
| | |

---

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SPACE COAST CREDIT UNION | $43,000 |
| UNPAID PORTION RANGE ROVER | |
| P.O. BOX 419001 MELBOURNE , FL 32941 | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| REGIONS BANK GUARANTEE ON COMMERCIAL LOAN (CONTINGENT) | $650,000 |
| REGIONS PRIVATE WEALTH MANAGEMENT, 2800 PONCE DE LEON BLVD, | |
| 10TH FLOOR, CORAL GABLES, FL 33134 | |

CE FORM 6 - Effective June 2, 2022                        (Continued on reverse side)                        PAGE 1
Incorporated by reference in Rule 34-8.002(1), F.A.C.

## PART D — INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2021 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2021 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| Rental Property/Mortgage/Interest | See list of Assets | $45,000 |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E — INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_(signature)_

**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 17 day of

June , 20 22 by Carlos Lopez

_(signature)_
(Signature of Notary Public--State of Florida)

Anayansi Sampedro
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known ✓ OR Produced Identification

Type of Identification Produced _____

ANAYANSI SAMPEDRO
MY COMMISSION # HH 142827
EXPIRES: June 15, 2025
Bonded Thru Notary Public Underwriters

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____ _____
Signature Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective June 2, 2022
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

# EXH.W PG.6

EXH.3 pg.4

## FORM 6

### FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTEREST

### PART B- ASSETS

Carlos Lopez

Circuit Judge

11th Judicial Circuit

ON THIS PAGE OF CARLOS
LOPEZ'S AFFIDAVIT IT SAYS
HE MADE $2, $2,077,949
IBERIA BANK WHICH IS US
BANK AND THEIR PARTNERS

As of January 31, 2022

PART B- ASSETS

ASSETS INDIVIDUALLY VALUED OVER $1,000:

| | |
|---|---|
| Real Estate XXXX Brickell Ave, Unit XXXX, Miami, Fl | $1,250,000 |
| Real Estate 1717 North Bayshore Drive, A4244, Miami, Fl (rental property) | $575,000 |
| Real Estate 1800 NW 24ave, #720, Miami, Fl (rental property) | $200,000 |
| Cash IBERIABANK (Cash & CD) | $2,077,949 |
| 1111 Brickell Ave, Miami, Fl 33131 | |
| Marketable Securities UBS (See Summary) | $311,383 |
| CIM Group, P.O. Box 219312 (Cole Capital) | $255,000 |
| Kansas City, MO 64121 | |
| BBC Realty Holdings LLC- Rental Office at 2333 Brickell Ave | $1,800,000 |
| Suite A-1, Miami, Fl (33.3% owned) | |
| Loan Owed from Caribe Insurance Agency Corp | $125,000 |
| 720 Jeronimo Drive | |
| Coral Gables, Fl 33146 | |

**Exh.W PG.7**   3 pg.5

# IBERIA BANK IS FIRST HORIZON

○ https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-t3

First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...

May 4, 2023   First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger **TD Bank** informed First...

# SUNTRUST IS FIRST HORIZON

▶ https://www.bizjournals.com › charlotte › news › 2020 › ...

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based **First Horizon** National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend....

# SUNTRUST IS US BANCORP

○ https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54119720091014

### U.S. Bancorp to buy BB&T's select Nevada branches | Reuters

Oct 14 (Reuters) - U.S. Bancorp USB.N said it signed a deal with **BB&T** Corp BBT.N to buy about $800 million in deposits of certain branch locations of **BB&T's** Nevada banking operations for an...

▦ https://greensboro.com › business › whats-bb-ts-new-name › article_2701870e-6a62-5f71-ae2c-

**What's BB&T's new name?**

U.S. Bancorp - Wikipedia  # US BANCORP IS USBANK   https://en.wikipedia.org/wiki/U.S._Bancorp

**WIKIPEDIA**
The Free Encyclopedia ▪

## U.S. Bancorp    Text

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest

U.S. Bancorp


## Exh.W PG.8

# IBERIA BANK IS FIRST HORIZON

https://www.theadvocate.com › baton_rouge › news › business › first-horizon-td-bank-call-off-13...

**First Horizon Bank, which acquired IberiaBank, agrees with TD Bank t...**

May 4, 2023 - First Horizon **Bank**, which acquired IberiaBank in 2020, announced Thursday morning it mutually agreed with **TD Bank** Group to call off their $13.4 billion merger. **TD Bank** informed First...

**Exh.W PG.9** **FIRST HORIZON / IBERIA BANK IS BLACKROCK**

## BlackRock Inc. ownership in FHN / First Horizon Corporation – 13F, 13D, 13G Filings

2023-02-10 - BlackRock Inc. has filed an SC 13G/A form with the Securities and Exchange Commission (SEC) disclosing ownership of 75,686,563 shares ...

### BLACKROCK IS US BANK

## Vanguard, BlackRock are the top investors in US banks

Apr 4, 2023 — Vanguard Group Inc. and BlackRock Inc. are the top investors in US banks with assets ranging from less than $10 billion t...

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
## MIAMI DADE COUNTY FLORIDA CIVIL ACTION

MAURICE SYMONETTE

Plaintiff

CASE NO: 2021-10826-CA01

v.

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Defendants,

### MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60, Plaintiff MAURICE SYMONETTE hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the Jan. 29 2024 Jose M. Rodriguez Fine review of the record and Final Judgement Order, Exhibit.A. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*__Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1) A Judge shall disqualify himself whise impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !__*

Judge Jose M. Rodriguez must Recuse his self for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money Illegally. Hise's proof: **In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 Says on pg.1 line 3, $392,610.00 Exh.D1, for And on the Form 6 of 2022 Line 6. $321,128.00 Exh.D2 for Voya And on the Form 6 for 2020 for Voya Retirement on line 2. $332,289.00 Exh.D3. And Voya Retirement in 2019 line 8. $279,314.00 Exh.D4. and Voya Retirement is US Bank, Exh. E.2.: Judge Jose M. Rodriguez is Doing Business** U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, VOYA FINANCIAL AND BMW FINANCIAL WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this cesspool all with the same Conflict of interest like Judge Valerie Manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to his Form 6 Financial Disclosure Affidavit, Exh.F. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.G. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.H. And then received a  $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.I. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.J. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice, no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.K. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose M. Rodriguez must do because he has the same conflict of Interest   So he must recuse himself and vacate his Order, Exhibit, G. So Jose M. Rodriguez you must Recuse YOUR SELF and not ORDER against us, EXH. I.

FACTS

Said Reopening Relief would require the vacating of his order and Recusal of Judge Valerie Schurr from this and any future related U.S. BANK banking real estate cases in this District. The Dismissal Order Relief also requires that all parties be reinstated to their prior positions in this action (Dismissal with Prejudice) requiring Clerk issuance of Summons upon the Defendants and allow the filing of a Motion to dismiss the Final Judgment for cause, grounds and reasons state

/S/MAURICE
SYMONETTE
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on this 2nd day of Feb., 2024 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

for amounts due and owing on same mortgage that was dismissed with Prejudice in former case no: 07-12407CA01 where U.S. BANK could never produce the promissory Note though they were asked by the Judge several times but never did bring it forth, Exhibit. I. A judge cannot change another Judge's ORDER! And also on June. 25 2010, Judge Valerie Schurr issued a Judgment order acting as a quasi-defense attorney for U.S. BANK his personal investment Partner to make money together. Defendant MAURICE SYMONETTE has now subsequently provided the United States Department of Justice (DOJ) on specific newly discovered whistle blower information and records regarding millions of dollars in exposed fraudulent foreclosure claims made by the Defendants U.S. BANK, Clerks and Court officers in this action. Exhibit, O. GMAC Also

does not own

## CERTIFICATE OF SERVICE

I HISEBY CERTIFY that on 12th day of Feb., 2020 a true and correct copy of the foregoing was provided via this Court's electronic filing system to the attorneys of record

/S/MAURICE
SYMONETTE
MAURICE SYMONETTE
15020 S. River Dr.
Miami, fla. 33167

| **FORM 6** | **FULL AND PUBLIC DISCLOSURE** | FLORIDA **2021** |
| | **OF FINANCIAL INTERESTS** | COMMISSION ON ETHICS ONLY: |

HON JOSE MANUEL RODRIGUEZ
Circuit Court Judge
Judicial Circuit (11Th)
Elected Constitutional Officer
DADE COUNTY COURTHOUSE
73 WEST FLAGLER STREET RM. 405
MIAMI FL 33130

*PROCESSED*

JUN 2 1 2022

**RECEIVED**

ID CODE

ID NO.    24598

CONF. CODE

Rodriguez, Jose Manuel

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2021 or a more current date.  [Note:  Net worth is not cal-
culated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___ , 20 _21_ was $ _1,045,191.00_ .

## PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the
following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and
furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ _30,000.00_

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
| --- | --- |
| Bank Account (Chase) | $  68,190.00 |
| City National Bank of Florida | $  25,000.00 |
| Voya | $392,610.00 |
| **(Continued on a Separate Sheet) | |

## PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See Instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $   7,425.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $      928.00 |
| United Wholesale Mortgage, P.O. Box 77404, Ewing, NJ 08628 | $280,454.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
| --- | --- |
| | |
| | |
| | |

CE FORM 6 - Effective June 2, 2022
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2021 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

[✔] I elect to file a copy of my 2021 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2021 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

[✔] **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_(signature)_

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF _Miami - Dade_

Sworn to (or affirmed) and subscribed before me by means of
[✔] physical presence or [ ] online notarization, this _15th_ day of
_June_, 2022 by _Jose M. Rodriguez_

_Ileana Perez_
(Signature of Notary Public--State of Florida)

_(Print, Type, or Stamp Commissioned Name of Notary Public)_

Personally Known _✔_     OR     Produced Identification

Type of Identification Produced _____

Notary Public State of Florida
Ileana Perez
My Commission GG 252111
Expires 12/16/2022

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____          _____
Signature                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** [✔]

**Exh.X PG.10**

Exh.D2

## 2022 Form 6 - Full and Public Disclosure of Financial Interests

Filed with COE: 06/28/2023

### Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effect is $ 30,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
| --- | --- |
| 11124 SW 128th Court, Miami, FL 33186 | $ 750,000.00 |
| Cape Coral Unit 51 BK 3729 PB 19/PG 4 Lots 42 & 43 | $ 45,000.00 |
| Anchorage Resort & Yacht Club Condominium - Timeshare-107800 Overseas Highway, Key Largo, FL 33037 | $ 2,000.00 |
| Bank Account (Chase) | $ 70,853.00 |
| City National Bank of Florida | $ 24,874.00 |
| Voya | $ 321,128.00 |
| IRA | $ 17,838.00 |
| Florida International University 401K | $ 47,430.88 |

# FORM 6

## FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2020**

Please print or type your name, mailing address, agency name, and position below:

FOR OFFICE USE ONLY:

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez     Jose     Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami Dade |

NAME OF AGENCY:
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

*PROCESSED*

FLORIDA
COMMISSION ON ETHICS

JUL 07 2021

RECEIVED

24598

### PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of December 31, 20 20 was $ 737,584.00

### PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 30,000.00

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 55,729.00 |
| City National Bank of Florida | $ 24,832.00 |
| Voya | $332,289.00 |
| **(Continued on a Separate Sheet) | |

### PART C — LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $13,365.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 6,496.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $ 3,583.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

**Exh.X PG.12**

Exh.D3 pg.2

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑  I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments.
   [If you check this box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |

**SECONDARY SOURCES OF INCOME [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:**

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☑  **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

## OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

_Jm M. Jody_
**SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE**

STATE OF FLORIDA
COUNTY OF   MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this _29th_ day of
_June_ , 20 21 by _Jose M. Rodriguez_

_(signature)_
(Signature of Notary Public--State of Florida)

Notary Public State of Florida
My Commission GG 252111
Expires 12/16/2022

(Print, Type, or Stamp Commissioned N... of N...)

Personally Known _✓_   Or Produced Identification

Type of Identification Produced _____

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____ prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____ Signature

_____ Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002(1), F.A.C.

PAGE 2

Exh.X PG.13   Exh.D4 pg.1

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2019 |
|---|---|---|
| | OF FINANCIAL INTERESTS | |

**Please print or type your name, mailing address, agency name, and position below:**

LAST NAME — FIRST NAME — MIDDLE NAME:
Rodriguez    Jose    Manuel

MAILING ADDRESS:
Dade County Courthouse

73 West Flagler Street,

| CITY: | ZIP: | COUNTY: |
|---|---|---|
| Miami | 33130 | Miami-Dade |

NAME OF AGENCY:
11th Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Circuit Judge

CHECK IF THIS IS A FILING BY A CANDIDATE  ☑

**FOR OFFICE USE ONLY:**

24598

**PROCESSED**
FLORIDA
COMMISSION ON ETHICS

MAR 25 2020

**RECEIVED**

---

### PART A -- NET WORTH

Please enter the value of your net worth as of December 31, 2019 or a more current date.  [Note: Net worth is not calculated by subtracting your *reported* liabilities from your *reported* assets, so please see the instructions on page 3.]

My net worth as of ___December 31___, 20 _19_ was $ ___$592,413.00___.

---

### PART B -- ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ ___30,000.00___

**ASSETS INDIVIDUALLY VALUED AT OVER $1,000:**

| DESCRIPTION OF ASSET (specific description is required - see Instructions p.4) | VALUE OF ASSET |
|---|---|
| Bank Account (Chase) | $ 50,148.00 |
| City National Bank of Florida | $ 24,793.00 |
| Voya | $279,314.00 |
| **(Continued on a Separate Sheet) | |

---

### PART C -- LIABILITIES

**LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| Lexus Financial Services, P.O. Box 17187, Baltimore, MD 21297-0511 | $ 16,830.00 |
| Mercedes Benz Financial Services, P.O. Box 5209, Carol Stream, IL 60197 | $ 10,672.00 |
| Bank of America, P.O. Box 15026, Wilmington, DE 19850 | $  6,587.00 |
| **(Continued on a Separate Sheet) | |

**JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:**

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2020
Incorporated by reference in Rule 34-8.002(1), F.A.C.

(Continued on reverse side)

PAGE 1

## PART D -- INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2019 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☑ I elect to file a copy of my 2019 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2019 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person--see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## PART E -- INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

For officers required to complete annual ethics training pursuant to section 112.3142, F.S.

☑ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

**OATH**

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate and complete.

_____
SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF  MIAMI DADE

Sworn to (or affirmed) and subscribed before me by means of
☑ physical presence or ☐ online notarization, this 18th day of
MARCH , 2020 by JOSE M. RODRIGUEZ

_____
(Signature of Notary Public--State of Florida)

WENDY SARDINA
(Print, Type, or Stamp Commissioned Name of Notary Public)

Personally Known _____  OR  Produced Identification ✓

Type of Identification Produced  FL. DL.

*[Notary stamp: Wendy Sardina, Notary Public State of Florida, My Commission GG 924170, Expires 10/20/2023]*

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement:

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

_____        _____
Signature                                                              Date

**Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.**

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ▣

Exhibit E1

American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware. [ ] It is the parent company of U.S. Bank National Association, which is the 5th largest bank in the United States. The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 ATMs, primarily in the Midwestern United States, [ ] and has approximately 72,400 employees. [ ] The company also owns Elavon, a processor of credit card transactions. U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which it obtained upon its merger with Wachovia. [ ]

(4)

U.S. Bancorp



Trade name          U.S. Bank

*Exh. E.2*

**gurufocus**

# Voya VARIABLE FUNDS Buys PNC Financial Services Group Inc, McDonald's Corp, Baxter ...

insider

December 25, 2021 · 6 min read

## In this article:

| C | | RCL | | GSCHX | | TMO |
|---|---|---|---|---|---|---|
| +1.04% | ☆ | +0.84% | ☆ | -0.43% | ☆ | -1.34% |

Investment company Voya VARIABLE FUNDS (Current Portfolio) buys PNC Financial Services Group Inc, McDonald's Corp, Baxter International Inc, ViacomCBS Inc, Bank of America Corp, sells Fiserv Inc, Citigroup Inc, Activision Blizzard Inc, U.S. Bancorp, *as U.S. Bank* Constellation Brands Inc during the 3-months *Exh. D.2 # 3* ended 2021Q3, according to the most recent

**Exh.X PG.16**

Exhibit 75

*Exh. E.3*

## Business

# U.S. Bank Enters Co-brand Agreement With BMW to Issue New Cards With Enhanced Digital Experiences, Greater Value to Customers

July 22, 2019, 11:00 AM EDT

U.S. Bank Enters Co-brand Agreement With BMW
to Issue New Cards With
Enhanced Digital Experiences, Greater Value
to Customers

Business Wire

MINNEAPOLIS -- July 22, 2019

U.S. Bank, the fifth-largest bank in the
United States, has entered into a
co-brand agreement with BMW Financial Services
NA, LLC to issue credit cards
that will deliver enhanced digital experiences

**Exh.X PG.17**

🔍  US Bank owns bmw financial service  ✕

**All**  News  Maps  Images  Videos  Shopping

 http://www.ctvalley.org › bmw-fina...  ⋮

# BMW Financial Services, NA Enters into Co-Brand Agreement with US Bank to ...

BMW Financial Services NA, LLC announced today a co-brand agreement with U.S. Bank to offer new credit cards featuring an enhanced digital experience and ...

**Boothe Memorial Park ...**
Sun, May 15                                                    ›

# People also ask                                          ⋮

Who is BMW finance owned by? ·                            ⌄

Which bank is BMW Financial Services?                    ⌄

## Exh.X1 PG.1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM

V.

U.S. BANK, NATIONAL ASSOCIATION,Et al.,

Defendants.

### AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS ANDMEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal andSupporting Memorandum regarding the August, 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42. IFRS 2018 Tables 9-13. SEC Filings- *2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judgecan't have a conflict of Interest !* Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for them to make him and them money Illegally. Here's proof: In his Form 6, from Tallahassee called **FINANCIAL DISCLOSURE REPORT, for 2021** Says on page 4 lines 3 and 4, that he made $250,000 with Iberia Bank, Exh. D. Which is First Horizon Bank, First Horizon Bank is Suntrust Bank whichis US. Bancorp/ US. Bank, Exh. E. Judge Jose E. Martinez is Doing Business U.S. BANK, US BANCORP, WACHOVIA, WELLS FARGO, WHICH IS ALL U.S. BANK. Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more according to Fl. Rule 2.160 (H) and (J) all of your Orders must be Reverted back to the Original Judges Orders, once a Judge Recuses themselves. Judge Gayles recused himself Exh.F & Marcia Cooke's Order's must be Reverted back to the Original Judges Orders because ofConflicts Of Interest. None of these Judges or Attorney's can do anything with the StateCourt because they're all doing business with U.S. Bancorp who's the Parent Company of U.S. Bank, Exh.G which is owned by china (CIC). The Rucker Feldman Law cannot be used because our case was never Finished. All the State Court Judges from Zabel down to Carlos Lopez did Orders based on giving us a chance to prove that the Attorney's werewasting all of the time Exh H. not us but we were never given that opportunity and JudgeLopez refused to allow Mack Wells who at the time was sick to get a Lawyer to defend himself. The Attorney's for U.S. Bank were Ordered to bring in evidence that they owned the Note but never did. I have found that our case was

## Exh.X1 PG.2

directed to other Judges in this sess Pool all with the same Conflict of interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit. Exh.I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh.J. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $.1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh.K. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh.L. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh.M. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S. Bank from Axiom Bank see Exh.N. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused himself especially after we paid for News ,ads and Radio TV Commercials Exh.T Telling on her and knowing that we have turned her over to the FBI as Jose E. Martinez must do because he has the same conflict of Interest So she must recuse herself and vacate his Order, Exh. O. So Jose E. Martinez you must Recuse YOUR SELF and not ORDER against us, Exh., I.

### FACTS

1 . On Dec. 19, 2017, Defendant Judge Valerie Schurr issued a final Judgment order Exhibit A against Plaintiff Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the August. 23' 2023 Jose E. Martinez review of the record and Final Judgement Order, Exhibit.J. based on the following facts. new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property. Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings U.S. BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased Fl. Statue 112.312 (8) Judge can't have a conflict of Interest !* Judge Jose E. Martinez must Recuse himself for an open obvious Conflict of Interest because she's doing business with US Bank and helping them to make money so that she can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof.

# FINANCIAL DISCLOSURE REPORT
Page 4 of 9

Name of Person Reporting

MARTINEZ, JOSE

Date of Report

05/09/2022

**Exh.X1 PG.3**

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 316 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1 | CAPITAL ONE | A | Interest | M | T | | | | | |
| 2 | AMERICAN EXPRESS NATIONAL BANK | A | Interest | K | T | | | | | |
| 3 | IBERIA BANK - CHECKING (X) | A | Interest | L | T | | | | | |
| 4 | IBERIA BANK - CHECKING (X) | A | Interest | M | T | | | | | |
| 5 | FIRST CITIZENS (X) | A | Interest | M | T | | | | | |
| 6 | AMERICAN ELECTRIC | A | Dividend | J | T | | | | | |
| 7 | DOMINION ENERGY (FORMERLY DOMINION DIRECT) | C | Dividend | M | T | | | | | |
| 8 | SOUTHERN COMPANY | B | Dividend | L | T | | | | | |
| 9 | EVERGY INC | A | Dividend | K | T | | | | | |
| 10 | MCDONALDS CORPORATION | A | Dividend | K | T | | | | | |
| 11 | SCHWAB MONEY FUND (FORMERLY USAA) | A | Dividend | J | T | | | | | |
| 12 | USAA HIGH INCOME INSTITUTIONAL | A | Dividend | | | Sold | 08/26/21 | J | A | |
| 13 | | | | | | Sold (part) | 03/05/21 | J | A | |
| 14 | USAA INCOME INSTITUTIONAL | C | Dividend | M | T | Buy (add'l) | 12/20/21 | J | | |
| 15 | USAA INTERMEDIATE TERM B | B | Dividend | K | T | Sold (part) | 08/26/21 | K | A | |
| 16 | | | | | | Buy (add'l) | 12/20/21 | J | | |
| 17 | USAA SHORT-TERM BOND INS | A | Dividend | K | T | Buy (add'l) | 12/20/21 | J | | |

1. Income Gain Codes: A =$1,000 or less, B =$1,001 - $2,500, C =$2,501 - $5,000, D =$5,001 - $15,000, E =$15,001 - $50,000 (See Columns B1 and D4) F =$50,001 - $100,000, G =$100,001 - $1,000,000, H1 =$1,000,001 - $5,000,000, H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less, K =$15,001 - $50,000, L =$50,001 - $100,000, M =$100,001 - $250,000, N =$250,001 - $500,000, O =$500,001 - $1,000,000 (See Columns C1 and D3) P1 =$1,000,001 - $5,000,000, P2 =$5,000,001 - $25,000,000, P3 =$25,000,001 - $50,000,000, P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal, R =Cost (Real Estate Only), S =Assessment, T =Cash Market (See Column C2) U =Book Value, V =Other, W =Estimated

**Exh.X1 PG.4**

## IBERIA BANK IS FIRST HORIZON

V

First Horizon Bank, which acquired IberiaBank, agrees with TD Bank...

May 4, 2023 - First Horizon Bank, which acquired IberiaBank in 2020, announced Thursday it mutually agreed with TD Bank Group to call off their $13.4 billion merger. TD Bank informed First...

## SUNTRUST IS FIRST HORIZON

V

▶ https://www.bizjournals.com › charlotte › news › 2020 › ...

## Dozens of former SunTrust branches become part of First Horizon Bank ...

Memphis, Tennessee-based First Horizon National Corp. (NYSE: FHN) said the transaction would add $440 million in loans and $2.3 billion in deposits. It converted the branches this past weekend....

## SUNTRUST IS US BANCORP

V

🌐 https://www.reuters.com › article › usbancorp-bbandt-idUSBNG54T1972009I014

## U.S. Bancorp to buy BB&T's select Nevada branches | Reuters

Oct 14 (Reuters) - U.S. Bancorp USB.N said it signed a deal with BB&T Corp BBT.N to buy about $800 million in deposits of certain branch locations of BB&T's Nevada banking operations for an...

## US BANCORP IS USBANK

V



**U.S. Bancorp**     Text

U.S. Bancorp (stylized as us bancorp) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware (a). It is the parent company of U.S. Bank National Association, and is the fifth-largest...

U.S. Bancorp

**US bancorp**

**Exh.X1 PG.5**

Exh.G

# U.S. Bancorp

文A 21 languages ∨

Article Talk

Read Edit View history Tools ∨

From Wikipedia, the free encyclopedia

*"US Bank" redirects here. For other uses, see Bank of the United States.*

**U.S. Bancorp** (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[1] It is the parent company of U.S. Bank National Association, and is the fifth largest banking institution in the United States.[2] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. It has 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[3] It is ranked 117th on the Fortune 500,[4] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[5]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[6]

## History [edit]

The U.S. Bank name first appeared as United States National Bank of Portland, established in Portland, Oregon, in 1891.[7] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[8] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[?] In 1929, that bank merged with First National Bank of St. Paul (also formed in 1864) and several smaller Upper Midwest banks to form the First Bank Stock Corporation, which changed its name to First Bank System in 1968.[?]

In the eastern part of the franchise, Farmers and Millers Bank in Milwaukee opened its doors in 1853, growing into the First National Bank of Milwaukee and eventually becoming First Wisconsin and ultimately Firstar Corporation.[?] In Cincinnati, First National Bank of Cincinnati opened for business on July 13, 1863 under National Charter #24—the charter that U.S. Bancorp still operates under today, and one of the oldest active national bank charters in the nation. U.S. Bancorp claims 1863 as its founding date.[?] Despite having started up in the midst of the Civil War, First National Bank of Cincinnati went on to survive many decades to grow into Star Bank.[?]

### U.S. Bancorp

**us bancorp**



Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| Trade name | U.S. Bank |
| Type | Public company |
| Traded as | NYSE: USB[?] S&P 100 component |

MACK WELLS AND MAURICE SYMONETTE

Plaintiffs,
CASE: 23-CV-22640-JEM
V.

U.S. BANK, NATIONAL ASSOCIATION, Et al.,

**Exh.X2 PG.1**

Defendants.

_____/

## MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL, VACATION OF ORDERS AND MEMORANDUM OF LAW

Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure Rule 60. Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting Memorandum regarding the June, 17' 2023 Eduardo L Sanchez review of the record and Final Judgement Order. Exhibit J. based on the following facts, new information, just terms, judicial misconduct, fraudulent grounds and discovered conflict of personal investment interests on Financial Disclosures of Judges and officers of this Court (Exhibits # B) Attached- U.S. BANK Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S. BANK Florida Subsidiaries, Judge Carlos Lopez Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate his orders for Conflict of Interest Theodore R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct . Canon 3E(1) A Judge shall disqualify himself where impartiality might reasonably be questioned Rule 2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Eduardo Sanchez must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by

## Exh.X2 PG.2

foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make his and them money illegally. Here's proof: In his Form 6, from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL, form 6 for 2021 it Says on line 14 that he got $250,000.00 with Wells Fargo, Exh. D. Which is First Horizon Bank Exh.E and First Horizon Bank is Suntrust Bank Exh. F, which is BB&T bank Exh. G. BB&T Bank is US. Bank Exh. H Who has ruled in favor of US BANK. This is a Horrible Conflict of Interest against us and there's more. I have found that our case was directed to other Judges in this sess Pool all with the same Conflict of Interest like Judge Valerie manno Schurr a Judge we had never met jumping into our case after Judge Zabel dismissed U.S Banks Lawsuit against me with Prejudice because they never had or owned the Note and then one year later Judge Valerie Manno Schurr got $995,000 from U.S. Bank according to her Form 6 Financial Disclosure Affidavit, Exh. I. And then suddenly inserted herself into our case without ever meeting us and dismissed the case with Prejudice like Judge Zabel did, Exh. K. So as to avoid the Law which says another Judge cannot change another Judges order in the same Circuit Court so she made the same Order so she could change her own Order to dismiss without Prejudice and got another $,1 million dollar plus $400,000 dollar money asset from GMAC which is U.S. Bank and then she changed her own Order to Dismissed without Prejudice Exh. N. And then received a $2.4 million money asset from Wells Fargo/Wachovia plus a $400,000 dollar money Asset from GMAC which is U.S. Bank Exh. L. The same Conflict of Interest that Judge Lopez has, which is why she Recused herself Exh. R, as did Vivianne Del Rio Exh.S and they along with Judge Schlesinger violated Fl Rule 2.160 (H)–(J) and did not answer their Motion to Recuse Exh.U, V & W within 20 days which means that our Motion to Recuse is automatically granted and all of their Orders have been removed & reverted back the Original Judge Zabel's Order of Dismissal with Prejudice. According to her form 6 Financial Affidavit to circumvent Judge Zabel's Dismissal with Prejudice! Exh. M. I and two other Witnesses saw Judge Zabel sign the Dismissal with Prejudice Exh. X,Y and Z and the 2007–12407–CA01 Case was dismissed Exh.Z1 and Z2 in 2009 the Clerk of Courts removed the Judges dismissal with Prejudice off the Docket because the Clerk of Courts have the same $ Conflicts of Interest as Judge Valerie Manno Schurr according to his Form 6 Full and Public Disclosure of Financial Interest he has a money Conflict of Interest with Wells Fargo which is US Bank Exh. Z3 in the amount of $215,000 which is why the Clerk of Courts removed the evidence off the Docket. And then these wicked Lawyers Foreclose without notice to us and we went threw a 10 year fight see the Docket for the 2010 case which had no notice no assignments, no Note and no Mortgage Correctly to U.S Bank from Axiom Bank see Exh. O. then Maurice Symonette did a Quite Title Suit and after 10 years Judge Valerie Manno Schurr shows up again and I showed her the Evil which she had done by taking money ($995,000) From GMAC/U.S. Bank to steal our property even though we were making the payments. This is Home Title Fraud in its utmost and when she saw she was caught from her own Form 6 Affidavit and evil Judgments she Recused herself especially after we paid for News paper, ads and Radio TV Commercials Exh. T Telling on her and knowing that we have turned her over to the FBI as Carlos Lopez must do because he has

**Exh.X2 PG.3**

| FINANCIAL DISCLOSURE REPORT<br>Page 6 of 9 | Name of Person Reporting<br>Sanchez, Ednardo L | Date of Report<br>05-15-2023 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2B, Ch. 1 § 010 Reporting Thresholds for Assets; § 012 Types of Reportable Property; § 014 Interests in Property; § 016 Income; § 025 Purchases, Sales, and Exchanges; § 100 Spouse and Dependent Children; § 105 Trusts, Estates, and Investment Funds.)*

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets) | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | | D.<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset<br>exempt from prior disclosure | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (3)<br>Type (e.g.<br>buy, sell,<br>redemption) | (1)<br>Date<br>mm/dd/yy | (2)<br>Value<br>Code 2<br>(J-P) | (3)<br>Gain<br>Code 1<br>(A-H) | |
| 15  XCEL ENERGY INC | A | Dividend | J | T | | | | | |
| 16  BANK OF AMERICA CORP | A | Dividend | J | T | | | | | |
| 17  DUKE ENERGY CORP NEW (DUK) | A | Dividend | J | T | | | | | |
| 18  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 19  SPDR S&P 500 ETF Trust (SPY) | A | Dividend | J | T | | | | | |
| 40  COHERENT INC. | | None | | | Redeemed | 07/05/22 | J | | |
| 41  COHERENT CORP | | None | J | T | | | | | |
| 42  MICROSOFT CORP | A | Dividend | K | T | | | | | |
| 43  PLUG POWER INC | | None | J | T | Buy<br>(add'l) | 08/19/22 | J | | |
| 44  | | | | | Sold<br>(part) | 12/19/22 | J | | |
| 45  Coursera Global, Inc. Cl. A (COUR) | | None | J | T | Sold<br>(part) | 12/19/22 | J | | |
| 46  Amazon.com, Inc. (AMZN) | | None | J | T | | | | | |
| 47  Dow, Inc. (DOW) | A | Dividend | J | T | | | | | |
| 48  BHP Group Limited ADR (BHP) | A | Dividend | J | T | Buy | 08/26/22 | J | | |
| 49  MASS MUTUAL FINANCIAL GROUP,<br>whole life insurance policies | B | Dividend | L | T | | | | | |
| → 50  Wells Fargo Bank Cash Accounts | A | Interest | Ⓜ | T | | | | | |
| 51  Dade County Federal Credit Union Cash<br>Accounts | A | Int. Div. | N | T | | | | | |


**WIKIPEDIA**
The Free Encyclopedia

# U.S. Bancorp

**Exh.X2 PG.4**

U.S. Bancorp (stylized as **us bancorp**) is an American bank holding company based in Minneapolis, Minnesota, and incorporated in Delaware.[4] It is the parent company of **U.S. Bank** National Association, and is the fifth largest banking institution in the United States.[5] The company provides banking, investment, mortgage, trust, and payment services products to individuals, businesses, governmental entities, and other financial institutions. As of 2019, it had 3,106 branches and 4,842 automated teller machines, primarily in the Western and Midwestern United States.[2] In 2023 it ranked 149th on the Fortune 500,[6] and it is considered a systemically important bank by the Financial Stability Board. The company also owns Elavon, a processor of credit card transactions for merchants, and Elan Financial Services, a credit card issuer that issues credit card products on behalf of small credit unions and banks across the U.S.[7]

U.S. Bancorp operates under the second-oldest continuous national charter, originally Charter #24, granted in 1863 following the passage of the National Bank Act. Earlier charters have expired as banks were closed or acquired, raising U.S. Bank's charter number from #24 to #2. The oldest national charter, originally granted to the First National Bank of Philadelphia, is held by Wells Fargo, which was obtained upon its merger with Wachovia.[8]

## History

The U.S. Bank name first appeared as **United States National Bank of Portland**, established in Portland, Oregon, in 1891.[9] In 1902, it merged with Ainsworth National Bank of Portland, but kept the U.S. National Bank name.[9] It changed its name to the United States National Bank of Oregon in 1964.[9]

The central part of the franchise dates from 1864, with the formation of First National Bank of Minneapolis.[9] In 1929,

**U.S. Bancorp**





Corporate headquarters, U.S. Bancorp Center, in Minneapolis

| | |
|---|---|
| **Trade name** | U.S. Bank |
| **Company type** | Public |
| **Traded as** | NYSE: USB (https://w ww.nyse.com/quote/X NYS:USB) |
| | S&P 100 component |
| | S&P 500 component |

2023 Form 6 - Full and Public Disclosure of Financial Interests      **Exh.Y PG.1**

Filed with COE: 05/19/2024

## General Information

| | |
|---|---|
| Name: | Hon Juan Alfonso Fernander Barquin |
| Address: | 73 West Flagler Street Suite 242, MIAMI, FL 33130 |
| County: | Miami-Dade |

PID   Z21072

### AGENCY INFORMATION

| Organization | Suborganization | Title |
|---|---|---|
| Miami-Dade County | Elected Constitutional Officer | Clerk of the Court/Comptroller |
| Miami-Dade County | Employees | Clerk of the Court and Comptroller |
| Miami-Dade County Public Health Trust | Board of Trustees | Board Member |

### CANDIDATE FOR

| Position | Agency Name | Position sought or held |
|---|---|---|
| Clerk of the Courts and Comptroller | Miami-Dade County Clerk of the Court and Comptroller | Clerk of the Court and Comptroller |

## Net Worth

My Net Worth as of  December 31, 2023  was  $ 645,499.91 .

## Assets

Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items, and vehicles for personal use, whether owned or leased.

2023 Form 6 - Full and Public Disclosure of Financial Interests     **Exh.Y PG.2**

Filed with COE: 05/19/2024

The aggregate value of my household goods and personal effect is $ 40,000.00.

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| Description of Asset | Value of Asset |
|---|---|
| 1/3 ownership of JAFB Investments, LLC 4711 Granada Blvd. Coral Gables, FL 33146. -Owner of rental property at: 4421 W. Flagler Street, Miami, FL 33134 | $ 99,199.00 |
| Voya Financial – PO Box 990070 (Not self-directed) Hartford, CT 06199  Vanguard TRGT Retirement 2050 Fund Investment | $ 9,328.81 |
| Merrill Lynch Retirement Account (Not self-directed) PO Box 1501 Pennington, NJ 08534 | $ 117,108.67 |
| Merrill Lynch Retirement Account Investment over $1,000- Bank of America, NA RASP | $ 2,679.67 |
| Merrill Lynch Retirement Account Investment over $1,000- Diamond Hill Large CAP | $ 3,566.08 |
| Merrill Lynch Retirement Account Investment over $1,000- Edgewood Growth Fund CL | $ 7,004.16 |
| Merrill Lynch Retirement Account Investment over $1,000- GS GQG Partners | $ 2,186.01 |
| Merrill Lynch Retirement Account Investment over $1,000- Hartford Schroders Emerg | $ 9,757.68 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares Edge MSCI | $ 7,371.23 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares Edge MSCI | $ 14,668.48 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares US Treasury Bond | $ 6,233.00 |
| Merrill Lynch Retirement Account Investment over $1,000- Ishares TR Core MSCI EAF | $ 4,471.68 |
| Merrill Lynch Retirement Account Investment over $1,000- John Hancock Disciplined | $ 9,640.60 |
| Merrill Lynch Retirement Account Investment over $1,000- JP Morgan Small CAP | $ 4,768.47 |
| Merrill Lynch Retirement Account Investment over $1,000- JP Morgan Undscvrd Mngrs | $ 4,428.33 |
| Merrill Lynch Retirement Account Investment over $1,000- Oakmark Intl FD CL | $ 2,079.90 |

2023 Form 6 - Full and Public Disclosure of Financial Interests         **Exh.Y PG.3**

Filed with COE: 05/19/2024

| Description of Asset | Value of Asset |
|---|---|
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Mortgage-Backed | $ 1,154.75 |
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Value ETF | $ 17,191.20 |
| Merrill Lynch Retirement Account Investment over $1,000-Vanguard Growth ETF | $ 12,068.42 |
| Merrill Lynch Retirement Account Investment over $1,000-Ishares Rbox $ | $ 1,211.87 |
| Merrill Lynch Retirement Account Investment over $1,000-JP Morgan Large CAP | $ 6,650.44 |
| Florida Retirement System (Not self-directed) (No physical address) Visit www.myfrs.com for information -FRS 2050 Retirement Date Fund (2050) | $ 97,405.69 |
| Wells Fargo (office checking) PO Box 6995 Portland, OR 97228-6992 -PA Bank Account | $ 19,562.10 |
| Bank of America (personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 109,751.45 |
| Bank of America (joint personal checking) PO Box 25118 Tampa, Florida 33622-5118 Advantage Plus Banking | $ 130,820.90 |
| Space Coast Credit Union (9 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,000.00 |
| Space Coast Credit Union (12 month CD) PO Box 419001 Melbourne, FL 32941-9001 | $ 10,001.51 |
| Coinbase 1209 North Orange Street Wilmington, DE 19801 - Bitcoin | $ 2,118.34 |
| U.S. Treasury (Savings I Bonds), 1500 Pennsylvania Avenue, NW, Washington, DC 20220 | $ 10,000.00 |
| Robinhood Financial LLC, 85 Willow Road, Menlo Park, CA 94025 - Consolidated Water Co. Ltd. | $ 1,386.62 |

2023 Form 6 - Full and Public Disclosure of Financial Interests   **Exh.Y PG.4**

Filed with COE: 05/19/2024

## Liabilities

LIABILITIES IN EXCESS OF $1,000:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| Toyota Southeast Finance | PO Box 991817, Mobile, AL 36691 | $ 11,183.18 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| Name of Creditor | Address of Creditor | Amount of Liability |
|---|---|---|
| N/A | | |

## Income

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2023 federal income tax return, including all W2s, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, as the law requires these documents be posted to the Commission's website.

☐ I elect to file a copy of my 2023 federal income tax return and all W2s, schedules, and attachments.

PRIMARY SOURCES OF INCOME.

| Name of Source of Income Exceeding $1,000 | Address of Source of Income | Amount |
|---|---|---|
| Juan Fernandez-Barquin, P.A. | 3663 SW 8th Street, Suite 200, Miami, Florida 33135 | $ 58,000.00 |
| State of Florida | 200 East Gaines Street, Tallahassee, Florida 32399 | $ 11,982.33 |
| Miami-Dade County | 111 NW 1st Street, Suite 2620, Miami, FL 33128 | $ 145,017.00 |

SECONDARY SOURCES OF INCOME (Major customers, clients, etc. of businesses owned by reporting person):

| Name of Business Entity | Name of Major Sources of Business' Income | Address of Source | Principal Business Activity of Source |
|---|---|---|---|
| N/A | | | |

2023 Form 6 - Full and Public Disclosure of Financial Interests   **Exh.Y PG.5**

Filed with COE: 05/19/2024

## Interests in Specified Businesses

**Business Entity # 1**

N/A

## Training

This section applies only to a Constitutional or elected municipal officer, each of whom are required to complete annual ethics training pursuant to Section 112.3142, F.S.

☑ I certify that I have completed the required training under Section 112.3142, F.S.

☐ Required training under Section 112.3142, F.S., not applicable to filer for this form year.

## Signature of Reporting Official or Candidate

Under the penalties of perjury, I declare that I have read the foregoing Form 6 and that the facts stated in it are true.

*Juan Fernandez Barquin*

Digitally signed: 05/19/2024

Filed with COE: 05/19/2024

**Exh.Y PG.1**

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR

MIAMI DADE COUNTY FLORIDA CIVIL ACTION

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR RASC
2005AAHL3,

Plaintiff

CASE NO: 2010-61928-CA01

v.

MACK WELLS

Defendants,

<u>MOTION AND AFFIDAVIT FOR RELIEF, RECUSAL AND RECONSIDER HIM ORDER
AND REVERT BY VACATING HIM ORDER AND MEMORANDUM OF LAW</u>

_Pursuant to Florida Stat. 112.131, Florida Rule 2.160 (H) and Federal Rules of Civil Procedure
Rule 60, Plaintiff MACK WELLS hereby files this Motion for Relief & Recusal and Supporting
Memorandum regarding the Brownwyn Catherine Miller 05/04/2022 review of the record and Final
Judgement Order, Exh. 119 based on the following facts, new information, just terms, judicial
misconduct, fraudulent grounds and discovered conflict of personal investment interests on
Financial Disclosures of Judges and officers of this Court (Exhibit 0 # )  Attached- U.S. BANK
Special Situation Property Funds Account Page 42, IFRS 2018 Tables 9-13, SEC Filings- U.S.
BANK Florida Subsidiaries, Judge Alan Fine Financial Interests & Property Disclosures).

*Florida Rule 2.160 (H) Says A Judge may Vacate him orders for Conflict of Interest Theodore
R. Bundy V. Judge John A. Rudd Fl. Rule 2.160 (D) (1) Fl. Code Jud. Conduct , Canon 3E(1)
A Judge shall disqualify himself whime impartiality might reasonably be questioned Rule*

**Exh.Y PG.2**

*2.160 (D) (1) grounds to disqualify is party fears Judge is Biased FL Statue 112.312 (8) Judge can't have a conflict of Interest !*

Judge Brownwyn Cathimine Miller must Recuse himself for an open obvious Conflict of Interest because he's doing business with US Bank and helping them to make money so that he can make money by foreclosing and taking (stealing) our property while acting as the Judge on the case on our property, not on case's Merits but for to make him and them money Illegally. Here's proof: In his Form 6 Affidavit Oath from Tallahassee called FULL AND PUBLIC DISCLOSURE OF FINANCIAL Says:


2. form 6 for 2012 on line  2., Exh. 2. He got $95,000.00 with WELLS FARGO which is Financed by US BANCORP. Exh. 1. which is U.S. Bank, Exh. 2.

3. form 6 for 2019' Exh. (0). On line  3 he got, $250,000.00. doing business with Voya which is US Bank, Exh. 6, 6A, 6B, 6C, 6D, 6E, 6F, JP Morgan which is U.S. Bancorp, Exh.4, 19.  And U.S. Bancorp is U.S. Bank Exh. 5 and 5B.


And on him 2020 Form 6 Full and Public Disclosure of Financial Interest In 2020 on line 2, Exh. 3. Line 3. He got $351,000.00 with Voya Which is US Bancorp Exh.3, which is U.S. Bank, Exh. 5 and 5B

**Exh.Y PG.3**

# FORM 6   FULL AND PUBLIC DISCLOSURE OF FINANCIAL INTERESTS

**2012**

Please print or type your name, mailing address, agency name, and position below

**COMMISSION ON ETHICS**
**DATE RECEIVED**
JUN 1 0 2013

FOR OFFICE USE ONLY:

47213

PROCESSED

CONFIDENTIAL

LAST NAME — FIRST NAME — MIDDLE NAME
Miller, Bronwyn C.

MAILING ADDRESS
1351 Northwest 12th Street

Suite 413

CITY: Miami    ZIP: 33125    COUNTY: Miami-Dade

NAME OF AGENCY:
Eleventh Judicial Circuit

NAME OF OFFICE OR POSITION HELD OR SOUGHT
Circuit Judge, Group 21

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2012, or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of June 15    20 13    was $    940,000.00

## PART B — ASSETS

HOUSEHOLD GOODS AND PERSONAL EFFECTS:
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following, if not held for investment purposes: jewelry; collections of stamps, guns, and numismatic items; art objects; household equipment and furnishings; clothing; other household items; and vehicles for personal use.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

ASSETS INDIVIDUALLY VALUED AT OVER $1,000:

| DESCRIPTION OF ASSET (specific description is required - see instructions page 4) | VALUE OF ASSET |
|---|---|
| ING 404(B) Investment Account | 130,000.00 |
| UBS Investment Account | 85,000.00 |
| Wells Fargo Investment Account/Checking/Savings Accounts/Joint | 95,000.00 |
| Residence/Request for Address Exemption Previously Tendered | 475,000.00 |
| T. Rowe Price Investment Account | 35,000.00 |

## PART C — LIABILITIES

LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SunTrust Bank, P.O. Box 4418, Center 645, Atlanta, GA 30302 | 115,000.00 |
| CitiBank, P.O. Box 790162, St. Louis, MO 63179 | 18,000.00 |
| Sabadell Bank, 1111 Brickell Avenue, Miami, Florida 33131 | 20,000.00 |

JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:

| NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
|  |  |
|  |  |
|  |  |

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.    **(Continued on reverse side)**    PAGE 1

**Exh. Y PG.4**

### PART D – INCOME

You may *EITHER* (1) file a complete copy of your 2012 federal income tax return, including all W2's, schedules, and attachments, OR (2) file a sworn statement identifying each separate source and amount of income which exceeds $1,000, including secondary sources of income, by completing the remainder of Part D, below.

☐   I elect to file a copy of my 2012 federal income tax return and all W2's, schedules, and attachments.
[If you check this box and attach a copy of your 2012 tax return, you need not complete the remainder of Part D.]

**PRIMARY SOURCES OF INCOME (See instructions on page 5):**

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| State of Florida/Salary | 200 East Gaines Street, Tallahassee, Florida | 136,752.64 |
| | | |
| | | |
| | | |

**SECONDARY SOURCES OF INCOME** [Major customers, clients, etc., of businesses owned by reporting person—see instructions on page 5]:

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

### OATH

I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments hereto is true, accurate, and complete.

SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE

STATE OF FLORIDA
COUNTY OF *Miami – Dade*

Sworn to (or affirmed) and subscribed before me this _5_ day of _June_ 20_13_ by _Bronwyn C. Miller_

(Signature of Notary Public–State of Florida)

Diala Hernandez
My Comm... ssion DD966131
Expires 02/28/2014

[Print, Type, or Stamp Commissioned Name of Notary Public]

Personally Known _✓_   OR   Produced Identification _____

Type of Identification Produced _____

**FILING INSTRUCTIONS** for when and where to file this form are located at the top of page 3.
**INSTRUCTIONS** on who must file this form and how to fill it out begin on page 3.
**OTHER FORMS** you may need to file are described on page 6.

CE FORM 6 - Effective January 1, 2013. Refer to Rule 34-8.002(1), F.A.C.

PAGE 2

**Exh.Y PG.5**

| FORM 6 | FULL AND PUBLIC DISCLOSURE | 2020 |
|---|---|---|
| | OF FINANCIAL INTERESTS | FOR OFFICE USE ONLY. |

Please print or type your name, mailing address, agency name, and position below.

LAST NAME — FIRST NAME — MIDDLE NAME
MILLER          BRONWYN          CATHERINE

MAILING ADDRESS
2001 SOUTHWEST 117TH AVENUE

CITY: MIAMI     ZIP: 33175     COUNTY: MIAMI-DADE

NAME OF AGENCY
THIRD DISTRICT COURT OF APPEAL

NAME OF OFFICE OR POSITION HELD OR SOUGHT
JUDGE, APPELLATE DISTRICT

CHECK IF THIS IS A FILING BY A CANDIDATE ☐

PROCESS

FLORIDA
COMMISSION ON ETHICS
JUN 0 9 2021
RECEIVED

CONFIDENTIAL

47213

## PART A — NET WORTH

Please enter the value of your net worth as of December 31, 2020 or a more current date. [Note: Net worth is not calculated by subtracting your reported liabilities from your reported assets, so please see the instructions on page 3.]

My net worth as of JUNE 1, 20 21 was $ 1,640,000.00

## PART B — ASSETS

**HOUSEHOLD GOODS AND PERSONAL EFFECTS:**
Household goods and personal effects may be reported in a lump sum if their aggregate value exceeds $1,000. This category includes any of the following if not held for investment purposes: jewelry, collections of stamps, guns, and numismatic items, art objects, household equipment and furnishings, clothing, other household items, and vehicles for personal use, whether owned or leased.

The aggregate value of my household goods and personal effects (described above) is $ 250,000.00

| ASSETS INDIVIDUALLY VALUED AT OVER $1,000:<br>DESCRIPTION OF ASSET (specific description is required - see instructions p.4) | VALUE OF ASSET |
|---|---|
| RESIDENCE | 700,000.00 |
| VOYA INVESTMENT ACCOUNT | 351,000.00 |
| NATIONWIDE INVESTMENT ACCOUNT | 181,000.00 |
| ORIENTAL INVESTMENT ACCOUNT | 125,000.00 |

## PART C — LIABILITIES

| LIABILITIES IN EXCESS OF $1,000 (See instructions on page 4):<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| SUNTRUST BANK, P.O. BOX 4418, CENTER 645, ATLANTA, GA 30302 | 65,000.00 |
| | |
| | |
| | |

| JOINT AND SEVERAL LIABILITIES NOT REPORTED ABOVE:<br>NAME AND ADDRESS OF CREDITOR | AMOUNT OF LIABILITY |
|---|---|
| | |
| | |
| | |

CE FORM 6 - Effective January 1, 2021
Incorporated by reference in Rule 34-8.002 F.A.C.                   (Continued on reverse side)                   PAGE 1

**Exh.Y PG.6**

## PART D – INCOME

Identify each separate source and amount of income which exceeded $1,000 during the year, including secondary sources of income. Or attach a complete copy of your 2020 federal income tax return, including all W2's, schedules, and attachments. Please redact any social security or account numbers before attaching your returns, so the law requires these documents be posted to the Commission's website.

☐   I elect to file a copy of my 2020 federal income tax return and all W2's, schedules, and attachments. (If you check the box and attach a copy of your 2020 tax return, you need not complete the remainder of Part D.)

**PRIMARY SOURCES OF INCOME** (See instructions on page 9)

| NAME OF SOURCE OF INCOME EXCEEDING $1,000 | ADDRESS OF SOURCE OF INCOME | AMOUNT |
|---|---|---|
| STATE OF FLORIDA | 200 EAST GAINES STREET, TLHS, FL | 168,665.76 |
| | | |

**SECONDARY SOURCES OF INCOME** (Major customers, clients, etc. of businesses owned by reporting person- see instructions on page 9)

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| | | | |
| | | | |

## PART E – INTERESTS IN SPECIFIED BUSINESSES [Instructions on page 6]

| | BUSINESS ENTITY # 1 | BUSINESS ENTITY # 2 | BUSINESS ENTITY # 3 |
|---|---|---|---|
| NAME OF BUSINESS ENTITY | | | |
| ADDRESS OF BUSINESS ENTITY | | | |
| PRINCIPAL BUSINESS ACTIVITY | | | |
| POSITION HELD WITH ENTITY | | | |
| I OWN MORE THAN A 5% INTEREST IN THE BUSINESS | | | |
| NATURE OF MY OWNERSHIP INTEREST | | | |

## PART F - TRAINING

This section applies only to officers required to complete annual ethics training pursuant to section 112.3142, F.S. [See instructions p. 6]

☐ **I CERTIFY THAT I HAVE COMPLETED THE REQUIRED TRAINING.**

| OATH | STATE OF FLORIDA |
|---|---|
| | COUNTY OF _Miami Dade_ |
| I, the person whose name appears at the beginning of this form, do depose on oath or affirmation and say that the information disclosed on this form and any attachments herein is true, accurate and complete. | Sworn to (or affirmed) and subscribed before me by means of ☑ physical presence or ☐ online notarization, this _1st_ day of _June_ 20 _21_ by _Hon. Bronwyn C Miller_ |
| | _Mina E Mihaca_ (Signature of Notary Public–State of Florida) |
| _____ SIGNATURE OF REPORTING OFFICIAL OR CANDIDATE | _Mina E Mihaca_ (Print, Type or Stamp Commissioned Name of Notary Public) |
| | MARIA E. MIHAIC Commission # GG 950761 Expires May 15, 2024 |
| | Personally Known __✓__ OR Produced Identification ___ |
| | Type of Identification Produced ___ |

If a certified public accountant licensed under Chapter 473, or attorney in good standing with the Florida Bar prepared this form for you, he or she must complete the following statement.

I, _____, prepared the CE Form 6 in accordance with Art. II, Sec. 8, Florida Constitution, Section 112.3144, Florida Statutes, and the instructions to the form. Upon my reasonable knowledge and belief, the disclosure herein is true and correct.

| Signature | Date |
|---|---|

Preparation of this form by a CPA or attorney does not relieve the filer of the responsibility to sign the form under oath.

**IF ANY OF PARTS A THROUGH E ARE CONTINUED ON A SEPARATE SHEET, PLEASE CHECK HERE** ☐

CE FORM 6 - Effective January 1, 2021                                                                      PAGE 2

**Exh.Y PG.7**

**Part B-Assets (Continuation)**

| | |
|---|---|
| Wells Fargo/Investment/Checking/Savings | 20,000.00 |
| E-Trade Accounts | 17,000.00 |
| VHEIP Investment Accounts | 40,000.00 |
| United States Savings Bonds | 3,000.00 |
| Ally Bank Investment Accounts | 13,000.00 |
| American Express Savings Account | 3,000.00 |
| Florida Pre-Paid College Accounts | 55,000.00 |
| UBS Investment Accounts | 15,000.00 |

Form 6A. Disclosure of Gifts, Expense Reimbursements or Payments, and Waivers of Fees and Charges

COMMISSION ON ETHICS

JUN 0 9 2021

RECEIVED

**Exh.Y PG.8**

All judicial officers must file with the Florida Commission on Ethics a list of all reportable gifts accepted, and reimbursements or direct payments of expenses, and waivers of fees or charges accepted from sources other than the state or a judicial branch entity as defined in Florida Rule of Judicial Administration 2.420(b)(2), during the preceding calendar year as provided in Canons 5D(5)(a) and 5D(5)(h), Canon 6A(3), and Canon 6B(2) of the Code of Judicial Conduct, by date received, description (including dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid, or waived), source's name, and amount for gifts only.

Name: **BRONWYN MILLER**    Work Telephone: 305-229-3200

Work Address: 2001 SW 117 AVENUE MIAMI 33175    Judicial Office Held:

1. Please identify all reportable gifts, bequests, favors, or loans you received during the preceding calendar year, as required by Canons 5D(5)(a), 5D(5)(h), and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION | SOURCE | AMOUNT |
|---|---|---|---|
| 01/20 | GALA TICKET/BIG BROTHERS BIG SISTERS | BILL DEAN AND STACY ROSKIN | $3000.00 |
| 03/20 | LUNCHEON TICKET/VIZCAYA | SWANEE DIMARE | $1000.00 |
| | | | $ |
| | | | $ |

☐ Check here if continued on separate sheet

2. Please identify all reportable reimbursements or direct payments of expenses, and waivers of fees or charges you received during the preceding calendar year, as required by Canons 6A(3) and 6B(2) of the Code of Judicial Conduct.

| DATE | DESCRIPTION (Include dates, location, and purpose of event or activity for which expenses, fees, or charges were reimbursed, paid or waived) | SOURCE |
|---|---|---|
| | | |
| | | |
| | | |

☐ Check here if continued on separate sheet

**CONTINUE TO PAGE 2 FOR OATH**

Page 1 of 2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

CASE NO: **24-CR-20456-JB**

**V.**

ALFRED DAVIS
Defendants,

# **CORRECTED**

## MOTION AND SWORN OATH FOR RELIEF OF ORDERS AND DEMAND FOR JUDGE BECERRA TO DISQUALIFY HERSELF AND VACATE ALL HER ORDERS CONCERNING THIS CASE AND MEMORANDUM OF LAW

## *WE DEMAND THAT BECAUSE YOU HAVE A $150,000 CRIMINAL CONFLICT OF INTEREST WITH U.S. BANK AS WRITTEN ON YOUR AFFIDAVIT FINANCIAL DISCLOSURE STATEMENTS*.

And as is written that Judges SHALL disqualify themselves from a case where they have a Money Conflict of Interest, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C 454  which prohibits Judges from engaging in the Practice of law and you JUDGE BECERRA in Court never sighted your Jurisdiction in violation of Article 3 of the Constitution Federal Rule of Criminal Procedure 18 and now won't allow the release of the Transcript in violation of Supreme Court Order, Griffin V. Illinois. And now you Judge is hereby on notice that you the Judge in this Case are hereby Disqualified from this Case and if you don't it is a Violation of your Oath of Office 5 U.S.C. 3331 and Misprision of Felony 18 U.S.C. 4. For Conflict of Interest committed against the U.S. the penalty is Treason 18 U.S.C. SS2381.Also you have knowledge and biasedness in this Case because you were the Judge on AD's other Case pertaining to this Case #24-CR-20051-JEM-1 In Violation of, 26 USC

MORTGAGES WITH US BANK AND 615,000 DOLLARS IN CASH FROM US BANK, EXH. Y AND BAILYN OUT OF 380 PROSECUTORS AND PUBLIC DEFENDERS IN FLORIDA JONATHAN BAILYN FROM 2020 TO NOW IS THE ONLY US ATTORNEY THAT DOESN'T HAVE THE FINANCIAL AFFIDAVIT REQUIRED BY THE FED. GOV. SO THEY MUST BOTH DISQUALIFY OFF THE CASE NOW ALL MUST BE CHARGED WITH MISPRISSION OF FELLONY AND A VIOLATION OF THEIR OATH WHICH IS TREASON. ALSO NEITHER LAPOINTE NOR BAILYN ARE SIGNED AS A FOREIGN AGENT WITH F. A. R. A. ESPECIALLY BECAUSE US BANK FOREIGNLY OWNED BY CHINA, EXH. Z.. SO JUDGE BECERRA LIKE THEM HAS A SERIOUS CONFLICT OF INTEREST. Here in her Affidavit she states I Judge Jaqueline Becerra, that Bank Of America on her Full and Public Disclosure Of Financial Interests is a Bank doing Business with US Bank because she's doing business with US BANK and helping them to make money so that she can make money by foreclosing and taking our property while acting as the Judge to take the property not on his Merits but for to make him and them money Illegally. Here's proof that , Judge Jaqueline Becerra is doing business with Bank of America as seen in her FINANCIAL AFFIDAVIT page 4 lines 2 in the amount of $100,000 EXh. A. Which is US Bancorp Exh. B pg.1 and pg.2 because both banks have Shares with Ally Financial according to Fintel's stock chart. She also has a Conflict of Interest with American Express which is U.S. Bank in the amount of $50,000 on line 10,. Which is all a major Conflict of Interest. Because she has ruled in favor of, EXH. plea That is a Conflict of Interest against AD and there's more. I have found that our case was directed to her in this Pool, So she must disqualify and recuse herself and vacate his Orders, Exh. G. So Judge Jaqueline Becerra you must DISQUALIFY YOUR SELF and VACATE YOUR ORDER against AD, EXH. I. Maurice Symonette has a hon. Doctorate Degree as a Minster to AD, Exh.S, and as a next friend, FED. RULES OF CIVIL PROCEDURE 17 and 17(c) and BECAUSE THE ILLEGAL Prosecutors are investigating and going after ME MAURICE SYMONETTE so as an interested party does file this motion to DISQUALIFY JUDGE BECERRA, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d).

131 Federal Judges have been found Guilty of Conflict of Interest and the most one made was $100,000.00 here in this one case we have seven Judges who Recused themselves from makin millions of dollars from U.S. Bank one Judge made 28 million named John Schlesinger, Judge Valerie Manno Schurr made 11 million, Magistrate Judge Sanchez made $250,000, Judge Martinez made $250,000 from U.S. Bank and you Judge Becerra you said you made $150,000 fearlessly and you have knowledge of this case in violation of 28 USC ss455 (b)(1) and you're a Democrat going against Blacks For Trump to destroy them without a cause inviolation of President Trumps Exectuive Order Your have a Horriying Conflict of Intertest and you are disqualified from this Case

CC; President Trump

CC: Kash Patel

CC :Bongino

CC Pam Bondi

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12th day of May.,2025 a true and correct copy of the foregoing

was provided via this Court's filing system to the attorneys of record.

SWORN OATH AS A NEXT FRIEND, ALFRED DAVIS MINISTER AND BECAUSE I

HAVE AN INTEREST IN THIS CASE THE PROSECUTOR MENTIONED THAT MY

COMPANY IN THIS CASE IS UNDER INVESTIGATION.

_____

MAURICE SYMONETTE

15020 S. RIVER DR.

MIAMI FL. 33167

Exh.A

| **FINANCIAL DISCLOSURE REPORT** Page 4 of 6 | **Name of Person Reporting** Becerra, Jacqueline | **Date of Report** 02/15/2024 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | L | T | | | | | |
| 3. Account #1 (H) | | | | | | | | | |
| 4. Brighthouse 6 Year Shield 15 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | | |
| 5. Brighthouse 6 Year Shield 25 S&P 500 Index Level Annuity (fixed) | | None | N | T | | | | | |
| 6. Account #2 (H) | | | | | | | | | |
| 7. American Funds - The Income Fund of America 529A (CIMAX) | A | Dividend | J | T | | | | | |
| 8. American Funds - The Income Fund of America 529F2 (FAIFX) | C | Dividend | L | T | | | | | |
| 9. Account #3 (H) | | | | | | | | | |
| 10. American Funds - The Income Fund of America-A (AMECX) | B | Dividend | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Exh.B1

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Alloc (%) |
|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Freestone Grove Partners LP 🔗 | | 🔒 | 371,562 | | 16,330 | | 🔒 |
| 2025-02-14 | 13F | Vermillion & White Wealth Management Group, LLC | 🔗 | 🔒 | 507 | 0.60 | 22 | 10.00 | 🔒 |
| 2025-02-14 | 13F | Riverview Capital Advisers, LLC | 🔗 | 🔒 | 7,598 | 0.00 | 334 | 10.63 | 🔒 |
| 2025-02-14 | 13F | PineBridge Investments, L.P. | 🔗 | 🔒 | 3,291,138 | 32.08 | 144,646 | 46.30 | 🔒 |
| 2025-02-13 | 13F | Redwood Park Advisors LLC | 🔗 | 🔒 | 2,634 | | 116 | | 🔒 |
| 2025-02-13 | 13F | Guggenheim Capital Llc | 🔗 | 🔒 | 218,423 | -53.24 | 9,600 | -48.21 | 🔒 |
| 2025-02-13 | 13F | Greenwood Gearhart Inc | 🔗 | 🔒 | 11,031 | | 485 | | 🔒 |
| 2025-02-13 | 13F | Blue Investment Partners LLC | 🔗 | 🔒 | 200,479 | 0.00 | 8,811 | 10.76 | 🔒 |
| 2025-02-13 | 13F | Ontario Teachers Pension Plan Board | 🔗 | 🔒 | 8,632,780 | 71,357.50 | 379,411 | 79,108.77 | 🔒 |
| 2025-02-13 | 13F | Cerity Partners LLC | 🔗 | 🔒 | 2,766,900 | -5.73 | 119,053 | 2.22 | 🔒 |
| 2025-02-13 | 13F | Martingale Asset Management L P | 🔗 | 🔒 | 219,676 | 47.03 | 9,655 | 62.85 | 🔒 |
| 2025-02-13 | 13F | Gratus Wealth Advisors, LLC | 🔗 | 🔒 | 42,587 | -25.26 | 1,872 | -17.83 | 🔒 |
| 2025-02-13 | 13F | Sierra Summit Advisors Llc | 🔗 | 🔒 | 28,411 | 16.12 | 1,249 | 28.66 | 🔒 |
| 2025-02-13 | 13F | Azimuth Capital Investment Management LLC | 🔗 | 🔒 | 156,927 | -5.57 | 6,897 | 4.58 | 🔒 |
| 2025-02-13 | 13F | Chiron Capital Management, Llc | 🔗 | 🔒 | 11,028 | -4.55 | 485 | 5.68 | 🔒 |
| 2025-02-13 | 13F | Rosenblum Silverman Sutton S F Inc /ca | 🔗 | 🔒 | 51,743 | -1.43 | 2,274 | 9.22 | 🔒 |
| 2025-02-13 | 13F | SageView Advisory Group, LLC | 🔗 | 🔒 | 69,983 | 48.91 | 3,076 | 64.97 | 🔒 |
| 2025-02-13 | 13F | Rathbone Brothers plc | 🔗 | 🔒 | 1,247,344 | -7.52 | 54,821 | 2.43 | 🔒 |
| 2025-02-13 | 13F | Lsv Asset Management | 🔗 | 🔒 | 3,636,836 | -0.19 | 160 | 10.42 | 🔒 |
| 2025-02-13 | 13F | Stifel Financial Corp | 🔗 | 🔒 | 4,400,593 | -1.13 | 193,407 | 9.51 | 🔒 |
| 2025-02-13 | 13F | Capital Research Global Investors | 🔗 | 🔒 | 7,590,335 | 1,600.23 | 333,595 | 1,783.23 | 🔒 |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | 🔗 | 🔒 | 6,885 | -1.43 | 303 | 9.03 | 🔒 |
| 2025-02-13 | 13F | Arvest Bank Trust Division | 🔗 | 🔒 | 457,426 | -2.25 | 20,104 | 8.27 | 🔒 |
| 2025-02-13 | 13F | RMB Capital Management, LLC | 🔗 | 🔒 | 30,923 | -9.61 | 1,359 | 0.15 | 🔒 |
| 2025-02-13 | 13F | Norinchukin Bank, The | 🔗 | 🔒 | 300,762 | 8.19 | 13,218 | 19.84 | 🔒 |
| 2025-02-13 | 13F | Mach-1 Financial Group, Inc. | 🔗 | 🔒 | 6,331 | -16.49 | 278 | -7.33 | 🔒 |
| 2025-02-13 | 13F | MSH Capital Advisors LLC | 🔗 | 🔒 | 14,368 | -2.27 | 631 | 8.23 | 🔒 |
| 2025-02-13 | 13F | Capital International Inc /ca/ | 🔗 | 🔒 | 589,574 | 31.69 | 25,912 | 45.86 | 🔒 |
| 2025-02-13 | 13F | O'ROURKE & COMPANY, Inc | 🔗 | 🔒 | 11,728 | -5.43 | 515 | 4.67 | 🔒 |
| 2025-02-13 | 13F | Gamco Investors, Inc. Et Al | 🔗 | 🔒 | 600,072 | -4.13 | 26,373 | 6.19 | 🔒 |
| 2025-02-13 | 13F | Panagora Asset Management Inc | 🔗 | 🔒 | 4,446,193 | 20.27 | 195,410 | 33.22 | 🔒 |
| 2025-02-13 | 13F | Perennial Investment Advisors, LLC | 🔗 | 🔒 | 23,887 | 2.59 | 1,050 | 13.65 | 🔒 |
| 2025-02-13 | 13F | Taurus Asset Management, Llc | 🔗 | 🔒 | 519,334 | -0.67 | 22,825 | 10.01 | 🔒 |
| 2025-02-13 | 13F | Ally Financial Inc. | 🔗 | 🔒 | 46,000 | | 2,022 | | 🔒 |

Exh.B2

| File Date | Source | Investor | Type | Avg Price (Est) | Shares | Δ Shares (%) | Reported Value ($1000) | Δ Value (%) | Port Alloc (%) | Pgs |
|---|---|---|---|---|---|---|---|---|---|---|
| 2025-02-14 | 13F | Burling Wealth Partners, Llc | | 🔒 | 4,433 | | 212 | | 🔒 | |
| 2025-02-14 | 13F | Itau Unibanco Holding S.A. | | 🔒 | 2,500 | | 121 | | 🔒 | |
| 2025-02-14 | 13F | Gen-Wealth Partners Inc | | 🔒 | 2,050 | -12.51 | 98 | -14.04 | 🔒 | |
| 2025-02-14 | 13F | Profund Advisors Llc | | 🔒 | 28,788 | -4.41 | 1,377 | -0.07 | 🔒 | |
| 2025-02-14 | 13F | Colonial Trust Co / SC | | 🔒 | 3,042 | 49.85 | 145 | 57.61 | 🔒 | |
| 2025-02-14 | 13F | Hillman Capital Management, Inc. | | 🔒 | 118,317 | -27.31 | 5,659 | -23.97 | 🔒 | |
| 2025-02-14 | 13F | EP Wealth Advisors, Inc. | | 🔒 | 100,020 | 0.90 | 4,784 | 5.52 | 🔒 | |
| 2025-02-14 | 13F | Millennium Management Llc | Call | 🔒 | 184,200 | -41.52 | 8,810 | -38.84 | 🔒 | |
| 2025-02-14 | 13F | Millennium Management Llc | | 🔒 | 1,157,770 | -33.48 | 55,376 | -30.42 | 🔒 | |
| 2025-02-14 | 13F | First Long Island Investors, LLC | | 🔒 | 339,451 | 0.18 | 16,236 | 4.78 | 🔒 | |
| 2025-02-14 | 13F | Millennium Management Llc | Put | 🔒 | 222,300 | 30.76 | 10,633 | 36.76 | 🔒 | |
| 2025-02-14 | 13F | New England Asset Management Inc | | 🔒 | 165,015 | -12.41 | 7,893 | -8.39 | 🔒 | |
| 2025-02-14 | 13F | Janus Henderson Group Plc | | 🔒 | 828,111 | -2.08 | 39,626 | 2.47 | 🔒 | |
| 2025-02-14 | 13F | Ancora Advisors, LLC | | 🔒 | 41,774 | -29.40 | 1,998 | -26.14 | 🔒 | |
| 2025-02-14 | 13F | Capstone Investment Advisors, Llc | Call | 🔒 | 61,700 | 13.42 | 2,951 | 18.66 | 🔒 | |
| 2025-02-14 | 13F | Voya Financial Advisors, Inc. | | 🔒 | 6,985 | -16.50 | 337 | -11.32 | 🔒 | |
| 2025-02-14 | 13F | Davis Asset Management, L.P. | | 🔒 | 600,000 | -25.00 | 28,698 | -21.56 | 🔒 | |
| 2025-02-14 | 13F | Visionary Wealth Advisors | | 🔒 | 16,637 | -14.70 | 796 | -10.77 | 🔒 | |
| 2025-02-14 | 13F | Accredited Wealth Management, LLC | | 🔒 | 1,445 | | 70 | | 🔒 | |
| 2025-02-13 | 13F | Capula Management Ltd | | 🔒 | 0 | -100.00 | 0 | -100.00 | 🔒 | |
| 2025-02-13 | 13F | ROS Asset Management, LLC | | 🔒 | 90,543 | -0.59 | 4,331 | 3.96 | 🔒 | |
| 2025-02-13 | 13F | Edgar Lomax Co/va | | 🔒 | 235,136 | -1.89 | 11,247 | 2.62 | 🔒 | |
| 2025-02-13 | 13F | BI Asset Management Fondsmaeglerselskab A/S | | 🔒 | 77,424 | 50.50 | 4 | 50.00 | 🔒 | |
| 2025-02-13 | 13F | Icon Advisers Inc/co | | 🔒 | 300 | | 14 | | 🔒 | |
| 2025-02-13 | 13F | Anchor Investment Management, LLC | | 🔒 | 3,200 | 0.00 | 153 | 4.79 | 🔒 | |
| 2025-02-13 | 13F | Barclays Plc | | 🔒 | 4,877,408 | -32.33 | 233 | -29.18 | 🔒 | |
| 2025-02-13 | 13F | Fairfield, Bush & Co. | | 🔒 | 7,916 | -4.81 | 379 | -0.53 | 🔒 | |
| 2025-02-13 | 13F | Bank Of Hawaii | | 🔒 | 22,931 | -0.05 | 1,097 | 4.48 | 🔒 | |
| 2025-02-13 | 13F | Ally Financial Inc. | | 🔒 | 81,000 | 0.00 | 3,874 | 4.59 | 🔒 | |
| 2025-02-13 | 13F | Marshall Wace, Llp | | 🔒 | 5,789,565 | 414.15 | 276,915 | 437.76 | 🔒 | |