# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

CASE NO: 24- CR-20456-RR

v.

ALFRED DAVIS.
        Defendants,

**VERIFIED NOTICE OF AFFIDAVIT AND VERIFIED AFFIDAVIT IN SUPPORT OF VERIFIED MOTION AND DEMAND FOR IMMEDIATE DISQUALIFICATION OF U.S. ASSISTANT ATTY. JONATHAN BAILYN UNDER 18 USC 208, 28 USC SS 144, 455 ON NEWLY DICOVERED EVIDENCE AND DISMISS AND VACATION OF INDICTMENT BECAUSE THEY HAVE NO JURISDICTIO AND MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure Rule 60, Plaintiff ALFRED DAVIS hereby files

this Motion to Disqualiy/Recuse and Supporting Memorandum regarding of this Case

Assistant U.S. Atty. Jonathan Bailyn review of the record, and based on the following

facts, new information, Prosecutor Jonathan Bailyn worked with a Company called

Cadwalader, Wickersham and Taft LLP., Exh. 1. Partners with China, Exh. 2. who

owns U.S. Bank at 74%. So, Exh. 3. Terms, judicial misconduct, fraudulent grounds you

are biased because of we are Blacks For Trump and you are against Trump and have

filed Case# 24-cr-20456-RAR and Case# 25-cr-80076-AMC all

done without Jurisdiction because you have violated President Trump's Direct Executive Order 14147  Section 301 Title 3 U.S. Code Section 1 lines 1-3 and line 8-10 the Gov. investigated Blacks for Trump for protesting the  Elections but like they arresting and arresting and jailing a person for posting a political meme. And investigating Trump for Insurrection but never charging him with insurrection did President Trump they arrested Alfred Davis for insurrection but only charged him with a fake Divers license State charge but  never charged him with Insurrection but Trump' Order says the Federal Government cannot be weaponized. To go after people from the Jan. 6th Insurrection Or against people who have different political beliefs Which is what they did in the first Case by continuously calling us insurrectionist and hoodlums  and not allowing us to wear our BLACKS FOR TRUMP Tshirts in Court in the first Case all starting with the outlawed Insurrection Case for these three cases going back four years as stated in Trump's Order so therefore this Mandamus is the Courts of Appeals ORDERING the Gov. to keep Trump's Order and DROP these Cases which all started with and came from the FBI's stated reason was they were investigating the Jan.6th Insurrection Case, Exh. A. and B. and according to Assistant U.S. Atty. Jonathan Bailyn's statement in the July 11th Sentencing hearing's Transcript he said that from this case he was still Investigating  other which is where  case 24-cr-20456-JB and 25-cr-80076-AMC comes from, in violation of President Trump's Executive Order 41474 article section 301, ▓▓▓▓ pg. (12) lines (19-25) and pg. 13 lines 1-11. where in he said (from the day Alfred Davis was Arrested after Micahiel Nichloson and Maurice

Symonette about Insurrection Investigation and questioned Alfred Davis about pictures in a book showing other people, Maurice Symonette, BLACKS FOR TRUMP and the Proud Boys concerning the Insurrection Investigation but charged him with a fake ID.).

You were on Boss Group Ministries Writ of Replevin Case #24-CV-23015 with Fl. US Attorney Markenzy Lapointe, has a 2million six hundred a fifteen thousand dollar conflict of interest with U.S. BANK. US Assistant Attorney General Jonathan Bailyn, Alfred Davis's Atty. Brian Kirlew and U.S. Bank who you're $Conflicted with on that and this on this new Case #24-cr-20456-RAR. Exh.A (Motion to recuse). There were three FEDERAL PROSECUTORSs who Recused themselves on that Case FEDERAL PROSECUTORS Darrin P. Gayles, Rodolfo Ruiz and Kathleen Williams In Violation of, 28 USC SS 455 (C ), 28 USC 144 and 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d). FL. U.S. Atty. General Patrick Hayden O'byrne Recused himself off of the case because he has A Terrible Conflict of Interest with U.S. Bank in the amount of $40,000+ Discovered conflict of Interst with personal investment interests on Financial Disclosures of FEDERAL PROSECUTORSs and officers of this Court, Exhs 4. Assistant U.S. Jonathan Bailyn Financial Interests & Property Disclosures). and we have asked for a Foreign His Registration License. I have performed a diligent search everywhere in the

must have Exh.28 1 + 28 2

required public records and can't find where he's a U.S. Citizen, as required to hold a DOJ office and exercise prosecutorial power, executive Order 11935 signed by President Gerald Ford on Sept.2, 1976.

### ***Canon 3E(1) A Government shall disqualify himself where impartiality might reasonably be questioned***

Petitioner also demanded that certain documents which would show that the prosecution did not qualify to hold office by failure to meet the mandates which, not only qualify them to hold office during good behavior but also exercise and wield prosecutorial power of the United States. Failing that qualification, the prosecuting officers of this District does not meet certain qualifications entitling them to hold office and wield such power to prosecute the Petitioner so he's Disqualified, FEDERAL PROSECUTORS Jaqueline Becerra and Hon. FEDERAL PROSECUTORS Jose E. Martinez have been requested to and should file an order for U.S. Attorneys Jonathan Bailyn and Markenzy Lapointe to produce the requested and required documents which are mandated by the strictures of due process: (i) a properly executed Grand Jury Warrant, (ii) a properly executed Grand Jury unredacted Indictment as stated on line 1 of the Docket and not a redacted one that shoes Contidicurately on line 1 of the Docket Case #24-cr-20456-RAR And according to Rule 6 and 7 of the Federal Rules of Criminal Procedure, and (iii) a legal search Warrant that must be reflected on the record and we have the whole certified copy of the Docket, Exh. 5., and there is no Grand Jury Warrant, Grand Jury Minutes, and no regular Warrant in violation of the 4th Amendment and both Grand Jury Indictments have no Forepersons unredacted signature as stated on the Docket even though the Dockets on both Dockets say unredacted and they're not sealed, of as seen on the first part of the Docket, so there's no reason for the Fore Person's signature to be Whited out or Redacted which both Indictments are the same thereby violating Federal Rules (6) and (7) which Disqualifies U.S. Assistant Atty. Jonathan

Bailyn and (Federal Rule of Criminal Procedure 41)' Exh. C (1-3). In addition to these documents, it is also required that Jonathan Bailyn provide Proof of Citizenship to work as an U.S. Attorney in the United States, as required by executive Order 11935 signed by President Gerald Ford on Sept. 2, 1976, a copy of his Oath of Office (5 U.S.C. §3331), I asked Assistant Atty. Jonathan Bailyn for a copy of his Financial Disclosure Statements as required to be filed annually ON PUBLIC RECORD according to the (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) Jonathan Bailyn would not give these disclosure Statements, because we believe he doesn't have them because out of four pages of 380 public defenders, and prosecutors Jonathan Bailyn's name does not show and is the only one that does not have financial Statements, Exh. 6. Assistant U.S. Atty. So Jonathan Bailyn is Disqualified/Recused, They have known since May 5th that I was supposed to show up July 24th to a hearing for my non Plea fake agreement that I rejected on the second day from my Coerced Plea agreement and now they're just trying to waste time until the 26th to remand me to jail without a trial even though Federal Rule you have 3 days to back out on an agreement Except a Plea Agreement with a Signed Coloquy but this Plea wasn't signed by me or my So called Judas Attorney Brian Kirlew. So this is just a regular So Called agreement between 2 people on the docket there is no signed filed signed Plea Agreement on the record and Federal Rules of Criminal Procedure 11(c)(1) says Plea agreements must be signed and on the record to be valid and because there's no signed any AGREEMENT on the record because I never agreed and didn't sign any PLEA COLLOQUY so the fake non announced jurisdictional

Plea agreement is void. Federal Rules of Criminal Procedure (11)(c)(1). In case# 24-cr-20456-JB. all charges should be dropped and both of the pending cases, *U.S. v. Davis*, 24-cr-20051-JEM, *U.S. v. Davis*, 24-cr-20456-JB now being Appealed to the U.S. Surpeme Court because Alfred Davis's Atty. Zelka Bozanic was fired, Exh. 8. . but illegally filed Alfred Davis's Appeal anyway and destroyed Alfred Davis's Pro Se and Amicus Brief which showed that the Government changed the Transcript where FEDERAL PROSECUTORS Jose E. Martinez said he disagrees with the Jury and was going to do his own Directive Verdict July, 11th because Prosecutor Jonathan Bailyn brought no proof, no evidence and no Witnesses that pointed out Alfred Davis as the one who did it. But on July 10the day before the hearing, Jonathan Bailyn and Mary Casale Changed the Transcript to have FEDERAL PROSECUTORS Martinez saying I have a problem with this Case, and with no hearings or circumstances never changing gave me Alfred Davis 8 months in prison and three years probation because they changed the Transcript Exh. 9, 10, 11, 12, 13, 14 and 15. and 16, 17 and 18. Wherein the FEDERAL PROSECUTORS declared Alfred Davis not guilty by virtue of disagreeing if the Jury's finding of Guilty and even though someone stood up and said at the end of the Sentencing hearing that Alfred Davis did not do it. He said he did it and Mary Casale the Transcriber took that out of the Transcript also. FEDERAL PROSECUTORS Martinez sat there and saw the guy stand up and say he did it and FEDERAL PROSECUTORS Martinez stood up and walked out in violation of Federal law. Attorney Zeljka Bozanic has a serious Conflict of interest also because she hates Trump and Alfred Davis as Blacks for Trump. And would not allow Alfred Davis's family at the hearing to testify on

behalf of Alfred Davis. And would not allow Maurice Symonette to testify even though she said to Alfred Davis's family and friends that we would be able to testify. Which was all talked about in Alfred Davis's pro Se Appellate Brief. But Zeljka who was fired used her presense to block this information from coming in on appeal with Jonathan Bailyn. Her and Jonathan bailyn lied and agreed without me agreeing. That I would stay in jail until this new current case. But I got upset, she brought Attorney Brian Kirlew in to be Alfred's Lawyer was paid $30,000, but would not fight this Current Case and tried to use FEDERAL PROSECUTORS Becerra and Jonathan Bailyn to Coerce Alfred Davis into doing a Plea even though Brian Kirlew himself was fired by Alfred Davis Exhs, 19. and 20. and now we're just finding out that Alfered Davis's Atty.Brian Kirlew also had a Conflict of interest with U.S. Bank because on his Financial Statement he got $700,000 with Wells Fargo Exh. 21 And Wells Fargo is US Bank Exh. 22. And this is the Attorney that Federal FEDERAL PROSECUTORS Jaqueline Becerra forced Davis to use by saying to Alfred Davis through Brian Kirlew and Prosecutor Jonathan Bailyn that if we go to Trial we cannot use Alfred's Chosen Attorney and cannot use Witnesses, or Evidence and already had a fifty people Jury pool pulled ready for Trial and to scare/coerce Alfred Davis into a Plea by saying if you are found Guilty today I will be going to jail 60 years by the FEDERAL PROSECUTORS (Jaqueline Becerra) who also had a Horrific $150,000 Conflict of Interest see, Exh. 23. Which is why she Recused herself, Exh. 24. And passed it to FEDERAL PROSECUTORS Rodolfo A. Ruiz who has a $4Million and more Conflict of Interest with U.S. Bank. See, Docket #114. So Alfred Davis's Lawyer was Conflicted with U.S. Bank his next Lawyer

Brian Kirlew wan Conflicted with U.S. Bank and FEDERAL PROSECUTORS Becerra as Conflicted with U.S. Bank. His three Appellate FEDERAL PROSECUTORS's are Conflicted with U.S. Bank, his Magistrate Sanchez was Conflicted with U.S. Bank, FEDERAL PROSECUTORS Martinez on the Drivers License Case. The Attorney General Lapointe who signed the Indictment, had a $2,016,000 Conflict of Interest with U.S. Bank and his Prosecutor Jonathan Bailyn worked with a Company called Cadwalader, Wickersham and taft LLP. Partners with China who owns U.S. Bank at 74%. So Alfred Davis is Fighting against China/U.S. Bank his Lawyers, Prosecutors and the FEDERAL PROSECUTORSs all working for china he did not stand a chance God save us. So Jonathan Bailyn and his Chinese Army must Disqualify and Recuse themselves.And because of Jonathan Bailyn has a Conflict of interest and Florida U.S. Attorney and Patric Obyrne also has an over $40,000 Conflict of Interest with U.S. Bank, Exh 25.  used to sign the West Palm Beach Indictment with Jonathan Bailyn Case# 25-cr-80076-AMC this Case must be Dismissed with Extreme Prejudice immediately for want of authority in violation of due process. disclosure statements, Exh.J (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) disclosure statements, Exh.J. (Ethics and Government Act 5 U.S.C. §208 and the regulations at 5 C.F.R. Part 2634 Subpart J, 5 C.F.R. Part 2634 Subpart I, and 5 C.F.R. Part 2634 Subpart H) .

# FACTUAL BACKGROUND

.Assistant U.S. Jonathan l Bailyn cannot make any accusations that Alfred Davis needs to do anything until he's brought in all of the documents stated above and has complied with the 1938 FARA ACT which says that he needs to produce his FARA Registration License .ETC. Exh. 28J and 28.2

# MEMORANDUM OF LAW

18 USC 208, Canon 3E (1) A. FEDERAL PROSECUTORS shall Disqualify himself where impartiality might reasonably be questioned. 28 U.S.C SS 144, 28 U.S.C. SS 455 (b)(1)(3)(4)(iii)(c)(d)-(4)(d) and 28 U.S.C. SS 455 (C). A Court acts without lawful Jurisdiction whether threw lack of subject matter personal glory or constitutional violations its Orders are void In Abnitio and carries no legal force. If FEDERAL PROSECUTORS Rodolfo continues to issue Rulings after losing Jurisdiction it is not merely mistaken he is Illegally acting under COLOR OF LAW and is subject to direct Civil liability under SS 1983 backed by Black letter Case law and Statutory authority, this Dismantles the myth of absolute Judicial Immunity and affirms a FUNDAMENTAL TRUTH IN LAW: Jurisdiction is everything. When it's gone, so is the Courts Power to Act. It is Mandatory that FEDERAL PROSECUTORSs Stand Down Immediately under 28 USC SS 144 and 455

once a Verified Motion Affidavit is filed this Constitutes Immediate and Mandatory and Strips the FEDERAL PROSECUTORS of all. Any continued

action by this FEDERAL PROSECUTORS is Ultra Vires (acting beyond one's legal power or authority) and Void Ab Initio. Once this Motion and Verified Affidavit is filed Jurisdiction is Terminated by Operation of Law. What's more critical is that now that this is filed it is not Optional it is Mandatory, Automatic and Jurisdiction Stricken and this FEDERAL PROSECUTORS shall proceed no further. The FEDERAL PROSECUTORS has zero Discretion to Weigh Evidence, Debate Facts or Rule on their own BIAS the standard here is objective not what a FEDERAL PROSECUTORS feels but what a reasonable observer would conclude this applies to personal Bias or Prejudice. This is why Jesus beat the Money changers (Bankster's) out of the Temple which Biblically is called the City Hall or the Government Center which is where people come to pay their Taxes (Tithes) and bring their grievances to the FEDERAL PROSECUTORSs to get Justice. Jesus said this Temple (City Hall, Government Center) will no longer be used as a Den of Thieves and Robbers who steals your property this will now be the Lord's house of Prayer. Prayer means to talk to Yahweh and his Representatives the FEDERAL PROSECUTORSs the elders which equals congress and the priest which equals the Senate and in the micro cosmic city we have the FEDERAL PROSECUTORSs, the Commissioners which equal congress and the Priest which equals the city Manager today. I'm supposed to pray and bring my tithes and offering to them but you can't do it when your FEDERAL PROSECUTORSs, Elders and Priest are all taking bribes from Ishmael which is China (Deut.16:18-20)

## AFFIDAVIT

I Sware and Declare under Penalty and Perjury under the Law of the United States of America and the state of Florida to all facts being true and correct in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 19th day of August 2025. In the United States, In Dade County.

# ACKNOWLEDGEMENT

STATE OF FLORIDA.                        )

                                         )

COUNTY OF DADE

On this 19ᵗʰ day of August, 2025, before me, Alfred Davis, a Notary Public, personally

Appeared Alfred Davis who proved to me on the basis of satisfactory evidence to be the Person(s) whose name(s) is /are subscribed
To the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the Person(s) acted, executed the instrument.
I certified under PENALTY OF PERJURY under the laws of the State of Florida
That the Foregoing paragraph is true and correct
WITNESS MY HAND AND OFFICIAL SEAL

ALFRED LENORIS DAVIS
PRO SE PETITIONE
627 SOUTHRIDGE RD.
DELRAY BEACH, FL. 33444



JUDYTTE JOSEPH
Notary Public
State of Florida
Comm# HH317684
Expires 12/12/2026

*Exh. 1*

2:09

jdsupra.com

# JDSUPRA®

≡ MENU



## Jonathan Bailyn

**Cadwalader, Wickersham & Taft LLP**

( + Follow )    ( Contact )

### Popular Topics by This Author

1. BSA/AML
2. Popular
3. Affordable Care Act
4. Anti-Bribery
5. Banking Sector
6. Beneficial Owner
7. Bribery

← → 🔥 [2] ≡

*Exh. 2*

2:46

All   **Images**   Videos   News   Maps   Shopping

**Cadwalader, Wickers...**

Protected ▾   Austria ▾   Safe search ▾   Date ▾

---

ANTARA News
https://en.antaranews.com › news › 97271 › cadwalad...

### Cadwalader Expands Greater China Corporate Practice

HONG KONG--(Antara/BUSINESS WIRE)-- **Cadwalader, Wickersham & Taft LLP**, a leading law firm to global financial institutions and corporations, announces the appointment of ...

---

Legal Monitor
https://www.legal-monitor.com › news › partner-move...

### PARTNER MOVES - Cadwalader Expands Greater China Corporate...

**Cadwalader, Wickersham & Taft LLP**, a leading law firm to global financial institutions and corporations, announces the appointment of a team of three **partners** and four counsel to i...

---

Bloomberg Law News
https://news.bloomberglaw.com › business-and-practi...

### Cadwalader to Close Hong Kong, Beijing Offices, Lay Off 25 Lawyers

After several months of discussions, **Cadwalader Wickersham &amp; Taft** will shutter two offices in **China** — in Hong Kong and Beijing — and with it, lay off 25 lawyers, the firm's...

---

Cadwalader, Wickersham & Taft LLP
https://www.cadwalader.com ›

Exh. 3

3:17

# Is U.S. Bank Owned by China? Exploring the Truth Behind the Rumors

by Elene

### Is U.S. Bank owned by China?

Fed Approves First-Ever Chinese Purchase of US Bank. It is 70 percent owned by the Chinese government through CIC, the country's sovereign wealth fund and Huijin, a government run entity set up to invest in Chinese financial firms.

Read more on www.cnbc.com

For many years, there has been a persistent notion that China owns U.S. Bank. But this rumor is completely untrue. U.S. Bancorp, an American bank holding corporation with headquarters in Minneapolis, Minnesota, owns U.S. Bank as a subsidiary. With more than 3,000 locations spread over 26 states, the bank has been in business since 1863. The New York Stock Exchange offers trading in U.S. Bancorp under the ticker "USB." Although U.S. Bank is not controlled by China, it is vital to remember that the bank does have international activities and investments in other nations, including China.

Exh. 4.1



**FORM 1**

**STATEMENT OF FINANCIAL INTERESTS**

2022

FOR OFFICE USE ONLY:

SUPERVISOR OF ELECTIONS
2023 AUG -4  AM 10: 32
PALM BEACH COUNTY, FL

29460
Keith W. Robb, Jr.
Pahokee
Mayor
2997 Booms Point Rd
Pahokee FL 33476

CHECK ONLY IF ☐ CANDIDATE   OR   ☐ NEW EMPLOYEE OR APPOINTEE

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022

**MANNER OF CALCULATING REPORTABLE INTERESTS:**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check here).

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS   OR   ☐ DOLLAR VALUE THRESHOLDS

**\*\*\*\* THIS SECTION MUST BE COMPLETED \*\*\*\***

**PART A — PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person. See instructions]
[If you have nothing to report, write "None" or "N/A"]

| NAME OF SOURCE OF INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|
| Social Security Admin. | Po Box 3000 Tallahassee Fl #2215 | Retirement Income |
| City of Pahokee | 207 Begonia Dr. Pahokee Fl 33476 | Municipal Services |

**PART B — SECONDARY SOURCES OF INCOME**
[Major customers, clients, and other sources of income to businesses owned by the reporting person. See instructions]
[If you have nothing to report, write "None" or "N/A"]

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

**PART C — REAL PROPERTY** [Land, buildings owned by the reporting person. See instructions]
[If you have nothing to report, write "None" or "N/A"]

None

You are not limited to the spaces on the lines on this form. Attach additional sheets, if necessary.

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.

Exh. 42

Exh.



ase: 25-12094   Document: 2-1   Date Filed: 07/02/2025   Pag

FORM 1

**STATEMENT OF FINANCIAL INTERESTS**

2022

FOR OFFICE USE ONLY.

2023 JUN 27  PM 1:43

281638
Stephen Jacknowitz
General Employees' & Police Officers' Retirement Board
600 S. Ocean Blvd
Manalapan FL 33462

CHECK ONLY IF ☐ CANDIDATE   OR   ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION MUST BE COMPLETED ****

**DISCLOSURE PERIOD:**
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022.

**MANNER OF CALCULATING REPORTABLE INTERESTS**
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one)

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS   OR   ☐ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | SOURCE'S ADDRESS | DESCRIPTION OF THE SOURCE'S PRINCIPAL BUSINESS ACTIVITY |
|---|---|---|

**PART B — SECONDARY SOURCES OF INCOME** [Major customers, clients, and other sources of income to businesses owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|

**PART C — REAL PROPERTY** [Land, buildings owned by the reporting person - See instructions]

"You are not limited to the space on the

Exh. 4.3

Exh.

5-1209A **FORM 6** Document 21 Date Filed: 07/07/2025
**STATEMENT OF FINANCIAL INTERESTS**

FOR OFFICE USE ONLY

2723 JUN -6  PH 4' 05

LAST NAME — FIRST NAME — MIDDLE NAME:
Abbott, Kevin, Victor

MAILING ADDRESS:
122 Barefoot Cove

CITY: Hypoluxo    ZIP: 33462    COUNTY: Palm Beach

NAME OF AGENCY:
Martin County Board of County Commissioners

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Parks and Recreation Director

CHECK ONLY IF ☐ CANDIDATE  OR  ☐ NEW EMPLOYEE OR APPOINTEE

**** THIS SECTION MUST BE COMPLETED ****

DISCLOSURE PERIOD:
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2022.

MANNER OF CALCULATING REPORTABLE INTERESTS:
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (check one)

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS   OR   ☐ DOLLAR VALUE THRESHOLDS

**PART A — PRIMARY SOURCES OF INCOME** [Major sources of income to the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|
| Eureste Sports Production, Inc. | 122 Barefoot Cove, Hypoluxo, Fl 33462 | Event Production |

**PART B — SECONDARY SOURCES OF INCOME** [Major customers, clients, and other sources of income to businesses owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| None | | | |

**PART C — REAL PROPERTY** [Land, building owned by the reporting person - See instructions]
(If you have nothing to report, write "none" or "n/a")

FILING INSTRUCTIONS for when and where to file this form are located at the bottom of page 2.

INSTRUCTIONS on who must file this form and how to fill it out begin on page 3.

OTHER FORMS you may need to file are described on page 6.



EXH. 5 Pg. 1

Generated: Jun 12, 2025 11:29AM

Page 1/1



## U.S. District Court

### Florida Southern - Miami

Receipt Date: Jun 12, 2025 11:29AM

MICAHEL NICHOLSON
15020 S. RIVER DR.
MIAMI, FL 33167

| Rcpt. No: 303705 | Trans. Date: Jun 12, 2025 11:29AM | | Cashier ID: 4VT (1899) | | |
|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 100 | Copies (Paper) | | 315 | 0.50 | 157.50 |
| 104 | Cert of Document/Transcript of JDoc? | | 1 | 12.00 | 12.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | Credit Card | | $169.50 |

Total Due Prior to Payment: $169.50

Total Tendered: $169.50

Total Cash Received: $0.00

Cash Change Amount: $0.00

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

 

Exh. 5 Pg. 2

AO 30 (Rev 10/13) Certified Copy

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

## CERTIFIED COPY

I, _____ Randy A. Tobie _____, Clerk of the United States District Court, certify
that the attached is a true and full copy of the original

**Case File - 24CR20456 Documents 1 - 70**

now existing among the records of this Court.

In testimony whereof I sign my name, and affix the seal of this Court at

_____ Miami _____, in this State, on    06/13/2025
          City                                    Date

**Angela E. Noble**

Clerk                                    (By) Deputy Clerk

**AFFIDAVIT**       # EXH. 8

I, **ANNIE TOE**, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTOR JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

_____
Annie TOE

Florida Driver License
T300-061-88-242-0

7/23/2024

AFFIDAVIT

# EXH. 9

I Curtis McNeal, AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL, AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11ᵗʰ AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

Curtis Mc Neal
Florida ID
M254-101-58-385-0



AFFIDAVIT

# EXH. 10

_Ricky Welch_ AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN
FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF AFRED LENORIS DAVIS TRIAL. AFTER
THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER ADD NATHAN BAILY ASKED THE JUDGE
JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO
POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU
GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID
ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE   I AM
DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T
LET ME DOWN MR DAVIS.

W4 20 - 73B - 63 · 205 · 0

AFFIDAVIT   **EXH. 11**

Michael Nichlson I AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LEMOINS DAVIS TRIAL. AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BARY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY. YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS

MICHAEL NICHLOSON
Florida Driver License
N242-549-89-041-0



AFFIDAVIT

# EXH. 12

I, James Buckman AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL. AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BAILY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY . YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE. I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR DAVIS.

James Buckman

Florida Driver License
B255-140-57-240-0

7/23/2024

AFFIDAVIT          # EXH. 13

I WILLIE HARVEY AM A WITNESS THAT WHILE AFTER JURY FOUND ALFRED DAVIS GUILTY IN FEDERAL COURT OF DADE COUNTY ON THE SECOND DAY OF ALFRED LENORIS DAVIS TRIAL AFTER THE JURY FOUND ALFRED DAVIS GUILTY THE PROSECUTER JOHNATHAN BABY ASKED THE JUDGE JOSE MARTINEZ TO REMAND ALFRED DAVIS TO JAIL RIGHT AWAY, YOU HAD NO WITNESSES TO POINT OUT ALFRED DAVIS BUT THE JUDGE JOSE MARTINEZ SAID NO I AM NOT DOING THAT YOU GUYS HAVEN'T PROVEN YOUR CASE YOU'VE BROUGHT IN NO EVIDENCE THAT ALFRED DAVIS DID ANYTHING WRONG YOU HAD NO WITNESSES POINT OUT ALFRED DAVIS IN THIS CASE I AM DOING A DIRECTED VERDICT JULY 11TH AND LET HIM STAY OUT ON BOND AND THEN SAID DON'T LET ME DOWN MR. DAVIS.

_Willie Harvey_
WILLIE HARVEY

Florida CDL
H610-890-58-298-0

## SWORN OATH AND AFFIDAVIT

I MAURICE SYMONETTE heard and Saw Micahiel Nicholson get a call by Cell phone

from FBI Agent Adam weinstein and he said this is Adam Weinstein from the FBI

and I am Investigating the Jan 6th Insurrection incident and then FBI Agent Adam

Weinstein asked to speak with me and he told me that he was investigating the

Jan.6[th] insurrection incident then they asked me did Me and the Blacks for Trump

Brother's go inside the U.S. Capitol and I said no, but I did do a Speech on stage

outside the Capitol. Then they said there's nothing we can do all we wanted to

know is if you went into the Capitol, you said no so there's nothing we can do

about that Michael.

MAURICE SYMONETTE
15020 S. RIVER DR.
MIAMI FL. 33167

## CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 5th day of 2025.

# SWORN OATH AND AFFIDAVIT

I MICAHIEL NICHLOSON Was Called by Cell phone by FBI Agent Adam weinstein

and he said he was Adam weinstein from the FBI and I am Investigating the Jan 6th

Insurrection incident and then they ask to speak to Michael AKA Maurice

Symonette the FBI Agent Weinstein told him that he was investigating the Jan.6th

insurrection incident then they asked Maurice Symonette did he and the Brothers

go inside the U.S. Capitol and Maurice said no, but I did a Speech on stage outside

the Capitol. Then they said there's nothing we can do all we wanted to know is if

you went into the Capitol, you said no so there nothing can do about that Michael.


*Micahiel Nichloson*

**MICAHIEL NICHLOSON**
**15020 S. RIVER DR.**
**MIAMI FL. 33167**


# CERTIFICATION

I Attest to all facts being true and correct to the best of my knowledge in accordance with 28 USC 1746 and Florida Statute Chapter 92.525. Executed this 5th day of 2025.



Case 1:24-cr-20456-RAR Document 116 Entered on FLSD Docket 08/20/2025   Page 29 of 38
Case 1:24-cr-20456-RAR Document 60-2 Entered on FLSD Docket 05/15/2025   Page 42 of 55
USCA11 Case: 25-12094   Document: 2-1   Date Filed: 07/02/2025   Page: 54 of 355

**Exh.20**

Today 8:58 AM

Alfred, this is Brian Kirlew. I reviewed your email to Kateryn discharging our firm from further representation in this matter. You have a constitutional right to a lawyer of your choice, or to represent yourself for that matter. There are no hard feelings. We have nothing but love and appreciation for you, Elaine, and the entire family.

With that said, however, you cannot just fire us via email. Another lawyer needs to enter an appearance, and we must be substituted. Similar to what we did with Zeljka. If you have hired someone, which I believe you have because another lawyer called our office late afternoon yesterday, that lawyer needs to enter an apperance on your behalf.

If you intend to represent yourself, Judge Becerra will need to conduct

Nominee Report I U.S. Office of Government Ethics; 5 C.F.R. part 2634 I Form Approved: OMB No. (3209-0001) (Updated Nov. 2021)

# Executive Branch Personnel
## Public Financial Disclosure Report (OGE Form 278e)

# Exh.I pg.1

# $2,000,615 Criminal Conflict of Interest with U.S. BANK

## Filer's Information

LaPointe, Markenzy

United States Attorney, Southern District of Florida, Department of Justice - Executive Office for United States Attorneys

Other Federal Government Positions Held During the Preceding 12 Months:
None

Names of Congressional Committees Considering Nomination:
- Committee on the Judiciary

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

/s/ LaPointe, Markenzy [electronically signed on 06/30/2022 by LaPointe, Markenzy in Integrity.gov]

Agency Ethics Official's Opinion - On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments below).

/s/ Gary, Arthur E, Certifying Official [electronically signed on 09/22/2022 by Gary, Arthur E in Integrity.gov]

Other review conducted by

/s/ Macklin, Jay, Ethics Official [electronically signed on 09/19/2022 by Macklin, Jay in Integrity.gov]

LaPointe, Markenzy - Page 1

# Exh.I pg.2

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|---|---|---|---|---|
| 2.1 | FID GOVT MMKT K6 (FNBXX) | Yes | $250,001 - $500,000 | | None (or less than $201) |
| 3 | Markenzy Lapointe, P.A. - Miami, Florida | | | | |
| 3.1 | Pillsbury Winthrop Shaw Pittman LLP | No | | Partnership income | $905,176 |
| 3.2 | Pillsbury Winthrop Shaw Pittman LLP, capital account | N/A | $15,001 - $50,000 | | None (or less than $201) |
| 3.3 | U.S. bank (cash) | N/A | $250,001 - $500,000 | | None (or less <— from U.S. Bank than $201) |
| 3.4 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Partnership Share | N/A | $50,001 - $100,000 | | None (or less than $201) |
| 3.5 | Pillsbury Winthrop Shaw Pittman LLP Anticipated Discretionary Bonus | N/A | $50,001 - $100,000 | | None (or less than $201) |

## 3. Filer's Employment Agreements and Arrangements

| # | EMPLOYER OR PARTY | CITY, STATE | STATUS AND TERMS | DATE |
|---|---|---|---|---|
| 1 | Markenzy Lapointe, P.A. | Miami, Florida | Upon receiving the final payment from the firm, Markenzy Lapointe, P.A., my Professional Association (P.A.) will be inactive. | 8/2017 |
| 2 | Boies Schiller Flexner LLP | Miami, Florida | I will continue to participate in this defined contribution plan. The plan sponsor ceased making contributions upon my separation. | 7/2006 |
| 3 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Texas | I will continue to participate in this defined contribution plan. The plan sponsor will not make further contributions after my separation. | 8/2017 |
| 4 | Pillsbury Winthrop Shaw Pittman LLP | Miami, Florida | I will be eligible to receive a bonus at the discretion of the firm management committee, if I am still employed by the firm at the time it is awarded and paid. If I am awarded a bonus, I will receive it by April of 2023. | 8/2017 |

LaPointe, Markenzy - Page 4

# Exh.I pg.3

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT | |
|---|---|---|---|---|---|---|
| 11 | U.S. bank (cash) #1 | N/A | $1,001 - $15,000 | | None (or less than $201) | <--- from US BANK |
| 12 | U.S. bank (cash) #2 | N/A | $50,001 - $100,000 | | None (or less than $201) | <--- from US BANK |
| 13 | Brokerage Account | No | | | | |
| 13.1 | Innerscope Hearing Technologies Inc | N/A | $1,001 - $15,000 | | None (or less than $201) | |

## 7. Transactions

(N/A) - Not required for this type of report

## 8. Liabilities

| # | CREDITOR NAME | TYPE | AMOUNT | YEAR INCURRED | RATE | TERM |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2021 | 2.875 | 30 yrs |
| 2 | Wells Fargo Bank | Mortgage on Personal Residence | $500,001 - $1,000,000 | 2018 | 4.125% | 30 yrs |

WELLS FARGO IS U.S. BANK THAT MARKENZY GOT 2 MILLION IN MORTGAGES FROM A CRIMINAL CONFLICT OF INTEREST.

## 9. Gifts and Travel Reimbursements

(N/A) - Not required for this type of report

LaPointe, Markenzy - Page 8

Exh.



FORM 21   STATEMENT OF FINANCIAL INTERESTS

Date Filed: 07/02/2025

FOR OFFICE USE ONLY

LAST NAME — FIRST NAME — MIDDLE NAME
CASAL, DAVID WARREN

MAILING ADDRESS
6971 Almond Tree Circle

CITY: Wellington    ZIP: 33414    COUNTY: Palm Beach

NAME OF AGENCY:
GHG Golf Management Serves

NAME OF OFFICE OR POSITION HELD OR SOUGHT:
Scribor Medalist Board of Supervisors

CHECK ONLY IF ☐ CANDIDATE OR ☐ NEW EMPLOYEE OR APPOINTEE

DISCLOSURE PERIOD:
THIS STATEMENT REFLECTS YOUR FINANCIAL INTERESTS FOR CALENDAR YEAR ENDING DECEMBER 31, 2023.

MANNER OF CALCULATING REPORTABLE INTERESTS:
FILERS HAVE THE OPTION OF USING REPORTING THRESHOLDS THAT ARE ABSOLUTE DOLLAR VALUES, WHICH REQUIRES FEWER CALCULATIONS, OR USING COMPARATIVE THRESHOLDS, WHICH ARE USUALLY BASED ON PERCENTAGE VALUES (see instructions for further details). CHECK THE ONE YOU ARE USING (must check one):

☐ COMPARATIVE (PERCENTAGE) THRESHOLDS    OR    ☐ DOLLAR VALUE THRESHOLDS

**** THIS SECTION MUST BE COMPLETED ****

PART A — PRIMARY SOURCES OF INCOME [Major sources of income to the reporting person — See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF SOURCE OF INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|
| Universal Recreation | 9405 NW 40th Pl, Fl Lauderdale | Golf Course Mgt |
| Dica Vista, LLC | 8971 Almond Tree Circle, Wellington FL 33414 | Audit Consulting |

PART B — SECONDARY SOURCES OF INCOME [Major customers, clients, and other sources of income to businesses owned by the reporting person — See instructions]
(If you have nothing to report, write "none" or "n/a")

| NAME OF BUSINESS ENTITY | NAME OF MAJOR SOURCES OF BUSINESS' INCOME | ADDRESS OF SOURCE | PRINCIPAL BUSINESS ACTIVITY OF SOURCE |
|---|---|---|---|
| N/A | | | |

PART C — REAL PROPERTY [Land, buildings owned by the reporting person — See instructions]
(If you have nothing to report, write "none" or "n/a")

6971 Almond Tree Circle, Wellington, FL 33414

PART D — INTANGIBLE PERSONAL PROPERTY [Stocks, bonds, certificates of deposit, etc. — See instructions]
(If you have nothing to report, write "none" or "n/a")

| TYPE OF INTANGIBLE | BUSINESS ENTITY TO WHICH THE PROPERTY RELATES |
|---|---|

Exh.L pg.1

The White House

By the authority vested in me as President by the Constitution and the laws of the United States of America, and section 301 of title 3, United States Code, it is hereby ordered as follows:

Section 1.  Purpose.  The American people have witnessed the previous administration engage in a systematic campaign against its perceived political opponents, weaponizing the legal force of numerous Federal law enforcement agencies and the Intelligence Community against those perceived political opponents in the form of investigations, prosecutions, civil enforcement actions, and other related actions.  These actions appear oriented more toward inflicting political pain than toward pursuing actual justice or legitimate governmental objectives.  Many of these activities appear to be inconsistent with the Constitution and/or the laws of the United States, including those activities directed at parents protesting at school board meetings, Americans who spoke out against the previous administration's actions, and other Americans who were simply exercising constitutionally protected rights.

The prior administration and allies throughout the country engaged in an unprecedented, third-world weaponization of prosecutorial power to upend the democratic process.  It targeted individuals who voiced opposition to the prior administration's policies with numerous Federal investigations and politically motivated funding revocations, which cost Americans access to needed services.  The Department of Justice even jailed an individual for posting a political meme.  And while the

Department of Justice has authorized and prosecuted their own citizens associated with January 6, and simultaneously dropped nearly all cases against BLM rioters. Therefore, this order sets forth a process to ensure accountability for the previous administration's weaponization of the Federal Government against the American people.

Sec. 2. Policy. It is the policy of the United States to identify and take appropriate action to correct past misconduct by the Federal Government related to the weaponization of law enforcement and the weaponization of the Intelligence Community.

Sec. 3. Ending the Weaponization of the Federal Government. (a) The Attorney General, in consultation with the heads of all departments and agencies of the United States, shall take appropriate action to review the activities of all departments and agencies exercising civil or criminal enforcement authority of the United States, including, but not limited to, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission, over the last 4 years and identify any instances where a department's or agency's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the Counsel to the President, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order.

(b) The Director of National Intelligence, in consultation with the heads of the appropriate departments and agencies within the Intelligence Community, shall take all appropriate action to review the activities of the Intelligence Community over the last 4 years and identify any instances where the Intelligence Community's conduct appears to have been contrary to the purposes and policies of this order, and prepare a report to be submitted to the President, through the Deputy Chief of Staff for Policy and the National Security Advisor, with recommendations for appropriate remedial actions to be taken to fulfill the purposes and policies of this order. The term "Intelligence Community" has the meaning given the term in section 3003 of title 50, United States Code.

(c) In furtherance of these policies, departments and agencies are directed to comply with applicable document-retention policies and legal obligations. Instances of noncompliance with document-retention policies or legal obligations will be referred to the Attorney General.

Sec. 4. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

**Exh.L pg.3**

USCA11 Case: 25-1201   Document: 22-1   Date Filed: 04/02/2025   Page: 66 of 353

(i)  the authority granted by law to an executive department or agency, or the head thereof; or

(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

   January 20, 2025.

would compromise the impartiality of the prosecutor. 🔗

## Foreign licensing

While the prosecutor's role generally prohibits them from acting as defense counsel in the same jurisdiction, the question of a "foreign license" is separate. If a foreign bank requires legal representation in a US court, they would need a lawyer licensed to practice in that US jurisdiction, regardless of whether that lawyer also holds a foreign license. Similarly, to prosecute someone in a US court, a prosecutor needs to be licensed in that US jurisdiction. A foreign license alone would not qualify an individual to act as a prosecutor or defense attorney in US courts. 🔗

**In summary, a prosecutor's role involves representing the state in criminal cases, a position fundamentally different from defending a foreign bank**. A prosecutor defending a bank while simultaneously prosecuting an individual would be a clear conflict of interest. Furthermore, to practice law in the US, whether as a prosecutor or defense attorney for a foreign bank, requires a license to practice in the relevant US jurisdiction. 🔗

government, notes southwelllaw.com.  🔗

**Defending a foreign bank (likely in a civil context or advising on compliance) would typically fall under the purview of a defense attorney or legal counsel, not a prosecutor**, says testmaxprep.com. This is a critical distinction because prosecutors and defense attorneys have opposing objectives within the legal system: one seeks to prove guilt, and the other to defend against charges.  🔗

Therefore, **it's highly unlikely that a prosecutor would be defending a foreign bank in the same jurisdiction where they are also prosecuting an individual**, as this would create a significant conflict of interest. <u>As Quora explains</u>, doing so would be viewed as a violation of ethical rules and would compromise the impartiality of the prosecutor.  🔗

### Foreign licensing

While the prosecutor's role generally prohibits them from acting as defense counsel in the same jurisdiction, the question of a "foreign license" is separate. If a foreign bank requires legal representation in a US court, they would need a lawyer licensed to practice in that US jurisdiction, regardless of whether that lawyer also holds a foreign license. Similarly, to

|||        ◯        ‹